# EXHIBIT A



US007783889B2

(12) **United States Patent**
Srinivasan

(10) Patent No.: **US 7,783,889 B2**
(45) Date of Patent: **Aug. 24, 2010**

(54) **METHODS AND APPARATUS FOR GENERATING SIGNATURES**

(75) Inventor: **Venugopal Srinivasan**, Palm Harbor, FL (US)

(73) Assignee: **The Nielsen Company (US), LLC**, Schaumburg, IL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 199 days.

(21) Appl. No.: **11/676,452**

(22) Filed: **Feb. 19, 2007**

(65) **Prior Publication Data**
US 2007/0274537 A1    Nov. 29, 2007

**Related U.S. Application Data**

(63) Continuation of application No. PCT/US2005/029623, filed on Aug. 18, 2005.

(60) Provisional application No. 60/603,024, filed on Aug. 18, 2004.

(51) **Int. Cl.**
*H04L 9/00*    (2006.01)

(52) **U.S. Cl.** .......................... **713/179**; 713/176; 725/19; 725/20; 380/202; 380/239; 381/94.3

(58) **Field of Classification Search** ................. 713/160, 713/176, 179; 380/202, 206, 207, 239, 253, 380/229; 382/100, 232, 240, 191; 381/94.3; 375/134; 704/268, 273; 725/19, 20
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,230,990 A    10/1980  Lert, Jr. et al.
(Continued)

FOREIGN PATENT DOCUMENTS

AU    718227    11/1997
(Continued)

OTHER PUBLICATIONS

United States Patent and Trademark Office, "PCT International Search Report," issued by the International Searching Authority of the United States Patent and Trademark Office on Feb. 6, 2008, in connection with a counterpart international application No. PCT/US2005/029623 (3 pages).
(Continued)

*Primary Examiner*—Nasser Moazzami
*Assistant Examiner*—Shanto M Abedin
(74) *Attorney, Agent, or Firm*—Hanley, Flight and Zimmerman, LLC

(57) **ABSTRACT**

Methods, apparatus, and articles of manufacture for media monitoring are disclosed. In particular, the example methods, apparatus, and articles of manufacture generate digital spectral signatures for use in identifying media information. Initially, a frame of media samples is obtained. A first frequency component having a first spectral power and a second frequency component having a second spectral power are identified by performing a spectral transform operation on the frame of media samples. A descriptor of the first frame of media samples is determined based on a comparison of the first spectral power and the second spectral power. A first signature is then generated based on the descriptor.

**17 Claims, 12 Drawing Sheets**



## US 7,783,889 B2
Page 2

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,450,531 | A | | 5/1984 | Kenyon et al. |
| 4,677,466 | A | * | 6/1987 | Lert et al. ..................... 725/22 |
| 4,697,209 | A | * | 9/1987 | Kiewit et al. ................. 725/19 |
| 4,739,398 | A | | 4/1988 | Thomas et al. |
| 4,843,562 | A | | 6/1989 | Kenyon et al. |
| 4,931,871 | A | | 6/1990 | Kramer |
| 4,945,412 | A | | 7/1990 | Kramer |
| 4,947,436 | A | | 8/1990 | Greaves et al. |
| 5,019,899 | A | | 5/1991 | Boles et al. |
| 5,436,653 | A | | 7/1995 | Ellis et al. |
| 5,437,050 | A | | 7/1995 | Lamb et al. |
| 5,450,490 | A | * | 9/1995 | Jensen et al. ............... 380/253 |
| 5,481,294 | A | | 1/1996 | Thomas et al. |
| 5,485,518 | A | | 1/1996 | Hunter et al. |
| 5,504,518 | A | | 4/1996 | Ellis et al. |
| 5,572,246 | A | | 11/1996 | Ellis et al. |
| 5,581,658 | A | | 12/1996 | O'Hagan et al. |
| 5,612,729 | A | | 3/1997 | Ellis et al. |
| 5,621,454 | A | | 4/1997 | Ellis et al. |
| 5,809,160 | A | | 9/1998 | Powell et al. |
| 5,822,436 | A | | 10/1998 | Rhoads |
| 5,826,164 | A | | 10/1998 | Weinblatt |
| 5,875,122 | A | | 2/1999 | Acharya |
| 5,909,518 | A | | 6/1999 | Chui |
| 5,918,223 | A | | 6/1999 | Blum et al. |
| 6,061,793 | A | * | 5/2000 | Tewfik et al. ............... 713/176 |
| 6,072,888 | A | | 6/2000 | Powell et al. |
| 6,122,392 | A | | 9/2000 | Rhoads |
| 6,175,627 | B1 | | 1/2001 | Petrovic et al. |
| 6,226,387 | B1 | * | 5/2001 | Tewfik et al. ............... 382/100 |
| 6,230,176 | B1 | | 5/2001 | Mizutani |
| 6,240,062 | B1 | | 5/2001 | Kozaki et al. |
| 6,253,182 | B1 | * | 6/2001 | Acero ........................ 704/268 |
| 6,266,430 | B1 | | 7/2001 | Rhoads |
| 6,272,176 | B1 | * | 8/2001 | Srinivasan .................. 375/240 |
| 6,330,335 | B1 | | 12/2001 | Rhoads |
| 6,366,937 | B1 | | 4/2002 | Shridhar et al. |
| 6,385,330 | B1 | | 5/2002 | Powell et al. |
| 6,404,898 | B1 | | 6/2002 | Rhoads |
| 6,421,445 | B1 | | 7/2002 | Jensen et al. |
| 6,459,803 | B1 | | 10/2002 | Powell et al. |
| 6,466,670 | B1 | | 10/2002 | Tsuria et al. |
| 6,469,749 | B1 | | 10/2002 | Dimitrova et al. |
| 6,496,591 | B1 | | 12/2002 | Rhoads |
| 6,504,870 | B2 | * | 1/2003 | Srinivasan .................. 375/240 |
| 6,513,161 | B2 | * | 1/2003 | Wheeler et al. ............... 725/14 |
| 6,542,620 | B1 | | 4/2003 | Rhoads |
| 6,560,349 | B1 | | 5/2003 | Rhoads |
| 6,560,350 | B2 | | 5/2003 | Rhoads |
| 6,567,780 | B2 | | 5/2003 | Rhoads |
| 6,574,594 | B2 | | 6/2003 | Pitman et al. |
| 6,597,405 | B1 | | 7/2003 | Iggulden |
| 6,604,072 | B2 | | 8/2003 | Pitman et al. |
| 6,614,915 | B2 | | 9/2003 | Powell et al. |
| 6,633,651 | B1 | | 10/2003 | Hirzalla et al. |
| 6,647,129 | B2 | | 11/2003 | Rhoads |
| 6,647,130 | B2 | | 11/2003 | Rhoads |
| 6,675,383 | B1 | | 1/2004 | Wheeler et al. |
| 6,678,392 | B2 | | 1/2004 | Powell et al. |
| 6,714,683 | B1 | | 3/2004 | Tian et al. |
| 6,757,407 | B2 | * | 6/2004 | Bruckstein et al. .......... 382/100 |
| 6,799,274 | B1 | * | 9/2004 | Hamlin ...................... 713/176 |

| | | | | |
|---|---|---|---|---|
| 6,839,673 | B1 | * | 1/2005 | Choi et al. .................. 704/273 |
| 6,959,386 | B2 | | 10/2005 | Rhoads |
| 6,968,337 | B2 | | 10/2005 | Wold |
| 6,971,010 | B1 | * | 11/2005 | Abdel-Mottaleb .......... 713/176 |
| 7,006,555 | B1 | * | 2/2006 | Srinivasan .................. 375/133 |
| 7,073,065 | B2 | * | 7/2006 | Stone ......................... 713/176 |
| 7,120,562 | B1 | * | 10/2006 | Wilson ....................... 702/189 |
| 7,221,902 | B2 | * | 5/2007 | Kopra et al. ............... 455/3.05 |
| 7,269,338 | B2 | * | 9/2007 | Janevski ...................... 386/96 |
| 7,284,128 | B2 | * | 10/2007 | Sako .......................... 713/176 |
| 7,512,801 | B1 | | 3/2009 | Akiyama et al. |
| 7,562,012 | B1 | | 7/2009 | Rhoads |
| 2001/0005823 | A1 | | 6/2001 | Fischer et al. |
| 2001/0029580 | A1 | | 10/2001 | Moskowitz |
| 2002/0178410 | A1 | | 11/2002 | Haitsma et al. |
| 2002/0186768 | A1 | | 12/2002 | Dimitrova et al. |
| 2003/0005430 | A1 | | 1/2003 | Kolessar |
| 2003/0036910 | A1 | * | 2/2003 | Van Der Veen et al. ..... 704/500 |
| 2003/0086341 | A1 | | 5/2003 | Wells et al. |
| 2003/0131350 | A1 | | 7/2003 | Peiffer et al. |
| 2003/0156827 | A1 | * | 8/2003 | Janevski ...................... 386/96 |
| 2003/0223584 | A1 | * | 12/2003 | Bradley et al. .............. 380/229 |
| 2004/0122679 | A1 | | 6/2004 | Neuhauser et al. |
| 2004/0210922 | A1 | | 10/2004 | Peiffer et al. |
| 2005/0257064 | A1 | * | 11/2005 | Boutant et al. .............. 713/180 |
| 2006/0107057 | A1 | * | 5/2006 | Lewis et al. ................. 713/176 |
| 2006/0184961 | A1 | | 8/2006 | Lee et al. |
| 2006/0195861 | A1 | * | 8/2006 | Lee .............................. 725/19 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| AU | 747044 | 9/2000 |
| EP | 0887958 | 12/1998 |
| EP | 0987855   A2 | 3/2000 |
| JP | 3173291 | 7/1991 |
| WO | WO0079709 | 12/2000 |
| WO | WO02065782 | 8/2002 |
| WO | 2005/006768 | 1/2005 |

### OTHER PUBLICATIONS

Graps, Amara, "An Introduction to Wavelets," Institute of Electrical and Electronics Engineers, Inc., Summer 1995, Los Alamitos, USA (18 pages).

Haitsma et al., "Robust Audio Hashing for Content Identification," Philips Research, Eindhoven, NL, http://cite.seer.ist.psu.edu/haitsma01robust.html, 2001 (8 pages).

Conner, Margery, "Advantages of the Sliding-Mode DFT," www.edn.com, Jan. 9, 2002 (1 page).

International Preliminary Examining Authority, "PCT International Preliminary Examination Report," issued by the United States Patent and Trademark Office on May 6, 2008, in connection with a counterpart international applicaton No. PCT/US2005/029623 (9 pages).

Mexican Institute of Industrial Property issued on Jul. 16, 2009, The result of Substantive Examination (including English Translation) in Mexican patent application No. MX/a/2007/002071, 3 pages with 3 pages English Translation.

Jeffrey D. Taft, PhD., "DSP Design Performance—Breaking barriers in Digital Signal Processing...with new design tools," 2001, [retrieved from http://www.nauticom.net/www.jdtaft/DFT__increm.htm, accessed on Jan. 19, 2004], 1 page.

Schneider et al., "A Robust Content Based Digital Signature for Image Authentication," Columbia University, 1996, 4 pages.

* cited by examiner



FIG. 1A

Case 1:22-cv-00057-CJB   Document 1-1   Filed 01/14/22   Page 5 of 201 PageID #: 19



FIG. 1B



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10



FIG. 11



FIG. 12

US 7,783,889 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

## METHODS AND APPARATUS FOR GENERATING SIGNATURES

### RELATED APPLICATIONS

This patent is a continuation of International Patent Application Ser. No. PCT/US2005/029623, filed Aug. 18, 2005, which claims priority to U.S. Provisional Application 60/603, 024, filed on Aug. 18, 2004, both of which are hereby incorporated herein by reference in their entireties.

### FIELD OF THE DISCLOSURE

The present disclosure relates generally to media monitoring and, more particularly, to methods and apparatus for generating signatures for use in identifying media information.

### BACKGROUND

Identifying media information and more specifically audio streams (e.g., audio information) using signature-matching techniques is well known. Known signature-matching techniques are often used in television and radio audience metering applications and are implemented using several known methods for generating and matching signatures. For example, in television audience metering applications, signatures are generated at monitoring sites (e.g., monitored households) and reference sites. Monitoring sites typically include locations such as, for example, households where the media consumption of audience members is monitored. For example, at a monitoring site, monitored signatures may be generated based on audio streams associated with a selected channel, radio station, etc. The monitored signatures may then be sent to a central data collection facility for analysis. At a reference site, signatures, typically referred to as reference signatures, are generated based on known programs that are provided within a broadcast region. The reference signatures may be stored at the reference site and/or a central data collection facility and compared with monitored signatures generated at monitoring sites. A monitored signature may be found to match with a reference signature and the known program corresponding to the matching reference signature may be identified as the program that was presented at the monitoring site.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIGS. **1**A and **1**B illustrate example audio stream identification systems for generating digital spectral signatures and identifying audio streams.

FIG. **2** is a time-domain representation of an example monitored audio stream and a plurality of audio sample frames acquired from the monitored audio stream.

FIG. **3** is a time-domain representation of an example reference audio stream and a plurality of audio sample frames acquired from the example reference audio stream.

FIG. **4** is a flow diagram of an example method for generating digital spectral signatures based on spectral decompositions.

FIG. **5** is a flow diagram of an example method for generating descriptors associated with the example method of FIG. **4**.

FIG. **6** is a flow diagram of another example method for generating digital spectral signatures based on spectral decompositions.

FIG. **7** is a flow diagram of an example method for generating descriptors associated with the example method of FIG. **6**.

FIG. **8** is a flow diagram of an example method for comparing the digital spectral signatures generated using the example methods of FIGS. **4-7**.

FIG. **9** is a block diagram of an example signature generation system for generating digital spectral signatures based on audio streams.

FIG. **10** is a block diagram of another example signature generation system for generating digital spectral signatures based on audio streams.

FIG. **11** is a block diagram of an example signature comparison system for comparing digital spectral signatures.

FIG. **12** is a block diagram of an example processor system that may be used to implement the methods and apparatus described herein.

### DETAILED DESCRIPTION

Although the following discloses example systems including, among other components, software executed on hardware, it should be noted that such systems are merely illustrative and should not be considered as limiting. For example, it is contemplated that any or all of these hardware and software components could be embodied exclusively in hardware, exclusively in software, or in any combination of hardware and software. Accordingly, while the following describes example systems, persons of ordinary skill in the art will readily appreciate that the examples provided are not the only way to implement such systems.

The methods and apparatus described herein generally relate to generating digital spectral signatures, which may be used to identify media information. In particular, the disclosed methods and apparatus are described with respect to generating digital spectral signatures based on audio streams (e.g., audio information). However, the methods and apparatus described herein may also be used to generate digital spectral signatures based on any other type of media information such as, for example, video information, web pages, still images, computer data, etc. Further, the media information may be associated with broadcast information (e.g., television information, radio information, etc.), information reproduced from any storage medium (e.g., compact discs (CD), digital versatile discs (DVD), etc.), or any other information that is associated with an audio stream, a video stream, or any other media information for which the digital spectral signatures are generated. In one particular example, the audio streams are identified based on digital spectral signatures that include monitored digital signatures generated at a monitoring site (e.g., a monitored household) and reference digital signatures generated and/or stored at a reference site and/or a central data collection facility.

As described in detail below, the methods and apparatus described herein identify media information including audio streams based on digital spectral signatures. The digital spectral signatures may be formed using digital descriptors that are generated based on the spectral components of an audio stream and that may be analyzed using frequency transforms and/or wavelet transforms.

Unlike known methods in the prior art that use interframe operations (e.g., operations based on sample data within different data sample frames) to generate digital spectral signatures, the methods and apparatus described herein may be implemented using intraframe operations (e.g., operations based on sample data within a single frame). Intraframe operations may include, for example, comparison operations, determining percentage differences between values, etc. that are performed on two or more values (e.g., spectral power values) that are uniquely associated with or derived from a single frame. For example, using the methods and apparatus described herein, a digital spectral signature may be generated by obtaining a frame of media samples, determining

US 7,783,889 B2

3

spectral power values by performing a spectral transform (e.g., a FFT, a wavelet transform, etc.) on the frame of media samples, and performing an intraframe operation (e.g., a comparison) based on two or more spectral power values that are uniquely associated with the frame of media samples.

Frequency components of an audio signal are typically generated by transforming the audio signal data (e.g., an audio stream) from the time domain to the frequency domain using, for example, a Fourier Transform. The Fourier Transform can be used to analyze the frequency components in an audio stream and identify the spectral power of each frequency component. The spectral powers may then be used to generate digital spectral signatures.

Digital spectral signatures may also be generated based on wavelet transforms which transform audio data from the time domain to the wavelet domain. In general, wavelet transforms may be used to decompose blocks or frames of data (e.g., time domain audio samples) into multiple sub-bands, thereby allowing data sets to be analyzed at various scales and/or resolutions. By separating data into multiple sub-bands, a wavelet transform may be used to analyze each time interval of data at a desired scale or resolution.

Monitored signatures may be generated at a monitoring site based on audio streams associated with media information (e.g., a monitored audio stream) that is consumed by an audience. For example, a monitored signature may be generated based on the audio track of a television program presented at a monitoring site. The monitored signature may then be communicated to a central data collection facility for comparison to one or more reference signatures.

Reference signatures are generated at a reference site and/or a central data collection facility based on audio streams associated with known media information. The known media information may include media that is broadcast within a region, media that is reproduced within a household, media that is received via the internet, etc. Each reference signature is stored in a memory with media identification information such as, for example, a song title, a movie title, etc. When a monitored signature is received at the central data collection facility, the monitored signature is compared with one or more reference signatures until a match is found. This match information may then be used to identify the media information (e.g., monitored audio stream) from which the monitored signature was generated. For example, a look-up table or a database may be referenced to retrieve a media title, a program identity, an episode number, etc. that corresponds to the media information from which the monitored signature was generated.

As described below in connection with FIGS. 2 and 3, more reference signatures are generated at a reference site and/or a central data collection facility for a given audio stream than monitored signatures generated for a given audio stream at a monitoring site. In particular, the reference signatures generated for an audio stream (i.e., a reference audio stream) overlap in time. More specifically, the starting reference time or timestamp of each reference signature is shifted by a relatively small amount of time from the starting reference time or timestamp of a previous reference signature. In this manner, a monitored signature generated at a monitoring site and having a substantially arbitrary reference time may be aligned and/or matched with at least one of the reference signatures generated for a reference audio stream. As a result of the relatively fewer number of monitored signatures generated at the monitoring site, monitored signatures may be generated by processor systems and/or hardware devices having relatively less computing power and/or memory than processor systems and/or hardware devices used to generate reference signatures.

FIGS. 1A and 1B illustrate example audio stream identification systems 100 and 150 for generating digital spectral

4

signatures and identifying audio streams. The example audio stream identification systems 100 and 150 may be implemented as a television broadcast information identification system and a radio broadcast information identification system, respectively. The example audio stream identification system 100 includes a monitoring site 102 (e.g., a monitored household), a reference site 104, and a central data collection facility 106.

Monitoring television broadcast information involves generating monitored signatures at the monitoring site 102 based on the audio data of television broadcast information and communicating the monitored signatures to the central data collection facility 106 via a network 108. Reference signatures may be generated at the reference site 104 and may also be communicated to the central data collection facility 106 via the network 108. The audio content represented by a monitored signature that is generated at the monitoring site 102 may be identified at the central data collection facility 106 by comparing the monitored signature to one or more reference signatures until a match is found. Alternatively, monitored signatures may be communicated from the monitoring site 102 to the reference site 104 and compared one or more reference signatures at the reference site 104. In another example, the reference signatures may be communicated to the monitoring site 102 and compared with the monitored signatures at the monitoring site 102.

The monitoring site 102 may be, for example, a household for which the media consumption of an audience is monitored. In general, the monitoring site 102 may include a plurality of media delivery devices 110, a plurality of media presentation devices 112, and a signature generator 114 that is used to generate monitored signatures associated with media presented at the monitoring site 102.

The plurality of media delivery devices 110 may include, for example, set top box tuners (e.g., cable tuners, satellite tuners, etc.), DVD players, CD players, radios, etc. Some or all of the media delivery devices 110 such as, for example, set top box tuners may be communicatively coupled to one or more broadcast information reception devices 116, which may include a cable, a satellite dish, an antenna, and/or any other suitable device for receiving broadcast information. The media delivery devices 110 may be configured to reproduce media information (e.g., audio information, video information, web pages, still images, etc.) based on, for example, broadcast information and/or stored information. Broadcast information may be obtained from the broadcast information reception devices 116 and stored information may be obtained from any information storage medium (e.g., a DVD, a CD, a tape, etc.). The media delivery devices 110 are communicatively coupled to the media presentation devices 112 and configurable to communicate media information to the media presentation devices 112 for presentation. The media presentation devices 112 may include televisions having a display device and/or a set of speakers by which audience members consume, for example, broadcast television information, music, movies, etc.

The signature generator 114 may be used to generate monitored digital signatures based on audio information as described in greater detail below. In particular, at the monitoring site 102, the signature generator 114 may be configured to generate monitored signatures based on monitored audio streams that are reproduced by the media delivery devices 110 and/or presented by the media presentation devices 112. The signature generator 114 may be communicatively coupled to the media delivery devices 110 and/or the media presentation devices 112 via an audio monitoring interface 118. In this manner, the signature generator 114 may obtain audio streams associated with media information that is reproduced by the media delivery devices 110 and/or presented by the media presentation devices 112. Additionally or alternatively,

US 7,783,889 B2

5

6

the signature generator **114** may be communicatively coupled to microphones (not shown) that are placed in proximity to the media presentation devices **112** to detect audio streams. The signature generator **114** may also be communicatively coupled to the central data collection facility **106** via the network **108**.

The network **108** may be used to communicate signatures (e.g., digital spectral signatures), control information, and/or configuration information between the monitoring site **102**, the reference site **104**, and the central data collection facility **106**. Any wired or wireless communication system such as, for example, a broadband cable network, a DSL network, a cellular telephone network, a satellite network, and/or any other communication network may be used to implement the network **108**.

As shown in FIG. 1A, the reference site **104** may include a plurality of broadcast information tuners **120**, a reference signature generator **122**, a transmitter **124**, a database or memory **126**, and broadcast information reception devices **128**. The reference signature generator **122** and the transmitter **124** may be communicatively coupled to the memory **126** to store reference signatures therein and/or to retrieve stored reference signatures therefrom.

The broadcast information tuners **120** may be communicatively coupled to the broadcast information reception devices **128**, which may include a cable, an antenna, a satellite dish, and/or any other suitable device for receiving broadcast information. Each of the broadcast information tuners **120** may be configured to tune to a particular broadcast channel. In general, the number of tuners at the reference site **104** is equal to the number of channels available in a particular broadcast region. In this manner, reference signatures may be generated for all of the media information transmitted over all of the channels in a broadcast region. The audio portion of the tuned media information may be communicated from the broadcast information tuners **120** to the reference signature generator **122**.

The reference signature generator **122** may be configured to obtain the audio portion of all of the media information that is available in a particular broadcast region. The reference signature generator **122** may then generate a plurality of reference signatures (as described in greater detail below) based on the audio information and store the reference signatures in the memory **126**. Although one reference signature generator is shown in FIG. **1**, a plurality of reference signature generators may be used in the reference site **104**. For example, each of the plurality of signature generators may be communicatively coupled to a respective one of the broadcast information tuners **120**.

The transmitter **124** may be communicatively coupled to the memory **126** and configured to retrieve signatures therefrom and communicate the reference signatures to the central data collection facility **106** via the network **108**.

The central data collection facility **106** may be configured to compare monitored signatures received from the monitoring site **102** to reference signatures received from the reference site **104**. In addition, the central data collection facility **106** may be configured to identify monitored audio streams by matching monitored signatures to reference signatures and using the matching information to retrieve television program identification information (e.g., program title, broadcast time, broadcast channel, etc.) from a database. The central data collection facility **106** includes a receiver **130**, a signature analyzer **132**, and a memory **134**, all of which are communicatively coupled as shown.

The receiver **130** may be configured to receive monitored signatures and reference signatures via the network **108**. The receiver **130** is communicatively coupled to the memory **134** and configured to store the monitored signatures and the reference signatures therein.

The signature analyzer **132** may be used to compare reference signatures to monitored signatures. The signature analyzer **132** is communicatively coupled to the memory **134** and configured to retrieve the monitored signatures and the reference signatures from the same. The signature analyzer **132** may be configured to retrieve reference signatures and monitored signatures from the memory **134** and compare the monitored signatures to the reference signatures until a match is found. The memory **134** may be implemented using any machine accessible information storage medium such as, for example, one or more hard drives, one or more optical storage devices, etc.

Although the signature analyzer **132** is located at the central data collection facility **106** in FIG. 1A, the signature analyzer **132** may instead be located at the reference site **104**. In such a configuration, the monitored signatures may be communicated from the monitoring site **102** to the reference site **104** via the network **108**. Alternatively, the memory **134** may be located at the monitoring site **102** and reference signatures may be added periodically to the memory **134** via the network **108** by transmitter **124**. Additionally, although the signature analyzer **132** is shown as a separate device from the signature generators **114** and **122**, the signature analyzer **132** may be integral with the reference signature generator **122** and/or the signature generator **114**. Still further, although FIG. **1** depicts a single monitoring site (i.e., the monitoring site **102**) and a single reference site (i.e., the reference site **104**), multiple such sites may be coupled via the network **108** to the central data collection facility **106**.

The audio stream identification system **150** of FIG. 1B may be configured to monitor and identify audio streams associated with radio broadcast information. In general, the audio stream identification system **150** is used to monitor the content that is broadcast by a plurality of radio stations in a particular broadcast region. Unlike the audio stream identification system **100** used to monitor television content consumed by an audience, the audio stream identification system **150** may be used to monitor music, songs, etc. that are broadcast within a broadcast region and the number of times that they are broadcast. This type of media tracking may be used to determine royalty payments, proper use of copyrights, etc. associated with each audio composition. The audio stream identification system **150** includes a monitoring site **152**, a central data collection facility **154**, and the network **108**.

The monitoring site **152** is configured to receive all radio broadcast information that is available in a particular broadcast region and generate monitored signatures based on the radio broadcast information. The monitoring site **152** includes the plurality of broadcast information tuners **120**, the transmitter **124**, the memory **126**, and the broadcast information reception devices **128**, all of which are described above in connection with FIG. 1A. In addition, the monitoring site **152** includes a signature generator **156**. When used in the audio stream identification system **150**, the broadcast information reception devices **128** are configured to receive radio broadcast information and the broadcast information tuners **120** are configured to tune to the radio broadcast stations. The number of broadcast information tuners **120** at the monitoring site **152** may be equal to the number of radio broadcasting stations in a particular broadcast region.

The signature generator **156** is configured to receive the tuned audio information from each of the broadcast information tuners **120** and generate monitored signatures for the same. Although one signature generator is shown (i.e., the signature generator **156**), the monitoring site **152** may include multiple signature generators, each of which may be communicatively coupled to one of the broadcast information tuners **120**. The signature generator **156** may store the monitored signatures in the memory **126**. The transmitter **124** may

US 7,783,889 B2

7

retrieve the monitored signatures from the memory **126** and communicate them to the central data collection facility **154** via the network **108**.

The central data collection facility **154** is configured to receive monitored signatures from the monitoring site **152**, generate reference signatures based on reference audio streams, and compare the monitored signatures to the reference signatures. The central data collection facility **154** includes the receiver **130**, the signature analyzer **132**, and the memory **134**, all of which are described in greater detail above in connection with FIG. **1A**. In addition, the central data collection facility **154** includes a reference signature generator **158**.

The reference signature generator **158** is configured to generate reference signatures based on reference audio streams. The reference audio streams may be stored on any type of machine accessible medium such as, for example, a CD, a DVD, a digital audio tape (DAT), etc. In general, artists and/or record producing companies send their audio works (i.e., music, songs, etc.) to the central data collection facility **154** to be added to a reference library. The reference signature generator **158** may read the audio data from the machine accessible medium and generate a plurality of reference signatures based on each audio work (e.g., the reference audio stream **302** of FIG. **3**). The reference signature generator **158** may then store the reference signatures in the memory **134** for subsequent retrieval by the signature analyzer **132**. Identification information (e.g., song title, artist name, track number, etc.) associated with each reference audio stream may be stored in a database and may be indexed based on the reference signatures. In this manner, the central data collection facility **154** includes a database of reference signatures and identification information corresponding to all known and available song titles.

The receiver **130** is configured to receive monitored signatures from the network **108** and store the monitored signatures in the memory **134**. The monitored signatures and the reference signatures are retrieved from the memory **134** by the signature analyzer **132** for use in identifying the monitored audio streams broadcast within a broadcast region. The signature analyzer **132** may identify the monitored audio streams by first matching a monitored signature to a reference signature. The match information and/or the matching reference signature is then used to retrieve identification information (e.g., a song title, a song track, an artist, etc.) from a database stored in the memory **134**.

Although one monitoring site (e.g., the monitoring site **152**) is shown in FIG. **1B**, multiple monitoring sites may be communicatively coupled to the network **108** and configured to generate monitored signatures. In particular, each monitoring site may be located in a respective broadcast region and configured to monitor the content of the broadcast stations within a respective broadcast region.

FIG. **2** is a time-domain representation **200** of an example monitored audio stream **202** and a plurality of audio sample frames **204, 206, 208**, and **210** acquired from the monitored audio stream **202**. A monitored digital spectral signature is generated at a monitoring site (e.g., the monitoring site **102** of FIG. **1A** or the monitoring site **152** of FIG. **1B**) based on audio samples acquired from the example monitored audio stream **202**. The time-domain representation **200** illustrates the time relationship between the example monitored audio stream **202** and the audio sample frames **204, 206, 208**, and **210**, which are used to generate monitored signatures.

In one example, an N-bit monitored signature $S_x(t)$ is formed using one or more M-bit descriptors $B_x(t_0)$, $B_x(t_0+1)$, $B_x(t_0+2)$, $B_x(t_0+3)$. For example, a 32-bit monitored signature $S_x(t)$ includes four 8-bit descriptors $B_x(t_0)$, $B_x(t_0+1)$, $B_x(t_0+2)$, $B_x(t_0+3)$, each of which is generated based on a corresponding one of the audio sample frames **204, 206, 208**, and

8

**210**. More specifically, each of the descriptors is generated using one or more intraframe operations (e.g., comparison operations) based on two or more spectral components that are uniquely associated with a single audio sample frame.

The four descriptors may be generated based on spectral decompositions (e.g., frequency decompositions or wavelet decompositions) of the audio sample frames **204, 206, 208**, and **210** as described in detail below in connection with FIGS. **4-7**. The spectral decompositions are used to extract features that are uniquely characteristic of the example monitored audio stream **202**. In this manner, a reference signature and a monitored signature that are generated based on the same audio stream using the same signature generation method (e.g., the same spectral decomposition-based method) will include similar features, and thus can be used to reliably identify the monitored audio stream **202** using a matching algorithm. A monitored signature may be generated by sampling the example monitored audio stream **202** to generate the audio sample frames **204, 206, 208**, and **210**, generating the descriptors $B_x(t_0)$, $B_x(t_0+1)$, $B_x(t_0+2)$, $B_x(t_0+3)$ based on spectral decompositions of the audio sample frames **204, 206, 208**, and **210**, and concatenating the descriptors.

The audio sample frames **204, 206, 208**, and **210** are generated by sampling the example monitored audio stream **202** during four time intervals at a sampling frequency $f_s$. For example, a sampling frequency $f_s$ of 6000 Hz will generate 6000 samples of audio data for each of the audio sample frames **204, 206, 208**, and **210** (assuming the sample frames are collected over one second intervals). However, any other suitable sampling frequency $f_s$ may instead be selected. As shown in FIG. **2**, the duration of each of the audio sample frames **204, 206, 208**, and **210** is one second (e.g., 0 to $t_0$, to $t_0+1$, $t_0+1$ to $t_0+2$, and $t_0+2$ to $t_0+3$). However, the duration may instead be set to any other length of time. The times within the monitored audio stream **202** during which monitored signatures are generated are substantially similar or identical to the times within a reference audio stream during which corresponding reference signatures are generated. By acquiring audio sample frames for monitored signatures and reference signatures at substantially the same times, the features extracted from a monitored audio stream (e.g., the example monitored audio stream **202**) and a corresponding reference audio stream (e.g., the example reference audio stream **302** of FIG. **3**) are substantially similar or identical. Although the audio sample frames **204, 206, 208**, and **210** are shown in FIG. **2** as occurring consecutively in time, the audio sample frames **204, 206, 208**, and **210** may occur at any time and in any sequence within the example monitored audio stream **202**.

To ensure that the monitored signature is compared with a reference signature that is generated at substantially the same time within respective audio streams, the monitored signatures may be generated relative to a reference time that is used during the signature comparison process to align a monitored signature with a reference signature. More specifically, during the generation of a monitored signature, the example monitored audio stream **202** is sampled starting at a time indicated by a reference time to, which may be selected relative to a time stamp embedded within the example audio stream **202**, a system startup time, a daily recurring time (e.g., midnight), and/or any other reference time that may be indicative of the time at which a signature is generated. A signature matching system (e.g., the signature analyzer **132** of FIGS. **1A** and **1B**) uses the reference time $t_0$ to retrieve one or more reference signatures that correspond to substantially the same time within reference audio streams as indicated by the reference time $t_0$.

Additionally, one or more monitored signatures may be generated using the example monitored audio stream **202** so that multiple signatures are matched to identify the example

US 7,783,889 B2

9

monitored audio stream **202**. For example, it is possible that one or more monitored signatures generated using the example monitored audio stream **202** are substantially similar or identical to one or more reference signatures of a reference audio stream (e.g., the example reference audio stream **302** of FIG. **3**) that does not correspond to the example monitored audio stream **202**. In this case, to decrease the possibility of erroneously identifying the wrong reference audio stream, more than one monitored signature is generated for the monitored audio stream **202**. More specifically, the signatures may be generated at multiple times throughout the example monitored audio stream **202**. In addition, a comparison algorithm may be configured to match two or more monitored signatures with corresponding reference signatures to accurately identify the example monitored audio stream **202**.

FIG. **3** is a time-domain representation **300** of an example reference audio stream **302** and a plurality of audio sample frames **304**, **306**, **308**, and **310** that may be acquired from the example reference audio stream **302**. The time-domain representation **300** shows two one second time intervals (e.g., 0 to $t_0$ and $t_0$ to $t_0+1$) and the plurality of audio sample frames **304**, **306**, **308**, and **310** that are collected during the time intervals and that are subsequently used to generate a plurality of reference signatures that are staggered in time (i.e., time shifted relative to one another). The example reference audio stream **302** is sampled at a sampling frequency $f_s$ to collect the audio sample frames **304**, **306**, **308**, and **310**, which are used to generate M-bit descriptors $B_{Rn}(t)$. One or more of the descriptors $B_{Rn}(t)$ may then be concatenated to form an N-bit reference signature $S_{Rn}(t)$. Typically, the number of descriptors in a reference signature is equal to the number of descriptors in a monitored signature. Additionally, each of the M-bit descriptors $B_{Rn}(t)$ includes the same number of bits as a corresponding M-bit descriptor $B_x(t)$ associated with the example monitored audio stream **202** (FIG. **2**) and, thus, each N-bit reference signature $S_{Rn}(t)$ includes the same number of bits as a corresponding N-bit monitored signature $S_x(t)$.

Multiple reference signatures are generated for the example reference audio stream **302** in a manner that causes the reference signatures to be time-shifted relative to each other and to overlap in time with one another. More specifically, the start time at which a first audio sample frame (e.g., the audio sample frame **304**) of a first reference signature is collected is offset, or shifted, by an amount of time

$$\frac{1}{T_s}$$

from the start time at which a first audio sample frame (e.g., the audio sample frame **308**) of a second reference signature is collected. The value $T_s$ is associated with a number of equal segments ("sample segments") into which each time interval (e.g., $t_0$ to $t_0+1$) is divided. For example, if the number of sample segments $T_s$ in a time interval of one second is set equal to thirty, the collection of a new data set will begin every

$$\frac{1}{30} \cdot th$$

of a second. In addition, if the sampling frequency $f_s$ is set equal to 6000 Hz, each sample segment will include 200 samples.

Each audio sample frame is used to generate a single signature. More specifically, an audio sample frame is collected using a predetermined number of sample segments (e.g., the

10

sample segments **312**a-**312**e), which are concatenated to form the audio sample frame (e.g., the audio sample frame **304**). To achieve overlap among consecutively generated signatures, each signature is formed using an audio sample frame that partially overlaps with an audio sample frame used to form the previously generated signature. More specifically, two audio sample frames that overlap include a common set of sample segments. For example, the audio sample frames **304** and **308** include a common set of sample segments comprising the sample segments **312**b-**312**e. The audio sample frame **308** may be formed by extracting a common plurality of media samples or the common set of sample segments **312**b-**312**e from the audio sample frame **304** and appending a recently acquired sample segment (e.g., the sample segment **312**f) to the common set of sample segments **312**b-**312**e. In addition, two audio sample frames that overlap also contain sample segments that are exclusive to one or the other of the audio sample frames (i.e., audio sample frames that overlap also contain sample segments that occur in one or the other of the audio sample frames but do not occur in both frames).

To further illustrate the generation of reference signatures that are time shifted and overlapped, each reference signature is formed by four reference descriptors

$$B_{Rn}\left(t_0 + \frac{k}{T_s}\right), B_{Rn}\left(t_0 + \frac{k}{T_s} + 1\right), B_{Rn}\left(t_0 \frac{k}{T_s} + 2\right), B_{Rn}\left(t_0 + \frac{k}{T_s} + 3\right).$$

The four reference descriptors are separated by one-second time intervals and are shifted by

$$\frac{k}{T_s}$$

seconds with respect to the reference time $T_0$, where $0 \leqq k < T_S$. For example, the audio sample frames **304** and **306** (generated at

$$t_0 + \frac{0}{T_s} \text{ and } t_0 + \frac{0}{T_s} + 1\right),$$

respectively, in combination with two other audio sample frames generated at

$$t_0 + \frac{0}{T_s} + 2 \text{ and } t_0 + \frac{0}{T_s} + 3$$

(not shown), are used to generate four descriptors that form a first reference signature. Additionally, the audio sample frames **308** and **310** (generated at

$$\left(t_0 + \frac{1}{T_s}\right) \text{ and } \left(t_0 + \frac{1}{T_s} + 1\right)\right),$$

respectively, are used with two other audio sample frames generated at

US 7,783,889 B2

11

$$\left(t_0 + \frac{1}{T_s} + 2\right) \text{and} \left(t_0 + \frac{1}{T_s} + 3\right)$$

(not shown) to generate four descriptors that form a second reference signature that is time shifted relative to the first reference signature by

$$\frac{1}{T_s}$$

seconds. As described below in connection with FIG. 5, each of the reference descriptors is generated using one or more operations (e.g., comparison operations) based on two or more spectral components that are both associated with the same audio sample frame. These operations are referred to as intraframe operations because they are performed using data exclusive to a single audio sample frame and are not dependent on sample data collected over other audio frames.

During an example sample acquisition process, the sample segments $312a$-$312e$ are collected and are used to form the first audio sample frame 304, which is subsequently used to determine a descriptor. This descriptor is then used to form part of a first reference signature. Then, a new sample segment $312f$ is collected and a second audio sample frame 308 is formed using sample segments $312b$-$312f$. The second audio sample frame 308 is then used to determine a reference descriptor which is used to form part of a second reference signature. Thus, the first and second audio sample frames 304 and 308 include a common set of sample segments $312b$-$312e$ and each of the first and second audio sample frames additionally include a sample segment not included in the other (i.e., the first audio sample frame 304 includes sample segment $312a$ and the second audio sample frame 308 includes sample segment $312f$). In this manner, the first and second reference signatures are generated using data collected at points in the audio stream that are staggered or shifted in time by

$$\frac{1}{T_s}$$

seconds and are generated using data that overlaps. In addition, the amount by which the first and second signatures are shifted can be adjusted by changing the value of $T_s$ thereby permitting the resolution of the signatures to vary as desired. Specifically, if a set of signatures that represents an audio stream with a greater resolution is desired, $T_s$ can be increased accordingly. Likewise, if less resolution is desired, $T_s$ can be decreased. As will be appreciated by one having ordinary skill in the art, the value of $T_s$ may affect the quantity of signatures that can be generated for a given audio stream. For example, if the number of sample segments used to form a signature remains constant, a larger value of $T_s$ will result in forming more audio sample frames than a smaller value of $T_s$. Therefore, the amount of memory available to store the signature data may be a factor in determining the desired value of $T_s$.

As described above, in order to identify the title of a song or the title of a program associated with a particular audio stream, a set of monitored signatures generated for a monitored audio stream are compared to a database of reference

12

signatures associated with a plurality of reference audio streams. In one example system, a signature generator (e.g., the signature generator 114 of FIG. 1A) may be configured to monitor the audio emitted by a specific television (e.g., one of the presentation devices 112 of FIG. 1A) located in the home of a specific panelist. Signatures are generated for the audio emitted by the television in the manner described above. In addition, the time at which the audio corresponding to each signature was emitted is recorded and stored as a reference time $t_0$ with the corresponding monitored signature in a memory device. A timing device (e.g., the timing device 903 of FIGS. 9 and 10) located at the monitoring site may be used to trigger the collection of the audio data for the subsequent generation of monitored signatures and to provide the corresponding data collection times (e.g., reference times $t_0$, timestamps, etc.) to the memory for storage with the corresponding signature. To enable the subsequent identification of the emitted audio, a reference site (e.g., the reference site 104 of FIG. 1A) located within the same broadcast region as a monitoring site (e.g., the monitoring site 102 of FIG. 1A) is configured to generate reference signatures corresponding to the audio broadcast on all television broadcast channels at all times of the day. A timing device (e.g., the timing device 903 of FIGS. 9 and 10) located at the reference site may be used to trigger the collection of the audio data at a set of equally spaced intervals corresponding to the time period

$$\frac{1}{T_s}$$

for the subsequent generation of the reference signatures and to provide a corresponding set of data collection times to a reference memory (e.g., the memory 126 of FIG. 1A) for storage. Thus, each reference signature is stored in a memory device located at the reference site along with timestamp data indicating the time at which the underlying audio data was collected. In one example, the timing devices (e.g., the timing device 903 of FIG. 9) located at the monitoring site and the reference site are synchronized such that the timestamps can be used to align the reference signatures with the monitored signatures to facilitate the signature matching process. Likewise, because a plurality of monitoring sites are likely to be located in the same broadcast region as a single reference site, in the same example, each of the timing devices 903 located in each such monitoring site may be synchronized with the timing device 903 located in the single reference site. However, due to the staggered arrangement of the reference signatures described above in connection with FIG. 3, the timing devices 903 at the monitoring site and the reference site do not have to be synchronized.

To compensate for offsets between the timing devices located at the monitoring sites and the reference site, the value of $T_s$ may be adjusted. The value of $T_s$ is generally selected to incrementally time shift a reference signature from a previous reference signature so that a monitored signature generated at an arbitrary reference time is highly likely to align with one of the staggered or time-shifted reference signatures. More specifically, increasing the value of $T_s$ causes the number of sample segments (e.g., the sample segments $312a$-$312f$) to increase and the offset or time shift from one reference signature to the next reference signature to decrease. This, in turn, increases the likelihood that the times at which reference signatures are generated for a given audio stream correspond to substantially similar or identical reference times at which monitored signatures are generated for the same audio stream. Signatures generated at the same times for the same program are expected to be identical or at least similar enough

US 7,783,889 B2

13

14

to cause a match to be detected. Thus, increasing the value of $T_s$ increases the likelihood of a match between a set of reference signatures and a set of monitored signatures corresponding to the same audio program. Additionally, assuming the timing devices located at the reference site and the monitoring site are synchronized with sufficient precision, a monitored signature generated for data collected at a time T need only be compared to each reference signature associated with the same timestamp T instead of all reference signatures generated during the same twenty-four hour period. This reduction in comparisons reduces the processing time required to find a match. Similarly, assuming there is a known error, E, between the timing devices located at a monitoring site and a reference site, each monitored signature generated at the monitoring site at a time T need only be compared to all reference signatures generated from data collected within a window of the time spanning from T−E to T+E.

In another example system (e.g., the example audio identification system **150** of FIG. 1B), a set of monitored signatures are generated for a monitored audio stream and then compared to a database of reference signatures associated with a set of reference audio streams that, ideally, represent the universe of currently available audio streams. For example, as described above, in connection with FIG. 1B, reference signatures corresponding to reference audio streams may be stored in a database that is stored in, for example, the memory **134**. For each reference signature that is matched to a monitored signature, the matching information and/or the reference signature may be used to retrieve identification information (e.g., song title, song track, artist, etc.) from the database. The identification information is then used to identify the monitored audio stream. In one example, reference times $t_0$ or timestamps associated with each monitored signature may be used to identify the time (of day) at which the monitored audio streams were broadcast.

FIG. **4** is a flow diagram of an example method for generating digital spectral signatures based on spectral decompositions. In particular, the example method of FIG. **4** may be used to generate digital spectral signatures (e.g., reference signatures and/or monitored signatures) based on frequency decomposition methods using a sliding Fast Fourier transform (FFT). As is known by one having ordinary skill in the art, an FFT may be used to convert a time domain signal (e.g., the example audio streams **202** and **302** of FIGS. **2** and **3**) into a frequency domain representation of the same signal which may then be used to analyze the frequency components of the converted signal.

As will be appreciated by one having ordinary skill in the art, a sliding FFT provides advantages over a conventional non-sliding FFT for generating the digital spectral signatures. Unlike a conventional non-sliding FFT, a sliding FFT can be used to incrementally compute an FFT. For example, one example approach to processing the audio streams **202** and **302** involves generating FFT data for each audio sample frame independent of any data associated with previous audio sample frames. In contrast, a sliding FFT involves generating FFT data for an audio sample frame by updating the FFT data generated in connection with a previous audio sample frame. Updating the previous frame's FFT data is less computationally expensive than generating FFT data anew for each frame causing the sliding FFT technique to be more efficient than the non-sliding conventional FFT approach. Additionally, the number of samples forming each audio sample frame (e.g., the audio sample frames **204**, **206**, **208**, and **210** of FIG. **2** or **304**, **306**, **308**, and **310** of FIG. **3**) need not be a power of two, as is required of the non-sliding FFT approach. Thus, when using a sliding FFT, the digital spectral signatures can be generated using audio sample frames of any arbitrary size (i.e., any number of samples) that are acquired using any sampling frequency $f_s$.

Now turning in detail to the example method of FIG. **4**, initially the example method involves obtaining an audio stream (block **402**) (e.g., the example monitored audio stream **202** of FIG. **2** or the example reference audio stream **302** of FIG. **3**). A reference time to described above in connection with FIGS. **2** and **3** is determined (block **404**) to indicate the time within an audio stream at which a signature is generated. An initial audio sample set is then obtained (block **406**). The audio samples may be obtained by sampling an analog audio stream at a sampling frequency $f_s$ and performing an analog-to-digital conversion. Alternatively, the audio samples may be obtained by extracting or acquiring samples from a digital audio stream at a sampling frequency $f_s$. The initial audio sample set may be a complete audio sample frame (e.g., one of the audio sample frames **204**, **206**, **208**, and **210** of FIG. **2** or **304**, **306**, **308**, and **310** of FIG. **3**) or a portion thereof. An initial FFT operation is performed on the initial audio sample set to establish an initial frequency spectrum (block **408**). The method of performing a FFT is well known in the art and, thus, is not discussed in detail herein.

After the initial frequency spectrum is determined (block **408**), a next set of audio samples is obtained (block **410**). The sliding FFT may then be used to update the initial frequency spectrum (generated at block **408**) based on two most recently collected samples $v_{N_s-2}$ and $v_{N_s-1}$ according to Equation 1 below.

$$
\begin{aligned}
a_1[J] \times \exp(\varphi_1[J]) = & \qquad\qquad\qquad \text{Equation 1}\\[4pt]
& a_0[J] \times \exp(\varphi_0[J]) \times \exp\left(-\frac{i2\pi J(2)}{N_S}\right) + \\[4pt]
& \left(v_{N_s-2} \times \exp\left(\frac{i2\pi J(N_S-2)}{N_S}\right)\right) + \\[4pt]
& \left(v_{N_s-1} \times \exp\left(\frac{i2\pi J(N_S-1)}{6000}\right)\right) - \\[4pt]
& \left(v_0 \times \exp\left(-\frac{i2\pi J(2)}{N_S}\right)\right) - \left(v_1 \times \exp\left(-\frac{i2\pi J}{N_S}\right)\right)
\end{aligned}
$$

Equation 1 may be used to update the frequency spectrum of an audio sample frame having a sample quantity $N_S$. The spectral amplitude $a_0[J]$ and phase value $\phi_0[J]$ form the existing frequency spectrum $a_0[J] \times \exp(\phi_0[J])$, which includes the frequencies indexed by the frequency index J. When the two most recently collected audio samples $v_{N_s-2}$ and $v_{N_s-1}$ are obtained, the existing frequency spectrum $a_0[J] \times \exp(\phi_0[J])$ may be updated to determine a new frequency spectrum $a_1[J] \times \exp(\phi_1[J])$. The two most recently collected audio samples $v_{N_s-2}$ and $v_{N_s-1}$ are inserted into the audio sample frame to replace the two earliest collected samples $v_0$ and $v_1$.

As shown in Equation 1, the updated frequency spectrum $a_1[J] \times \exp(\phi_1[J])$ is determined using one or more multiplication operations, addition operations, and subtraction operations based on complex exponents, the two earliest collected samples $v_0$ and $v_1$, and the two most recently collected samples $v_{N_s-2}$ and $v_{N_s-1}$. Initially, the existing frequency spectrum $a_0[J] \times \exp(\phi_0[J])$ is multiplied by a first complex exponential value

$$
\exp\left(-\frac{i2\pi J(2)}{N_S}\right).
$$

The product of the multiplication is added to a product determined by multiplying the first most recently collected audio sample $v_{N_s-2}$ by a second complex exponential value

15

$$\exp\left(\frac{i2\pi J(N_S - 2)}{N_S}\right).$$

The result is then added to a product determined by multiplying the second most recently collected audio sample $v_{N_s-1}$ by a third complex exponential value

$$\exp\left(\frac{i2\pi J(N_S - 1)}{N_S}\right).$$

The first earliest collected audio sample $v_0$ is then multiplied by the first complex exponential value

$$\exp\left(-\frac{i2\pi J(2)}{N_S}\right)$$

and subtracted from the previous addition result. The second earliest collected audio sample $v_1$ is then multiplied by a fourth complex exponential value

$$\exp\left(\frac{i2\pi J}{N_S}\right)$$

and subtracted from the previous subtraction result.

It is well known in the art that instabilities such as, for example, oscillation or data overflow can be substantially minimized when implementing a sliding FFT by multiplying most recently collected audio samples (e.g., the most recently collected audio samples $v_{Ns-2}$ and $v_{N_s-1}$) by a first stability factor $sf_1$ and earliest collected audio samples (e.g., the earliest collected audio samples $v_0$ and $v_1$) by a second stability factor $sf_2$. The first stability factor $sf_1$ may be set equal to a value as close as possible to one. In the case of an audio sample frame having 6000 samples, the first stability factor $sf_1$ may be set equal to 0.99995. The second stability factor $sf_2$ may be set equal to $(sf_1)^{p-1}$, where the value p is equal to the number of sample shifts required to process an audio sample frame using the sliding FFT. For example, a two-sample shift is required to update an audio sample frame based on the two most recently collected audio samples $v_{N_s-2}$ and $v_{N_s-1}$. In the case of the audio sample frame having 6000 samples, the value p may be set equal to 3000.

After the sliding FFT is determined or calculated at block 412, it is determined if a complete audio sample frame (e.g., one of the audio sample frames 204, 206, 208, and 210 of FIG. 2 or one of the audio sample frames 304, 306, 308, and 310 of FIG. 3) has been obtained (block 414). At the monitoring sites 102 (FIG. 1A) and 152 (FIG. 1B), a complete audio sample frame is obtained when a plurality of most recently collected $N_S$ samples is obtained. For example, if an audio sample frame includes 6000 samples, a complete audio sample frame is obtained after 6000 new samples are obtained. At the reference site 104 (FIG. 1A) or the central data collection facility 154 (FIG. 1B), a complete audio sample frame is obtained when a most recently collected sample segment (e.g., one of the sample segments 312a-312f of FIG. 3) is obtained and a current audio sample frame is formed as described in greater detail above in connection with FIG. 3. If it is determined at block 414 that a complete audio sample frame has not been obtained, control is passed back to block 410. However, if it is

16

determined at block 414 that a complete audio sample frame has been obtained, a descriptor is generated (block 416). An example method for generating descriptors based on frequency components is described in greater detail below in connection with FIG. 5.

It is then determined if a complete descriptor set has been obtained (block 418). A descriptor set includes a predetermined number of descriptors that are used to form a signature. For example, if a 32-bit signature is formed by 8-bit descriptors, then a descriptor set includes four descriptors. If it is determined at block 418 that a complete descriptor set has not been obtained, control is passed back to block 410. However, if it is determined at block 418, that a complete descriptor set has been obtained, a digital spectral signature is generated by concatenating the descriptors of the descriptor set (block 420). After the digital spectral signature is generated (block 420), it is determined if another signature is to be generated (block 422). If another signature is to be generated, control is passed back to block 404.

FIG. 5 is a flow diagram of an example method for generating descriptors associated with the example method of FIG. 4. In particular, the example method of FIG. 5 may be used to implement block 416 of FIG. 4. An M-bit descriptor is generated by selecting M pairs of frequency components $f_{lb}$ that are uniquely associated with an audio sample frame and determining each bit of the descriptor based on intraframe comparisons of the spectral powers $P_{lb}$ of the frequency components $f_{lb}$. The frequency components $f_{lb}$ and the spectral powers $P_{lb}$ are indexed by a frequency component index l and a bit index b, where $0 \leq l < f$ index$_{max}$ and $0 \leq b < M$.

The example method initially selects a first pair of frequency components $f_{00}$ and $f_{10}$ (block 502). Although consecutive frequency components are selected (i.e., $f_{0b}$ and $f_{1b}$, $f_{2b}$ and $f_{3b}$, etc.) in the example method, the frequency components may be selected from any location in the frequency spectrum of an audio sample frame (e.g., one of the audio sample frames 204, 206, 208, and 210 of FIG. 2 or one of the audio sample frames 304, 306, 308, and 310 of FIG. 3). However, the frequency component indexes l used to select pairs of frequency components for generating a monitored signature are the same frequency component indexes l used to select pairs of frequency components for generating a corresponding reference signature.

After the first pair of frequency components $f_{00}$ and $f_{10}$ is selected, the spectral powers $P_{00}$ and $P_{10}$ corresponding to the selected frequency components are determined (block 504). One of ordinary skill in the art will readily appreciate that the spectral power for each frequency component can be obtained based on the results of the sliding FFT performed at block 412 of FIG. 4.

A descriptor bit is determined based on the frequency components $f_{00}$ and $f_{10}$ by comparing the first spectral power $P_{00}$ with the second spectral power $P_{10}$ (block 506). If the first spectral power is greater than the second spectral power (i.e., $P_{00} > P_{10}$), the descriptor bit is set equal to one. If, instead, the first spectral power is less than or equal to the second spectral power (i.e., $P_{00} \leq P_{10}$), the descriptor bit is set equal to zero.

It is then determined if another descriptor bit is to be determined (block 508). If another descriptor bit is to be determined, another pair of frequency components is selected (e.g., $f_{21}$ and $f_{31}$) (block 510) and control is passed back to block 504. If, instead, another descriptor bit is not to be determined, the example method of FIG. 5 may be stopped.

FIG. 6 is a flow diagram of another example method for generating digital spectral signatures based on spectral decompositions. In particular, the example method of FIG. 6 may be used to generate digital spectral signatures (e.g., reference signatures and monitored signatures) based on wavelet decompositions of audio sample frames (e.g., the audio sample frames 204, 206, 208, and 210 of FIG. 2 or 304,

US 7,783,889 B2

17

306, 308, and 310 of FIG. 3) using wavelet transforms. As described above, wavelet transforms may be employed to analyze data using different scales and/or resolutions by separating blocks or frames of data (e.g., the audio sample frames 204, 206, 208, 210, 304, 306, 308, and 310) into multiple sub-bands.

Initially, the example method obtains an audio stream (block 602) (e.g., the example monitored audio stream 202 of FIG. 2 or the example reference audio stream 302 of FIG. 3). A reference time to described above in connection with FIGS. 2 and 3 is determined (block 604) to indicate the time within an audio stream at which a signature is generated. An audio sample frame is then obtained (block 606). The audio sample frame may be obtained by sampling an analog audio stream at a sampling frequency $f_s$ and performing an analog-to-digital conversion. Alternatively, the audio sample frame may be obtained by extracting or acquiring samples from a digital audio stream at a sampling frequency $f_s$. Based on the Nyquist Theorem, aliasing is avoided by sampling the audio samples at frequencies ranging from zero to

$$\frac{f_s}{2}.$$

A descriptor is then determined (block 608) based on wavelet decomposition performed using a wavelet transform. An example method for generating descriptors based on one or more wavelet decompositions is described in greater detail below in connection with FIG. 7.

After the descriptor is generated, it is determined if a complete descriptor set has been obtained (block 610). If a complete descriptor set has not been obtained, a next audio sample frame is obtained (block 612) and control is passed back to block 608. However, if a complete descriptor set has been obtained, a digital spectral signature is generated (block 614) by concatenating the descriptors of the descriptor set. After the digital spectral signature is generated, it is determined if another signature is to be generated (block 616). If another signature is to be generated, control is passed back to block 604. Otherwise, the example method is stopped.

FIG. 7 is a flow diagram of an example method for generating descriptors associated with the example method of FIG. 6. In particular, the example method of FIG. 7 may be used to implement block 608 of FIG. 6. An M-bit descriptor is generated by performing an M-level wavelet decomposition on an audio sample frame (e.g., one of the audio sample frames 204, 206, 208, and 210 of FIG. 2 or one of the audio sample frames 304, 306, 308, and 310 of FIG. 3). For each level wavelet decomposition, the energy of the audio signal for each sub-band is determined and descriptors are generated based on comparisons of the sub-band energies. For each descriptor, the M-level wavelet decomposition is implemented as an intraframe operation that is performed on spectral energies that are uniquely associated with an audio sample frame. Additionally, the M-level wavelet decomposition may be implemented using any wavelet transform. For purposes of clarity, the example method of FIG. 7 is described in terms of the well-known Daubechies wavelet transform.

Initially, the example method performs a first-level wavelet decomposition (block 702) by applying the Daubechies wavelet transform to an audio sample frame. The first application of the Daubechies wavelet transform results in a low-frequency sub-band block of filtered values $L_0$ and a high-frequency sub-band block of filtered values $H_0$, each of which includes

18

$$\frac{N_S}{2}$$

filtered values.

Turning in greater detail to the Daubechies wavelet transform implementation, the Daubechies wavelet coefficients $c_0$, $c_1$, $c_2$, and $c_3$ are used to generate an $N_S \times N_S$ transformation matrix in which the coefficients are arranged as shown below.

$$\begin{bmatrix} c_0 & c_1 & c_2 & c_3 & & & & \\ c_3 & -c_2 & c_1 & -c_0 & & & & \\ & & c_0 & c_1 & c_2 & c_3 & & \\ & & c_3 & -c_2 & c_1 & -c_0 & & \\ & & & & & & & \\ & & & & & c_0 & c_1 & c_2 & c_3 \\ & & & & & c_3 & -c_2 & c_1 & -c_0 \\ c_2 & c_3 & & & & & & c_0 & c_1 \end{bmatrix}$$

The coefficients are ordered in the transformation matrix, as shown above, using two dominant patterns. The odd rows include the first pattern, which is an ordering of the coefficients that functions as a smoothing filter (e.g., similar to a moving filter). The even rows include the second pattern, which is an ordering of the coefficients that functions to bring out the details of data (e.g., the audio sample frame). The transformation matrix is first applied to the entire audio sample frame (e.g., all of the $N_S$ samples) to generate filtered values that include low-frequency sub-band filtered values alternated with high-frequency sub-band filtered values. The values are de-interleaved to generate the two sub-band blocks $L_0$ and $H_0$, each of which includes

$$\frac{N_S}{2}$$

samples. The low-frequency sub-band block $L_0$ includes filtered values that are associated with sub-band frequencies ranging from zero to

$$\frac{f_s}{4}.$$

The high-frequency sub-band block $H_0$ includes filtered values that are associated with sub-band frequencies ranging from

$$\frac{f_s}{4} \text{ to } \frac{f_s}{2}.$$

An

$$\frac{N_S}{2} \times \frac{N_S}{2}$$

transformation matrix of the Daubechies coefficients is then applied to the low-frequency sub-band block $L_0$ to generate

US 7,783,889 B2

19

two additional sub-band blocks $L_1$ and $H_1$. For each transformation, the number of filtered values in each sub-band block is halved. Additionally, for each transformation, a descriptor is generated based on a high-frequency sub-band block (e.g., $H_0$, $H_1$, $H_2$, etc.). Further details related to the implementation of wavelet transforms are well known in the art and are not described herein.

After the first-level wavelet transform is applied, the high-frequency sub-band block $H_0$ is parsed by separating the filtered values into a first half and a second half (block 704). Next, at a block 706, a first energy value $E_0$ is determined by squaring and summing the filtered values of the first half of the high-frequency sub-band block $H_0$ and a second energy value $E_1$ is also determined (block 706) by squaring and summing the filtered values of the second half of the high-frequency sub-band block $H_0$.

A descriptor bit is determined by comparing the first energy value $E_0$ with the second energy value $E_1$ (block 708). For example, if the first energy value $E_0$ is greater than the second energy value $E_1$ (i.e., $E_0 > E_1$), the first descriptor bit is set equal to one. If the first energy value $E_0$ is less than or equal to the second energy value $E_1$ (i.e., $E_0 \leqq E_1$), the first descriptor bit is set equal to zero. It is then determined if another descriptor bit is to be determined (block 710). If another descriptor bit is to be determined, a next-level wavelet decomposition is performed (block 712). For example, as described above, if a second-level wavelet decomposition is performed, an

$$\frac{N_S}{2} \times \frac{N_S}{2}$$

transformation matrix is applied to the filtered values of the low-frequency sub-band block $L_0$ to determine filtered sub-band blocks $L_1$ and $H_1$. If it is determined at block 710 that another descriptor bit is not to be determined, the example method of FIG. 7 may be stopped.

FIG. 8 is a flow diagram of an example method for comparing the digital spectral signatures (e.g., monitored signatures and reference signatures) generated using the example methods of FIGS. 4-7. In particular, the example method may be used to compare a monitored signature with a reference signature, both of which are generated based on a sliding FFT or a wavelet transform. In general, the example method of FIG. 8 may be used to match a monitored signature with a reference signature by comparing the monitored signature with a plurality of reference signatures. Identification information (e.g., channel, program title, episode number, etc.) associated with a matching reference signature may then be retrieved from, for example, a database and used to generate media ratings information. The comparisons may be performed by comparing any number of bits from a monitored signature with the same number of bits from a reference signature such as, for example, a bit-by-bit comparison, a byte-by-byte comparison, a word-by-word comparison, etc. Due to the large number of reference signatures available for comparison, a Hamming distance may be used for the comparisons to eliminate mismatches rapidly, thereby significantly decreasing the time required to compare a monitored signature with the reference signatures.

As is known to one of ordinary skill in the art, a Hamming distance between two values may be identified by determining how many bits, numbers, characters, etc. need to be changed to make the two values equal. For example, a first binary value of 0110 and a second binary value of 0101 have

20

a Hamming distance of two because bit location zero and bit location one need to be changed to make the first binary value equal to the second binary value.

Now turning in detail to the example method of FIG. 8, the example method involves first obtaining a monitored signature (block 802). A reference time to for the monitored signature is then obtained (block 804). A first reference signature corresponding to a time within a reference audio stream indicated by the reference time to is obtained from, for example, the memory 134 of FIGS. 1A and 1B (block 806). The first descriptor of the monitored signature and the first descriptor of the reference signature are then obtained (block 808).

The first descriptor of the monitored signature is compared to the first descriptor of the reference signature to determine if the descriptors match (block 810). If a match is detected, it is determined if all of the descriptors of the monitored signature and the reference signature have been compared (block 812). If it is determined at block 812 that all of the descriptors have not been compared, the next descriptors are obtained from the monitored signature and the reference signature (block 816) and control is passed back to block 810. If it is determined at block 812 that all of the descriptors have been compared, the monitored audio stream is identified based on the matching reference signature (block 814). Alternatively, the example method may be implemented so that multiple monitored signatures of a single audio stream need to be matched to multiple signatures of a reference audio stream prior to identifying the monitored audio stream.

If it is determined at block 810 that the descriptors do not match, then it is determined if all of the reference signatures has been compared (block 818). If all of the reference signatures have not been compared, the next reference signature is obtained (block 820) and control is passed to block 808. However, if it is determined at block 818 that all of the reference signatures have been compared, the media, channel, radio station, etc. associated with the monitored audio stream may be unidentifiable and the example method is stopped. A flag may be set to indicate that the monitored audio stream is unidentifiable.

Although, the example method of FIG. 8 is described as comparing one reference signature at a time, the example method can be adapted to compare multiple reference signatures with one monitored signature in parallel (i.e., at the same time). For example, the operation of block 806 may be configured to obtain a plurality of reference signatures at one time, each of which corresponds to a different reference audio stream. The operation of block 808 may be configured to obtain the first descriptor of each of the plurality of reference signatures retrieved at block 806. The descriptors of each of the reference signatures may be compared with the each descriptor of the monitored signature until a match is found or until the plurality of reference signatures obtained at block 806 is eliminated, after which time another plurality of reference signatures may be obtained at block 820.

One of ordinary skill in the art can readily appreciate that applying the Hamming distance to the comparison process may significantly reduce the time required to match all of the available reference signatures. For example, after the first descriptor of each of a plurality of reference signatures are compared to the first descriptor of a monitored signature, the first descriptor of each of the reference signatures is associated with a Hamming distance. Only reference signatures having first descriptors associated with a Hamming distance less than a predetermined Hamming distance threshold are further compared with the monitored signature based on the next descriptor of each of the reference signatures and the monitored signature. Reference signatures having descriptors

US 7,783,889 B2

21

associated with a Hamming distance greater than a predetermined threshold are discarded. The number of reference signatures to be compared based on the next descriptors is reduced from the number of reference signatures compared to the monitored signature based on the first descriptor. In this manner, with each iteration of the comparison process, the number of reference signatures that remain to be compared in subsequent iterations of the signature comparison process quickly diminishes until it is determined that all of the descriptors of a single reference signature are associated with a Hamming distance below the predetermined Hamming distance threshold.

In instances where all of the descriptors of more than one reference signature are associated with a Hamming distance below the predetermined Hamming distance threshold, more than one monitored signature may need to be matched with respective reference signatures of the possible matching reference audio streams. It will be relatively unlikely that all of the monitored signatures generated based on the monitored audio stream will match all of the reference signatures of more than one reference audio stream, and, thus erroneously matching more than one reference audio stream to the monitored audio stream can be prevented.

The example methods described above in connection with FIGS. 4-8 may be implemented by hardware, software, and/or any combination thereof. More specifically, the example methods may be executed in hardware defined by the block diagrams of FIGS. 9-11. The example methods may also be implemented by software executed on a processor system such as, for example, the processor system 1210 of FIG. 12.

FIG. 9 is a block diagram of an example signature generation system 900 for generating digital spectral signatures. In particular, the example signature generation system 900 may be used to generate monitored signatures and/or reference signatures based on a sliding FFT as described above in connection with the example methods of FIGS. 4 and 5. For example, the example signature generation system 900 may be used to implement the signature generators 114 and 122 of FIG. 1A or the signature generators 156 and 158 of FIG. 1B. Additionally, the example signature generation system 900 may be used to implement the example methods of FIGS. 4 and 5.

As shown in FIG. 9, the example signature generation system 900 includes a sample generator 902, a timing device 903, a reference time generator 904, a sliding FFT module 906, a frequency identifier 908, a spectral power value identifier 910, a comparator 912, a descriptor generator 914, a concatenator 916, and a data communication interface 918, all of which may be communicatively coupled as shown. The example signature generation system 900 may be configured to obtain an example audio stream 920, acquire a plurality of audio samples from the example audio stream 920, and generate digital spectral signatures based on the audio samples.

The sample generator 902 may be configured to obtain the example audio stream 920, which may be any analog or digital audio stream. If the example audio stream 920 is an analog audio stream, the sample generator 902 may be implemented using an analog-to-digital converter. If the example audio stream 920 is a digital audio stream, the sample generator 902 may be implemented using a digital signal processor. Additionally, the sample generator 902 may be configured to acquire and/or extract audio samples at any desired sampling frequency $f_s$ and notify the reference time generator 904 when an audio sample acquisition process begins. The sample generator 902 communicates samples to the sliding FFT module 906. The sample generator 902 may also be configured to notify the frequency identifier 908 when an

22

audio sample frame (e.g., one of the audio sample frames 204, 206, 208, and 210 of FIG. 2 or 304, 306, 308, and 310 of FIG. 3) or a sample segment (e.g., one of the sample segments 312a-f of FIG. 3) has been generated.

The timing device 903 may be configured to generate time data and/or timestamp information and may be implemented by a clock, a timer, a counter, and/or any other suitable device. The timing device 903 may be communicatively coupled to the reference time generator 904 and may be configured to communicate time data and/or timestamps to the reference time generator 904. The timing device 903 may also be communicatively coupled to the sample generator 902 and may assert a start signal or interrupt to instruct the sample generator 902 to begin collecting or acquiring audio sample data. In one example, the timing device 903 may be implemented by a real-time clock having a 24-hour period that tracks time at a resolution of milliseconds. In this case, the timing device 903 may be configured to reset to zero at midnight and track time in milliseconds with respect to midnight.

The reference time generator 904 may initialize a reference time to when a notification is received from the sample generator 902. As described above in connection with FIGS. 2 and 3, the reference time $t_0$ may be used to indicate the time within an audio stream at which a signature is generated. In particular, the reference time generator 904 may be configured to read time data and/or a timestamp value from the timing device 903 when notified of the beginning of a sample acquisition process by the sample generator 902. The reference time generator 904 may then store the timestamp value as the reference time to.

The sliding FFT module 906 may be configured to perform a sliding FFT using the audio samples obtained from the sample generator 902. As described above in connection with FIG. 4, a sliding FFT may update frequency spectrum data each time two samples (e.g., the two most recently acquired samples $v_{N_x-2}$ and $v_{N_x-1}$) are obtained from the sample generator 902.

The frequency identifier 908 may be configured to identify one or more frequency pairs from frequency spectrum data in response to a notification from the sample generator 902 that a new audio sample frame or a new sample segment has been generated. For example, if the example signature generation system 900 is configured to generate monitored signatures, the frequency identifier 908 identifies frequency pairs from the frequency spectrum data in response to a new audio sample frame notification. Alternatively, if the example signature generation system 900 is configured to generate reference signatures, an audio sample frame of data is formed with each new sample segment as described above in connection with FIG. 3. Therefore, the frequency identifier 908 identifies frequency pairs from the frequency spectrum data in response to a new sample segment notification. The frequency identifier 908 may then be configured to communicate indexes identifying the frequency components of the frequency pairs to the spectral power value identifier 910.

The spectral power value identifier 910 may be configured to obtain the indexes associated with the frequency components of the frequency pairs from the frequency identifier 908. The spectral power value identifier 910 may then determine or identify the spectral power of each frequency component of the frequency pairs by retrieving the spectral power value for each frequency component from the frequency spectrum data generated by the sliding FFT module 906. The spectral power values may then be communicated to the comparator 912.

As described above in connection with FIG. 5, the comparator 912 and the descriptor generator 914 may work coop-

US 7,783,889 B2

23

eratively to generate M-bit descriptors. The comparator **912** may obtain the spectral power values and compare the spectral power values for each frequency pair. The descriptor generator **914** may be configured to obtain comparison results from the comparator **912** and generate the descriptor bits of an M-bit descriptor based on the comparison results.

The concatenator **916** may obtain descriptor values from the descriptor generator **914**. When a complete set of descriptors is obtained, the concatenator **916** may concatenate the descriptors **916** to form a digital spectral signature. The data communication interface **918** may obtain the digital spectral signatures from the concatenator **916** and the reference time to corresponding to the digital spectral signature and communicate the same to a memory and/or a reference site. For example, if the example signature generation system **900** is configured to generate monitored signatures at the monitoring site **102** (FIG. 1A), the monitored signatures may be communicated to the central data collection facility (FIG. 1A) via the network **108** (FIG. 1A). Alternatively, if the example signature generation system **900** is configured to generate reference signatures, the reference signatures may be communicated to the central data collection facility **154** (FIG. 1B) and/or stored in the memory **134** (FIG. 1B).

FIG. 10 is a block diagram of another example signature generation system **1000** for generating digital signatures based on audio streams. In particular, the example signature generation system **1000** may be used to generate monitored signatures and/or reference signatures based on wavelet transforms as described above in connection with the example methods of FIGS. 6 and 7. For example, the example signature generation system **1000** may be used to implement the signature generators **114** and **122** of FIG. 1A and generate monitored signatures. Additionally or alternatively, the example signature generation system **1000** may be used to implement the signature generators **156** and **158** of FIG. 1B. In addition, the example signature generation system **1000** may be used to implement the example methods of FIGS. 6 and 7.

The example signature generation system **1000** includes the sample generator **902**, the timing device **903**, the reference time generator **904**, the comparator **912**, the descriptor generator **914**, the concatenator **916**, and the data communication interface **918** of the example signature generation system **900** described above in connection with FIG. 9. Additionally, the example signature generation system **1000** includes a wavelet transform module **1002**, a sub-band block identifier **1004**, and an energy value generator **1006**, all of which may be communicatively coupled as shown.

The wavelet transform module **1002** may be configured to apply wavelet transforms to audio samples obtained from the sample generator **902**. For example, the wavelet transform module **1002** may obtain an audio sample frame (e.g., one of the audio sample frames **204**, **206**, **208**, and **210** of FIG. 2 or **304**, **306**, **308**, and **310** of FIG. 3) from the sample generator **902** and perform an M-level wavelet decomposition on the audio samples to generate filtered data values using, for example, the Daubechies wavelet transform as described in connection with FIGS. 6 and 7. The filtered data values may then be communicated to the sub-band block identifier **1004**.

The sub-band block identifier **1004** may be configured to obtain the filtered data values from the wavelet transform module **1002** and generate a low-frequency sub-band block $L_x$ and a high-frequency sub-band block $H_x$. As described in greater detail above in connection with FIG. 7, the sub-band blocks $L_x$ and $H_x$ may be identified by de-interleaving the filtered data values. The low-frequency sub-band block may then be communicated to the wavelet transform module **1002**

24

to perform another wavelet decomposition and the high-frequency sub-band filtered block may be communicated to the energy value generator **1006**.

The energy value generator **1006** may be configured to generate energy values $E_x$ based on the high-frequency sub-band block. The energy value generator **1006** may be configured to parse or separate the high-frequency sub-band block into a first half of filtered data values and a second half of filtered data values as described in greater detail above in connection with FIG. 7. The energy value generator **1006** may then generate a first energy value $E_0$ by squaring and summing the first half of filtered data values. A second energy value $E_1$ may be generated by squaring and summing the second half of filtered data values.

The comparator **912** and the descriptor generator **914** may be configured to generate descriptors based on energy values. For example, the comparator **912** may obtain energy values from the energy value generator **1006** and compare a first energy to a second energy value. The descriptor generator **914** may obtain comparison results from the comparator **912** and generate the bits of an M-bit descriptor based on the comparison results.

The concatenator **916** may obtain descriptors from the descriptor generator **914** and generate digital spectral signatures by concatenating a plurality of descriptors as described above in connection with FIG. 9. The data communication interface **918** may then store or transmit signatures obtained from the concatenator **916** with corresponding reference times obtained from the reference time generator **904**.

FIG. 11 is a block diagram of an example signature comparison system **1100** for comparing digital spectral signatures. In particular, the example signature comparison system **1100** may be used to compare monitored signatures with reference signatures. For example, the example signature comparison system **1100** may be used to implement the signature analyzer **132** of FIG. 1 to compare monitored signatures with reference signatures. Additionally, the example signature comparison system **1100** may be used to implement the example method of FIG. 8.

The example signature comparison system **1100** includes a monitored signature receiver **1102**, a reference signature receiver **1104**, a comparator **1106**, a Hamming distance filter **1108**, a media identifier **1110**, and a media identification look-up table interface **1112**, all of which may be communicatively coupled as shown.

The monitored signature receiver **1102** may be configured to obtain monitored signatures via the network **106** (FIG. 1) and communicate the monitored signatures to the comparator **1106**. The reference signature receiver **1104** may be configured to obtain reference signatures from the memory **134** (FIGS. 1A and 1B) and communicate the reference signatures to the comparator **1106**.

The comparator **1106** and the Hamming distance filter **1108** may be configured to compare reference signatures to monitored signatures using Hamming distances. In particular, the comparator **1106** may be configured to compare descriptors of monitored signatures with descriptors from a plurality of reference signatures and to generate Hamming distance values for each comparison. The Hamming distance filter **1108** may then obtain the Hamming distance values from the comparator **1106** and filter out non-matching reference signatures based on the Hamming distance values as described above in connection with FIG. 8.

After a matching reference signature is found, the media identifier **1110** may obtain the matching reference signature and in cooperation with the media identification look-up table interface **1112** may identify the media information associated

US 7,783,889 B2

25                                                  26

with an unidentified audio stream (e.g., the example monitored audio stream **202** of FIG. **2**). For example, the media identification look-up table interface **1112** may be communicatively coupled to a media identification look-up table or a database that is used to cross-reference media identification information (e.g., movie title, show title, song title, artist name, episode number, etc.) based on reference signatures. In this manner, the media identifier **1110** may retrieve media identification information from the media identification database based on the matching reference signatures.

FIG. **12** is a block diagram of an example processor system **1210** that may be used to implement the apparatus and methods described herein. As shown in FIG. **12**, the processor system **1210** includes a processor **1212** that is coupled to an interconnection bus or network **1214**. The processor **1212** includes a register set or register space **1216**, which is depicted in FIG. **12** as being entirely on-chip, but which could alternatively be located entirely or partially off-chip and directly coupled to the processor **1212** via dedicated electrical connections and/or via the interconnection network or bus **1214**. The processor **1212** may be any suitable processor, processing unit or microprocessor. Although not shown in FIG. **12**, the system **1210** may be a multi-processor system and, thus, may include one or more additional processors that are identical or similar to the processor **1212** and that are communicatively coupled to the interconnection bus or network **1214**.

The processor **1212** of FIG. **12** is coupled to a chipset **1218**, which includes a memory controller **1220** and an input/output (I/O) controller **1222**. As is well known, a chipset typically provides I/O and memory management functions as well as a plurality of general purpose and/or special purpose registers, timers, etc. that are accessible or used by one or more processors coupled to the chipset. The memory controller **1220** performs functions that enable the processor **1212** (or processors if there are multiple processors) to access a system memory **1224** and a mass storage memory **1225**.

The system memory **1224** may include any desired type of volatile and/or non-volatile memory such as, for example, static random access memory (SRAM), dynamic random access memory (DRAM), flash memory, read-only memory (ROM), etc. The mass storage memory **1225** may include any desired type of mass storage device including hard disk drives, optical drives, tape storage devices, etc.

The I/O controller **1222** performs functions that enable the processor **1212** to communicate with peripheral input/output (I/O) devices **1226** and **1228** via an I/O bus **1230**. The I/O devices **1226** and **1228** may be any desired type of I/O device such as, for example, a keyboard, a video display or monitor, a mouse, etc. While the memory controller **1220** and the I/O controller **1222** are depicted in FIG. **12** as separate functional blocks within the chipset **1218**, the functions performed by these blocks may be integrated within a single semiconductor circuit or may be implemented using two or more separate integrated circuits.

The methods described herein may be implemented using instructions stored on a computer readable medium that are executed by the processor **1212**. The computer readable medium may include any desired combination of solid state, magnetic and/or optical media implemented using any desired combination of mass storage devices (e.g., disk drive), removable storage devices (e.g., floppy disks, memory cards or sticks, etc.) and/or integrated memory devices (e.g., random access memory, flash memory, etc.).

Although certain methods, apparatus, and articles of manufacture have been described herein, the scope of coverage of this patent is not limited thereto. To the contrary, this patent covers all methods, apparatus, and articles of manufacture fairly falling within the scope of the appended claims either literally or under the doctrine of equivalents.

What is claimed is:

**1.** A method for generating signatures implemented using an apparatus comprising a processor, the method comprising:
obtaining a first frame of media samples;
identifying a first frequency component having a first spectral power and a second frequency component having a second spectral power by performing a spectral transform operation on the first frame of media samples;
determining a first descriptor of the first frame of media samples based on a comparison of the first spectral power and the second spectral power;
generating a first signature based on the first descriptor;
identifying a second frame of media samples by extracting a common plurality of media samples from the first frame of media samples and appending another plurality of media samples to the common plurality of media samples;
identifying a third spectral power associated with a third frequency component and a fourth spectral power associated with a fourth frequency component, wherein the third frequency component and the fourth frequency component are associated with performing the spectral transform operation on the second frame of media samples;
determining a second descriptor based on a comparison of the third spectral power and the fourth spectral power; and
generating a second signature based on the second descriptor.

**2.** A method as defined in claim **1**, further comprising identifying media information based on the first signature.

**3.** A method as defined in claim **2**, wherein a Hamming distance is used to identify the media information based on the first signature.

**4.** A method as defined in claim **2**, wherein the media information is associated with at least one of audio information or video information.

**5.** A method as defined in claim **1**, wherein the first descriptor is associated with only the first frame of media samples.

**6.** A method as defined in claim **1**, wherein the second descriptor is of the second frame of media samples.

**7.** A method as defined in claim **1**, wherein the spectral transform operation is a sliding Fast Fourier Transform.

**8.** An apparatus for generating signatures, comprising:
a processor system including a memory; and
instructions stored in the memory that enable the processor system to:
obtain a first and second frames of media samples, the first and second frames of media samples consecutively located in an audio stream, a portion of the first frame of media samples overlapping with a portion of the second frame of media samples;
identify a first frequency component having a first spectral power and a second frequency component having a second spectral power by performing a spectral transform operation on the first frame of media samples;
identify a third spectral power and a fourth spectral power; determine a first descriptor of the first frame of media samples based on a comparison of the first spectral power and the second spectral power;
determine a second descriptor of the second frame of media samples based on a comparison of the third spectral power and the fourth spectral power; and

US 7,783,889 B2

27

generate a first signature based on the first descriptor and a second signature based on the second descriptor.

**9**. An apparatus as defined in claim **8**, wherein the instructions stored in the memory enable the processor system to identify media information based on the first signature.

**10**. An apparatus as defined in claim **9**, wherein a Hamming distance is used to identify the media information based on the first signature.

**11**. An apparatus as defined in claim **8**, wherein the first descriptor is associated with only the first frame of media samples.

**12**. An apparatus as defined in claim **8**, wherein the instructions stored in the memory enable the processor system to:

obtain a first plurality of media samples; and

identify the second frame of media samples by extracting a common plurality of media samples from the first frame of media samples and appending the first plurality of media samples to the common plurality of media samples, the common plurality of media samples including the overlapping portions of the first and second frames of media samples.

**13**. An apparatus as defined in claim **8**, wherein the third spectral power is associated with a third frequency component, and the fourth spectral power is associated with a fourth frequency component, and wherein the third frequency component and the fourth frequency component are associated with performing the spectral transform operation on the second frame of media samples.

**14**. A tangible machine accessible medium having instructions stored thereon that, when executed, cause a machine to:

obtain a first frame first and second frames of media samples, the first and second frames of media samples consecutively located in an audio stream, a portion of the first frame of media samples overlapping with a portion of the second frame of media samples;

28

identify a first frequency component having a first spectral power and a second frequency component having a second spectral power by performing a spectral transform operation on the first frame of media samples;

identify a third spectral power and a fourth spectral power;

determine a first descriptor of the first frame of media samples based on a comparison of the first spectral power and the second spectral power;

determine a second descriptor of the second frame of media samples based on a comparison of the third spectral power and the fourth spectral power; and

generate a first signature based on the first descriptor and a second signature based on the second descriptor.

**15**. A tangible machine accessible medium as defined in claim **14**, wherein the first descriptor is associated with only the first frame of media samples.

**16**. A tangible machine accessible medium as defined in claim **14** having instructions stored thereon that, when executed, cause the machine to:

obtain a first plurality of media samples; and

identify the second frame of media samples by extracting a common plurality of media samples from the first frame of media samples and appending the first plurality of media samples to the common plurality of media samples, the common plurality of media samples including the overlapping portions of the first and second frames of media samples.

**17**. A tangible machine accessible medium as defined in claim **14**, wherein third spectral power is associated with a third frequency component and the fourth spectral power is associated with a fourth frequency component, and wherein the third frequency component and the fourth frequency component are associated with performing the spectral transform operation on the second frame of media samples.

\* \* \* \* \*

# EXHIBIT B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

THE NIELSEN COMPANY (US), LLC,   )
                                      )
       *Plaintiff,*          )
      v.                    )     C.A. No. _____
                                        )
TVISION INSIGHTS, INC.,        )
      *Defendant.*       )
                                      )

### Declaration of Pierre Moulin

I, Pierre Moulin, declare as follows:

1.       I have been retained by The Nielsen Company (US), LLC ("Nielsen") to provide an independent opinion regarding U.S. Patent No. 7,783,889 ("the '889 Patent").

2.       I am not an employee of Nielsen or any affiliate or subsidiary of Nielsen.  Nor do I have a financial interest in Nielsen or the outcome of this case.  I am being compensated for my work at my standard consulting rate.  My compensation is not dependent on the outcome of this case or on the content of my opinions.

3.       In my opinion, a person of ordinary skill in the art in the field of the '889 Patent would have a working knowledge of basic computer technology and automatic content recognition technology.  The person would gain this knowledge through either (i) an undergraduate Bachelor of Science degree in Computer Science or Electrical Engineering or a comparable field, and at least three years of work experience in relevant fields; or (ii) a Master's degree in Computer Science or Electrical Engineering and at least one year of work experience in relevant fields.  I base these statements on my experience, including my knowledge of colleagues and others at the time of the invention of the '889 Patent.

4.      Unless otherwise noted, the statements made in this Declaration are based on my personal knowledge, and if called to testify about this declaration, I could and would do so competently and truthfully.

5.      A detailed record of my professional qualifications, including cases in which I have been an expert witness, attached to this Declaration as Exhibit A.

6.      I have reviewed the '889 Patent and other materials that are listed in Exhibit B to this Declaration.  My opinions are, in part, a result of my review of those materials.  My opinions are also a result of my years of experience in the field.  Moreover, my experience has informed my choices of materials to review.

7.      I am not a legal expert and offer no opinions on the law.

8.      I am a Professor at the University of Illinois ("UIUC") in the Department of Electrical and Computer Engineering, a Research Professor in the Coordinated Science Laboratory, a faculty member in the Beckman Institute for Advanced Science and Technology and its Image Formation and Processing Group, and an affiliate professor in the University's Department of Statistics.  I am also a member of the Information Trust Institute and the founding director of the Center for Information Forensics, a multidisciplinary research center.

9.      I am an experienced researcher and educator in the field of computer engineering, with expertise in signal processing, audio and video processing, information theory, machine learning, and large data systems.

10.     I have experience and expertise in numerous areas including information theory, audio and video processing, statistical signal processing and modeling, decision theory, information hiding and authentication, and the application of multi-resolution signal analysis, optimization theory, and fast algorithms to these areas.  As part of my professional research, I

have studied automated content filtering, commonly referred to as digital "fingerprinting," as it applies to both video and audio electronic content.

11.     I have more than 35 years of experience in the field of electrical and computer engineering since receiving my bachelor's degree in 1984.  I have 25 years of experience as a professor in the Electrical and Computer Engineering Department of UIUC.

12.     During this time, I have led, overseen, and contributed to numerous research projects involving technical concepts that are closely related to the technology at issue in the '889 Patent.  For example, I am a co-researcher/co-author on the following papers, full details of which are set forth in Exhibit A:

- F. Zhang and P. Moulin, "A New Variational Method for Deep Supervised Image Hashing," *Proc. ICASSP*, Barcelona, Spain, May 2020.

- H. Yu and P. Moulin, "SNR Maximization Hashing," *IEEE Trans. Information Forensics and Security*, Vol.10, No. 9, pp. 1927-938, Sep. 2015.

- H. Yu and P. Moulin, "Multi-Feature Hashing Based on SNR Maximization," *Proc. ICIP*, Quebec City, Canada, Sep. 2015.

- V. E. Liong, J. Lu, G. Wang, P. Moulin, and J. Zhou, "Deep Hashing for Compact Binary Codes Learning," *Proc. CVPR*, June 2015.

- H. Yu and P. Moulin, "Regularized Adaboost Learning for Identification of Time-Varying Content," *IEEE Trans. on Information Forensics and Security*, Vol. 9, No. 10, pp. 1606-1616, Oct. 2014.

- R. Naini and P. Moulin, "Fingerprint Information Maximization for Content Identification," *Proc. ICASSP*, Florence, Italy, pp. 3809-3813, May 2014.

- H. Yu and P. Moulin, "Regularized Adaboost for Content Identification," *Proc. ICASSP*, Vancouver, Canada, May 2013.

- H. Yu, P. Moulin and S. Roy, "RGB-D Video Content Identification," *Proc. ICASSP*, Vancouver, Canada, May 2013.

- P. Moulin, "Statistical Modeling and Analysis of Content Identification and Retrieval," *Proc. Information Theory and Applications Workshop*, San Diego, CA, Feb. 2010.

- J. L. Cannons and P. Moulin, "Design and Statistical Analysis of a Hash-Aided Image Watermarking System," *IEEE Trans. on Image Processing*, Vol. 13, No. 10, pp. 1393-1408, Oct. 2004.

- R. Venkatesan, M. Jakubowski, S.-M. William Koon and P. Moulin, "Robust Image Hashing," *IEEE Int. Conf. on Image Processing*, Vancouver, BC, Sep. 2000.

13.     I have taught numerous courses on technology relating to audio and video processing, digital signal processing, information theory, and detection and estimation theory.  I have developed courses in image and video processing, machine learning, and large data computing.

14.     In my career field, I have received numerous accolades for my contributions to electrical and computer engineering, including being elected as Fellow of the IEEE in 2003.  In 2018, I was honored to receive the Ronald W. Pratt Faculty Outstanding Teaching Award.  I served on the IEEE Signal Processing Society Board of Governors from 2005-2007 and the IEEE Information Theory Society Board of Governors from 2016-2018.  I also served as IEEE Signal Processing Society Distinguished Lecturer from 2012-2013.

15.      I received my D.Sc. in Electrical Engineering (Washington University, St. Louis, 1990); M.Sc. in Electrical Engineering (Washington University, St. Louis, 1986); and Ingénieur Civil Electricien (Faculté Polytechnique de Mons, Belgium, 1984).  The D.Sc. is equivalent to a Ph.D. and is recognized as such within academic and research communities.

16.      After receiving my D.Sc. degree, I worked as a Research Scientist at Bell Communications Research, Morristown, NJ from 1990-1995.

17.      My work as an academic began in 1996, when I joined the University of Illinois as Assistant Professor.  In 1999, I was promoted to Associate Professor, and, in 2003, I was promoted to the position of Professor of Electrical and Computer Engineering and Statistics.

18.      During sabbaticals from University of Illinois, I have held visiting positions at the National Taiwan University (2019), the Chinese University of Hong Kong (2010 and 2014), MIT (2005), and Microsoft Research (2001).

19.      I have received funding from numerous agencies, foundations, and companies for my research on electrical and computer engineering, including image and signal processing.  The sources of funding for this research include the National Science Foundation (NSF), the Defense Advanced Research Projects Agency (DARPA), Microsoft, HP Labs, Xerox, and the North Atlantic Treaty Organization (NATO).

20.      I have served in a number of leadership roles for the IEEE, including as an Editorial Board member for the *Proceedings of the IEEE* (2007-2012), as Co-founder and Editor-in-chief for *IEEE Transactions on Information Forensics and Security* (2005-2008), and as Area Editor for *IEEE Transactions on Image Processing* (2002-2006).

21.     I have been an invited lecturer at academic institutions and organizations including MIT, Stanford, Berkeley, Carnegie-Mellon, Harvard, Bell Labs, IBM Research, and Microsoft Research, among others.

22.     I have graduated twelve Ph.D. students and educated 9 post-doctoral students. Three of my Ph. D. students became associate professors upon graduation, and one became a professor upon graduation.  My other Ph.D. students have joined companies such as Intel Research, Qualcomm, and Google.  Seven of my post-doctoral students began careers in academia in professorial positions.

23.     I have researched and written about video and audio processing, video and audio hashing, video and audio identification, large data systems, and other topics related to video and audio processing.

24.      During the course of my career, I have authored or co-authored more than 65 scientific articles, one book, and six book chapters.  I have presented and/or published 194 conference papers.  I have also been awarded two U.S. patents.  These, and other aspects of my qualifications, are summarized in my curriculum vitae accompanying this declaration as Exhibit A.

25.     The '889 patent relates to, among other things, automated identification of media information such as audio streams and television signals.  Automated identification is commonly done using signature-matching techniques, where a digital signature is extracted from sample media content and compared with digital signatures from a reference library.

26.     Such digital signatures should offer certain desirable technical characteristics. One such characteristic is that they should be robust in the sense that a slight modification (distortion) of the sample media does not result in a large modification of the signature.  Another

such characteristic is that they should be discriminative in the sense that two unrelated media are unlikely to produce similar signatures. And a third such characteristic is that they should be efficient to compute in order to reduce computer processing requirements, especially for large-scale systems featuring large media libraries.

27.     Examples of robust digital signatures extracted from spatiotemporal signal representations are those whose bits are signs of descriptor components (positive or negative), as a distortion might somewhat change the descriptor values but is less likely to change the signs. One variation of such a robust sign-based approach is the performance of a comparison operation. For example, a descriptor or signature that is based on whether the power level of one frequency component is greater or less than the power level of another frequency component is robust because distortion is unlikely to change the determination of which power level is greater (it is likely to change only the extent to which the greater one is greater).

28.     Examples of discriminative signatures extracted from spatiotemporal audio representations are those that for each time segment describe a few key frequencies associated with audio tones.

29.     Examples of computationally efficient signatures are those that are not computed from a large number of frames and frequency components.

30.     I understand that the priority date of the '889 Patent is August 18, 2004. As of that date (and even as of August 18, 2005, the filing date of the application from which the '889 Patent descends), it was not well-understood, routine, or conventional among those of skill in the art to generate digital spectral signatures using operations based on a small number of frequency components computed from individual frames of media samples, as claimed in all claims of the '889 Patent. (*See* '889 Patent, Claims 1, 8, and 14.)

31.     Prior to the priority date of the '889 Patent, people of skill in the art generated digital spectral signatures of audio or video content using operations based on complex spatiotemporal signatures.  As detailed in the references listed in Exhibit B, this includes signatures generated from LPC coefficients, Mel-frequency cepstral coefficients, spectral flatness measures, and ordered lists of indexes of spectral bands with prominent tones.  These methods rely heavily on interframe processing (*i.e.,* processing of data from multiple frames), which is more computationally  complex relative to the intraframe methods (*i.e.,* processing of data from within an individual frame) disclosed in the '889 patent.  (*See* '889 Patent, 2:55-3:5.)

32.     All of the claims of the '889 Patent recite the use of a particular way to extract digital signatures from media content (*i.e.*, the claims do not preempt all ways of extracting digital signatures, nor do they even preempt all ways of extracting digital signatures using intraframe methods).  Specifically, each of the claims recites identifying two frequency components within a single frame of media samples, comparing the power levels of the two frequency components, determining a descriptor of the frame of media samples based on the comparison of the two power levels, and generating a signature based on the descriptor ("the claimed approach").  (*See* '889 Patent, Claims 1, 8, and 14.)  As of the priority date of the '889 Patent, the claimed approach was not well-understood, routine, or conventional among those of skill in the art.

33.     There are several technical advantages to using the claimed approach.  In particular, the claimed approach is more computationally efficient than the prior art (*i.e.,* the signatures are faster to compute and easier to implement in hardware and/or software).  In addition, only a small number of frequency components need to be processed.  This allows for a reduction (as compared to the prior art) in computational resources needed for signature

generation.  This is particularly important in solving the prior art technical problem for large-scale systems that a very large number of signatures must be generated and a very large amount of computational resources is needed.

34.     The claimed approach also provides the advantages of robustness and discriminativeness over the prior art as discussed above.  Specifically, the claimed approach provides robustness because it is a sign-based approach based on comparisons of power levels, as explained above in Paragraph 27.  And the claimed approach provides discriminativeness because signatures are derived from descriptors based on a few key frequencies, as explained above in Paragraph 28.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:  January 8, 2022

*Pierre Moulin*
_____
Pierre Moulin

# EXHIBIT A

# PIERRE MOULIN

University of Illinois                                   tel (217) 244–8366
Coordinated Science Laboratory                           fax (217) 244–8371
1308 W. Main St.                                         Email: *moulin@ifp.uiuc.edu*
Urbana, IL 61801                                         WWW: *www.ifp.uiuc.edu/~moulin*

**Education**

| | | |
|---|---|---|
| D.Sc. in Electrical Engineering, *Washington University, St Louis* | | 08/1987–05/1990 |
| M.Sc. in Electrical Engineering, *Washington University, St Louis* | | 08/1985–05/1986 |
| Ingénieur Civil Electricien, *Faculté Polytechnique de Mons, Belgium* | | 09/1979–07/1984 |

**Professional Experience**

| | |
|---|---|
| Professor of ECE and Statistics, *University of Illinois*, Urbana, IL | 08/2003–present |
| Associate Professor, *University of Illinois*, Urbana, IL | 08/1999–08/2003 |
| Assistant Professor, *University of Illinois*, Urbana, IL | 01/1996–08/1999 |
| Research Scientist, *Bell Communications Research*, Morristown, NJ | 10/1990–12/1995 |
| Research Assistant, *Washington University*, St Louis, MO | 10/1987–05/1990 |
| Research Engineer, *Faculté Polytechnique de Mons, Belgium* | 10/1984–06/1985 |
| Summer Intern, *Standard Telecommunications Laboratories Ltd.*, U.K. | 07/1983–08/1983 |

**Professional Activities**

Editorial Board member for *Proceedings of IEEE*, 2007-2012

Co-Founder and Editor in Chief for *IEEE Transactions on Information Forensics and Security*, 2005-2008

Area Editor for *IEEE Transactions on Image Processing*, 2002-2006.

Guest Editor for *IEEE Transactions on Signal Processing* supplements on secure media, 2004-2005.

Guest Associate Editor for *IEEE Transactions on Signal Processing*'s special issue on Data Hiding, Apr. 2003.

Guest Associate Editor for *IEEE Transactions on Information Theory*'s special issue on Information-theoretic imaging, Aug. 2000

Associate Editor for *IEEE Transactions on Image Processing*, 1999—2002

Associate Editor for *IEEE Transactions on Information Theory*, 1996—1998

Member, IEEE Image and Multidim. Signal Processing Technical Committee, 1998-2003

Co-chair, Allerton Conference 2007, 2008

Member, Technical Program Committee of miscelleanous major IEEE conferences

Invited organizer, NSF Workshop on Signal Authentication, Orlando, FL, 2002.

Organizer, special sessions on watermarking at Allerton (10/01, 02, 03) and on information-theoretic imaging at Asilomar (11/02)

Invited lectures at MIT, Stanford, Berkeley, Carnegie-Mellon, Harvard, Illinois, Purdue, Michigan, UC San Diego, UC Santa Barbara, Maryland, National U. of Singapore, Nanyang Tech. U. (Singapore), Chinese U. Hong Kong, Hong Kong U. of Science and Technology, Hong Kong Polytechnic, National Taiwan U., Academia Sinica, National Chiao Tung U. (Taiwan), KAIST (Korea), INRIA Sophia-Antipolis (France), Delft (Netherlands), Louvain (Belgium), Tech. U. Munich (Germany), Bell Labs, IBM Research, Microsoft Research, KLA-Tencor, Qualcomm.

Keynote/Plenary talks at Int. Workshop on Digital Watermarking (IWDW), Seoul, Korea, 2002; Int. Symp. on Image and Signal Processing and Analysis (ISPA), Rome, 2003; Wavila Challenge, Barcelona, Spain, 2005; IEEE Int. Conf. on Acoustics, Speech and Signal

Processing (ICASSP), Toulouse, France, 2006; Workshop on Multimedia Content Representation, Classification and Security (MRCS), Istanbul, Turkey, 2006; 3rd Int. Conf. on Intelligent Information Hiding and Multimedia Signal Processing (IIH-MSP), Kaohsiung, Taiwan, 2007; IEEE Int. Conf. on Image Processing (ICIP), Brussels, Belgium, 2011; EUROCON, Zagreb, Croatia, 2013; ICSIPA, Melaka, Malaysia, 2013; VCIP, Singapore, 2015; ISPACS, Taipei, 2019.

Tutorial lecturer at ICIP'01, ICASSP'02, ICIP'04, and ISIT'06.

Co–Chair, IEEE Info Theory Workshop in Detection, Classif. & Imaging (Santa Fe, 2/99); Allerton Conf. (Monticello, IL, 9/06, 9/07); IEEE Workshop on Information Forensics and Security (Tenerife, Spain, 11/12); Tech. Program co-chair, IEEE Symp. on Information Theory (Hong Kong, 6/15).

Member, *IEEE Int. Conf. on Image Processing* Organizing Committee (Chicago 1998; Technical Program Co-chair, Brussels 2011)

Reviewer and panelist for National Science Foundation, reviewer for IEEE Trans. on SP, IP, IT, COM, NN and JOSA, CVGIP, JVCIP, Addison–Wesley, IEEE Press, SIAM, and Annals of Statistics.

Consultant and expert witness

Founding Director of *Center for Information Forensics*, UIUC.

## Honors and Awards

Ronald W. Pratt Faculty Outstanding Teaching Award, 2018
IEEE Information Theory Society Board of Governors, 2016—2018
IEEE Signal Processing Society Distinguished Lecturer, 2012–2013
UIUC Sony Faculty Scholar, 2005—2007
IEEE Signal Processing Society Board of Governors, 2005—2007
IEEE Fellow, 2003
Beckman Associate in UIUC Center for Advanced Study, 2003
Co-author, IEEE Signal Processing Society 2002 Young Author Best Paper Award
IEEE Signal Processing Society 1997 Best Paper Award
NSF Career award, 1998-2001
UIUC Incomplete List of Teachers Rated as Excellent, 1996, 1999, 2000, 2005, 2007, 2009, 2011, 2012, 2016, 2019
Rotary International Scholar, 1985-1986
A. Dosin Award Recipient, 1984
Co-winner 1989 US Amateur Team Chess Championship

## University Service

Chair, ECE Faculty Search Committee, 2019—Present
ECE Promotions and Tenure Committee, 2009-Present
Chair, ECE Signal Processing and Circuits Area, 2007-2017
ECE Faculty Search Committee, 2006—2012 and 2015—Present
ECE Graduate Committee, 1997—2008 and 2011—2014
ECE Representative to Research Board, 2007-2008
Elected Member, UIUC Faculty Senate, 2004-2005
Member, Information Trust Institute educational committee, 2004 - 2006
Elected Member, ECE Faculty Advisory Committee, 2002-2003
Member, Computer Resources and Education Committee, 1999—2002
Chair, ECE Graduate Seminar Committee, 1998—1999
Member, ECE Graduate Seminar Committee, 1996—2003
Ad hoc subcommittee to evaluate various courses
Organizer, weekly Digital Signal Processing seminar series, 1997.

**Ph.D. Graduates**

|  | Name | Year | Placement |
|---|---|---|---|
| 1. | Juan (Julia) Liu | 2001 | Research Scientist, PARC, Palo Alto, CA |
| 2. | Prakash Ishwar | 2002 | Prof., Boston U. |
| 3. | Kivanc Mihcak | 2002 | Assoc Prof., Bogazici U., Istanbul, Turkey |
| 4. | Shawn C. Herman | 2002 | Numerica Inc., Fort Collins, CO. |
| 5. | Tie Liu | 2006 | Assoc. Prof., Texas AM |
| 6. | Ying (Grace) Wang | 2006 | Flarion Qualcomm, NJ |
| 7. | Negar Kiyavash (co-advisor) | 2006 | Assoc. Prof., UIUC |
| 8. | Maha El Choubassi | 2008 | Intel Research, Santa Clara, CA |
| 9. | Shankar Sadasivam | 2011 | Qualcomm, San Diego, CA |
| 10. | Yen-Wei Huang | 2013 | Google |
| 11. | Honghai Yu | 2015 | A*STAR, Singapore |
| 12. | Patrick Johnstone | 2017 | Postdoc, Rutgers U. |

**Postdocs**

|  | Name | Year | Placement |
|---|---|---|---|
| 1. | Aaron Lanterman | 1998-2001 | Prof, Georgia Tech |
| 2. | Sviatoslav Voloshnykovskiy | 1999 | Assoc. Prof., U. of Geneva |
| 3. | Jong C. Ye | 1999-2001 | Prof, KAIST, Korea |
| 4. | Natalia Schmid | 2001 | Assoc. Prof., U. of West Virginia |
| 5. | Bing Bing Ni | 2010-2015 | Asst. Prof., Shanghai Jiaotong U., China |
| 6. | Jiwen Lu | 2012-2015 | Asst. Prof., Tsinghua U., Beijing, China |
| 7. | Gang Wang | 2012-2015 | Assoc. Prof., Nanyang Tech. U., Singapore |
| 8. | Zhang Le | 2016- | ADSC Singapore |
| 9. | Jagan Varadarajan | 2013 - 2016 | ADSC Singapore |

**Funding**       NSF, DARPA, ARO, ONR, NATO, A*STAR, Microsoft, HP Labs, Xerox, KLA-Tencor

**Sabbatical Leaves**

National Taiwan University, 2019

Chinese University of Hong Kong, 2010 and 2014

MIT, 2005

Microsoft Research, 2001

**Course Development**

1. ECE418, Introduction to Image and Video Processing, 1996-1998

2. ECE544 Wavelets, 1998

3. ECE544 Statistical Image and Video Processing, 2006-2008

4. ECE544 Statistical Learning, 2012, 2015, 2016

5. ECE598PM (now ECE566) Computational Inference and Learning, 2014-2017

6. ECE398BD (now ECE314) Making Sense of Big Data, 2014.

**Other Teaching**

Introduction to Image and Video Processing (ECE418), Digital Signal Processing II (ECE551), Information Theory (ECE563), Random Processes (ECE534), Detection and Estimation Theory (ECE561)

**Journal Papers**

P. R. Johnstone and P. Moulin, "Faster Subgradient Methods for Functions with Hölderian Growth," *Mathematical Programming*, Vol. 180, pp. 418—450, 2020.

R. Trabelsi, J. Varadarajan, L. Zhang, I. Jabri, Y. Pei, F. Smach, A. Bouallegue, and P. Moulin, "Understanding the Dynamics of Social Interactions: A Multi-Modal Multi-View Approach" ACM Transactions on Multimedia Computing, Communications, and Applications, Feb. 2019.

R. W. Yeung, C. Chen, Q. Chen, and P.Moulin, On Characterizations of Markov Random Fields and Subfields, *IEEE Trans. Information Theory*, Aug. 2018.

P. Moulin, "The Log-Volume of Optimal Codes on Memoryless Channels, Asymptotically Within a Few Nats," *IEEE Trans. Information Theory*, Vol. 63, pp. 2278—2313, April 2017.

P. R. Johnstone and P. Moulin, "Local and global convergence of a general inertial proximal splitting scheme for minimizing composite functions," *Computational Optimization and Applications*, Feb. 2017.

J. Lu, G. Wang and P. Moulin, "Localized Multi-Feature Metric Learning for Image Set Recognition," *IEEE Trans. Circ. Syst. Video Technology*, Vol. 26, No. 3, pp. 529—540, March 2016.

B. Ni, V. R. Paramathayalan, T. Li, and P. Moulin, "Multiple Granularity Modeling: A Coarse-to-Fine Framework for Fine-grained Action Analysis," *International Journal on Computer Vision* (IJCV), March 2016.

H. Yu and P. Moulin, "SNR Maximization Hashing," *IEEE Trans. Information Forensics and Security*, Vol.10, No. 9, pp. 1927—1938, Sep. 2015.

B. Ni, G. Wang, and P. Moulin, "Order Preserving Sparse Coding" *IEEE Trans. on Pattern Recognition and Machine Intelligence*, Aug. 2015, Vol. 37, No. 8, pp. 1615—1628.

H. Yu and P. Moulin, "Regularized Adaboost Learning for Identification of Time-Varying Content," *IEEE Trans. Information Forensics and Security*, Vol. 9, No. 10, pp. 1606—1616, Oct. 2014.

Y.-W. Huang and P. Moulin, "On the Fingerprinting Capacity Games for Arbitrary Alphabets and Their Asymptotics," *IEEE Trans. Information Forensics and Security*, Vol. 9, No. 9, pp. 1477—1490, Sep. 2014.

B. Ni, P. Moulin and S. Yan, "Pose Adaptive Motion Feature Pooling for Human Action Analysis," *International Journal on Computer Vision* (IJCV), July 2014.

J. Lu, G. Wang and P. Moulin, "Human Identity and Gender Recognition from Gait Sequences with Arbitrary Walking Directions," *IEEE Trans. on Information Forensics and Security*, Vol. 9, No. 1, pp. 41—51, Jan. 2014.

B. Ni, Y. Pei, S. Yan, and P. Moulin, "Multi-Level Depth and Image Fusion for Human Activity Detection," *IEEE Transactions on System, Man and Cybernetics*, Part B (T-SMC-B), Vol. 43, No. 5, pp.1383—1394, 2012.

Y.-W. Huang and P. Moulin, "On the Saddle-point Solution and the Large-Coalition Behavior of Fingerprinting Games," *IEEE Trans. on Information Forensics and Security*, Vol. 7, No. 1, pp. 160—175, 2012.

S. Sadasivam, P. Moulin and T. P. Coleman, "A Message Passing Approach to Combating

Desynchronization Attacks," *IEEE Trans. on Information Forensics and Security*, Vol. 6, pp. 894–905, 2011.

J.-F. Jourdas and P. Moulin, "High-Rate Random-Like Fingerprinting Codes with Linear Decoding Complexity," *IEEE Transactions on Information Forensics and Security*, Vol. 4, No. 4, Dec. 2009.

N. Kiyavash, P. Moulin and T. Kalker, "Regular Simplex Fingerprints and Their Optimality Properties," *IEEE Transactions on Information Forensics and Security*, Vol. 4, No. 3, pp. 318—329, Sep. 2009.

N. Kiyavash and P. Moulin, "Performance of Orthogonal Fingerprints Under Worst-Case Noise Attacks," *IEEE Transactions on Information Forensics and Security*, Vol. 4, No. 3, pp. 293—301, Sep. 2009.

M. El Choubassi and P. Moulin, "On Reliability and Security of Randomized Detectors Against Sensitivity Analysis Attacks," *IEEE Trans. Information Forensics and Security*, Vol. 4, No. 3, pp. 273—283, Sep. 2009.

S. Sadasivam and P. Moulin, "On Estimation Accuracy of Desynchronization Attack Channel Parameters," *IEEE Transactions on Information Forensics and Security*, Vol. 4, No. 3, pp. 284—292, Sep. 2009.

P. Moulin, "A Neyman-Pearson Approach to Universal Erasure and List Decoding," *IEEE Trans. Information Theory*, Oct. 2009.

Y. Wang and P. Moulin, "Perfectly Secure Steganography: Capacity, Error Exponents, and Code Constructions," *IEEE Transactions on Information Theory*, Special Issue on Security, Vol. 54, No. 6, pp. 2706—2722, June 2008.

M. El Choubassi and P. Moulin, "Noniterative Algorithms for Sensitivity Analysis Attacks," *IEEE Trans. Information Forensics and Security*, Vol. 2, No.3, pp. 113—126, June 2007.

P. Moulin and Y. Wang, "Capacity and Random-Coding Exponents for Channel Coding with Side Information," *IEEE Trans. on Information Theory*, Vol. 53, No. 4, pp. 1326—1347, Apr. 2007.

Y. Wang and P. Moulin, "Optimized Feature Extraction for Learning-Based Image Steganalysis," *IEEE Trans. Information Forensics and Security*, Vol. 2, No. 1, pp. 31—45, March 2007.

P. Moulin, "Signal Transmission with Known-Interference Cancellation," *IEEE Signal Processing Magazine*, Lecture Notes, Vol. 24, No. 1, pp. 134—136, Jan. 2007.

J. C. Ye, P. Moulin and Y. Bresler, "Asymptotic Global Confidence Regions for Parametric 3-D Shape Estimation," *IEEE Trans. Image Processing*, Vol. 15, No. 10, pp. 2904—2919, Oct. 2006.

P. Moulin and A. K. Goteti, "Block QIM Watermarking Games," *IEEE Trans. Information Forensics and Security*, Vol. 1, No. 3, pp. 293–310, Sep. 2006.

S. Jana and P. Moulin, "Optimality of KLT for Encoding Gaussian Vector-Scale Mixtures: Application to Reconstruction, Estimation and Classification," *IEEE Trans. on Information Theory*, Vol. 52, No. 9, pp. 4049—4067, Sep. 2006.

T. Liu, P. Moulin and R. Koetter, "On Error Exponents of Modulo Lattice Additive Noise Channels," *IEEE Trans. on Information Theory*, Vol. 52, No. 2, pp. 454-471, Feb. 2006.

P. Moulin and R. Koetter, "Data-Hiding Codes," invited tutorial paper, *Proc. IEEE*, Vol. 93, No. 12, pp. 2083–2127, Dec. 2005.

P. Ishwar and P. Moulin, "On the Existence and Characterization of the Maxent Distribution Under General Moment Inequality Constraints," *IEEE Trans. on Information Theory*, Vol. 51, No. 9, pp. 3322–3333, Sep. 2005.

J. L. Cannons and P. Moulin, "Design and Statistical Analysis of a Hash-Aided Image Watermarking System," *IEEE Trans. on Image Processing*, Vol. 13, No. 10, pp. 1393—1408, Oct. 2004.

P. Moulin and M. K. Mıhçak, "The Parallel-Gaussian Watermarking Game," *IEEE Trans. on Information Theory*, Vol. 50, No. 2, pp. 272-289, Feb. 2004.

P. Moulin, "Comments on "Why Watermarking is Nonsense," IEEE Signal Processing Magazine, Vol. 20, No. 6, pp. 57-59, Nov. 2003.

P. Moulin and A. Ivanović, "The Zero-Rate Spread-Spectrum Watermarking Game," *IEEE Transactions on Signal Processing*, Vol. 51, No. 4, pp. 1098-1117, Apr. 2003.

P. Moulin and J. A. O'Sullivan, "Information-Theoretic Analysis of Information Hiding," *IEEE Trans. on Information Theory*, Vol. 49, No. 3, pp. 563-593, March 2003.

P. Ishwar and P. Moulin, "On the Equivalence Between Set-Theoretic and Maxent MAP Estimation," *IEEE Trans. on Signal Processing*, Vol. 51, No. 3, pp. 698-713, March 2003.

J. C. Ye, Y. Bresler and P. Moulin, "Cramer-Rao Bounds for Parametric Shape Estimation in Inverse Problems," *IEEE Trans. on Image Processing*, Vol. 12, No. 1, pp. 71-84, Jan. 2003.

J. C. Ye, Y. Bresler and P. Moulin, "A Self-Referencing Level-Set Method for Image Reconstruction from Sparse Fourier Samples," invited paper, *Int. J. of Computer Vision*, special issue on level-set methods, Dec. 2002.

P. Moulin and M. K. Mıhçak, "A Framework for Evaluating the Data-Hiding Capacity of Image Sources," *IEEE Trans. on Image Processing*, Vol. 11, No. 9, pp. 1029–1042, Sep. 2002.

A. Jain, P. Moulin, M. I. Miller and K. Ramchandran, "Information-Theoretic Bounds on Target Recognition Performance Based on Degraded Image Data," *IEEE Trans. on Pattern Analysis and Machine Intelligence*, Vol. 24, No. 9, pp. 1153—1166, Sep. 2002.

J. Liu and P. Moulin, "Information-Theoretic Analysis of Interscale and Intrascale Dependencies Between Image Wavelet Coefficients," *IEEE Trans. on Image Processing*, Vol. 10, No. 10, pp. 1647—1658, Nov. 2001.

P. Moulin, invited discussion of "Regularization of Wavelet Approximations," by A. Antoniadis and J. Fan, *Journal of the American Statistical Association*, Vol. 96, No. 455, pp. 959—960, Sep. 2001.

P. Moulin, "The Role of Information Theory in Watermarking and Its Application to Image Watermarking," invited paper, *Signal Processing*, Vol. 81, No. 6, pp. 1121—1139, June 2001.

J. Liu and P. Moulin, "Complexity-Regularized Image Denoising," *IEEE Trans. on Image Processing*, Vol. 10, No. 6, pp. 841—851, June 2001.

J. C. Ye, Y. Bresler and P. Moulin, "Cramer-Rao Bounds for Parametric Boundaries of

Targets in Inverse Scattering Problems," *IEEE Trans. on Antennas and Propagation*, May 2001.

M. K. Mıhçak, P. Moulin, M. Anitescu, and K. Ramchandran, "Rate–Distortion–Optimal Subband Coding Without Perfect Reconstruction Constraints," *IEEE Trans. on Signal Processing*, Vol. 49, No. 3, pp. 542—557, Mar. 2001.

P. Ishwar and P. Moulin, "On Spatial Adaptation of Motion Field Smoothness in Video Coding," *IEEE Trans. Circ. Syst. Video Tech.*, Vol. 10, No. 6, pp. 980–989, Sep. 2000.

P. Moulin and J. Liu, "Statistical Imaging and Complexity Regularization," *IEEE Trans. on Information Theory*, Special issue on information-theoretic imaging, Vol. 46, No. 5, pp. 1762—1777, Aug. 2000.

J. C. Ye, Y. Bresler and P. Moulin, "Asymptotic Global Confidence Regions in Parametric Shape Estimation Problems," *IEEE Trans. on Information Theory*, Special issue on information-theoretic imaging, Vol. 46, No. 5, pp. 1881–1895, Aug. 2000.

P. Moulin, M. Anitescu, and K. Ramchandran, "Theory of Rate–Distortion–Optimal, Constrained Filter Banks — Application to FIR and IIR Biorthogonal Designs," *IEEE Trans. on Signal Processing*, Vol. 48, No. 4, pp. 1120–1132, April 2000.

M. K. Mıhçak, I. Kozintsev, K. Ramchandran and P. Moulin, "Low-Complexity Image Denoising Based on Statistical Modeling of Wavelet Coefficients," *IEEE Signal Processing Letters*, Vol. 6, No. 12, pp. 300—303, Dec. 1999.

R. Krishnamurthy, J. W. Woods and P. Moulin, "Frame Interpolation and Bidirectional Prediction of Video Using Compactly-Encoded Optical Flow Fields and Label Fields," *IEEE Trans. Circ. Syst. Video Tech.*, Vol. 9, No. 5, pp. 713—726, Aug. 1999.

P. Moulin and J. Liu, "Analysis of Multiresolution Image Denoising Schemes Using Generalized–Gaussian and Complexity Priors," *IEEE Trans. on Info. Theory*, Special Issue on Multiscale Analysis, Vol. 45, No. 3, pp. 909-919, Apr. 1999.

V. Pavlovic, P. Moulin and K. Ramchandran, "An Integrated Framework for Adaptive Subband Image Coding," *IEEE Trans. on Signal Processing*, Vol. 47, No. 4, pp. 1024-1038, Apr. 1999.

P. Moulin and M. K. Mıhçak, "Theory and Design of Signal-Adapted FIR Paraunitary Filter Banks," *IEEE Trans. on Signal Processing*, Special Issue on Wavelets and Filter Banks, Vol. 46, No. 4, pp. 920—929, Apr. 1998.

P. Moulin, R. Krishnamurthy, "Multiscale Modeling and Estimation of Motion Fields for Video Coding," *IEEE Trans. on Image Processing*, Vol. 6, No. 12, pp. 1606—1620, Dec. 1997.

P. Moulin, M. Anitescu, K.O. Kortanek and F. Potra, "The Role of Linear Semi–Infinite Programming in Signal–Adapted QMF Bank Design," *IEEE Trans. on Signal Processing*, Vol. 45, No. 9, pp. 2160—2174, Sep. 1997.

P. Moulin, "A Multiscale Relaxation Technique for SNR Maximization in Nonorthogonal Subband Coding," *IEEE Trans. on Image Processing*, Vol. 4, No. 9, pp. 1269—1281, Sep. 1995.

P. Moulin, A.T. Ogielski, G. Lilienfeld and J.W. Woods: "Video Signal Processing and Coding on Data–Parallel Computers," *Digital Signal Processing: A Review Journal*, Vol. 5, No. 2, pp. 118—129, Apr. 1995.

P. Moulin, invited discussion of "Wavelet Shrinkage: Asymptotia?" by D. Donoho and I. Johnstone, *Journal of the Royal Statistical Society B*, Vol. 57, No. 1, 1995.

P. Moulin, "Wavelet Thresholding Techniques for Power Spectrum Estimation," *IEEE Trans. on Signal Processing*, Vol. 42, No. 11, pp. 3126–3136, Nov. 1994.

P. Moulin, "A Wavelet Regularization Method for Diffuse Radar–Target Imaging and Speckle–Noise Reduction," *Journal of Mathematical Imaging and Vision*, Special Issue on Wavelets, Vol. 3, No. 1, pp. 123–134, 1993.

J. A. O'Sullivan, P. Moulin, and D. L. Snyder, "An Application of Splines to Maximum Likelihood Radar Imaging," *International Journal of Imaging Systems and Technology*, Vol. 4, pp. 256–264, 1993.

P. Moulin, J. A. O'Sullivan, and D. L. Snyder, "A Method of Sieves for Multiresolution Spectrum Estimation and Radar Imaging," *IEEE Trans. on Information Theory*, Special Issue on Wavelets and Multiresolution Analysis, pp. 801–813, Mar. 1992.

**Book**

P. Moulin and V. Veeravalli, *Statistical Inference for Engineers and Data Scientists*, Cambridge University Press, 2019.

**Book Chapters**

B. Ni, G. Wang, and P. Moulin, "RGBD-HuDaAct: A color-depth video database for human daily activity recognition," Consumer Depth Cameras for Computer Vision: Advances in Computer Vision and Pattern Recognition, pp 193-208, Springer-Verlag, 2013.

P. Moulin, "Information-Hiding Games," Springer-Verlag Lecture Notes in Computer Sciences, Vol. 2613, 2003.

P. Moulin, "Multiscale Image Decompositions and Wavelets," Handbook of Image and Video Processing. A. C. Bovik, Ed., Academic Press, 2000.

K.O. Kortanek and P. Moulin, "Using Semi–Infinite Programming in Orthogonal Wavelet Filter Design," *Semi–Infinite Programming and Its Applications*, Kluwer Academic series on Nonconvex Optimization and its Applications, 1998.

P. Moulin, J. A. O'Sullivan, and D. L. Snyder, "A Sieve–Constrained Maximum–Likelihood Method for Target Imaging," in *Radar and Sonar II*, Springer–Verlag, The IMA Volumes in Mathematics and Its Applications, Vol. 39, Eds. F. Grunbaum et al., pp. 95–122, 1992.

P. Moulin, "Adaptive Multiresolution Image Restoration and Compression," in *IEEE Case Studies in Medical Instrument Design*, Eds. H. Troy Nagle and W.J. Tomkins, pp. 247–254, IEEE, New York, 1992.

**Conference Papers**

A. Goel and P. Moulin, "Locally Optimal Detection of Stochastic Targeted Universal Adversarial Perturbations," to appear in Proc. ICASSP, Toronto, Canada, May 2021.

T. Jayashankar, P. Moulin, and J. Le Roux, "Detecting Audio Attacks on ASR Systems with Dropout Uncertainty," Proc. Interspeech, Oct. 2020.

F. Zhang and P. Moulin, "A New Variational Method for Deep Supervised Image Hashing," Proc. ICASSP, Barcelona, Spain, May 2020.

P. Moulin, "Game-theoretic design of universal adversarial perturbation detectors," presented at *Information Theory and Applications*, San Diego, CA, Feb. 2020.

T. Jayashankar, P. Moulin, T. Blu, C. Gilliam, LAP-Based Video Frame Interpolation, *Proc. ICIP 2019*, Taipei, Taiwan, Sep. 2019.

P. Moulin and A. Goel, " Random Ensemble of Locally Optimum Detectors for Detection of Adversarial Inputs," *IEEE GlobalSIP Conf., Signal Processing for Adversarial Machine Learning*, Anaheim, CA, Nov. 2018.

P. Moulin, "Gaussian Mixture Models for Detection of Adversarial Inputs," *Information Theory and Applications*, San Diego, CA, Feb. 2018.

P. Moulin and A. Goel, " Locally Optimal Detection of Adversarial Inputs to Image Classifiers," *Proc. ICME*, Hong Kong, July 2017.

R. W. Yeung, C. Chen, Q. Chen, and P.Moulin, Information-Theoretic Characterizations of Markov Random Field and Subfield, *Proc. ISIT*, Aachen, Germany, June 2017.

P. Moulin, "Source Coding with Distortion Profile Constraints", *Proc. ISIT*, Aachen, Germany, June 2017.

P. Moulin,"Lower Bounds on Rate of Fixed-Length Source Codes under Average- and $\epsilon$-Fidelity Constraints," *Proc. ISIT*, Aachen, Germany, June 2017.

Zhang Le, J. Varadarajan, P. N. Suganthan, N.Ahuja, and P. Moulin, "Robust Visual Tracking Using Incremental Oblique Random Forest," *CVPR*, June 2017.

J. Varadarajan, R. Subramanian, N. Ahuja, P. Moulin, J.-M. Odobez, "Active Online Anomaly Detection Using Dirichlet Process Mixture Model and Gaussian Process Classification," *Proc. Winter Conference on Applications of Computer Vision*, Santa Rosa, CA, March 2017.

P. R. Johnstone and P. Moulin, "Convergence Rates of Inertial Splitting Schemes for Nonconvex Composite Optimization," *Proc. ICASSP*, New Orleans, LA, March 2017.

P. Moulin, "Refined asymptotic analysis of source coding under excess-distortion constraint," *ITA*, San Diego, CA, Feb. 2017.

P. Moulin, "Asymptotically Achievable Error Probabilities for Multiple Hypothesis Testing," *Proc. IEEE Int. Symp. Information Theory*, Barcelona, Spain, July 2016.

P. Moulin, "Strong Large Deviations for Composite Multiple Hypothesis Testing," *ITA*, San Diego, CA, Feb. 2016.

H. Yu and P. Moulin, "Multi-Feature Hashing Based on SNR Maximization," *Proc. ICIP*, Quebec City, Canada, Sep. 2015.

T. Blu, P. Moulin, and C. Gilliam, "Approximation Order of the LAP Optical Flow Algorithm," *Proc. ICIP*, Quebec City, Canada, Sep. 2015.

P. Moulin, "Coding Redundancy of Finite-Blocklength Universal Channel Coding," *Proc. IEEE Int. Symp. Information Theory*, Hong Kong, June 2015.

P. Moulin and P. R. Johnstone, "Strong Large Deviations for GLRT and Variants in Composite Hypothesis Testing," *Proc. IEEE Int. Symp. Information Theory*, Hong Kong, June 2015.

J. Lee, M. Raginsky, and P. Moulin, "On MMSE Estimation from Quantized Observations in the Nonasymptotic Regime," *Proc. IEEE Int. Symp. Information Theory*, Hong Kong, June 2015.

B. Ni and P. Moulin, "Motion Part Regularization: Improving Action Recognition via Trajectory Selection," *Computer Vision and Pattern Recognition (CVPR)*, June 2015.

J. Lu, G. Wang, W. Deng, P. Moulin, and J. Zhou, "Multi-Manifold Deep Learning for Image Set Classification," *Proc. CVPR*, June 2015.

V. E. Liong, J. Lu, G. Wang, P. Moulin, and J. Zhou, "Deep Hashing for Compact Binary Codes Learning," *Proc. CVPR*, June 2015.

H. Yu and P. Moulin, "SNR Maximization Hashing," *Proc. ICASSP*, Brisbane, Australia, Apr. 2015.

P. R. Johnstone and P. Moulin, "Convergence of an Inertial Proximal Method for $L_1$ Regularized Least Squares," *Proc. ICASSP*, Brisbane, Australia, Apr. 2015.

S. D. Chen and P. Moulin, "A Classification Centric Quantizer for Efficient Encoding of Predictive Feature Errors," *Proc. Asilomar Conf.*, Monterrey, CA, Nov. 2014.

J. Lu, G. Wang, W. Deng, and P. Moulin, "Simultaneous feature learning and dictionary learning for image set base face recognition," *ECCV*, Lecture Notes in Computer Science Vol. 8689, pp. 265—280, Zurich, Switzerland, Sep. 2014.

Y. Zhou, B. Ni, S. Yan, P. Moulin, and Q. Tian, "Pipelining Localized Semantic Features for Fine-Grained Action Recognition," *ECCV*, Lecture Notes in Computer Science Vol. 8692, pp. 481—496, Zurich, Switzerland, Sep. 2014.

V. Tan and P. Moulin, "Second- and Higher-Order Asymptotics For Erasure and List Decoding," *Proc. ISIT*, Honolulu, HI, pp. 1887—1891, July 2014.

Y.-W. Huang and P. Moulin, "Strong Large Deviations for Composite Hypothesis Testing," *Proc. ISIT*, Honolulu, HI, pp. 556—560, July 2014.

B. Ni, T. Li, and P. Moulin, "Beta Process Multiple Kernel Learning," *CVPR*, Colombus, OH, pp. 963—970, June 2014.

B. Ni, V. R. Paramathayalan and P. Moulin, "Multiple Granularity Analysis for Fine-Grained Action Detection," *CVPR*, Colombus, OH, pp. 756—763, June 2014.

S. D. Chen and P. Moulin, "A Two-Part Predictive Coder for Multitask Signal Compression," *Proc. ICASSP*, Florence, Italy, pp. 2035—2039, May 2014.

R. Naini and P. Moulin, " Fingerprint Information Maximization for Content Identification," *Proc. ICASSP*, Florence, Italy, pp. 3809—3813, May 2014.

P. Moulin and P. R. Johnstone, "Kullback-Leibler Divergence and the Central Limit Theorem," *Proc. ITA*, San Diego, CA, Feb. 2014.

J. Lu, G. Wang, and P. Moulin, "Image set classification using holistic multiple order statistics features and localized multi-kernel metric learning," *IEEE International Conference on Computer Vision* (ICCV), pp. 329—336, 2013.

B. Ni and P. Moulin, "Manipulation Pattern Discovery: A Nonparametric Bayesian Approach," *ICCV*, 2013.

P. Moulin, "Asymptotic Neyman-Pearson Games for Converse to the Channel Coding Theorem," *Proc. ISIT*, Istanbul, July 2013.

P. R. Johnstone, A. Emad, P. Moulin, and O. Milenkovic, "RFIT: A New Algorithm for Matrix Completion," *Proc. SPARS*, Lausanne, Switzerland, July 2013.

D. Sungatullina, J. Lu, G. Wang, and P. Moulin, "Multiview discriminative learning for age-invariant face recognition," *IEEE Int. Conf. on Automatic Face and Gesture Recognition*, pp. 1—6, Shanghai, China, Apr. 2013.

H. Yu and P. Moulin, "Regularized Adaboost for Content identification," *Proc. ICASSP*, Vancouver, Canada, May 2013.

H. Yu, P. Moulin and S. Roy, "RGB-D Video Content Identification," *Proc. ICASSP*, Vancouver, Canada, May 2013.

D. Sungatullina, J. Lu, G. Wang, and P. Moulin, "Multiview Discriminative Learning for Age-Invariant Face Recognition," *Proc. 10th IEEE International Conference on Automatic Face and Gesture Recognition*, Shanghai, China, Apr. 2013.

P. Moulin, "A New Metaconverse and Outer Region for Finite-Blocklength MACs," *Proc. Information Theory and Applications (ITA) Workshop*, San Diego, CA, Feb. 2013.

A. Singh, N. Ahuja, P. Moulin, "Online learning with kernels: Overcoming the growing sum problem," *Proc. IEEE Machine Learning for Signal Processing (MLSP)*, Santander, Spain, pp. 449-454, Sep. 2012.

B. Ni, M. Xu, J. Tang, S. Yan, and P. Moulin, "Omni-range spatial contexts for visual classification," *Proc. CVPR*, pp. 3514-3521, Providence, RI, June 2012.

B. Ni, P. Moulin, S. Yan, "Order-Preserving Sparse Coding for Sequence Classification," *Proc. ECCV* pp. 173-187, Providence, RI, June 2012.

B. Ni, N. C. Dat, P. Moulin, "RGBD-camera based get-up event detection for hospital fall prevention," *Proc. ICASSP*, pp. 1405-1408, Kyoto, Japan, March 2012.

R. Dubey, B. Ni, and P. Moulin, "A Depth Camera Based Fall Recognition System for the Elderly," *Proc. 9th Int. Conf. Image Analysis and Recognition (ICIAR)*, LNCS Vol. 7325, pp. 106-113, Aveiro, Portugal, June 2012.

P. Moulin, "The log-volume of optimal constant-composition codes for memoryless channels, within O(1) bits," *Proc. ISIT*, pp. 826-830, Cambridge, MA, July 2012.

Y.-W. Huang and P. Moulin, "Finite blocklength coding for multiple access channels," *Proc. ISIT*, pp. 831-835, Cambridge, MA, July 2012.

Y.-W. Huang and P. Moulin, "On fingerprinting capacity games for arbitrary alphabets and their asymptotics," *Proc. ISIT*, pp. 2571-2575, Cambridge, MA, July 2012.

R. Naini and P. Moulin, "Real Adaboost for content identification," *Proc. IEEE Stat. Signal Processing Workshop*, Ann Arbor, MI, Aug. 2012.

R. Naini and P. Moulin, "Model-based decoding metrics for content identification," *Proc. ICASSP*, pp. 1829-1832, Kyoto, Japan, March 2012.

P. Moulin, "The log-volume of optimal codes for memoryless channels, Up to a Few Nats," *Proc. Information Theory and Applications Workshop*, San Diego, CA, Feb. 2012.

B. Ni, G. Wang, and P. Moulin, "RGBD-HuDaAct: A color-depth video database for human daily activity recognition," *Proc. 1st IEEE workshop on Consumer Depth Cameras for Computer Vision*, held in conjunction with *Int. Conf. on Computer Vision (ICCV) Workshop*, pp. 1147-1153, Barcelona, Nov. 2011.

S. Sadasivam and P. Moulin, "A Universal Divergence-Rate Estimator for Steganalysis in Timing Channels," *Proc. 2nd Workshop on Information Security and Forensics*, Seattle,

WA, Dec. 2010.

Y.-W. Huang and P. Moulin, "On the Saddle-point Solution and the Large-Coalition Behavior of Fingerprinting Games," *Proc. 2nd Workshop on Information Security and Forensics*, Seattle, WA, Dec. 2010.

R. Naini and P. Moulin, "Interference Management through Mobile Relays in Ad Hoc Networks," *Proc. ASILOMAR Conf.*, Pacific Grove, CA, Nov. 2010.

G. Gigaud and P. Moulin, "A Geometrically Resilient SURF-Based Image Fingerprinting Scheme," *Proc. IEEE Int. Conf. Image Processing* (ICIP), Hong Kong, Sep. 2010.

G. Gigaud and P. Moulin, "Traitor Tracing Aided by Compressed SURF Features," *Proc. Conf. Info. Sci. and Sys.*. Princeton, NJ, March 2010.

P. Moulin, "Statistical Modeling and Analysis of Content Identification and Retrieval," *Proc. Information Theory and Applications Workshop*, San Diego, CA, Feb. 2010.

Y.-W. Huang and P. Moulin, "Capacity-Achieving Fingerprint Decoding," *Proc. 1st Workshop on Information Security and Forensics*, London, UK, Dec. 2009.

S. Sadasivam and P. Moulin, "Combating Desynchronization Attacks on Blind Watermarking Systems: A Message Passing Approach," *Proc. ICIP*, Cairo, Egypt, Nov. 2009.

I. Ezzeddine and P. Moulin, *Proc. IEEE Information Theory Workshop*, Taornima, Italy, Oct. 2009.

S. D. Chen, V. Monga, and P. Moulin, "Meta-classifiers For Multimodal Document Classification," *Proc. IEEE Multimedia Signal Processing Workshop*, Rio de Janeiro, Brazil, Oct. 2009.

Y.-W. Huang and P. Moulin, Saddlepoint Solution of the Fingerprinting Capacity Game under the Marking Assumption, *Proc. Int. Symp. Information Theory*, Seoul, Korea, July 2009.

P. Moulin, "A Strong Converse for the Gel'fand-Pinsker Channel," *Proc. Int. Symp. Information Theory*, Seoul, Korea, July 2009.

P. Moulin, "Optimal Gaussian Fingerprint Decoders" *Proc. ICASSP*, Taipei, Taiwan, Apr. 2009.

P. Moulin and Y. Wang, "Information-Theoretic Analysis of Spherical Fingerprinting," Proc. ITA Workshop, San Diego, CA, Feb. 2009.

M. El Choubassi and P. Moulin, "Joint Estimation-Detection Games for Sensitivity Analysis Attacks," *Proc. SPIE Conf.*, San Jose, CA, Jan. 2009.

P. Moulin, "A Neyman-Pearson Approach to Universal Erasure and List Decoding," *Proc. IEEE Symp. Information Theory*, pp. 61—65, July 2008.

P. Moulin, "Universal Fingerprinting: Capacity and Random-Coding Exponents," *Proc. IEEE Symp. Information Theory*, pp. 220—224, July 2008.

J.-F. Jourdas and P. Moulin, "Towards Optimal Design of Multimedia Fingerprinting Codes," *Proc. ICASSP*, Las Vegas, NV, pp. 1649—1652, April 2008.

J.-F. Jourdas and P. Moulin, "A Low-Rate Fingerprinting Code And Its Application To Blind Image Fingerprinting," *Proc. SPIE*, San Jose, CA, Jan. 2008.

J.-F. Jourdas and P. Moulin, "A High-Rate Fingerprinting Code," *Proc. SPIE*, San Jose, CA, Jan. 2008.

S. Sadasivam, P. Moulin, and R. Koetter, "Graphical Models for Desynchronization-Resilient Watermark Decoding," *Proc. IEEE Int. Conf. on Image Proc.*, San Antonio, TX, pp. V.477—480, Sep. 2007.

M. El Choubassi and P. Moulin, "Sensitivity Analysis Attacks Against Randomized Detectors," *Proc. IEEE Int. Conf. on Image Proc.*, San Antonio, TX, pp. II.129—132, Sep. 2007.

N. Kiyavash and P. Moulin, "Digital Fingerprinting: on Colluders Worst-Case Noise," *IEEE Workshop on Statistical Signal Processing*, Madison, WI, July 2007.

P. Moulin and N. Kiyavash, "Expurgated Gaussian Fingerprinting Codes," *Proc. IEEE Int. Symp. on Information Theory*, Nice, France, June 2007.

P. Moulin and N. Kiyavash, "Performance of Random Fingerprinting Codes Under Arbitrary Nonlinear Attacks," *Proc. ICASSP*, Honolulu, HI, pp. II.157—160, April 2007.

N. Kiyavash and P. Moulin, "Sphere Packing Lower Bound on Fingerprinting Error Probability," *Proc. SPIE*, San Jose, CA, Jan. 2007.

Y. Wang and P. Moulin, "Capacity and Optimal Collusion Attack Channels for Gaussian Fingerprinting Games," *Proc. SPIE*, San Jose, CA, Jan. 2007.

S. Sadasivam and P. Moulin, "Cramer-Rao Bound on Watermark Desynchronization Parameter Accuracy," *Proc. SPIE*, San Jose, CA, Jan. 2007.

L. Perez-Freire, P. Moulin, and F. Perez-Gonzalez, "Security of spread-spectrum-based data hiding," in Security, Steganography, and Watermarking of Multimedia Contents IX, Edward J. Delp III and P. W. Wong, Eds., vol. 6505. San Jose, California, USA: SPIE, January 2007.

P. Moulin, "On the Optimal Structure of Watermark Decoders Under Geometric Attacks," *Proc. IEEE Int. Conf. on Image Proc.*, Atlanta, GA, Oct. 2006.

P. Moulin, "Universal Decoding of Watermarks Under Geometric Attacks" *Proc. IEEE Int. Symp. on Information Theory*, July 2006.

Y. Wang and P. Moulin, "Capacity and Random-Coding Error Exponent for Public Fingerprinting Game," *Proc. IEEE Int. Symp. on Information Theory*, July 2006.

S. Ray, P. Moulin and M. Médard, "On Jamming in the Wideband Regime," *Proc. IEEE Int. Symp. on Information Theory*, July 2006.

S. Ray, P. Moulin and M. Médard, "On Optimal Signaling and Jamming Strategies in Wideband Fading Channels," *Proc. IEEE Conf. on Signal Processing Applications for Wireless Communications (SPAWC)*, June-July 2006.

N. Kiyavash and P. Moulin, "On Optimal Collusion Strategies for Fingerprinting", *Proc. ICASSP*, Toulouse, France, May 2006.

N. Kiyavash and P. Moulin, "A Framework for Optimizing Nonlinear Collusion Attacks on Fingerprinting Systems", *Proc. CISS*, Princeton, NJ, March 2006.

P. Moulin and R. Koetter, "A Framework for Design of Good Watermark Identification Codes," *Proc. SPIE*, San Jose, CA, Jan. 2006.

M. El Choubassi and P. Moulin, "On the fundamental tradeoff between watermark detection performance and robustness against sensitivity analysis attacks," *Proc. SPIE*, San Jose, CA, Jan. 2006.

Y. Wang and P. Moulin, "Statistical modeling and steganalysis of DFT-based image steganography," *Proc. SPIE*, San Jose, CA, Jan. 2006.

N. Kiyavash and P. Moulin, "Regular Simplex Fingerprints and Their Optimality Properties," *Proc. Int. Workshop on Digital Watermarking*, Siena, Italy, Sep. 2005.

P. Moulin and Y. Wang, "Improved QIM Strategies for Gaussian Watermarking," *Proc. Int. Workshop on Digital Watermarking*, Siena, Italy, Sep. 2005.

P. Moulin and A. K. Goteti, "Minmax Strategies for QIM Watermarking Subject to Attacks with Memory," *Proc. IEEE ICIP*, Sep. 2005.

P. Moulin and Y. Wang, "On Achievable Error Exponents for Watermarking," *Proc. SPIE Conf.*, San Jose, CA, Jan. 2005

M. El Choubassi and P. Moulin, "A New Sensitivity Analysis Attack," *Proc. SPIE Conf.*, San Jose, CA, Jan. 2005

A. K. Goteti and P. Moulin, "QIM Watermarking Games," *Proc. ICIP*, Singapore, Oct. 2004.

P. Moulin and A. Briassouli, "A Stochastic QIM Algorithm for Robust, Undetectable Image Watermarking," invited paper, *Proc. ICIP*, Singapore, Oct. 2004.

T. Liu, P. Moulin and R. Koetter, "On Error Exponents of Nested Lattice Codes for the AWGN Channel," *Proc. Information Theory Workshop*, San Antonio, TX, Oct. 2004.

P. Moulin and Y. Wang, "Error Exponents for Channel Coding with Side Information," *Proc. Information Theory Workshop*, San Antonio, TX, Oct. 2004.

P. Moulin, A. K. Goteti and R. Koetter, "Optimal Sparse QIM Codes for Zero-Rate Blind Watermarking," *Proc. ICASSP*, Montreal, Canada, May 2004.

A. K. Goteti and P. Moulin, "Two Private, Perceptual Data-Hiding Games," *Proc. ICASSP*, Montreal, Canada, May 2004.

P. Moulin and Y. Wang, "New Results on Steganographic Capacity," *Proc. Conf. on Info. Syst. and Sci.*, Princeton, NJ, March 2004.

Y. Wang and P. Moulin, "Steganalysis of Block-Structured Stegotext," *Proc. SPIE* Vol. 5306, San Jose, CA, Jan. 2004.

P. Moulin, "Embedded-Signal Design for Channel Parameter Estimation Part I: Linear Embedding," *Proc. IEEE Workshop on Statistical Signal Processing*, St Louis, MO, Sep. 2003.

P. Moulin, "Embedded-Signal Design for Channel Parameter Estimation Part II: Quantization Embedding," *Proc. IEEE Workshop on Statistical Signal Processing*, St Louis, MO, Sep. 2003.

Y. Wang and P. Moulin, "Steganalysis of Block-DCT Steganography," *Proc. IEEE Workshop on Statistical Signal Processing*, St Louis, MO, Sep. 2003.

J. Liu and P. Moulin, "On the Risk of Translation-Averaged Wavelet Estimators," *Proc. SPIE*, San Diego, Aug. 2003.

S. Jana and P. Moulin, "Optimal Transform Coders for Classification/Reconstruction with Joint Decoding at the Receiver," *Proc. IEEE Int. Symp. on Information Theory*, Yokohama, Japan, July 2003.

T. Liu and P. Moulin, "Error Exponents for Zero-Rate Watermarking Game with Squared-Error Constraints," *Proc. IEEE Int. Symp. on Information Theory*, Yokohama, Japan, July 2003.

T. Liu and P. Moulin, "Error Exponents for One-Bit Watermarking," *IEEE Proc. ICASSP*, Hong Kong, April 2003.

A. Briassouli and P. Moulin, "Detection-Theoretic Anaysis of Warping Attacks in Spread-Spectrum Watermarking," *IEEE Proc. ICASSP*, Hong Kong, April 2003.

S. Jana and P. Moulin, "Optimal Transform Coding of Gaussian Mixtures for Joint Classification/Reconstruction," *Proc. Data Compression Conference*, Snowbird, UT, March 2003.

N. Schmid, Y. Bresler and P. Moulin, "Complexity Regularized Shape Estimation from Noisy Fourier Data," *Proc. IEEE Int. Conf. on Image Processing*, Rochester, NY, 2002.

J. C. Ye, Y. Bresler and P. Moulin, "Cramer-Rao Bounds for Parametric Shape Estimation in Inverse Problems," *Proc. IEEE Int. Conf. on Image Processing*, Rochester, NY, 2002.

A. Ivanović and P. Moulin, "Game-Theoretic Performance Analysis of Image Watermark Detectors," *Proc. IEEE Int. Conf. on Image Processing*, Rochester, NY, 2002.

M. K. Mıhçak and P. Moulin, "Information-Embedding Codes Matched to Local Gaussian Image Models," *Proc. IEEE Int. Conf. on Image Processing*, Rochester, NY, 2002.

P. Moulin, A. Briassouli and H. Malvar, "Detection-Theoretic Analysis of Desynchronization Attacks in Watermarking," *Proc. DSP'02*, Santorini, Greece, July 2002.

P. Moulin and M. T. Orchard, "Undergraduate Education in Image and Video Processing," *Proc. Int. Conf. on Ac., Sp., and Signal Processing*, Orlando, FL, May 2002.

S. C. Herman and P. Moulin, "A Particle Filtering Approach to Joint Radar Tracking and Automatic Target Recognition", *Proc. IEEE Aerospace Conference*, Big Sky, Montana, March 2002.

P. Moulin and A. Briassouli, "The Gaussian Fingerprinting Game," *Proc. CISS'02*, Princeton, NJ, March 2002.

P. Moulin and J. A. O'Sullivan, "Optimal Key Design in Information-Embedding Systems," *Proc. CISS'02*, Princeton, NJ, March 2002.

P. Moulin and A. Ivanović, "The Fisher Information Game for Optimal Design of Synchronization Patterns in Blind Watermarking," *Proc. IEEE Int. Conf. on Image Processing*, Thessaloniki, Greece, Oct. 2001.

P. Moulin and A. Ivanović, "Game-Theoretic Analysis of Watermark Detection," *Proc. IEEE Int. Conf. on Image Processing*, Thessaloniki, Greece, Oct. 2001.

J. C. Ye, Y. Bresler and P. Moulin, "A Self-Referencing Level-Set Method for Image Reconstruction from Sparse Fourier Samples," *Proc. IEEE Int. Conf. on Image Processing*, Thessaloniki, Greece, Oct. 2001.

J. Liu and P. Moulin, "Statistical Image Restoration Based on Adaptive Wavelet Models," *Proc. IEEE Int. Conf. on Image Processing*, Thessaloniki, Greece, Oct. 2001.

J. Liu and P. Moulin, "Approximation-Theoretic Analysis of Translation-Invariant Wavelet Denoising," *Proc. IEEE Int. Conf. on Image Processing*, Thessaloniki, Greece, Oct. 2001.

J. A. O' Sullivan and P. Moulin, "Some Properties of Optimal Information Hiding and Information Attacks," *Proc. 39th Allerton Conf.*, pp. 92-101, Monticello, IL, Oct. 3-5, 2001.

J. C. Ye, Y. Bresler and P. Moulin, "A Self-Referencing Level-Set Method for Image Reconstruction from Sparse Fourier Samples," *Proc. IEEE Int. Worskshop on Variational and Level Set Methods*, Vancouver, B.C., July 2001.

P. Moulin and A. Ivanović, "The Watermark Selection Game," *Proc. Conf. on Info. Syst. and Sci.*, Baltimore, MD, March 2001.

P. Moulin, "The Parallel-Gaussian Watermarking Game," *Proc. Conf. on Info. Syst. and Sci.*, Baltimore, MD, March 2001.

J. Liu and P. Moulin, "Approximation-Theoretic Analysis of Translation-Invariant Wavelet Denoising," invited paper, *Proc. Conf. on Info. Syst. and Sci.*, Baltimore, MD, March 2001.

P. Moulin, M. K. Mıhçak and G.-I. Lin, "An Information-Theoretic Model for Image Watermarking," *IEEE Int. Conf. on Image Processing*, Vancouver, BC, Sep. 2000.

R. Venkatesan, M. Jakubowski, S.-M. William Koon and P. Moulin, "Robust Image Hashing," *IEEE Int. Conf. on Image Processing*, Vancouver, BC, Sep. 2000.

P. Ishwar and P. Moulin, "Shift-Invariant Image Denoising — A Multiple-Domain Maxent MAP Framework," *IEEE Int. Conf. on Image Processing*, Vancouver, BC, Sep. 2000.

J. Liu and P. Moulin, "Analysis of Interscale and Intrascale Dependencies Between Image Wavelet Coefficients," *IEEE Int. Conf. on Image Processing*, Vancouver, BC, Sep. 2000.

S. Jana and P. Moulin, "Optimal Design of Transform Coders and Quantizers for Image Classification," *IEEE Int. Conf. on Image Processing*, Vancouver, BC, Sep. 2000.

M. K. Mıhçak, A. F. Docimo, P. Moulin and K. Ramchandran, "Design and Analysis of a Forward-Adaptive Wavelet Image Coder," *IEEE Int. Conf. on Image Processing*, Vancouver, BC, Sep. 2000.

M. Kesal, M. K. Mıhçak, R. Kötter and P. Moulin, "Iteratively Decodable Codes for Watermarking Applications," *Proc. 2nd Symposium on Turbo Codes and Related Topics*, pp. 113-116, Brest, France, Sep. 2000.

P. Ishwar and P. Moulin, "Image Modeling and Restoration – Information fusion, Set-theoretic methods, and the Maximum Entropy Principle," *Proc. MAXENT'00*, Paris, France, July 2000.

P. Moulin and J. A. O'Sullivan, "Information-Theoretic Analysis of Information Hiding," *Proc. IEEE Int. Symp. on Information Theory*, Sorrento, Italy, June 2000.

P. Moulin and J. Liu, "Statistical Imaging and Complexity Regularization," *Proc. IEEE Int. Symp. on Information Theory*, Sorrento, Italy, June 2000.

P. Moulin and J. A. O'Sullivan, "Information-Theoretic Analysis of Watermarking," *Proc. IEEE Int. Conf. on Acoustics, Speech and Signal Processing (ICASSP'00)*, Istanbul, Turkey, June 2000.

P. Ishwar and P. Moulin, "Fundamental Equivalences between Set-Theoretic and Maximum-

Entropy methods in Multiple-Domain Image Restoration," *Proc. IEEE Int. Conf. on Acoustics, Speech and Signal Processing (ICASSP'00)*, Istanbul, Turkey, June 2000.

J. C. Ye, Y. Bresler and P. Moulin, "Global Confidence Regions in Parametric Shape Estimation," *Proc. IEEE Int. Conf. on Acoustics, Speech and Signal Processing (ICASSP'00)*, Istanbul, Turkey, June 2000.

A. Jain, P. Moulin, M. I. Miller and K. Ramchandran, "Information-Theoretic Bounds on Target Recognition Performance," *SPIE's 14th International Symposium on AeroSense 2000*, Orlando, FL, April 2000.

J. C. Ye, Y. Bresler and P. Moulin, "Wavelet Descriptors for Parametric Shape Estimation in Nonlinear Inverse Scattering Problems," *SPIE's International Symposium on AeroSense 2000*, Orlando, FL, April 2000.

P. Ishwar and P. Moulin, "Multiple–Domain Image Modeling and Restoration," *Proc. IEEE Int. Conf. on Image Proc.*, Vol. I, pp. 362—366, Kobe, Japan, 1999.

J. Liu and P. Moulin, "Image Denoising Based on Scale–Space Mixture Modeling of Wavelet Coefficients," *Proc. IEEE Int. Conf. on Image Proc.*, Vol. I, pp. 386—390, Kobe, Japan, 1999.

S. Jana and P. Moulin, "Optimal Design of Transform Coders for Image Classification," *Proc. Conf. on Info. Syst. and Sci.*, Baltimore, MD, March 1999.

A. Jain, P. Moulin, K. Ramchandran and M. I. Miller, "Performance Bounds for ATR based on Compressed Data," *Proc. Army Compression Workshop*, Huntsville, AL, Dec. 1998.

P. Moulin, M. Anitescu, and K. Ramchandran, "Some Fundamental Properties of MMSE Filter Banks," *Proc. IEEE Sig. Proc. Symp. on Time-Frequency and Time-Scale Analysis*, Pittsburgh, PA, Oct. 1998.

P. Moulin and J. Liu, "Analysis of Multiresolution Image Denoising Schemes Using Generalized - Gaussian Priors," *Proc. IEEE Sig. Proc. Symp. on Time-Frequency and Time-Scale Analysis*, Pittsburgh, PA, Oct. 1998.

J. Liu and P. Moulin, "A New Complexity Prior for Multi-Resolution Image Denoising," *Proc. IEEE Sig. Proc. Symp. on Time-Frequency and Time-Scale Analysis*, Pittsburgh, PA, Oct. 1998.

J. Liu and P. Moulin, "Complexity-Regularized Image Restoration," *Proc. IEEE Int. Conf. on Image Proc. (ICIP'98)*, Chicago, IL, Oct. 1998.

M. K. Mıhçak, K. Ramchandran and P. Moulin, "Adaptive Wavelet Packet Image Coding Using an Estimation–Quantization Framework," *Proc. IEEE Int. Conf. on Image Proc. (ICIP'98)*, Vol. I, pp. 92—96, Chicago, IL, Oct. 1998.

P. Moulin and M. Miller, "Detection Bounds for Automatic Target Recognition," *Proc. Int. Symp. on Information Theory (ISIT'98)*. Boston, MA, Aug. 1998.

J. A. O'Sullivan, P. Moulin and M. Ettinger, "Information Theoretic Analysis of Steganography," *Proc. Int. Symp. on Information Theory (ISIT'98)*, Boston, MA, Aug. 1998.

X. Yang, K. Ramchandran and P. Moulin, "Optimization of High–Energy–Compaction, Nearly–Orthonormal, Linear–Phase Filter Banks," *Proc. ISCAS'98*, Monterrey, CA, June 1998.

P. Ishwar, K. Ratakonda, P. Moulin and N. Ahuja, "Image Denoising in Multiple Com-

paction Domains," invited paper, *Proc. ICASSP'98*, Vol. 3, pp. 1889—1892, Seattle, May 1998.

P. Moulin, M. Anitescu and K. Ramchandran, "Asymptotic Performance of Subband Coders Using Constrained, Signal–Adapted FIR Filter Banks," *Proc. 32nd Conf. on Info. Syst. and Sci.* (CISS), Princeton, NJ, March 1998.

J. Liu and P. Moulin, "Complexity-Regularized Image Denoising," *Proc. IEEE Int. Conf. on Image Proc. (ICIP'97)*, pp. II. 370—373, Santa Barbara, CA, Oct. 1997.

P. Ishwar and P. Moulin, "Switched Control-Grid Interpolation for Motion-Compensated Video Coding," *Proc. IEEE Int. Conf. on Image Proc. (ICIP'97)*, pp. III. 650—653, Santa Barbara, CA, Oct. 1997.

R. Krishnamurthy, J. W. Woods and P. Moulin, "Compactly-Encoded Optical Flow Fields for Bidirectional Prediction and Video Coding," *Proc. VCIP'97*, Feb. 1997.

P. Moulin, K. Ramchandran and V. Pavlovic, "Transform Image Coding based on Joint Adaptation of Filter Banks and Tree Structures," *Proc. IEEE Int. Conf. on Image Proc. (ICIP'96)*, Lausanne, Switzerland, Sep. 1996.

R. Krishnamurthy, P. Moulin and J. W. Woods, "Multiscale Motion Estimation for Scalable Video Coding," *Proc. ICIP'96*, Lausanne, Switzerland, pp. I. 965—968, Sep. 1996.

P. Moulin, "Signal Estimation Using Adapted Tree–Structured Bases and the MDL Principle," *Proc. IEEE Sig. Proc. Symp. on Time-Frequency and Time-Scale Analysis*, pp. 141—143, Paris, June 1996.

P. Moulin, "Design of Signal–Adapted FIR Paraunitary Filter Banks," *Proc. IEEE Int. Conf. on Acoustics, Speech and Signal Processing (ICASSP'96)*, Atlanta, GA, May 1996.

P. Moulin and R. Krishnamurthy, "Multiscale Motion Fields for Video Coding," *Proc. 9th IEEE Workshop on Image and Multidim. Signal Processing*, Belize, March 1996.

R. Krishnamurthy, P. Moulin and J. Woods, "Optical Flow Techniques Applied to Video Coding," *Proc. ICIP'95*, Washington, D.C., Oct. 1995.

P. Moulin, "Model Selection Criteria and the Orthogonal Series Method for Function Estimation," *Proc. IEEE Int. Symp. on Information Theory (ISIT'95)*, Whistler, B.C., Sep. 1995.

P. Moulin, "A New Look at the Signal–Adaptive QMF Bank Design," *Proc. ICASSP'95*, Detroit, MI, pp. 1312—1315, Apr. 1995.

P. Moulin, "A Relaxation Technique for Minimizing the $L^2$ Reconstruction Error in Nonorthogonal Subband Coding," *Proc. ICIP'94*, Austin, TX, Nov. 1994.

P. Moulin, "The Use of Wavelets for Spectral Density Estimation with Local Bandwidth Adaptation," *Proc. ISIT'94*, p. 40, Trondheim, Norway, June 1994. Also invited paper, *Interface'94*, Research Triangle Park, June 1994.

P. Moulin, "Optimization Techniques for Efficient Image Compression in Nonorthogonal Multiresolution Bases," *Proc. 1994 NJIT Symp. on Wavelets*, Apr. 1994.

P. Moulin, "Wavelets as a Regularization Technique for Spectral Density Estimation," *Proc. SIAM Annual Meeting*, p. 69, Philadelphia, July 1993.

P. Moulin, I. Rhee and P. Caputo, "Video Signal Processing on SIMD Parallel Computer Architectures," *Proc. 8th IEEE Workshop on Image and Multidim. Signal Processing*, pp.

246–247, Cannes, France, Sep. 1993.

P. Moulin and A. Loui, "Hierarchical–Finite–Element Estimation and Parameterization of Optical Flow Field," *Proc. 8th IEEE Workshop on Image and Multidim. Signal Processing*, pp. 130–131, Cannes, France, Sep. 1993.

P. Moulin and A. Loui: "Application of a Multiresolution Optical Flow Based Method for Motion Estimation to Video Coding," *Proc. ISCAS'93*, pp. I.1–4, Chicago, IL, May 1993.

P. Moulin, "Optimal $L^2$ Approximation of Images in Nonorthogonal Multiresolution Bases," *Proc. ICASSP'93*, pp. V.189–192, Minneapolis, MN, Apr. 1993.

P. Moulin, "Model–Based Multiresolution Restoration of Speckle Images: Application to Radar Imaging," invited paper, *Proc. IEEE Int. Symp. on Information Theory*, p. 67, San Antonio, TX, Jan. 1993.

P. Moulin, "Adaptive Multiresolution Image Restoration and Compression," invited paper, *IEEE EMBS Workshop on Case Studies in Medical Instrument Design*, Orlando, FA, Oct. 91.

P. Moulin, "Wavelets as a Regularization Technique for Spectral Density Estimation," *Proc. IEEE Signal Processing Conf. on Time–Frequency and Time–Scale Analysis*, pp. 73–76, Victoria, B.C., Oct. 1992.

P. Moulin, "An Adaptive Finite–Element Method for Image Representation," *Proc. Int. Conf. on Pattern Recognition*, pp. III.70–74, The Hague, The Netherlands, Aug. 1992.

P. Moulin, "An Adaptive Spline Method for Signal Restoration," *Proc. ICASSP'92*, San Francisco, CA, Mar. 92, pp. IV.169–172.

P. Moulin, J. A. O'Sullivan, and D. L. Snyder, "A Method of Sieves for Estimating the Spectral Density," *Proc. IEEE Int. Symp. on Information Theory*, p. 67, Budapest, Hungary, June 91.

J. A. O'Sullivan, P. Moulin, D. L. Snyder, and S. P. Jacobs: "Computational Considerations for Maximum–Likelihood Radar Imaging," *Proc. 24th CISS Conf.*, Princeton, NJ, March 1990.

P. Moulin, D. L. Snyder, and J. A. O'Sullivan: "A Method of Sieves for Regularizing Maximum–Likelihood Spectral Estimates," *Proc. IEEE Int. Symp. on Information Theory*, p. 112, San Diego, CA, Jan. 1990.

P. Moulin, D. L. Snyder, and J. A. O'Sullivan: "A Sieve–Constrained Maximum–Likelihood Estimator for the Spectrum of a Gaussian Process," *Proc. 28th Allerton Conf.*, Urbana–Champaign, IL, Sept. 1989.

J. A. O'Sullivan, D. L. Snyder, and P. Moulin, "The Role of Spectrum Estimation in Forming High–Resolution Radar Images," *Proc. ICASSP 1989*, Glasgow, U.K., May 1989.

P. Moulin, J. A. O'Sullivan, and D. L. Snyder, "Maximum–Likelihood Spectrum Estimation of Periodic Processes from Noisy Data," *Proc. CISS Conf.*, Johns Hopkins University, Baltimore, MD, March 1989.

J. A. O'Sullivan, P. Moulin, and D. L. Snyder, "Cramer–Rao Bounds for Constrained Spectrum Estimation with Application to a Problem in Radar Imaging," *Proc. 27th Allerton Conf.*, Urbana–Champaign, IL, Sept. 1988.

R. Boite and P. Moulin, "Comparaison du rapport signal à bruit pour une représentation

numérique en virgule fixe et en virgule flottante," *Proc. IASTED Symp.*, Paris, France, June 1985.

**Conference Papers Submitted for Publication**

Ye Wang. Shuchin Aeron, Adnan Rakin, Toshiaki Koike-Akino and P. Moulin, "Robust Machine Learning via Privacy/Rate-Distortion Theory," submitted to IEEE Int. Symp. On Information Theory, Jan. 2021.

# EXHIBIT B

<u>Materials Considered</u>

[1] P. Cano, E. Battle, T. Kalker and J. Haistma, "A Review of Algorithms for Audio Fingerprinting," Proceedings IEEE International Workshop on Multimedia Signal Processing, December 2002.

[2] V. Venkatachalam, L. Cazzanti, N. Dhillon, and M. Wells, "Automatic Identification of Sound Recordings," IEEE Signal Processing Magazine, pp. 92-99, March 2004.

# EXHIBIT C

# TVision Insights: 'Ratings Only Tell Part Of The Story'

**ad** adexchanger.com/tv-and-video/tvision-insights-ratings-only-tell-part-of-the-story

March 16, 2020

If someone goes to the bathroom while a beautifully shot commercial plays full-screen on their TV, was it actually viewable?

Not so much, said Luke McGuinness, president and COO of TVision Insights, a TV analytics company that helps brands measure whether people are actually paying attention to their ads.

TVision, founded in 2014, started out by measuring attention on linear TV and moved into OTT more recently. It gathers its insights through a panel of 5,000 US homes, which represents roughly 14,000 people.



**Luke McGuinness, President & COO**



"Measuring viewability in the digital context is about whether an ad shows up in the field of view so that someone has the opportunity to see it," McGuinness said. "By and large, TV ads are showing up on the screen – but if no one is in the room to see them, they can't have an impact."

TVision clients include AB InBev, MARS, Microsoft, PepsiCo, Duracell, Google and Nestlé.

AdExchanger spoke with McGuinness.

**AdExchanger: TVision in a nutshell is … finish that sentence.**

ADVERTISEMENT

LUKE MCGUINNESS: We're a data and analytics company that measures how people actually watch TV. If you're an advertiser spending $100 million a year on TV advertising and people are only in the room, say, 30% of the time and only a fraction of those people are actually paying attention – well, there's a tremendous opportunity there for advertisers to better optimize and allocate their TV dollars.

**How are you like Nielsen, and how are you not like Nielsen?**

We are like Nielsen in that we use a panel methodology, which is 100% opt-in, but we are unlike Nielsen in that we are creating a very different metric, although our data sets are actually complementary to ratings. But ratings only tell part of the story.

We found that ratings do not correlate at all to whether people are paying attention. We've seen highly rated shows with a fairly low attention rate, and plenty of shows with a relatively small but very engaged audience and low ratings. If you're trying to optimize your advertising

schedule on TV, you need to understand both. It's not just about the size of the audience but whether they are present and engaging with ads when they air.

**How does your technology work?**

Our panelists put our device in their homes next to their TV. It's about the size of an Apple TV and it does three key things. First, we use ACR [automatic content recognition] to determine what someone is watching on the TV. Is it "The Voice," "Stranger Things," a specific commercial?

Then we detect how the content got to the screen, whether the person is watching through live cable, the Hulu app, a Roku device, the NBCU app on Chromecast, whatever it happens to be. And then, third and most critically, our device has a camera. The technology only processes images – no video – to determine if there is anyone in the room and, if so, who. It recognizes the specific person, associates their demographics and can tell if they're paying attention to the TV or not.

**How do you define attention?**

Attention is our metric for engagement. We look to see whether the TV is on, which is akin to every other TV data provider out there. But then we also look at viewability, which means that the TV is on and there is at least one person in the room. Attention goes one step further: The TV is on, someone is in the room and they're actually looking at the TV. We collect this second by second but we use the MRC standard for digital video, which is two continuous seconds.

**Is TVision accredited by the Media Rating Council?**

We may at some point pursue accreditation, although we're not currently in the process. But we did partner with a company called Neutronian, which recently launched as a neutral auditor for data quality. They conducted a thorough audit of what we do and certified our practices as sound.

**Your device relies on ACR technology. How do you deal with privacy concerns?**

Our panel is 100% opt-in. Our panelists are signing nine-page contracts in order to opt in and we're very forthright in explaining how the technology works when we recruit them. We also architected our technology so that all of the data is processed on the device in the panelist's home. We're not pulling any audio or video into the cloud. Only summarized data comes back to us from the device.

**How can advertisers use your data?**

One way is as a complement to their existing ratings and CPM data as they head into upfront planning to optimize their TV investment for people who actually see and engage with their ads.

Some use our data to see how well attention correlates with the way they measure the outcomes of their advertising. For example, we have clients that look at brand lift on a weekly basis to measure brand health and awareness, but they never had a good way of understanding what is driving increases or decreases in awareness. Turns out when people pay attention to ads, brand lift tends to go up, and if they don't, it tends to go down. Seems logical, but they had no way to measure it.

The next logical step is to optimize for attention, for whichever networks, dayparts or specific shows their audience tends to be more engaged with. It's about allocating dollars and negotiating more effectively.

**Will we have a truly data-driven upfront season this year?**

Over the last couple of years, there has been the start of an evolution toward advertisers using different data sets to measure the effectiveness of their TV buys, including the amount of attention people pay to their ads. Changes won't happen overnight, but there has been an acceleration in the pace of change, which has to do, at least in part, with consumer adoption of streaming.

We're seeing more flexibility and willingness on both the buy side and the sell side to work with each other and with new data sets.

*This interview has been edited and condensed.*

# EXHIBIT D

# AdAge - TVision is the go-to-choice for several Nielsen rivals

**tvisioninsights.com**/resources/adage-mrc-panel-data

Blog  |   Insights  |   News

August 30

*"TVision, a firm that originally built a panel to measure people's attention to ads, has become the go-to choice for several Nielsen rivals -- including  VideoAmp, iSpot, Xandr and 605 -- who need person-level data to calibrate the household data they track using millions of smart TVs, set-top boxes and other devices."*

AdAge Editor Jack Neff breaks down Nielsen's decision to pause accreditation with the Media Ratings Council in his feature "Nielsen Audience Measurement Hiatus Tests Media Ratings Council Relevance." He examines the potential impact of that decision on the MRC, the industry, and Nielsen itself.

Neff points out that TVision is emerging as the critical partner of Nielsen competitors for person-level data.  As big data rivals look to replace or augment Nielsen data as the currency standard for networks and advertisers, they are validating their census data with TVision's person-level panel data.

Neff writes, "Networks have been asking Nielsen competitors to provide person-level data, and licensing TVision's panel data could help competitors solve these problems."

Find more information about TVision's Advanced Audience Projections, person-level data solution here.



## Stay in the know.

Insights about how performance metrics can help your business delivered straight to your inbox. Sign up for updates.

# EXHIBIT E

# 4 challenges the industry will face as it breaks away from Nielsen

**campaignlive.com**/article/4-challenges-industry-will-face-breaks-away-nielsen/1726140

by Alison Weissbrot September 01, 2021



The door is open for a new era of TV measurement — but can the industry thrive on multiple currencies?

When NBCUniversal last week put out an RFP for measurement partners, it was the biggest sign yet that the industry has lost faith in Nielsen.

The RFP came after Nielsen put its Media Ratings Council (MRC) accreditation on hiatus after undercounting household viewership during the pandemic. The MRC, run by George Ivie, is a trusted independent industry body formed in 1964 with a stated mission "to secure for the media industry and related users measurement services that are valid, reliable and effective."

The service is the third from Nielsen to lose MRC accreditation in the past year, including its Digital Ad Ratings (DAR) service, which it paused in October 2020, and local TV ratings, which it suspended in January.

Nielsen has placed its bets on Nielsen One, the cross-platform measurement framework it has promised to roll out in full by 2024. But stakeholders across the industry agree that 2024 is far too long to wait, given how quickly consumer viewing habits shifted during COVID, and especially now that Nielsen is no longer an accredited service.

Buyers began to move away from just using Nielsen for planning purposes years ago. VideoAmp, for example, powers Omnicom's TV planning tools, and from what I hear, is about to kick off a major test with holding companies after Labor Day to see how its currency matches up against Nielsen's. Sellers are looking for new partners as well; Comscore, for instance, is growing its remit with ViacomCBS.

Still, Nielsen gross ratings points (GRPs) remain the only independent TV currency in the market. Most buyers and sellers I've spoken with agree that NBCU's bold move is, for lack of a better term, the kick in the butt the industry needs to finally move forward.

But they're also waiting with bated breath for the massive changes, complexities and periods of confusion leading up to the new world order.

## 1. Juggling multiple currencies

Industry stakeholders agree that transacting on multiple currencies that correspond to advertiser business outcomes is the way forward. Jo Kinsella, president at TV measurement company TVSquared, pointed to the stock market, which trades on multiple currencies, such as futures and options, as an example. Similarly, she says, advertisers can transact on various branding and performance metrics.

Buyers are becoming more open to transacting against multiple currencies, says Michael Perlman, chief revenue officer at TVision, a TV measurement company that tracks attention. TVision recently worked with AB InBev, for example, to buy ads off of guaranteed attention metrics on A+E Network.

"There is room for multiple players," he says. "The goal of a particular campaign could dictate the right approach for deploying media."

Media buyers, however, are hesitant. Some worry that using multiple currencies will obscure the methodology to work in the networks' favor, which can choose to transact against whichever currency values their inventory the highest. Multiple currencies will also make it difficult to compare ratings across networks. And, agencies must deliver on strict pricing and savings guarantees from procurement, and multiple currencies could make it difficult to reconcile costs.

## 2. Getting stakeholders on board

While the industry applauds NBCU's bold stance, you'd be hard pressed to find a buyer that wants a major media seller determining TV's future currency.

Media buyers agree that any new currency adopted must receive cross-industry input and approval, as well as third-party accreditation from an independent body (most likely the MRC). Otherwise, as one buyer put it, the currency will feel "rigged." Another buyer pointed out that it will be difficult to make the case to clients to move away from Nielsen to a new currency dictated by a media seller.

Collaboration, however, is easier said than done; getting two parties on opposite sides of a transaction to agree is tricky. Many are banking on the MRC to endorse and validate a new currency as an independent body.

But the jury is still out on whether the MRC has the appetite to create new types of accreditation for multiple currencies. As one sell-side spokesperson said, if they don't do it, "I don't know who steps in."

### 3. Understanding demos

Despite Nielsen's issues, it's still the largest independent panel backed by demographic household data. The Nielsen panel, though imperfect, provides a critical foundation for understanding who is watching certain types of content, beyond just what is being watched.

There are, however, rising alternatives. TVision has a 15,000-person panel that tracks not just who is in the household, but also who is watching what, using facial recognition and eye tracking technology along with automatic content recognition (ACR) data. Many Nielsen contenders are licensing TVision's dataset to underpin their systems with demographics.

As the industry slowly moves away from broad, demo-based buys in favor of outcomes, Nielsen's panel may wane in importance. As one media buyer put it, demos become arbitrary when you can measure actual sales or business goals.

### 4. Moving past buy-side inertia

This, in my opinion, is the most significant hurdle, and it's what has held the industry back from adopting a new currency for years. As one media buyer put it, the challenge is large and "people hope it will get solved for them."

Nielsen's historical data backs into most clients' planning processes and helps them determine volume discounts and pricing. Demand and planning haven't evolved to rightsize pricing, as clients continue to rely on old media mix modeling formulas that are no longer accurate. Even just starting to translate Nielsen currencies to a new baseline of truth would be problematic for many clients.

Case 1:22-cv-00057-CJB  Document 1-1  Filed 01/14/22  Page 74 of 201 PageID #: 88

Another barrier is cost. Agencies spend vast amounts of money with Nielsen (one buyer estimated the costs come in just behind rent and employee salaries). If the industry were to adopt multiple currencies, costs could skyrocket, and it would be difficult for agencies, already with razor-thin margins, to offset those costs to clients.

While tough, most agree these challenges are not insurmountable. Ready or not, the next era of measurement is upon us.

Tags

# EXHIBIT F

The New York Times | https://www.nytimes.com/2017/02/25/business/media/tv-viewers-tracking-tools.html

# For Marketers, TV Sets Are an Invaluable Pair of Eyes

**By Sapna Maheshwari**

Feb. 25, 2017

While Ellen Milz and her family were watching the Olympics last summer, their TV was watching them.

Ms. Milz, 48, who lives with her husband and three children in Chicago, had agreed to be a panelist for a company called TVision Insights, which monitored her viewing habits — and whether her eyes flicked down to her phone during the commercials, whether she was smiling or frowning — through a device on top of her TV.

"The marketing company said, 'We're going to ask you to put this device in your home, connect it to your TV and they're going to watch you for the Olympics to see how you like it, what sports, your expression, who's around,'" she said. "And I said, 'Whatever, I have nothing to hide.'"

Ms. Milz acknowledged that she had initially found the idea odd, but that those qualms had quickly faded.

"It's out of sight, out of mind," she said, comparing it to the Nest security cameras in her home. She said she had initially received $60 for participating and an additional $230 after four to six months.

TVision — which has worked with the Weather Channel, NBC and the Disney ABC Television Group — is one of several companies that have entered living rooms in recent years, emerging with new, granular ways for marketers to understand how people are watching television and, in particular, commercials. The appeal of this information has soared as Americans rapidly change their viewing habits, streaming an increasing number of shows weeks or months after they first air, on devices as varied as smartphones, laptops and Roku boxes, not to mention TVs.

Through the installation of a Microsoft Kinect device, normally used for Xbox video games, on top of participants' TVs, TVision tracks the movement of people's eyes in relation to the television. The device's sensors can record minute shifts for all the people in the room. The company then matches those viewing patterns to shows and commercials using technology that listens to what is being broadcast on the TV.

"The big thing for TV advertisers and the networks is: Are you actually looking at the screen or not?" said Dan Schiffman, the chief revenue officer of TVision (pronounced Tee-Vision). "What you looked at is interesting, but the fact that you looked away is arguably the most interesting."

Mr. Schiffman founded TVision, a 30-person start-up, with a classmate from the Sloan School of Management at M.I.T.



Dan Schiffman founded TVision, a 30-person start-up, with a classmate from the Sloan School of Management at M.I.T. Dolly Faibyshev for The New York Times

Companies spend around $69 billion a year on TV ads in the United States and are keen to find out how to best distribute that money in a fractured media landscape. Nielsen and its panel of 42,500 households have long determined how money is spent on TV advertising in the United States. The higher a show's ratings, the more networks can charge for advertising.

But some industry executives have criticized Nielsen's methods as outdated. Nielsen selects homes at random to represent the nation's viewing audience, and measures who is watching what shows, mostly through meters connected to the sets, as well as diaries in select markets and digital tracking of certain ad-supported programs on tablets and phones.

> **Daily business updates**  The latest coverage of business, markets and the economy, sent by email each weekday. Get it sent to your inbox.

The company recently delayed the rollout of a new system that will count viewing across platforms and devices. The capability to do just that is a core selling point for upstarts like TVision, which promote their ability to measure how people are binge-watching shows on, say, Netflix and Amazon.

"Nielsen will remain the currency for the time being because it is agreed upon as the thing everyone uses," said Alan Wurtzel, an adviser at NBCUniversal and its former head of research. "But as the world becomes more complex, as it is, many more additional supplemental or complementary measures will come into play."

---

**Business & Economy: Latest Updates ›**
Updated 6 hours ago

- A U.N. labor group blames unequal vaccine access for a widening global economic gap.
- Britain prepares for a post-pandemic economy, and keeps spending.
- Supply chain disruptions weigh on corporate leaders.

---

Information gathered by companies like TVision can help advertisers steer marketing toward shows with the most engaged audiences, not just the largest ones. And for networks, it could make a show with a committed and loyal audience as valuable as one that attracts a larger but more casual set of viewers.

TVision has recruited 2,000 households, or roughly 7,500 people, in the Boston, Chicago and Dallas-Fort Worth areas. The company said the information was transmitted without storing images or video and collected anonymously.

Mr. Schiffman said the data would show, for example, "Person No. 124 in Household 6 was paying attention this second and not paying attention the next to a certain program or advertisement."

Symphony Advanced Media has built a panel of 17,500 people in the United States who have installed its Media Insiders mobile app, mostly on Android phones. In exchange for about $5 to $12 a month, the app passively tracks how people use their phones, uses the device's microphone to hear what they are watching and asks them to complete surveys. The app can tell if someone streamed a show using headphones while on a bus or saw a commercial at a sports bar.

Symphony and TVision both use technology that can recognize shows and ads through the audio or digital tags the content contains. Consumers are most likely familiar with this type of technology through the song-recognition app Shazam.

A camera on top of a television tracks the movement of people's eyes in relation to the
screen.  Dolly Faibyshev for The New York Times

Another ratings company, RealityMine, has assembled a panel of 5,000 people in the United States whom it said it paid less than $90 a year, who either have its app, a "home meter" plugged into their internet networks or both. In some instances, its meter may capture activity across 25 devices in a household, such as tablet, phone, Xbox, Wii, Apple TV and Google Chromecast.

The aim is "understanding what is the media day and the life of the consumer today," said Charlie Buchwalter, the chief executive of Symphony, which has worked with companies including NBCUniversal.

Mr. Schiffman said that while some people were wary of TVision's technology, they were often placated after learning that it was not storing images or videos.

During the Olympics, Ms. Milz wore a Fitbit so that NBC could see how her heart rate changed while she watched certain events.

"We're just trying to understand where people really are and what they're doing, what they're watching, how are they interacting, and ideally after that, how is that changing their behavior or affecting their behavior," said Jonathan Steuer, the chief research officer of Omnicom Media Group, which oversees media buying for advertisers.

Still, privacy can be a concern. This month, Vizio, one of the biggest makers of internet-connected televisions, said it would pay $2.2 million to settle charges that it had been collecting and selling viewing data from millions of smart TVs without the knowledge or consent of the sets' owners.

By measuring the level of attention a person is paying to a given show, TVision believes it can help bolster niche programs and smaller networks. For example, Mr. Schiffman said the company had found that the series "Lucifer," on Fox, commanded better attention metrics from viewers than "The Big Bang Theory," on CBS, even though "Big Bang" is one of the TV shows rated highest by Nielsen.

"People don't just tune into 'Lucifer.' They DVR it and watch it when they come home," he said, adding that viewers tend to be focused on the show and stay in the room when it is on.

The Weather Channel used TVision's data in the fall to give it an edge over the news and lifestyle shows it is normally compared against by advertisers. It showed its audience for weather news as "lean forward, lean-in viewers," said Indira Venkat, who oversees research at the channel.

"What is oftentimes missing is the quality of the audience," Ms. Venkat said about Nielsen viewing data. "Yes, you're getting audience, but what are they doing in today's era of multitasking?"

# EXHIBIT G



# For TV's Ad Future, All Eyes Are On Attention Metrics

By **Adam Jacobson** — September 26, 2017



*Dan Schiffman, Chief Revenue Officer of TVision*

*RBR+TVBR INFOCUS*

Picture this: After an exhausting day, you're plopped yourself down on the couch and finally have time to see the series premiere of FOX's *The Orville.* About 15 minutes in, you're fast asleep, snoozing away while ignoring what will likely be a huge turkey from *Family Guy* creator and Frank Sinatra Sr. superfan Seth MacFarlane.

Nielsen may have a number to give FOX, because you "watched" it. New technology **TVision Insights** proves otherwise. What does this mean for the future of TV, and for "attention metrics"? TVision Insights Chief Revenue Officer **Dan Schiffman** spoke with RBR+TVBR from his Union Square offices to explain exactly how CMOs in charge of media budgets can adapt and embrace his company's technology. At the same time, TV networks and their affiliate stations have earned a wake-up call with respect to who is actually paying attention to their programming — and their commercials.

For Schiffman, TVision is helping both marketers and media companies understand how to attract advertisers — and the audiences that will pay attention to their messages — in a New World Order that can quantify to the millisecond if the consumer is actually listening or watching these messages.

"We are helping marketers to learn how to monetize," Schiffman says, describing one side of TVision's business model.

The other side of TVision's business is a wake-up call to the C-Suites overseeing networks, and those selling time on affiliate stations.

"The advertising that will completely interrupt your viewing experience has to change — in TV and in digital," Schiffman opines. "That mentality has to change."

With TVision's optics technology, an opt-in proprietary system presently available in select top DMAs, brands on the buy side of the equation are, in Schiffman's view, getting a boost in how to optimize their media buying and planning grids.

Meanwhile, TVision's data can help TV stations and networks in both the programming and the sales departments, as they'll know exactly when that Zzzz … and other attention-losing signs immediately start.

For the TV networks, TVision believes it is providing good ad sales research that has already led to noticeable changes.

As RBR+TVBR reported on Aug. 31,  the ultra-quick :06 commercial first used by **FOX** during its Aug. 13 *Teen Choice 2017* awards telecast will now be used in limited quantities by **FOX Sports**.



**Broadcasting**.

There's a simple reason for this, Schiffman believes. "We realize we have too many commercials," he says. Hence, some networks have reduced their commercial loads. What did TVision research indicate once these moves transpired?

"The reduction in commercial load means that the level of attention has been far greater — in excess of a 70% increase," Schiffman says. "You haven't destroyed the viewing experience."

For TV, Schiffman adds, there is no solution aside from GRPs when it comes to advertising and measurement.



That's unacceptable for him and the industry.

"The measurement system is broken, so they have used as much inventory as they can to get the greatest dollar amount," he says.

Doesn't that amount to changing an entire advertising model where one raises the rates while lowering the avails? Yes. What's the reaction been from the industry?

"It has been positive, so far... two TV networks have made that leap — FOX and Turner."

For Turner's truTV, a lower commercial load across the board has already led to positive changes, Schiffman says.

"If you look at our data on lower commercial load in general, it will decrease the value of an ad when you have more frequent interruptions," he says.

So, is TVision offering marketers and media executive metrics, or is it a guidance tool to go alongside data from the likes of Nielsen and/or comScore?

Schiffman says his company provides statistics on how viewability emerged in digital, and that "attention GRPs" are a matter of audience indexing, and not ratings.

How should one best use this data to adjust their marketing strategy and their overall buying and planning efforts?

Schiffman says TVision offers optimization and a suite of tools that can help marketers avoid "the trap" of placing ads on shows that may garner the highest attention but could have the lowest ratings.

"This helps to reshape how to address people, not households," he notes.

Therefore, a high attention show that may have a small but loyal audience can be brought into the media buying equation in the smartest way possible.

**A NATIONAL OPPORTUNITY**

TVision primarily works with national TV entities, but does work some O&Os. In particular, Schiffman believes TVision has "compelling data for local news."



TVision's passive measurement techniques help to provide a fuller picture of who's consuming the news, and fully paying attention to what's being screened. The same can be said for network programming, and syndicated shows

"Attention is a key component for how networks can think about their content and how it can be applied to existing ratings," Schiffman says.

And, unlike Nielsen, TVision measures all content regardless of how it is coming to the consumer, even over HD broadcast signals received through "bunny ears" to Roku devices.

At present, TVision Insights operates in just eight markets — Boston, Chicago, Dallas, New York, Philadelphia, Atlanta, Seattle and Los Angeles. Panel deployment does not require partnerships with stations or advertisers. The lone requirement for participation is that people sign-up and opt-in, and then have a device installed.

Panels in each market are formed based on Census Bureau demographics.

Asked about challenges in some of the markets TVision operates in, Schiffman was frank when talking about Hispanic panelist recruitment.

"Both Dallas and L.A. are hard and challenging markets to recruit panelists, as there are many Spanish-language households across many different economic groups," he says.

What about issues in some Hispanic households regarding the perceived monitoring of all activities, presenting a "Big Brother" scenario for some first-generation immigrants — in particular undocumented immigrants who may shun any sort of participation in such research?

Schiffman ensures that TVision technology allows "completely passive" data to be sent to its marketing and media clients, and that no personal information is being shared.

He says, "We're basically putting sensors and cameras in people's living rooms — we're transmitting zeroes and ones, and we are not collecting and storing any personal data. And, they get a check in the mail every month."

How much are TVision panelists getting paid to allow a Logitec-sized webcom affixed to their TV to submit attention data based on their viewing habits? Schiffman says it ranges from $20 to more than $50 per month, per home.

Panelists sign on for a two-year contract, and the "low" panel churn rate is 10%, he adds.

As a reporter finalized plans to view a televised sporting event with a large group of people this evening, the subject of co-viewing arose. Schiffman says there's a lot of network push back when it comes to co-viewing for different types of content.

"Sure, co-viewing numbers are high, but people are paying less for content when they watch in groups," he notes. "Our data is passively measuring everyone in the room, including guests. We can tell you who is paying attention."

TVision can also tell advertisers the number of people who are paying attention, or went to the bathroom during a commercial break — bringing added value to the ad buy.



**FROM THE RBR+TVBR ARCHIVES:**

## Will Marketers Embrace 'Attention Ratings'?

**Adam Jacobson**

## 'Eyes On Screen' Study Spotlights Short-Attention Teens

**Adam Jacobson**

## Where The Eyeballs Are

**Adam Jacobson**

---

---

### Adam Jacobson

Adam R Jacobson is a veteran radio industry journalist and advertising industry analyst with general, multicultural and Hispanic market expertise. From 1996 to 2006 he served as an editor at Radio & Records.

# EXHIBIT H

**T>VISION**

For Brands ▾    For Media Sellers ▾    For Data Partners    Company ▾    Resources ▾

## Increase the Impact of ⬜Every TV Ad Dollar

Using Attention as a Currency Makes Your Money Go More than **3x** as far.



Ads with **High** Attention

Ads with **Low** Attention



## Capturing Attention is Job Number One

In a world where people are constantly multi-tasking, getting and keeping consumer Attention is the priority across the TV and CTV industry.

TVision captures, at the person-level, exactly who is watching TV and CTV and how much attention they pay to the content and ads. We are on a mission to help brands and media sellers optimize for engagement.

**T⟩⟩VISION**

For Brands ▾    For Media Sellers ▾    For Data Partners    Company ▾    Resources ▾



**BLOG | INSIGHTS**

The Shows and Ads That Captured
Attention in September 2021

**BLOG | INSIGHTS**

### The Shows, Brands, and Ads That Captured Attention in August 2021

Here is our blog on top shows, brands and Ads for July 2021!

**READ MORE** ⟩⟩⟩

---

▽  **FILTER BY**    | Content Type ▾ |    | Press Enter to search    🔍 |

---



**BLOG | INSIGHTS**

### The IAB's CTV Ad Creative Report Features New Data on Ad Frequency from TVision

TVision included in the IAB's industry report on CTV Creative Best Practices.

**READ MORE** ⟩⟩⟩



**BLOG | NEWS**

### Variety: The State of Streaming 2021

Variety's streaming report leverages TVision's data to identify the top content on major apps in 2021.

**READ MORE** ⟩⟩⟩

**BLOG | INSIGHTS**

### Repeat CTV Ads: A Recipe for Attention or Risk for Wear Out?

TVision analyzes how seeing the same ad repeat on CTV ad impacts viewer attention and when it risks wearout.

**READ MORE** ⟩⟩⟩



**BLOG | INSIGHTS**

## The Shows, Brands, and Ads That Captured Attention in August 2021

Here is our blog on top shows, brands and Ads for July 2021!

**READ MORE »»»**

---

▽ **FILTER BY**  | Content Type ⌄ | Press Enter to search 🔍 |



**NEWS**

### Media Post: Dentsu Aegis Teams With TVision To Develop 'Attention Economy' Media Planning, Buying Metrics

Dentsu Aegis Teams With TVision To Develop 'Attention Economy' Media Planning, Buying Metrics

**READ MORE »»»**

**INSIGHTS**

### May: Top Shows, Brands, and Ads

Hulu's Mrs. America topped the Co-Viewing rate for May, Plus adds that address the pandemic are still breaking through and capturing viewers Attention.

**READ MORE »»»**



**INSIGHTS**

### How COVID-19 Has Changed TV Viewing Habits

The rapid shift in the way people have consumed content during the coronavirus pandemic underscores the need for actionable real-time TV engagement data.

**READ MORE »»»**

# EXHIBIT I



# Improve Your Ad Campaigns In-Flight

TVision's Campaign Performance Solution

**SCHEDULE A DEMO** »



## Maximize the Value of Every Ad Campaign

With TVision's Campaign Performance solution, marketers optimize their campaigns for maximum attention. In near real-time, marketers can identify ad wear-out and react with in-flight changes to improve effectiveness. Marketers also use the performance data to inform future campaigns and track and learn from competitor campaigns.

# EXHIBIT J

# The Future of Media Measurement: The Role of Panels in Big Data

≫ tvisioninsights.com/resources/the-role-of-panels-in-big-data



By Yan Liu, CEO   |   June 16

As audiences increasingly migrate to CTV, the old norms of TV measurement no longer apply. A new approach is required - one that is best served through a combination of big data and calibration panels. While smaller in size than big data, the importance of calibration panels' role in ensuring the accuracy of future measurement solutions should not be underestimated. So what role will the panel play? This is a question we are asked often, afterall, we are one of the industry's only person-level panels. I was happy to get to the heart of this question at the Summer TV Data and Measurement Summit sponsored by NextTV where I discussed the future of the panel with industry gurus Nielsen's Mainak Mazumdar, Beth Rockwood of WarnerMedia, Peter Sedlarcik from Havas Media Group, and Howard Shimmel of Janus (former CRO of Turner). We all agreed panels are pivotal to the future of measurement.

As the WFA outlines in their Cross-Media Measurement Framework, effectively measuring media across digital, TV and CTV is a complex problem that will take multiple data sets to solve. Both census-level big data and panels will be part of the solution working together to provide the most comprehensive measurement of audience behavior and engagement with all types of media, whether digital or TV.

In this new model, big data is the foundation and panels are just one ingredient. The simple truth is that big data works better if it is calibrated by panels. Calibration panels can, and should be used to fine tune census-level data to remove biases, fill in gaps, and ensure accuracy by acting as a common source of truth.

**What Makes a Calibration Panel Effective for Unified Media Measurement**

At TVision, we've already begun supporting several big data providers who are looking to develop next-gen measurement solutions. We've found that in order for panels to work effectively as calibration data sets, as our does, they must meet these criteria:

- **Person-level data** - At TVision, we have a saying, "Households don't buy products, people do." Any effective measurement solution must accurately report the marketer's ability to reach specific decision-makers, and not a generic household. Person-level is a critical panel requirement because, unfortunately, a significant percentage of big data sets still rely on household-level information. Person-level data from panels enable big data sets to normalize their reported viewer behavior based on who is actually watching.  For example, household-level data might show ESPN to have an equal number of male and female viewers - assuming an equal number of males and females live in the household. Person-level insights from a panel can help calibrate the big data set to learn what percentage of ESPN viewers are typically male or female.
- **Second-by-second analysis** - With video commercial air times commonly less than 30 seconds, and increasingly just <u>six seconds</u>, the industry needs insight into second-by-second viewer behavior in order to effectively measure video ads. If data is only available on a minute-by-minute basis, measurement companies may assume a viewer has seen an ad when in fact they have tuned away. Second-by-second data is critical for accurately reporting metrics for ad delivery and engagement.
- **Single-source across devices -** Single-source panels measure the behavior of the same individuals across devices, regardless of if they are viewing linear or CTV. They enable apples-to-apples analysis and provide a comprehensive view of how people are consuming media. The WFA framework sums it up nicely: a single-source panel "acts as the arbiter of truth, providing benchmarks for the use and overlap of media consumption across channels and screens."
- **Passive measurement** - Measuring passive panelist behavior enables continuous, accurate understanding of viewer behavior. There is little opportunity for human error or biases to impact the data. For instance, passive measurement helps provide correct co-viewing metrics since it doesn't rely on the panelists to self-identify that they are in the room. Passive measurement can also be trusted to provide more accurate person-level identification of guests, children, and other non-heads of household.
- **Transparency** - Panel data shouldn't be a black box. If assumptions or adjustments have been made within the panel data in order to provide statistical significance, it needs to be clear what those are so they can be factored into the combined model. Upfront transparency is key for removing any bias that could be exaggerated as it gets scaled up within the larger data set.

- **Flexibility** - The future of measurement is complex. We need the entire industry to work together to solve our common problems. While some measurement companies may be looking for an out-of-the-box solution, innovation will be more likely if companies can manipulate the data on their own. For providers who want to focus on the unique value their solution provides, a one-size-fits-all panel data set will be too limiting. If panels provide access to sessionized data, the data scientists at these measurement companies can more efficiently work with the panel data to get what they need for their own models.

## A Future with Multiple Currencies for Media Measurement

This is an exciting time for our industry. We all know we're in desperate need of new currencies, ones that place value on the effectiveness of ads. While there is certainly a continued place for media ratings, I propose that we work toward a future that supports multiple currencies. After all, different marketers have different goals for their campaigns. Brand marketers care about attention, whereas direct marketers are more focused on immediate conversions. To align success, these varying goals need to be supported with currencies that are built into the campaign from media planning to measurement.

As TV embraces big data, every company should have as much runway as possible to contribute to our new path forward. Measurement providers shouldn't be boxed into one panel provider with one vision of measurement - there is room for multiple panels as we redefine how we measure and value media. Let's not forget, a multi-panel ecosystem is good not only for innovation, but also as a check and balance to ensure the wrong trends don't go unnoticed, or worse, expanded upon as big data is modeled up.

There is plenty of room for innovation and improvement. If our industry can unlock the power of big data, we can solve numerous problems. We don't need to have all our eggs in one basket, and frankly, the cost of panel data shouldn't eat up all the research budgets that could otherwise drive innovation. Our industry's best future will unfold when measurement providers have flexibility in their approach as they work to harness the power of big data and the accuracy of panels together.



# EXHIBIT K



Advanced Audience Projections

## TVision Advanced Audience Projections Powers Person-Level Ad Measurement

Advertisers are demanding more clarity in the TV measurement data. Go beyond household data from set-top boxes and Smart TVs to deliver person-level insights into how people really watch TV across linear and streaming. Meet the growing industry call for cross-platform measurement with person-level TV viewership and Attention data that matches digital-style clarity.

Tvision AAP is a flexible solution that allows measurement partners to maximize the benefits of the combination of their own data and TVision's unique person-level insights. Join the leading TV and advertising platforms already using Tvision's data to deliver more powerful insights:

» TV Attribution - Tie person-level ad exposure data to outcome data with significantly greater accuracy.

» Co-Viewing - Quantify the value of co-viewing in the room when the ad and content aired.

» Reach and Frequency - Understand unduplicated reach and frequency as well as incremental reach for specific viewers.

» Cross-Platform Measurement - Meet MRC and WFA standards for comparative measurement across TV and digital.

### Households do not watch TV.
### People watch TV.

Tvision's data gives the industry the clearest picture of who is actually watching TV.

The difference between measuring TV at the household-level and the person-level is dramatic and it can cost advertisers millions of dollars in wasted spending.

By knowing exactly who views the content and ad, the industry can more effectively value content.



ORACLE    xandr    VIDEOAMP    iSpot.tv

# EXHIBIT L

# TVision raises $6.8M to take on Nielsen with thermal eye and emotion tracking tech

**techcrunch.com**/2016/10/26/tvision-raises-6-8m-to-take-on-nielsen-with-thermal-eye-and-emotion-tracking-tech/

Ingrid Lunden

Ingrid Lunden @ingridlunden / 5 years



Another startup out of MIT built on computer vision and focused on eye-tracking technology has raised funding to build out its business: Boston-based TVision Insights, which tracks who is watching what on TV and how they are reacting to it, and then works with advertisers and broadcasters to provide them with that data to have better insights into their programming, has raised $6.8 million.

The funding — which brings the total raised by TVision to $9.65 million — comes from Accomplice (formerly known as Atlas Venture), along with Golden Venture Partners, Jump Capital, and ITOCHU Technology Ventures (which has backed the likes of Box but also Fab, among many more startups).

There are a lot of startups right now gaining attention for the way that they are using advances in computer vision and machine learning to track what your eyes are doing. Just yesterday, it was announced that Google acquired Eyefluence, most likely to boost its efforts

Case 1:22-cv-00057-CJB    Document 63-1    Filed 01/14/22    Page 99 of 201 PageID #: 113

in emerging areas like virtual reality. Another startup that came out of MIT, Affectiva, started out focusing on emotional responsiveness to online videos and has more recently made some interesting inroads into robotics and automotive applications.

TVision is doing something a little different from these and has been built specifically to address the gap in how TV viewing is measured, CRO Dan Schiffman — who co-founded the company with CEO Yan Liu, Pongpun Pong Laosettanun, Alex Amis and Raymond Fu — explained to me.

The problem that TVision is solving is a well-known one in the TV world. There are a number of companies like Nielsen that already measure TV viewing, but many of them simply monitor when the TV is on, relying on the users themselves to indicate who is watching and when, and who is actually watching the TV rather than sitting on the sofa and playing on their phones instead. Variables like these can result in data that is not completely accurate.

And at a time when digital platforms are all about providing viewing data, and many users are already migrating away from tradition TV viewing, that reporting shortfall could eventually lead to advertising declines in a medium that has dominated advertising for decades but is facing a lot of competition from newer platforms like social media, mobile and streamed video.

"TVision provides an important solution for next-level analysis to an industry that is desperate for new and better ways to measure audience attention," said Ryan Moore, partner and founder at Accomplice, in a statement. "Yan and his team offer the TV industry and advertisers a solution to make high-value programming and advertising decisions based on data they simply did not have before."

The company starts with a small device that sits on top of and works with your ordinary television. It does not read the world as we see it with an optical camera alone; it uses lasers and thermal infra-red so that it can pick up more data even when lighting conditions are low (as they often are when you are watching TV). Its sensors and algorithms are capable of identifying not just who is watching in a family group, but also who is just sitting in the room but not watching TV (instead playing on, say, a mobile phone), and what viewers' reactions are to the show that is on at the time.

As Schiffman describes it, "we than translate all that data into ones and zeros, and figure out how to make sense of it."

TVision's devices are currently installed in some 7,000 homes in the U.S. and Japan as part of an opt-in, Nielsen-style panel, Schiffman said. The idea is to use some of the funding for business development to bring that number up to 15,000.

Case 1:22-cv-00057-CJB    Document 11    Filed 01/14/22    Page 100 of 201    PageID #: 114

The startup already provides data to three of the largest broadcasters in the U.S., as well as many major advertsiers — although these are under NDA and so the names cannot be disclosed, Schiffman said.

Some of the funding will also go towards hiring more talent to expand beyond its current 19 employees, as well as for R&D. Schiffman told me that TVision already has applications in for two utility patents, one for its computer vision algorithm and another around its analytics.

# EXHIBIT M

US 20180007431A1

(19) **United States**
(12) **Patent Application Publication**     (10) Pub. No.: US 2018/0007431 A1
Sidhu et al.                                (43) **Pub. Date:     Jan. 4, 2018**

(54) **SYSTEMS AND METHODS FOR ASSESSING VIEWER ENGAGEMENT**

(71) Applicant: **TVision Insights, Inc.**, Boston, MA (US)

(72) Inventors: **Inderbir Sidhu**, Lexington, MA (US); **Yanfeng Liu**, Long Island City, NY (US); **Yun Fu**, Brookline, MA (US)

(21) Appl. No.: **15/702,229**

(22) Filed:     **Sep. 12, 2017**

**Related U.S. Application Data**

(63) Continuation of application No. PCT/US2017/012531, filed on Jan. 6, 2017.

(60) Provisional application No. 62/275,699, filed on Jan. 6, 2016.

**Publication Classification**

(51) **Int. Cl.**

| | |
|---|---|
| *H04N 21/442* | (2011.01) |
| *H04N 21/422* | (2011.01) |
| *H04N 21/4223* | (2011.01) |
| *H04N 21/439* | (2011.01) |
| *H04N 21/437* | (2011.01) |
| *H04N 5/33* | (2006.01) |
| *G06K 9/00* | (2006.01) |
| *G06K 9/20* | (2006.01) |
| *H04N 5/247* | (2006.01) |

(52) **U.S. Cl.**
CPC ...  *H04N 21/44218* (2013.01); *H04N 21/4394* (2013.01); *H04N 21/42203* (2013.01); *H04N 21/4223* (2013.01); *H04N 21/437* (2013.01); *G06K 9/00597* (2013.01); *G06K 9/00369* (2013.01); *G06K 9/00302* (2013.01); *G06K 9/00288* (2013.01); *G06K 9/00281* (2013.01); *G06K 9/2018* (2013.01); *G06K 9/00228* (2013.01); *H04N 5/247* (2013.01); *H04N 5/33* (2013.01); *G06K 2009/00322* (2013.01)

(57)                    **ABSTRACT**

A system for quantifying viewer engagement with a video playing on a display includes at least one camera to acquire image data of a viewing area in front of the display. A microphone acquires audio data emitted by a speaker coupled to the display. The system also includes a memory to store processor-executable instructions and a processor. Upon execution of the processor-executable instructions, the processor receives the image data and the audio data and determines an identity of the video displayed on the display based on the audio data. The processor also estimates a first number of people present in the viewing area and a second number of people engaged with the video. The processor further quantifies the viewer engagement of the video based on the first number of people and the second number of people.





**FIG. 1**



200
Acquire images of a viewing area in front of the display showing a video 202
Estimate number of people in the viewing area 204
Estimate number of people in the viewing area who are engaged with the video 206
Determine viewing indices (Optional) 208
Determine demographic information (Optional) 210
Estimate viewers' emotions (Optional) 212
Adjust image acquisition rate (Optional) 214
Acquire audio samples of the video soundtrack 220
Identify the video based on the audio samples 222
Adjust audio sampling rate (Optional) 224
Overwrite/erase raw image and audio data 230
Store processed data 232
Select data transmission window(s) (Optional) 234
Transmit processed data to a remote server 236

FIG. 2A



**FIG. 2B**



FIG. 3A



FIG. 3B



**FIG. 4A**



**FIG. 4B**



**FIG. 5**



**FIG. 6**



**FIG. 7**



A. Downward convex

FIG. 8A

B. Upward convex

FIG. 8B

C. Parallel

FIG. 8C

D. Increases Monotonically

FIG. 8D

E. Decreases Monotonically

FIG. 8E

Case 1:22-cv-00057-CJB   Document 1-1   Filed 01/14/22   Page 114 of 201 PageID #: 128



G. Two mountains

**FIG. 8G**

F. No regularity

**FIG. 8F**



TV station 1
TV station 2
TV station 3
TV station 4
TV station 5
0%
20%
40%
60%
80%
100%

FIG. 9



**FIG. 10**



**FIG. 11**



FIG. 12



**FIG. 13**



FIG. 14



**FIG. 15**



1600
Panel members can choose how much information to share with us
Least
Most
1610
1620
1630
1640
1650
Video data
Social data
Multi-screen data (Smart phone, tablet, PC)
Voice data
Credit card transaction record
Basic plan ($50/month)
- Use facebook and twitter as way to login to app
- Able to analyze impact of TV ad via social network activity
Advanced plan($70/month)
- Able to capture the whole customer decision journey
- Able to understand distribution and preferences among multiple viewing platforms
Pro plan ($100/month)
- Able to analyze impact of TV ad via actual purchasing behavior

FIG. 16

US 2018/0007431 A1

Jan. 4, 2018

1

## SYSTEMS AND METHODS FOR ASSESSING VIEWER ENGAGEMENT

### CROSS-REFERENCE TO RELATED APPLICATION(S)

[0001]   This application is a bypass continuation of PCT Application No. PCT/US2017/012531, filed Jan. 6, 2017, entitled "SYSTEMS AND METHODS FOR ASSESSING VIEWER ENGAGEMENT," which is hereby incorporated herein by reference in its entirety and which claims priority to U.S. Application No. 62/275,699, filed Jan. 6, 2016, entitled "SYSTEMS AND METHODS FOR ASSESSING VIEWER ENGAGEMENT," which is also hereby incorporated herein by reference in its entirety.

### BACKGROUND

[0002]   Conventional methods of TV audience measurements include using people meters and diaries to collect data from the audience. These methods typically try to recognize humans (potential audience members) in a room where a TV set is placed. The methods may also involve capturing a series of images (e.g., TV programs or commercial advertisements) playing on the TV. Then for each image, the number of people in the room at the time when a particular image is displayed can be estimated.

[0003]   These methods have several flaws. First, the data collected by these methods normally only include the number of people in the room where the TV is placed. The data typically gives no indication of how often the viewer is actually watching the TV (the measurement takes place when the TV is on). Second, the collected data may indicate how often people are tuning to specific channels. However, it does not gauge their reaction to the programs or advertisements and therefore provides no indication of the effectiveness of the programs or advertisements. Third, TV ratings are not given for specific demographics in the household or in the community.

### SUMMARY

[0004]   Embodiments of the present invention include apparatus, systems, and methods of assessing viewer engagement of a TV audience. In one example, a system for quantifying viewer engagement with a video playing on a display includes at least one camera, disposed to image a viewing area in front of the display, to acquire image data of the viewing area. A microphone is disposed in proximity to the display to acquire audio data emitted by a speaker coupled to the display. The system also includes a memory, operably coupled to the camera and the microphone, to store processor-executable instructions and a processor, operably coupled to the camera, the microphone, and the memory. Upon execution of the processor-executable instructions, the processor receives the image data from the camera and the audio data from the microphone and determines an identity of the video displayed on the display based at least in part on the audio data. The processor also estimates, based at least in part on the image data, a first number of people present in the viewing area and a second number of people engaged with the video in the viewing area. The processor further quantifies the viewer engagement of the video based at least in part on the first number of people and the second number of people.

[0005]   In another example, a method of quantifying viewer engagement with a video shown on a display includes acquiring, with at least one camera, images of a viewing area in front of the display while the video is being shown on the display. The method also includes acquiring, with a microphone, audio data representing a soundtrack of the video emitted by a speaker coupled to the display. The method further includes determining, with a processor operably coupled to the camera and the processor, an identity of the video based at least in part on the audio data and estimating, with the processor and based at least in part on the image data, a first number of people present in the viewing area while the video is being shown on the display and a second number of people engaged with the video in the viewing area. The method also includes transmitting, by the processor, the identity of the video, the first number of people, and the second number of people to a remote server.

[0006]   In yet another example, a system for assessing viewer engagement with a video playing on a display is disclosed. The display is coupled to a speaker emitting a soundtrack of the video. The system includes a visible camera to acquire visible images of a viewing area in front of the display at a first sample rate while the video is playing on the display. An infrared camera is included in the system to acquire infrared images of the viewing area in front of the display while the video is playing on the display at the first sample rate. A microphone is disposed in proximity to the display to acquire samples of the soundtrack emitted by the speaker while the video is playing on the display at a second sample rate lower than the first sample rate. The system also includes a processor, operably coupled to the visible camera, the infrared camera, and the microphone, to: (i) identify the video based on the samples of the soundtrack, (ii) estimate, based on the visible images and the infrared images, a number of people in the viewing area while the video is playing on the display and a number of people engaged with the video, and (iii) overwrite, erase, and/or discard the samples of the soundtrack, the visible images, and the infrared images. The system also includes a memory, operably coupled to the processor, to store representations of an identity of the video, the number of people in the viewing area while the video is playing on the display, and the number of people engaged with the video. The system further includes a network interface, operably coupled to the processor, to transmit the representations to a server.

[0007]   In yet another example, a method of quantifying viewer engagement for unique videos in a plurality of videos includes at each household in a plurality of households, acquiring image data of a viewing area in front of a display and determining if the display is showing a video in the plurality of videos. The method also includes, for each unique video in the plurality of videos, estimating (i) a viewing rate and (ii) a watching rate based on the image data and on demographic information about each household in the plurality of households. The viewing rate represents a ratio of a total number of people in the viewing areas to a total number of displays showing videos and the watching rate representing a ratio of a total number of people in households with display showing videos to a total number of people in the plurality of households. The method also includes, for each unique video in the plurality of videos, determining a viewability index based on the viewing rate and the watching rate.

[0008] It should be appreciated that all combinations of the foregoing concepts and additional concepts discussed in greater detail below (provided such concepts are not mutually inconsistent) are contemplated as being part of the inventive subject matter disclosed herein. In particular, all combinations of claimed subject matter appearing at the end of this disclosure are contemplated as being part of the inventive subject matter disclosed herein. It should also be appreciated that terminology explicitly employed herein that also may appear in any disclosure incorporated by reference should be accorded a meaning most consistent with the particular concepts disclosed herein.

BRIEF DESCRIPTION OF THE DRAWINGS

[0009] The skilled artisan will understand that the drawings primarily are for illustrative purposes and are not intended to limit the scope of the inventive subject matter described herein. The drawings are not necessarily to scale; in some instances, various aspects of the inventive subject matter disclosed herein may be shown exaggerated or enlarged in the drawings to facilitate an understanding of different features. In the drawings, like reference characters generally refer to like features (e.g., functionally similar and/or structurally similar elements).

[0010] FIG. 1 shows a schematic of a system for assessing viewer engagement of TV audiences.

[0011] FIG. 2A illustrates a method of quantifying user engagement using the system shown in FIG. 1.

[0012] FIG. 2B illustrates a method of training a computer vision model for quantifying user engagement.

[0013] FIG. 3A illustrates methods of viewer engagement including facial and eyeball tracking, facial recognition, and sentimental analysis.

[0014] FIG. 3B illustrates the concepts of viewability index and attention index.

[0015] FIG. 4A illustrates a process for assessing viewer engagement including estimating viewability index.

[0016] FIG. 4B illustrates a process for assessing viewer engagement including estimating attention index.

[0017] FIG. 5 illustrates a process for assessing viewer engagement including determining the orientation of the face of each person in a viewing area.

[0018] FIG. 6 illustrates a process for detecting skeleton, face, identification, emotion, and engagement.

[0019] FIG. 7 shows a schematic view of a data acquisition architecture in exemplary methods of viewer engagement assessment.

[0020] FIGS. 8A-8G show commercial message (CM) curves acquired using the architecture shown in FIG. 7.

[0021] FIG. 9 shows the ratios of the CM curves for each of the sampled TV stations.

[0022] FIG. 10 shows a classification model through a decision tree with the determination results of the decision tree shown in TABLE 5.

[0023] FIG. 11 illustrates the viewability rate with respect to the length of the CM.

[0024] FIG. 12 shows the correlation between elapsed time since the start of the program and the viewability rate.

[0025] FIG. 13 illustrates communication of viewer engagement data acquired using the technology illustrated in FIGS. 1-12.

[0026] FIG. 14 illustrates dissemination and use of viewer engagement data acquired using the technology illustrated in FIGS. 1-12.

[0027] FIG. 15 illustrates big data analysis and visualization of viewer engagement data acquired using the technology illustrated in FIGS. 1-12.

[0028] FIG. 16 shows a model for acquiring additional data to complement viewer engagement data acquired using the technology illustrated in FIGS. 1-12.

DETAILED DESCRIPTION

[0029] To address shortcomings in conventional methods of TV audience measurements, systems and methods disclosed herein acquire image data of a viewing area in front of a display (e.g., a TV, computer, or tablet) that is playing a video (e.g., a TV show, movie, web show, advertisement, or other content). An example system determines how many people are in the viewing area and which of those people are actually watching the video from the image data. The system also samples the soundtrack of the video with a microphone and identifies the videos using the samples of the soundtrack. The system stores (and/or persists) information about the video, the number of people in the viewing area, and the number of people watching the video in a local memory and transmits the information to a remote server via an internet or other network connection.

[0030] Unlike previous systems for measuring viewer engagement with videos, which identify videos based on digital watermarks embedded in the videos themselves, examples of the inventive system identify videos based on the videos' soundtracks. As a result, the inventive systems do not have to be connected to the display, the set-top box, or the cable connection at the viewer's premises. This makes them easier to install and remove (and thus more likely to be adopted). It also makes them less likely to malfunction or to record "false positive" impressions caused by leaving the set-top box on while the display is off.

[0031] An inventive system also processes image data locally, i.e., on the viewer's premises, to determine the numbers of people in the viewing area and engaged with the video. It can also process audio data locally to identify the video being displayed while someone is in the viewing area. It stores this data locally, i.e., in a memory in or coupled to a local device on the viewer's premises. The processed image and audio data consumes far less memory than the raw image and audio data, so this local memory can store information covering longer time periods. In other words, an inventive device uses memory more efficiently because it stores processed data instead of raw data.

[0032] The local device processes the raw image data, which may include both visual and depth information, acquired from the viewing area to assess viewer engagement. The local device can use artificial intelligence (AI) technology and machine learning techniques to analyze a viewer's body gestures, movements, and facial orientation. The local device can also recognize individual faces in the video audience and determine each viewer's emotions from the image data. In this processing, the individual's images are not transmitted outside of the individual's premises. The recognition can be performed on the local device on premises. Each individual in the household can receive a unique identifier during the on-boarding process for that household. When a match is made during the recognition process, this identifier is assigned to the match, and this identifier can then be transmitted to remote servers. In addition, the processing is carried out over the streaming video or audio

3

data (including images). In other words, the video or audio data is not persisted in local memory.

[0033] The local device processes the raw audio data by matching or comparing the raw audio data with samples in an audio database to identify the specific video (e.g., TV channel, program, or advertisement) that is being viewed. Alternatively, or additionally, the local device can submit a query based on the audio data to a third-party application programming interface (API), which identifies and returns an identification of the content to which the audio belongs. In some cases, the database or API may return multiple possible matches, and the remote server can select the best match using information about the TV schedule, subsequent audio samples, or data collected from other sources, including, but not limited to, the set-top box, cable/internet connection, or the content provider itself.

[0034] In some implementations, the local device does not store the raw image or audio data for later retrieval. Instead, the local device writes the raw image and audio data to one or more buffers that store the raw image and audio data for processing, then overwrites or erases the buffers after the raw image and audio data has been processed. Put differently, the local device holds the raw image and audio data merely transiently during processing. As used herein, "holding" of raw images and audio data in local devices refers to temporary storing of these data for a short time duration (e.g., less than 100 milliseconds, less than 80 milliseconds, less than 60 milliseconds, less than 50 milliseconds, or less than 40 milliseconds, including any values and sub ranges in between). Overwriting or erasing the raw image and audio data offers a number of advantages, including reducing the amount of memory required by the local device. It also enables easier compliance with data privacy laws by eliminating image or audio data that could be used to identify people, including children, in the viewing area or in range of the microphone.

[0035] Processing and storing image and audio data locally offers another technical advantage—it reduces the bandwidth required to convey information about viewing habits from the local device to the remote server. Compared to raw image and audio data, processed image and audio data consumes less memory and therefore requires less bandwidth for transmission. The processed image and audio data also fills a given memory more slowly than raw image and audio data and therefore can be transmitted to the remote server less frequently. A local device may take advantage of this flexibility by scheduling burst transmissions during times when network bandwidth usage is relatively low, e.g., late night or early morning. Transmitting processed image and audio data, which doesn't necessarily include information identifying people, including children, in the viewing area or in range of the microphone, also ensures or increases the ease of compliance with data privacy laws.

[0036] The remote server collects processed image and audio data from local devices in different households. It processes this data to assess viewer engagement across an entire community by statistically analyzing the viewer engagement information collected from the different households in the community. For example, the server can quantify the ratio of the viewer engagement from the highly granular data collected from each household to the total length of the programming that was detected.

[0037] The statistical analysis can further take into account demographic information (e.g., age, gender, house-

hold income, ethnicity, etc.) of the people watching the videos and/or the people in the household. Based on all this information, the server may calculate various indices, such as a viewability index and an attention index (both defined below), to quantify viewer engagement. These viewer engagement indices may be based on any and all information provided by the local devices, including information about the viewers' body gesture(s), movement(s), and facial orientation(s) of viewers, as well as the video information. These quantitative indices can indicate, among other things, (i) who is/are really watching display, (ii) how often an audience member looks at the display, and ii) the audience's reaction towards the programs and advertisements on the display.

[0038] The quantitative indices can then be transferred by the remote server to a central storage (e.g., a cloud-based database) where third parties, including but not limited to TV advertising agencies and TV networks, can access the indices and possibly other data as well. Alternatively, the raw data collected by the sensors can be transferred to a central storage on the cloud where it is analyzed by methods described herein and made available to interested third parties. A third party may optionally access the raw data through the system. The raw data in this example includes data collected after processing of the video and audio streams (instead of the video and audio streams themselves). Generally, speaking, the raw data can include unique identifiers of the viewers, the attentiveness of the viewer(s), and the programming being viewed by the viewer(s), on a sub second basis (e.g., every half second or less). More quantitative indices (see more details below) can be computed on the remote server using this raw data.

[0039] This acquired and analyzed data can allow a collection entity, such as a content provider or advertising agency, to accurately evaluate the impact of videos, including unprecedented measurements of individual demographics, which can be valuable to the advertisers. For example, advertising agencies can use the data to determine which commercial slots would be a best fit for their targeted audience. With demographic information, the data can be matched to the type of audience and can effectively lead to purchasing behavior, thereby increasing return on investment (ROI) in programming. TV networks can also benefit from the data as they can glean more accurate ratings of their TV programs, audience type, reactions, and predictive ad slot value. This further allows them to improve their programs to better fit the type of audience and eliminate less popular shows, in addition to determining which ad slots may have the highest value for a particular target demographic.

[0040] The acquired and analyzed data also allows various business models. For example, a collection entity can provide performance-based TV ratings data and raw data for analysis, which is collected from a motion-sensing device put into selected-user households that represent a national and/or local demographic, to TV networks, advertising agencies, and other interested third parties and indirectly to advertisers who obtain the data from advertising agencies.

[0041] Systems of Assessing Viewer Engagement

[0042] FIG. 1 illustrates a schematic view of a system 100 for assessing viewer engagement in a household, a sports bar, or other space with a display. The system 100 includes a local device 105 disposed in each household to collect viewer engagement data and a remote server 170, such as a

US 2018/0007431 A1

Jan. 4, 2018

4

cloud storage and computing device that includes a memory to store data and a processor (also called a remote processor) to analyze data. The local device **105** is communicatively coupled to the remote server **170** via a network connection **172**, such as an internet connection. For instance, the local device **105** may include a network interface **165**, such as a WiFi antenna or Ethernet port, for connecting to a household local area network (LAN). This LAN is in turn connected to a wide area network (WAN), e.g., via a cable or fiber optic connection provided by an Internet Service Provider (ISP).

[0043]   The local device **105** in FIG. **1** includes an infrared (IR) emitter **110** to illuminate a viewing area **101** in front of a display **11**, such as a television (TV), computer screen, tablet, or other device, with IR light. This IR light may be structured or modulated to produce an illumination pattern that scatters or reflects off objects (including the human audience) in the viewing area **101**. The local device **105** also includes an IR sensor **120** that detects the IR light reflected or scattered by these objects. A processor **150** (also called a local processor **150**) coupled to the IR emitter **110** and IR sensor **120** uses information about the illumination pattern and the detected IR light to produce one or more IR depth images or IR depth maps of the viewing area **101**. More specifically, the processor **150** converts information derived from the reflected beams into depth information measuring the distance between a viewer and the sensor **120**. The processor **150** uses these IR depth images to determine how many people are in the viewing area and which of those people are watching the display. The processor **150** may also derive information from the IR depth images about the identities of the people watching the display, possibly by recognizing their faces or gestures or determining their demographics (e.g., age, gender, etc.).

[0044]   The local device **105** further includes an RGB sensor **130** (also referred to as a visible camera) that captures color images of the viewing area **101**. The processor **150** is also coupled to the RGB sensor and may use the color images, alone or in combination with the IR depth images, to estimate the number of people are in the viewing area, the number of people engaged with the display, and information about the people in the viewing area. The color images can also be used for facial recognition. In some cases, the processor **150** uses both the color images and the IR depth images to improve the fidelity of the estimates of the numbers of people in the viewing area and engaged with the video.

[0045]   The local device **105** also includes one or more microphones **140** positioned to detect sound emitted by a speaker **13** coupled to the display **11**. In operation, the speaker **13** plays the soundtrack of the video shown on the display **11**. And the microphone **140** captures audio samples of the soundtrack played by the speaker **13**. The processor **150**, which is coupled to the microphone **140**, uses these audio samples to create an audio fingerprint of the video (soundtrack), which it compares with other audio fingerprints in a proprietary or third-party database to identify the video being shown on the display **11**.

[0046]   The system **100** can further include a Bluetooth receiver **180** matched with a Bluetooth transmitter **185**. In some cases, the Bluetooth transmitter **185** can be included in a wristband or a wristwatch worn by the viewer. In operation, the Bluetooth transmitter **185** transmits a low power Bluetooth beacon, which is received by the Bluetooth receiver **180**. The processor **150** can then gauge the viewer's

distance from the display **11** based on the received Bluetooth beacon. In addition, each Bluetooth transmitter **185** can have a unique ID that can be recognized by the processor **150**. The transmitter ID can be further associated with a unique viewer (e.g., each viewer in the household has his or her own transmitter). In this manner, the identity of the viewer can also be determined.

[0047]   In some cases, the system **100** can include more than one Bluetooth receiver. These receivers can be disposed at different locations such that each receiver can receive different Bluetooth signal strength from the transmitter **185**. This configuration can allow the processor **150** to estimate not only the distance of the viewer from the display **11** but also the relative location of the viewer (e.g., to the left or right of the display **11**).

[0048]   The system **100** may include other motion-sensing devices, such as a 3-axis accelerometer to detect position and motion. The motion-sensing device can be connected, for example, via a USB cable with a data-analyzing and processing device such as a desktop machine.

[0049]   FIG. **1** shows the data collection components—here, the IR emitter **110**, IR sensor **120**, RGB sensor **130**, and microphone **140**—as part of the local device **105** (e.g., within the same housing). In other embodiments, one or more of these components may be implemented as separate devices that are coupled to the processor **150** by one or more wired connections, such as USB connections, RS 232 connections, Ethernet connections, fiber connections, or one or more wireless connections, such as WiFi connections, Bluetooth connections, other RF connections, or infrared connections. For instance, the IR emitter **110** and IR sensor **120** may be (in) a commercially available device, such as a Microsoft Kinect, that is connected to the processor **150**. Likewise, the microphone **140** may be implemented as an array of microphones that are placed around the viewing area or close to the speaker **13**. A microphone array may be better able to extract voice input from ambient noises. The local device **105** may include or be coupled to other sensors as well.

[0050]   The processer **150** in the system **100** is employed to process the raw data acquired by the sensors, including the IR emitter **110**, the IR sensor **120**, the RGB sensor **130**, and the microphone **140**. The processing can be carried out upon execution of processor-executable instructions that are stored in a memory **160** coupled to the processor **150**. In one example, a user can manually store the instructions in the memory **160** by downloading the instructions from the remote server **170**. In another example, the local device **105** can be configured to (routinely) check whether there are updated instructions available for downloading from the remote server **170**. If so, the local device **105** can automatically download the update via the network connection **172** and the network interface **165**. In yet another example, the remote server **170** can be configured to send a notification to the local device **105** when an update or a set of new instructions is ready for downloading. Upon receiving the notification, a user can decide whether to download and/or install the update. In yet another example, the remote server **170** can be configured to send update notification to another user device, such as a smartphone. Upon receiving the notification, the user can decide whether the download and/or install the update.

[0051]   The memory **160** in the local device **105** also stores the processed data (e.g., the estimate of the number of

people in the viewing area, the estimate of the number of people engaged with the display, and the identification of the video, as well as any demographic information or indices derived from the raw image and audio data). Once the memory **160** has accumulated enough processed data, the processor **150** transmits the processed data to the remote server **170** via the network interface **165** and the network connection **172** for aggregation, further processing, and reporting. The local memory **160** also temporarily holds the image and audio data during the local processing. In some cases, this processing is completed in less than a quarter of a second.

[0052]   Collecting and Processing Image and Audio Data with a Local Device

[0053]   FIG. **2**A illustrates a process **200** for collecting and processing image and audio data acquired with a system like the system **100** shown in FIG. **1**. As described above, the system can include a visible sensor, an IR sensor, or both to images of the viewing area in front of the display (**202**). In one example, the RGB sensor **130** and the IR sensor **120** operate independently from each other; the sensors acquire images in an unsynchronized fashion. In another example, the image acquisition by the RGB sensor **130** and the IR sensor **120** is substantially synchronized. Each time the RGB sensor **130** acquires a visible image, the IR sensor **120** acquires an IR image, e.g., at the same time or in an interleaved fashion.

[0054]   A local processor (e.g., processor **150**) detects the number of people in the images of the viewing area (**204**) and also determines which of those people are engaged with the display (**206**). For instance, the local processor may use the techniques described below, including skeleton detection techniques, facial recognition techniques, and eye tracking techniques as known in the art of computer vision/image processing. In some cases, the local processor **150** can determine additional indices related to the duration of each viewer's presence in the viewing area, the duration of each viewer's engagement with the display, and the identity of the video being displayed (**208**), which can be derived from audio data as described below (**222**).

[0055]   The local processor can further identify each person detected in the viewing area **101**, on a demographic level (e.g., man aged 25-30, girl aged 12-15) (**210**). If the local processor **150** has access to information about the household where the local device **105** is placed, e.g., via the local memory **160** or the remote server **170**, it may use this demographic information to provide more confident demographic information estimates of each person detected in the viewing area **101**. The local processor may even identify the particular people in the household who are in the viewing area.

[0056]   The local processor **150** can also estimate the mood or emotion of each person detected in the viewing area **101** (**212**). The emotions that can be determined by the processor **150** can include, for example, happy, sad, or neutral. The classification of a viewer's emotion, when watching a video on the display **11**, can be used to gauge the viewer's reaction to the video, thereby facilitating targeted delivery of advertisement.

[0057]   To estimate the mood or emotion of each person, the local processor **150** can capture the visual information (e.g., from the images of the viewing area **101**) in real-time from both RGB and IR channels. The visual information can be further processed to extract patterns and features that can

be signatures of different mood or emotion states. The features extracted from both channels can be fused as a unified feature. A classifier can be trained to take such feature as input. Estimation of emotion/mood can be then made based on the classifier/s response to certain patterns in each time.

[0058]   In some cases, the estimation of mood or emotion can be achieved by the following method. The method includes collecting training images with people displaying various emotions, such as, smiling and frowning, among others. Features representative of each emotion are extracted (e.g., by a processor) from these training images. The features and the images are then used to train a classifier to correlate each feature to a corresponding emotion. In this manner, the classifier can assign these features to the various emotions. The method also includes deploying the classifier on the local device so as to recognize the viewers emotions in real time.

[0059]   In cases where the system collects visible and IR images in a synchronized fashion, the visible and IR cameras can collect images for training a computer vision model used by the processor to detect people (**204**), count engaged viewers (**206**), identify viewers demographically (**210**), and estimate mood (**212**). The training can be employed to establish a "ground truth." Having collected image data from both IR and RGB sensors almost in parallel, a human can annotate the people detected in each image. This manual data can be fed to a training algorithm, giving rise to two separate models, one trained on visible RGB spectrum, and the other on the IR spectrum. The detection rate of each model against the "ground truth" is then compared to select the model that performs better. More details of this training are described below with reference to FIG. **2**B.

[0060]   Synchronization of the two cameras (e.g., sensors **120** and **130** in FIG. **1**) can also allow the local processor to double-check the image processing. For example, the processor **150** can compare the number of people identified in each image or remove errors visible in one image and less visible or invisible in the other image. If the results are in agreement with each other, the processor **150** can record the results. If not, the processor **150** can then detect possible errors in at least one of the images. Alternatively, the processor **150** can generate an alert for a human to intervene. The processor **150** can also generate a flag associated with the data estimated from these two images, indicating that there this data might be less reliable. In subsequent analysis, this data may not be used at all, if images take shortly before or after this pair of images at issue can provide reliable people recognition.

[0061]   In one example, the local device **105** uses the visible and IR sensors **120** and **130** all the time to take image data. In another example, the local device **105** can use only one of the sensors **120** or **130** to take image data. In yet another example, the local device **105** can use one sensor as a default sensor and use the other sensor as a backup sensor. For example, the local device **105** can use the RGB sensor **130** most of the time for image taking. However, if the processor **150** has trouble satisfactorily analyzing the visible images (e.g., the analysis is not as reliable as desired), the processor **150** can turn on the IR sensor **120** as backup (or vice versa). This may occur, for example, when the ambient light level in the viewing area is low.

[0062]   The local processor may also adjust the image acquisition rate for the visible sensor, the IR sensor, or both

US 2018/0007431 A1

Jan. 4, 2018

6

based on the number of people in viewing area, their positions in the viewing area, and the identity of the video on the display (**214**). Generally, the image acquisition for either or both sensors can be substantially equal to or greater than about 15 frames per second (fps) (e.g., about 15 fps, about 20 fps, about 30 fps, about 50 fps or even greater, including any values and sub ranges in between). At this image acquisition rate, the sensor can detect eye movements well enough for the local processor to assess viewer engagement (**206**).

[0063] The local processor may increase or decrease the image acquisition rate based on the number of people in the viewing area **101**. For example, if the processor determines that nobody is in the viewing area **101**, it may reduce the image acquisition rate to reduce power and memory consumption. Likewise, if the processor determines that the viewer(s) are not engaged with the video (e.g., because they appear to be sleeping), it may reduce the image acquisition rate to conserve power, memory, or both. Conversely, the processor may increase the image acquisition rate (e.g., to greater than 15 fps) if the viewers appear to be shifting their attention rapidly, if they are watching a fast-paced video (e.g., a football game or action movie), if they are changing channels rapidly (e.g., channel surfing), or if the content is changing relatively rapidly (e.g., during a series of advertisements).

[0064] If the system includes both IR and visible image sensors, the local processor may also vary the image acquisition based on the lighting conditions or relative image quality. For instance, in low light conditions, the local processor may acquire IR images at a higher rate than visible images. Similarly, if the local processor gets better results processing visible images than IR images, it may acquire visible images at a higher rate than IR images (or vice versa if the opposite is true).

[0065] The system also records samples of the video's soundtrack with the microphone **140** (**220**). Generally, the audio data acquisition rate or audio sampling rate is lower the image acquisition rate. For instance, the microphone acquires audio samples at a rate of once every 30 seconds. In each acquisition, the microphone **140** records an audio sample having a finite duration so as to allow identification of the video associated with the audio sample. The duration of the audio sample can be substantially equal to or greater than 5 seconds (e.g., about 5 seconds, about 6 seconds, about 8 seconds, about 10 seconds, about 20 seconds, or about 30 seconds, including any values and sub ranges in between).

[0066] The local processor uses the audio samples recorded by the microphone **140** to identify the video being played on the display (**222**). For example, the processor **150** can create a fingerprint of the audio data and use the fingerprint to query a third-party application programming interface (API), which responds to the query with an identification of the video associated with the audio data. In another example, the processor **150** can compare the fingerprint against a local table or memory to determine the identity of the video.

[0067] As mentioned above, using samples of the video soundtrack to identify the video offers several advantages over the digital watermarks used by conventional TV survey devices to identify videos. It does not require inserting digital watermarks into the video, which eliminates the need to coordinate with content producers and providers. This simplifies content production and distribution and makes it

possible to identify and assess a wider range of video content, including producers and distributors who cannot or will not provide digital watermarks. And it eliminates the need to connect the local device to the cable or set-top box.

[0068] In addition, using audio data instead of digital watermarks reduces the risk of "false positives," or instances where the system detects people in the viewing area and identifies a video that is not actually being watched even when the TV is off. This can happen with a conventional system hooked to set-top box if the household members leave their set-top box on even when their TV is off.

[0069] In some examples, the local processor adjusts the audio sampling rate (**224**), e.g., based on the identity of the video, the number of people in the viewing area, the number of people engaged with the video, etc. For instance, if the local processor cannot identify the video from a single fingerprint (e.g., because the video soundtrack includes a popular song that appears in many different video soundtracks), the local processor and microphone may acquire samples at a higher rate or of longer duration to improve video resolve any ambiguity. The processor may also decrease the audio sampling rate if nobody is in the viewing area **101** or the viewer(s) are not engaged with the video (e.g., because they appear to be sleeping) to conserve power, memory, or both. Conversely, the processor may increase the audio sampling rate if the viewers are changing channels rapidly (e.g., channel surfing) or if the content is changing relatively rapidly (e.g., during a series of advertisements).

[0070] Depending on the implementation, the microphone may record audio samples at regular intervals (i.e., periodically) or at irregular intervals (e.g., aperiodically or with a time-varying period). For instance, the microphone may acquire audio data throughout the day at a constant rate (e.g., about two samples per minute). In other cases, the microphone may operate at one sampling rate when the TV is on or likely to be on (e.g., early evening) and at another, lower sampling rate when the TV is off or likely to be off (e.g., early morning, mid-day). If the local processor detects that the TV has been turned on (off) from the audio samples, it may increase (decrease) the sample rate accordingly. The may also trigger the image sensors to start (stop) imaging the viewing area in response to detecting that the TV has been turned on (off) from the audio samples.

[0071] As or once the raw image and audio data has been processed, the local processor overwrites the raw image and audio data or erases the raw image and audio data from memory (**230**). In other words, each image is held in the memory **150**, while the processor **150** detects and identifies humans and gauges their engagement and expressions. The detection, identification, and engagement data is collected per frame, and this information is persisted and eventually uploaded to the backend server **170**. Similarly, the audio data is also held in the memory **160**, while the third-party API is processing the audio fingerprint and returning the identity of the associated video. The identity is stored and/or uploaded to the backend server **170** as described below.

[0072] By overwriting or erasing (or otherwise discarding) the raw image and audio data, the local processor reduces demands on the memory and reduces or eliminates the ability to identify the individuals in the viewing area. This maintains the individuals' privacy by exposing less information to potential attempts to hack the system. It also eliminates the possibility of transmitting images of the individuals to third parties. This is especially beneficial for

7

preserving the privacy of children in the viewing area in accordance with the Children's Online Privacy Protection Act.

[0073]   In some cases, the local processor actively erases the raw image and audio data from the memory. In other cases, the local processor stores that raw image and data in one or more buffers in the memory that are sized not to store more than a predetermined amount of raw image and audio data (e.g., one image or one audio sample). The local processor analyzes the raw image and data in the time period between samples so that the next image or audio sample overwrites the buffer.

[0074]   The local processor 150 also stores the processed data into the memory 160. The processed data may be stored in a relatively compact, such as comma-separated variable (CSV) format, to reduce memory requirements. The data included in the CSV or other file may indicate, for example, whether anyone is present in each image, the number of people in the viewing area 101 in each image, the number of people who are actually watching the display 11 in the viewing area 101, the classification of each viewer's emotion, and the identity of each viewer. The processed data may also include indications about the local device's operational state, including the IR image acquisition rate, visible image acquisition rate, audio sampling rate, current software/firmware update, etc.

[0075]   The local processor transmits the processed data to the remote server (e.g., via a network interface) for storage or for further processing (236). Because the processed data is in a relatively compact format, the upload bandwidth is much lower than it would be for raw image and audio data. And because the transmitted data does not include images of the viewing area or audio samples that could include the viewers' voices, there is less risk of compromising the viewers' privacy. In addition, the audio and image portions of the processed data are more likely to be and remain synchronized because they are processed locally than if the raw image and audio image were transmitted to and processed by a remote server.

[0076]   In some cases, the local processor may transmit the processed data to the remote as it is processed. In other cases, the local processor may identify transmission windows (234), e.g., based on the available upstream bandwidth, the amount of data, etc. These transmission windows may be predetermined (e.g., 2 am ET), set by a household member during local device installation, set by the remote server (e.g., via a software or firmware update), or determined by the local processor based on bandwidth measurements.

[0077]   FIG. 2B illustrates a method of training a computer vision model for quantifying viewer engagement. At 241, both the RGB and IR sensors acquire video data, which undergoes two types of processing. At 242a, the video data is manually annotated to identify faces in each frame. At 242b, a current model (e.g., a default model or a model from previous use) is used to automatically detect faces in each frame. At 243b, a processor is used to compute accuracy of the automatic detection at 242b against the annotated videos acquired at 242a. At 244, if the accuracy is acceptable, the method 240 proceeds to 245, where the current model is set as the production model for facial recognition (e.g., used in the method 200). If the accuracy is not acceptable, the method 200 proceeds to 243a, where the videos are split into a training set of videos (246a) and a test set of videos (246b).

For example, the RGB videos can be selected as the training videos 246a and the IR videos can be selected as the test videos 246b (or vice versa).

[0078]   The training videos 246a are sent to train a new model at 247a, while the test videos (246b) are sent to step 247b for testing the new model. At 247b, the training videos 246a and the test videos 246b are collected together so as to compute accuracy of the new model at 247c. At 249, the processor again computes the accuracy of the new model. If the accuracy is acceptable, the new model is set as the production model (245). If not, the method 240 proceeds to 248, where parameters of the new model are tuned. Alternatively, another new model can be built at 248. In any event, parameters of the new model are sent back to 247a, where the training videos 246a are used to training the new model. In this manner, a new model can be iteratively built to have an acceptable accuracy.

[0079]   Remote Server Operation

[0080]   In operation, the remote server 170 collects data transmitted from different local devices 105 disposed in different households. The remote server 170 can read the incoming data on a regular basis. The remote server 170 can also parse the received data and join the video recognition data with the audio recognition data using the timestamps of when each was saved.

[0081]   The remote server 170 can also correct mislabeled data. For example, the remote server 170 can fix blips when a viewer is not identified or is misidentified using data from preceding and following timestamps. If a person is identified in an image preceding the image at issue and also in an image following the image at issue, the remote server 170 can determine that this person also appears in the image at issue.

[0082]   The remote server 170 can also load data received from local devices 105 and/or data processed by the remote server 170 into a query-able database. In one example, the remote server 170 can also provide access to users, who can then use the stored data for analysis. In another example, the stored data in the query-able database can also facilitate further analysis performed by the remote server 170. For example, the remote server 170 can calculate attention index and viewer index using the database.

[0083]   Assessing Viewer Engagement

[0084]   FIGS. 3A-6 illustrate methods of quantifying viewer engagement with videos using measures such as viewability index and attention index. The following definitions may be helpful in understanding the inventive methods and apparatus for quantifying viewer engagement with videos:

[0085]   Program Duration is defined as the total duration of a unique program, e.g., in seconds, minutes, or hours. The actual unit (seconds, minutes, or hours) used is immaterial as long as the durations of different programs can be compared.

[0086]   Commercial Duration is defined as the total duration (e.g., in seconds or minutes) of a unique commercial.

[0087]   Watching Duration (Seconds) is defined as the total duration (number of seconds) that are watched of a unique program or commercial per home. Alternatively, Watching Seconds can be defined as the total duration of program in seconds minus the total time (in seconds) during which no home watches the program.

US 2018/0007431 A1

Jan. 4, 2018

8

[0088] Aggregated Watching Duration (Seconds) is defined as the total duration (number of seconds) that are watched of a unique program or commercial across all homes.

[0089] Positive Duration Ratio is defined as the percentage (%) of a program or commercial advertise that has been watched. More specifically, the Positive Duration Ratio of a program or advertisement can be calculated as the ratio of the Aggregated Watching Duration over total duration of the program or advertisement times the number of households.

[0090] Viewer Count (VC) is defined as the total number of viewers in the viewing area across all homes with positive Watching Seconds for a given program or commercial advertisement.

[0091] Watching Rate (WR) is defined as the ratio of the total number of people across all homes where the TV is on over the total number of people in all households. For example, if the methods take into account 100 households having a total number of 300 people. If 30 households having 100 people have their TV set on, the watching rate is then 33.3% (i.e., 100/300). However, if the same 30 households have 150 people, then the watching rate is 50% (i.e., 150/300).

[0092] Viewing Rate (VR) is defined as the ratio of the total number of people in the viewing area across all homes over the total number of TV sets that are on. For example, if 100 people are in the viewing areas defined by 40 different TV sets (each TV set defines one viewing area), then the viewing rate is 2.5 (i.e., 100/40).

[0093] Attention Rate (AR) is defined as the ratio of the total number of people attentive to the TV across all homes over the total number of people in the viewing area across all homes. For example, if 100 people are in the viewing areas across all individuals taken into account by the methods, but only 60 people are actually watching TV (the rest 40 people may just leave the TV on while doing other things), then the attention rate is 0.6 or 60%.

[0094] Viewability Index (VI) is defined as the average of Viewing Rates (VRs) for each program and commercial.

[0095] Attention Index is defined as the average of Attention Rates (ARs) for each program and commercial.

[0096] FIG. 3A illustrates a method 300 of assessing viewer engagement (e.g., box 206 in the method 200 of FIG. 2A) including facial and eyeball tracking 310, facial recognition 320, and sentimental analysis 330. A processor (e.g., the local processor 150 shown in FIG. 1) can be used to implement the method 300. The input data in method 300 can be the data acquired by the local device 105 shown in FIG. 1, such as the image data, audio data, or depth data of the viewing area. Face and eyeball tracking 310 is employed to identify characteristic data points to track the face as it moves and determine if user is watching screen. Facial recognition 320 is employed to determine a viewer's identity using, for example, artificial intelligence. Sentimental analysis 330 is employed to determine a viewer's emotion using, for example, artificial intelligence to analyze facial features, gestures, and heart rate, among others.

[0097] The acquired information, including whether a viewer is in fact watching the screen, the identity of the viewer, and the emotion of the viewer, is used to determine various video ratings 340. In one example, the acquired information is used to estimate individual video rating for each household. In another example, the acquired information is used to estimate individual video rating for each

demographic region. In yet another example, the acquired information is used to estimate overall video rating for a group of videos. In yet another example, the acquired information is used to estimate audience reactions to specific videos (e.g., programs and advertisements). The acquired information can also be used to determine quantitative measures of viewer engagement, such as viewability index and attention index as described below.

[0098] Steps 310, 320, and 330 in the method 300 can be achieved using pattern recognition techniques. These techniques can determine whether any viewer is present in the viewing area by, for example, recognizing one or more human faces. If there is indeed a face recognized, these techniques can further determine who the viewer is by, for example, comparing the recognized face with a database including the facial data of the household where the video is playing. Alternatively, these techniques may use extended database to include facial data of more people (e.g., the entire community if possible) in case the viewer is not from the household. These techniques can also trace the movement of the face and analyze the orientation of the face so as to determine, for example, whether the viewer is watching the videos.

[0099] Artificial intelligence, machining learning, and trained neural network learning techniques can also be used to analyze the emotion of the viewer. To this end, these techniques analyze the body gestures (static gestures at certain time), body movements (change of gestures), facial orientations, direction/movement/positioning of faces, and heart rate, among others.

[0100] In another example, the method 300 can first recognize a face from image data acquired by, for example, the RGB sensor 140 and IR sensor 120 shown in FIG. 1. The method 200 can also detect the position of the face, identify characteristic points on the face (e.g., boundaries points of eyes and mouth as shown in FIG. 2A), and track the face as it moves. Using eyeball tracking techniques, the method 300 can determine whether the view is actually watching the videos (or instead just sitting in the viewing area but doing something else). Then, using techniques of trained neural network learning, the method 300 can match the viewer with a known person in the household by comparing facial features from the database in a similar position. Once the viewer has been identified, the method 300 can continually track the viewer for notable facial configurations to determine the user's mood and/or emotion.

[0101] The method 300 can also compare the audio data (e.g., acquired by the microphone 140 shown in FIG. 1) with an audio database of videos (e.g., TV shows) and other audio so as to determinate which video is being played at a specific timing point. In one example, the video matching can determine which TV station is being viewed by the viewer(s) identified by the method 300. In another example, the video matching can determine which TV program is being viewed by the viewer. In yet another example, the video matching can determine which commercial advertisement is being viewed. Alternatively, or additionally, the TV channel, program, or advertisement that is being viewed can be determined from data collected from other sources, including, but are not limited to, a cable or satellite set top box or other programming provider's hardware or broadcast signal.

[0102] FIG. 3B illustrates the concepts of viewability index and attention index that can be estimated via techniques described herein to quantify viewer engagement. In

general, viewability index quantifies the propensity of what is on screen to bring people into the room. Attention index quantifies the propensity of what is on screen to engage a viewing audience. In other words, the viewability index can be regarded as the probability of a video (or other displayed content) to attract a viewer in the first place, while the attention index can be regarded as the probability of a video to keep a viewer in front of the display after the viewer is already in the viewing area. As illustrated in FIG. **3**B, the viewability index is dependent on the number of people present in the viewing area, while the attention index is dependent on the number people who are actually watching the display.

[0103]   Assessing Viewer Engagement with a Viewability Index and an Attention Index

[0104]   FIG. **4**A illustrates a method **401** of quantifying viewer engagement using viewability index. The method **401** can be implemented by a processor. The method **401** starts at step **411**, in which image data in acquired by the processor at each household in a plurality of households, which participate in the method via, for example, installing or using the local device **105** in the system shown in FIG. **1**. The image data includes images of a viewing area in front of a display which can play videos (e.g., TV programs, advertisement, user-request video, or any other video). In addition, the processor also determines if the display is showing a video at step **411**. At step **421**, the processor estimates the viewing rate and watching rate for each video that is played by the display. The viewing rate represents a ratio of a total number of people in the viewing areas to a total number of displays showing videos, as defined above. Similarly, the watching rate represents a ratio of total number of people in households with display showing videos to a total number of people in the plurality of households, as defined above.

[0105]   The estimation of the viewing rates and the watching rates is based on the image data acquired at step **411** and on demographic information about each household in the plurality of households. The demographic information can be stored in a memory operably coupled to the processor such that the processor can readily retrieve the demographic information. In another example, the processor can acquire the demographic information from another server. At step **330**, the processor determines a viewability index based on the viewing rate and the watching rate, for each unique video in the plurality of videos. The viewability index is defined above as an average of viewing rate for each video, such as a program and a commercial.

[0106]   The method **401** can further include estimating the viewer count and the positive duration ratio of each video played by the display. The estimation is based on the image data and on demographic information about each household in the plurality of households. As defined above, the viewer count represents a total number of people engaged with each unique video, and the positive duration ratio represents a ratio of total time spent by people in the plurality of households watching the unique video to a duration of the unique video.

[0107]   Based on the viewer count and the position duration ratio, a balanced viewability index can be determined. In one example, the balanced viewability index can be calculated as the weighted average of viewability index (VI) by factoring in the viewer count and positive duration Ratio for each given program and commercial. In another

example, the balanced viewability index can be calculated by normalizing the viewability index across the unique videos in the plurality of videos.

[0108]   The method **401** can further include averaging the viewability index across all programs and commercials for a finite period of time so as to produce an average viewability index. The viewability index of each program and commercial can be divided by the average viewability index (e.g., computed on a daily, weekly, or monthly basis) so as to produce a final viewability index (dimensionless quantity) for users, such as advertising agencies, TV stations, or other content providers. In one example, the finite period of time is about two weeks. In another example, the finite period of time is about one month. In yet another example, the finite period of time is about three months.

[0109]   The image data can be acquired at various acquisition rates. In one example, the image data can be taken 50 times per second (50 Hz). In one example, the image data can be taken 30 times per second (30 Hz). In yet another example, the image data can be taken every second (1 Hz). In yet another example, the image data can be taken every 2 seconds (0.5 Hz). In yet another example, the image data can be taken every 5 seconds (0.2 Hz). In addition, the method **300** can take and categorize image data for each viewer in the viewing area so as to derive viewer engagement information taking into account demographic information of the household.

[0110]   FIG. **4**B illustrates a method **402** of quantifying user engagement with videos using attention index. The method **402** includes step **412**, at which image data of a viewing area in front of a display is taken for each household participating in the viewer engagement assessment. At step **412**, a processor determines whether the display is showing any video when the image data is taken (e.g., via audio data acquired by the microphone **140** in the local device **105** shown in FIG. **1**). At step **422**, for each video played by the display, the processor estimates an attention rate based on the image data and on demographic information about the household. As defined above, the attention rate represents a ratio of a total number of people engaged with the video to a total number of people in the viewing areas. Based on the attention rates of videos, an attention index is determined at step **432** to indicate the effectiveness of the video.

[0111]   The method **402** can further include estimating viewer count and positive duration ratio of the video(s) played by the display. Similar to the method **401**, the method **402** can determine the viewer count and positive duration ration based on the image data and on demographic information about each household. Using the viewer count and positive duration ration, the processor can then determine a balanced attention index. The method **402** can include producing a normalized attention index by normalizing the attention index across the unique videos in the plurality of videos over a given period of time (e.g., one week, or one month).

[0112]   The method **402** can further include averaging attention index across all programs and commercials for a finite period of time so as to produce an average attention index. The attention index of each program and commercial can be divided by the average attention index so as to produce a final attention index (dimensionless quantity) for customers, such as advertising agencies, TV stations, or other content providers.

[0113]   Assessing Viewer Engagement Using Facial Recognition Techniques

[0114]   FIG. **5** illustrates a method of assessing viewer engagement with videos using facial recognition techniques and other artificial intelligence techniques. The method **500** starts at step **510** where images of a viewing area in front of a display are captured (e.g., using the system shown in FIG. **1**). For each acquired image, the number of people in the viewing area is estimated at step **520**. In one example, the estimation can be performed using, for example, facial recognition techniques. In another example, the estimation can be performed based on body skeleton detection.

[0115]   At step **530**, with respect to the display, the orientation of the face of each person in the viewing area is determined. For example, the orientation of the face can be toward the display, indicating that the viewer is actually watching the videos on the display. Alternatively, the orientation of the face can be away from the display, indicating that the viewer is not watching the video, although he or she is within the viewing area of the display. Therefore, based on the orientation of the viewers' faces, a processor can assess whether each person in the viewing area is actually engaged with the video, at step **540**. By distinguishing people actually watching the videos from those who are not watching, the processor can make more accurately determination of the effectiveness of the video. The effectiveness of the video can be quantified by, for example, how long the video can keep the viewer in an engaged state.

[0116]   Detecting Skeleton, Face, Identification, Emotion, and Engagement

[0117]   FIG. **6** is a flowchart illustrating a method **600** to detect skeleton, face, identification, emotion, and engagement, which in turn can be used for viewer engagement assessment described above. The method **600** can be implemented by a processor (e.g., the processor **150** or the processor in the remote server **170**). The method **600** starts at step **610**, where image data of a viewing area in front of a display is provided (e.g., by a memory or directly from the image taking device, such as the RGB sensor **130** shown in FIG. **1**). At step **620**, the processor acquires a frame (i.e., an image frame including image of at least one possible viewer, see, e.g., **230** in FIG. **2**A) from the image data. At step **630**, a processing loop is initiated, where the processor uses six individual skeleton data points/sets for each skeleton frame for further processing, including facial recognition, emotion analysis, and engagement determination. Once the skeleton data has been processed, the method **600** returns to skeleton frame acquisition at step **620** via a refreshing step **625**.

[0118]   Step **635** in the method **600** is a decision step, at which the processor determines whether any skeleton is detected in the selected skeleton data in the skeleton frame. If not, the method **600** returns to step **630**, where a new skeleton data is picked up for processing. If at least one skeleton is detected, the method **600** proceeds to step **640**, where a bounding box is generated to identify head area of viewers in the image data. The bounding box can be generated based on, for example, the skeleton information, e.g., by identifying the head from the overall skeleton.

[0119]   Step **645** again is a decision step, where the processor determines whether a bounding box is generated (i.e., whether a head area is detected). It is possible that an image includes an overall skeleton of a viewer but the head part of the viewer is obstructed and therefore is absent from the

image. In this case, the method **600** again returns to step **630**, where the processor picked up new skeleton data. If a bounding box is detected, the method **600** goes to step **650**, where the processor carries out a second level facial recognition (also referred to as face detection). At this step, the processor attempts to detect human face within the bounding box generated at step **640**. The face detection can be performed using, for example, Haar Feature-based Cascade Classifier in OpenCV. More information can be found in U.S. Pat. No. 8,447,139 B2, which is incorporated herein by reference in its entirety.

[0120]   At step **655**, the processor determines whether a face is detected at step **650**. If not, a first level facial recognition is performed at step **660**. This first level facial recognition step can be substantially similar to the second level facial recognition performed at step **650**. Performing another round of face detection may reduce the possibility of accidental failure of the facial recognition techniques. Step **665** is a decision step similar to step **655**, where the processor determines whether a face is detected.

[0121]   If a face is detected at either first level facial recognition or second level facial recognition, the method **600** proceeds to step **670** to perform facial landmark detection, also referred to as facial feature detection or facial key points detection. The step **670** is employed to determine locations of different facial features (e.g. corners of the eyes, eyebrows, and the mouth, the tip of the nose, etc.). More information of facial landmark detection can be found in U.S. Patent Publication No. 2014/0050358 A1 and U.S. Pat. No. 7,751,599 B2, which are incorporated herein in their entireties.

[0122]   At step **672**, the processor determines whether any facial landmark is detected at step **670**. If not, the method **600** returns to step **630** to select another skeleton data for further processing. If at least one facial landmark is detected, the processor further determines, at a decision step **674**, whether any face is detected at the second level facial recognition in step **650**. If yes, the method **600** proceeds to step **690**, where the detected face is identified (i.e., determining who the viewer is), after which the method goes to step **680**, where emotion of the face based on the facial landmark is predicted. If, at step **674**, the processor finds that no face was detected at step **650**, the method **600** directly proceeds to step **680** for the processor to estimate emotion of the viewer. Emotion analysis can be performed using, for example, a Support Vector Machine (SVM) in Open CV. More information can be found in U.S. Pat. No. 8,488,023, which is incorporated herein in its entirety.

[0123]   In one example, the methods illustrated in FIGS. **3-6** analyze all available videos (including TV programs and advertisement) regardless of the duration of the video or viewer count of the video. In another example, the methods illustrated in FIGS. **3-6** perform preliminary filtering to exclude videos that are either too short or have too small a viewer count before performing the quantitative analysis of viewer engagement. In this way, the quantitative analysis can result in more statistically reliable results. For example, videos that are watched for less than a finite amount of time (e.g., less than 30 seconds, less than 20 seconds, or less than 10 seconds) can be excluded. In addition, videos that are watched by less than certain number of people (e.g., less than 20 people, less than 15 people, or less than 10 people) over a finite period (e.g., 1 month, two weeks, or one week) can also be excluded.

[0124]   In one example, the methods illustrated in FIGS. **3**-**6** are performed over live TV programs. In another example, the methods illustrated in FIGS. **3**-**6** are performed over recorded TV programs. If it is recognized that the timing of a program is greater than 10 minutes shifted from its original "finger creation timestamp" (e.g., from database of TV stations), the program is determined as recorded watching. Otherwise, the program is determined as live watching.

[0125]   Experimental Assessment of the Commercial Message (CM) Effect

[0126]   This section describes accurate viewing data collection and analysis to examine commercial message (CM) effect management. An index termed "viewability" indicates when a person is "in front of the TV". The viewability index is created for this description and the survey that generates the data. The survey conducted for two weeks with a sample of 84 people from 30 households. CM curves are defined as patterns that show the time series curves of viewability rates between two scenes. Although the personal viewing rate of CM between scenes can be constant, the viewability rate may change. The findings show that there are 7 patterns of the CM curve. The variables of the length of CM and viewability rate can significantly contribute to the shape of the CM curve. In addition, multinomial logit model can be help in determining the CM curve.

[0127]   This experiment investigated the relationship between commercial messages (CM), programs, and human viewing attitudes. The experiment also characterized the systems and methods described above. The correlation between program information, such as broadcast timing and TV stations, and viewing attitudes using statistical methods were analyzed. Currently, the personal audience rating survey used in Japan registers people through a colored button on the TV remote control and records when they press the colored button at the start and end of TV viewing. Further, the People Meter (PM) indicator records what the TV audience watched and who watched the programs (Video Research Ltd. (2014): "TV rating handbook", available at the VIDEOR.COM website in PDF format, incorporated herein by reference) However, this audience rating survey usually does not allow one to distinguish between focused and casual viewing even if the audience rating is accurately captured.

[0128]   Hiraki and Ito (Hiraki, A. & Ito, K. (2000): Cognitive attitudes to television commercials based on eye tracking analysis combined with scenario, *Japanese Journal of Human Engineering*, Vol. 36, pp. 239-253, incorporated herein by reference) proposed a method for analyzing the impact of CM on image recognition using visual information based on eye movement analysis. They conducted CM viewing experiments with real CM in an environment of recreated viewing situations. According to them, auditory and visual information may interfere with commodity understanding.

[0129]   In this experiment, besides personal audience ratings, an indicator of physical presence captured by the system was used to measure viewing attitudes. For example, during CM, people may leave their seats and turn their attention to one another without sitting in front of the TV. Thus, viewing attitudes during CM was statistically analyzed using two indexes-personal audience ratings and physical presence. The latter index is referred to herein as "viewability."

[0130]   The viewing attitude survey experiment of 84 individuals from 30 households was conducted from mid-November to the end of November in 2014. Data was obtained 24 hours per day over 14 days.

[0131]   FIG. **7** shows a schematic view of a data acquisition system **700** that measures engagement of viewers in a viewing area **701** with a program or advertisement shown on a TV **702** or other display. The system **700** includes an image sensor **710** that captures images of the viewing area **701** while the TV **702** is on. The system **700** also includes a computing device **750** that stores and processes image data from the image sensor **710** and communicates the raw and/or processed image data to a server (not shown) via a communication network.

[0132]   In some cases, the computing device **750** and/or the server measures viewability in addition to personal audience ratings. Viewability indicates "being in front of the TV," and this term is defined as the audience within a distance of about 0.5 m to about 4 m from the TV with the face towards the front of the TV between 70° to the left and the right. In one example, viewability is captured at the rate of 1 second, and it denotes the number of samples for one second divided by the all the samples (84 in this case).

[0133]   FIGS. **8A**-**8G** shows seven different shapes of CM curves, which denote the transition in the value of viewability divided by the personal audience rating. This value can indicate the percentage of people who are actually watching the TV.

[0134]   To explain the differences in the shape of CM curves, classification and modeling of the data can be performed. The methods of analysis employed in this experiment are discussed below. First, the multinomial logit model (see, e.g., Agresti, A. Categorical data analysis. John Wiley & Sons (2013), incorporated herein by reference) can be employed for data modeling. Then, non-hierarchical clustering can be performed using the K-means method, at least because the sample size (1,065) is large. Next, a decision tree can be constructed. Explanatory variables are used and all samples are classified using stepwise grouping. In general, the decision tree is a classification model that expresses the plurality of classification rules in a tree structure. The Gini coefficient was used as a non-purity function.

[0135]   When determining the shape of the CM curve using these methods, the analysis also considers approaches or variables that are closely related to determining the shape of the CM curve. Thus, any variables that are observed substantially simultaneously with the CM broadcast can also be included.

[0136]   Data from a high viewability time range of the day is used, which, in this experiment, is six hours-from 18:00 to 24:00. The viewing attitudes towards CM from five TV stations are analyzed. The ratios of the CM curves for every TV station are shown in FIG. **9**.

[0137]   In the analysis, the shape of the CM curve is the dependent variable, and it is categorized from A to G, as shown in FIGS. **8A**-**8G**. The explanatory variables are length of CM, television station, genre, elapsed time since the start of the program, average personal audience rating for the CM, average viewability rate of the CM, average personal audience rating for the previous scene, average viewability of the previous scene, viewability rate of the current scene divided by the personal audience rating, viewability rate of the previous scene divided by the personal audience rating, and date and day of the week. The previous scene refers to the scene between the CM and the previous CM.

[0138]   The discrimination results based on the multinomial logit model are shown in TABLE 1. The discrimination rate in the multinomial logit model is 20% higher than the discrimination rate at random. The discrimination rate is particularly high when the shape of the CM curve is B or G.

[0139]   In this model, seven explanatory variables are used: length of CM, TV stations, elapsed time since the start of the program, average personal audience rating for the

US 2018/0007431 A1

Jan. 4, 2018

12

CM, viewability rate, viewability rate of the CM divided by the personal audience rating, and viewability rate of the previous scene divided by the personal audience rating. Of the seven variables, length of CM and TV station contribute the most to the discrimination rate.

namely, TV station, elapsed time since the start of the program, average personal audience rating for the CM, viewability of the CM, viewability of the previous scene, and viewability of the previous scene divided by the personal audience rating. In the non-monotonic shape types, the

TABLE 1

| Result of the multinomial logit model | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| True/Prediction | A | B | C | D | E | F | G | Sum |
| A | 34 | 14 | 13 | 13 | 48 | 13 | 1 | 136 |
| B | 11 | 114 | 2 | 44 | 31 | 15 | 2 | 219 |
| c | 14 | 11 | 21 | 12 | 17 | 4 | 4 | 83 |
| D | 8 | 57 | 7 | 86 | 38 | 7 | 0 | 203 |
| E | 17 | 30 | 10 | 43 | 110 | 18 | 0 | 228 |
| F | 17 | 42 | — | 17 | 36 | 37 | 3 | 152 |
| G | 0 | 16 | 1 | 4 | 7 | 8 | 8 | 44 |
| Sum | 101 | 284 | 54 | 219 | 287 | 102 | 18 | 1065 |
| Discrimination Rate | 33.66 | 10.14 | 38.89 | 39.27 | 38.33 | 36.27 | 44.44 | 38.50 |

[0140]   The explained variables of the seven shapes can also be stratified. Although several different kinds of stratifications can be considered, for efficient examination, the following two kinds of stratifications were compared.

[0141]   Stratification 1: Monotonic shape types (C/D/E) and non-monotonic shape types (A/B/F/G). First, monotonic

six variables selected are length of CM, TV stations, elapsed time since the start of the program, average personal audience rating for the CM, viewability rate of the CM, and viewability rate of the previous scene. Length of CM, which contributes to the multinomial logit model without stratification, is not selected in the monotonic shape types.

TABLE 2

| Discrimination results of stratification 1 | | | | | | | |
|---|---|---|---|---|---|---|---|
| True/Prediction | A | B | C | D | E | F | G | Sum |
| A | 67 | 42 | 0 | 0 | 0 | 26 | I | 136 |
| B | 26 | 169 | 0 | 0 | 0 | 24 | 0 | 219 |
| C | 0 | 0 | IS | 25 | 43 | 0 | 0 | 83 |
| D | 0 | 0 | 10 | 139 | 54 | 0 | 0 | 203 |
| E | 0 | 0 | 14 | 63 | 151 | 0 | 0 | 228 |
| F | 30 | 75 | 0 | 0 | 0 | 26 | 4 | 152 |
| G | 4 | 22 | 0 | 0 | 0 | 14 | 4 | 44 |
| Sum | 127 | 308 | 39 | 227 | 248 | 90 | 6 | 1065 |
| Discrimination Rate | 52.76 | 54.87 | 38.46 | 61.23 | 60.89 | 28.89 | 66.67 | 53.62 |

shape types that do not have extreme values and non-monotonic shape types that do have extreme values were stratified. The multinomial logit model to each group is applied, and then the discrimination rate for each group can be calculated. The discrimination results of stratification 1 are shown in TABLE 2. The discrimination rate of the monotonic shape type is 59.34%, while that of the mono-tonic shape type is 51.72%, and the overall discrimination rate is 53.62%.

[0142]   After stratifying the monotonic and non-monotonic shape types, the overall discrimination rate is 15% higher than that in the multinomial logit model without stratification. Compared to the multinomial logit model without stratification, the difference in the discrimination rates between the shapes of the CM curve could be determined correctly (D/E/G) and incorrectly (C).

[0143]   The selected explanatory variables are as follows. In the monotonic shape types, six variables are selected,

[0144]   Stratification 2: Simple shape types (A/B/C/D/E) and complicated shape types (F/G). Second, simple shape types can be stratified, which have at most one extreme value, and complicated shape types, which have more than one extreme value. The discrimination results of stratification 2 are shown in TABLE 3. The discrimination rate of the simple shape type is 46.50%, while that of the complicated shape type is 77.55%, and the overall discrimination rate is 52.21%.

[0145]   For the simple shape types, nine variables are selected-length of CM, TV station, elapsed time since the start of the program, average personal audience rating for the CM, viewability rate of the CM, average personal audience rating of the previous scene, viewability rate divided by the personal audience rating of the CM, viewability of the previous scene divided by the average personal audience rating, and date. Further, for the complicated shape types, only one variable is selected-TV stations. As this model has only one variable, all samples are classified under F. For the simple shape types, the selected variables are similar to that of the multinomial logit model without stratification.

13

TABLE 3

| | | | | Discrimination results of stratification 2 | | | | |
| True/Prediction | A | B | C | D | E | F | G | Sum |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| A | 39 | 19 | 13 | 20 | 45 | 0 | 0 | 136 |
| B | 15 | 121 | 2 | 46 | 35 | 0 | 0 | 219 |
| C | 12 | 15 | 23 | 12 | 21 | 0 | 0 | 83 |
| D | 11 | so | 7 | 103 | 32 | 0 | 0 | 203 |
| E | 22 | 38 | 10 | 40 | 118 | 0 | 0 | 228 |
| F | 0 | 0 | 0 | 0 | 0 | 152 | 0 | 152 |
| G | 0 | 0 | 0 | 0 | 0 | 44 | 0 | 44 |
| Sum | 99 | 243 | 55 | 221 | 251 | 196 | 0 | 1065 |
| Discrimination Rate | 39.39 | 49.79 | 41.82 | 46.61 | 47.01 | 77.55 | 0.00 | 52.21 |

[0146]   Cluster analysis using the explanatory variables can be performed. The discrimination results of the cluster analysis are shown in TABLE 4. The discrimination rate is 15.77%, and there is no difference in the discrimination rate between cluster analysis and random selection. In other words, in the nonhierarchical cluster analysis, the CM curve could not be classified.

TABLE 4

| | | | | Discrimination results of cluster analysis | | | | |
| True/Prediction | A | B | C | D | E | F | G | Sum |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| A | 10 | 21 | 10 | 14 | 58 | 14 | 9 | 136 |
| B | 22 | 25 | 19 | 11 | 116 | 16 | 10 | 219 |
| C | 6 | 10 | 4 | 11 | 38 | 10 | 4 | 83 |
| D | 17 | 28 | 6 | 10 | 110 | 25 | 7 | 203 |
| E | 32 | 29 | 10 | 13 | 109 | 28 | 7 | 228 |
| F | 11 | 29 | 7 | 16 | 76 | 9 | 4 | 152 |
| G | 4 | 7 | 2 | 3 | 26 | 1 | 1 | 44 |
| Sum | 102 | 149 | 58 | 78 | 533 | 103 | 42 | 1065 |
| Discrimination Rate | 9.80 | 16.78 | 6.90 | 12.82 | 20.45 | 8.74 | 2.38 | 15.77 |

[0147]   FIG. 10 shows a classification model through a decision tree. The determination results of the decision tree are shown in TABLE 5. The discrimination rate of the decision tree is 40%. From TABLE 5, one can see that the discrimination rate of G is 0%, but that of D is higher than that of other CM curves by as much as 73%. The discrimination rate of the decision tree is slightly higher than that of the multinomial logit model without stratification.

[0148]   From FIG. 10, the characteristics of each shape of the CM curve can be identified. Shape A occurs when the viewability rate is high. Shape B occurs when the viewability rate is low and the length of CM is long. Shape C occurs when the viewability rate of a scene is not very different from that of the previous scene. Shape D occurs when the viewability rate is low and the length of CM is short. Shape E occurs when the viewability rate of the previous scene is low and the length of CM is short. Shape F occurs when the viewability rate of a scene is low while the viewability rate of the previous scene is high.

TABLE 5

| | | | | Discriminant results of the decision tree | | | | |
| True/Prediction | A | B | C | D | E | F | G | Sum |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| A | 17 | 10 | 14 | 0 | 32 | 63 | 0 | 136 |
| B | 4 | 121 | 5 | 8 | 46 | 35 | 0 | 219 |
| C | 5 | 3 | 31 | 1 | 34 | 9 | 0 | 83 |
| D | 6 | 70 | 4 | 30 | 68 | 25 | 0 | 203 |
| E | 5 | 17 | 8 | 2 | 128 | 68 | 0 | 228 |
| F | 6 | 29 | 2 | 0 | 16 | 99 | 0 | 152 |
| G | 2 | 11 | 2 | 0 | 7 | 22 | 0 | 44 |
| Sum | 45 | 261 | 66 | 41 | 331 | 321 | 0 | 1065 |
| Discrimination Rate | 37.78 | 46.36 | 46.97 | 73.17 | 38.67 | 30.84 | 0.00 | 40 |

US 2018/0007431 A1

Jan. 4, 2018

14

[0149]   Comparison and consideration. The discrimination rate by each method is summarized in TABLE 6. The method of stratification 1 has the highest rate among all methods. However, since the explained variables were stratified, it is impossible to verify the entire connection.

TABLE 6

| Summary of discrimination rates | | | | |
|---|---|---|---|---|
| Multiple Logit | Stratification1 | Stratification2 | Cluster Analysis | Decision Tree |
| 38.5 | 53.62 | 52.21 | 15.77 | 40 |

[0150]   The discrimination rate of the multinomial logit model without stratification is almost the same as the rate of the decision tree. Because the decision tree is determined by whether or not the viewability rate is higher than a fixed value, it is difficult to understand intuitively, and the fixed value is not replicable. Therefore, the most suitable method to determine the CM curve is the multinomial logit model without stratification.

[0151]   In all the methods, the variables of length of CM and viewability rate contribute the most to determining the CM curve. Therefore, TV viewing attitudes do not depend on the genre and broadcast time of the program, but on the length of CM and the viewability rate of the current and previous scenes.

[0152]   In these five methods, the variables of length of CM and viewability rate greatly contribute to determining the CM curve. In this regard, two points are considered: 1) the relationship between the length of CM and viewability rate, and 2) in what kinds of situations the viewability rate is high.

[0153]   The relationship between the length of CM and viewability rate is illustrated in FIG. 11. In general, the shorter the length of CM, the higher the viewability rate is. The longer the CM, the lower the viewability rate, because people will become uninterested and stop looking at the TV.

[0154]   Further, what kinds of situations lead to a high viewability rate was investigated. When little time elapses after the program begins (depending on the genre), the viewability rate is high. As TABLE 7 shows, there are noticeable differences between the average viewability rates of each genre. The viewability rate of news programs is low, whereas that of movies and music is high. FIG. 12 shows the correlation between elapsed time since the start of the program and the viewability rate. From FIG. 12, one can see that the viewability rate is higher when shorter time has elapsed since the start of the program.

TABLE 7

| Average viewability rate by genre | |
|---|---|
| Genre | Viewability |
| Animation/Tokusatsu | 0.706 |
| Sports | 0.668 |
| Documentary | 0.907 |
| Drama | 0.807 |
| News | 0.814 |
| Variety shows | 0.988 |
| Film | 1.252 |
| Music | 1.359 |
| Hobby/Education | 0.816 |

TABLE 7-continued

| Average viewability rate by genre | |
|---|---|
| Genre | Viewability |
| Tabloid shows | 0.776 |
| All | 0.939 |

[0155]   This experimental study elucidates the relationship between CM, programs, and human viewing attitudes using an exemplary embodiment of the hardware and software components of the present invention. The most suitable method to determine the CM curve is the multinomial logit model.

[0156]   The variables are analyzed that can be observed during CM to examine the relationship between the CM curve and these variables. In all the method employed, the variables of length of CM and viewability rate contribute the most to determining the CM curve. Since the discrimination rate of the monotonic shape type is high, discrimination is easier, whether unchanged or changed. In other words, the shape of the CM curve is not relevant to program characteristics such as genre and date. This indicates that when the CM broadcast time is longer, the audience gets tired of watching. Moreover, if the previous scene of the program is uninteresting to the audience, then they do not watch the next CM.

[0157]   Applications of Viewer Engagement Data

[0158]   FIG. 13 illustrates a system of communication of data acquired using the methods and systems described herein. The system 1300 stores and processes raw data 1310 captured from TV audience panels through the motion-sensing devices, which is transferred to the computing device 1320 such as, but without limitation, the desktop machine. Then, methods of assessing viewer engagement can be performed on, for example, desktop machines to analyze and processes the data. The methods transform the after-analyzed data into performance-based TV ratings data that can be used to determine (1) who is really watching TV (who is in the audience), (2) how often the audience members look at the TV, and (3) the audience's reaction towards the TV programs and advertisements. This processed and/or summarized data is then transferred to a central storage location 1330, such as a server, on the cloud where third parties, including but not limited to TV advertising agencies 1340, TV networks 1350, and any other potential clients 1360 that might find the data useful, can conveniently access the data anytime, through the collection entity's software, an application programming interface, or a web portal, specifically developed for the collection entity's clients. Alternatively, the raw data 1310 collected by the sensors of the hardware component is transferred to a central storage 1330 on the cloud directly or indirectly through an Internet connection where it is analyzed by the software component and made available to interested third parties 1340-1360. A third party may optionally access the raw data through the system.

[0159]   FIG. 14 illustrates basic elements of an example system 1400 that can utilize the data acquired and analyzed by the systems and methods described herein. The collection entity 1430 (e.g., TVision Insights) may compensate panel members 1410 (e.g., household members) who, in exchange for compensation or volunteering, allow for the placement of the hardware components depicted in FIG. 1 to be placed

15

atop televisions in their household for the purpose of TV viewership data collection. Panel members may be asked to provide additional information **1420**, including but not limited to, credit card transaction data, demographic and socioeconomic information, social media account logins, and data from tablets, smartphones, and other devices. This data is collected, video and IR images are recorded using the system depicted in FIG. **1**, and the video can be analyzed by the methods described in FIGS. **2**-**6**. Once analyzed, data describing the video may be transmitted to the collection entity **1430**, which may then sell or otherwise provide the data to advertisers **1440**, TV stations **1460**, TV agencies **1450**, and other interested third parties. Optionally, the collection entity **1430** may provide access to raw collected data for separate analysis. As part of the disclosed business model, the collection entity **1430** can motivate advertisers **1440** to encourage their TV agencies **1450** to purchase this data.

[0160]   FIG. **15** illustrates big data analysis and visualization based on data acquired in methods of assessing viewer engagement. In these models **1500**, the collection entity **1520** (e.g., TVision INSIGHTS shown in FIG. **15**) can collect data from households **1510** having TV sets. In return, the participating households **1510** can receive monetary compensation (or other benefit) from collection entity **1520**. The collection entity **1520** then analyzes the data collected from the participating households using big data analysis **1530**$a$ and visualization techniques **1530**$b$ to derive information such as the effectiveness of certain TV program or advertisement. This data can be then provided to advertisers, advertising agencies, TV stations, or other content providers or promoters (collectively referred to as customers **1540**) to instruct them to improve the effectiveness of their programs. In one example, the customers **1540** can subscribe this data service to the collection entity **1520** on a monthly basis with monthly fees. In another example, the customers **1540** can buy data relating to a particular video (e.g., campaign video, special advertisement during sports events, etc.) from the collection entity **1520**.

[0161]   FIG. **16** illustrates examples of collection of additional information **1600** from individuals and households (TV audiences) participating in viewer engagement data collection. The TV audiences can represent national and/or local demographics useful to interested third parties. The collection entity can collect video data **1610** and the demographic information and, packaged with data gathered by the system and analyzed by the methods regarding TV viewership, provide this information to customers for compensation. Examples of information that may be collected from TV audiences include any and all information that can be obtained through social media profiles **1620** such as, but not limited to, TWITTER, Instagram, FACEBOOK, among others. The information can further include video data and audio data **1640** obtained from the systems (including both television audio and audio such as conversation originating from individuals in the household), multi-screen data **1630** including smartphone and tablet search habits, internet search history, email account information, and credit card transaction data **1650**. This list is not exhaustive, and should not be interpreted as limiting.

[0162]   The collected information and data enables a collection entity to accurately evaluate the impact of TV advertisements-including unprecedented measurements of individual demographics, which are valuable to the adver-

tisers. The advertisers can use the data to determine which ad slots would be a best fit for their targeted audience. The message can also be more pertinent to the type of audience and can effectively lead to purchasing behavior, increasing return of investment (ROI) for the advertisers.

[0163]   TV networks can also benefit from the disclosed invention as they will be able to glean more accurate ratings of their TV programs, audience type, reactions, and predictive ad slot value. This will allow them to improve their programs to better fit the type of audience and eliminate non-popular ones, in addition to determining which ad slots will have the highest value for a particular target demographic. The data can also be used to compare programs across multiple channels at the same or different time slots for a comparative evaluation of programs and advertising. Similarly, TV audience data and behavior can be collected and compared for any given programming time slot to streaming content. TV pilot programs can also be evaluated using the system before ordering episodes.

## CONCLUSION

[0164]   While various inventive embodiments have been described and illustrated herein, those of ordinary skill in the art will readily envision a variety of other means and/or structures for performing the function and/or obtaining the results and/or one or more of the advantages described herein, and each of such variations and/or modifications is deemed to be within the scope of the inventive embodiments described herein. More generally, those skilled in the art will readily appreciate that all parameters, dimensions, materials, and configurations described herein are meant to be exemplary and that the actual parameters, dimensions, materials, and/or configurations will depend upon the specific application or applications for which the inventive teachings is/are used. Those skilled in the art will recognize, or be able to ascertain using no more than routine experimentation, many equivalents to the specific inventive embodiments described herein. It is, therefore, to be understood that the foregoing embodiments are presented by way of example only and that, within the scope of the appended claims and equivalents thereto, inventive embodiments may be practiced otherwise than as specifically described and claimed. Inventive embodiments of the present disclosure are directed to each individual feature, system, article, material, kit, and/or method described herein. In addition, any combination of two or more such features, systems, articles, materials, kits, and/or methods, if such features, systems, articles, materials, kits, and/or methods are not mutually inconsistent, is included within the inventive scope of the present disclosure.

[0165]   The above-described embodiments can be implemented in any of numerous ways. For example, embodiments of designing and making the technology disclosed herein may be implemented using hardware, software or a combination thereof. When implemented in software, the software code can be executed on any suitable processor or collection of processors, whether provided in a single computer or distributed among multiple computers.

[0166]   Further, it should be appreciated that a computer may be embodied in any of a number of forms, such as a rack-mounted computer, a desktop computer, a laptop computer, or a tablet computer. Additionally, a computer may be embedded in a device not generally regarded as a computer but with suitable processing capabilities, including a Per-

sonal Digital Assistant (PDA), a smart phone or any other suitable portable or fixed electronic device.

[0167] Also, a computer may have one or more input and output devices. These devices can be used, among other things, to present a user interface. Examples of output devices that can be used to provide a user interface include printers or display screens for visual presentation of output and speakers or other sound generating devices for audible presentation of output. Examples of input devices that can be used for a user interface include keyboards, and pointing devices, such as mice, touch pads, and digitizing tablets. As another example, a computer may receive input information through speech recognition or in other audible format.

[0168] Such computers may be interconnected by one or more networks in any suitable form, including a local area network or a wide area network, such as an enterprise network, and intelligent network (IN) or the Internet. Such networks may be based on any suitable technology and may operate according to any suitable protocol and may include wireless networks, wired networks or fiber optic networks.

[0169] The various methods or processes outlined herein may be coded as software that is executable on one or more processors that employ any one of a variety of operating systems or platforms. Additionally, such software may be written using any of a number of suitable programming languages and/or programming or scripting tools, and also may be compiled as executable machine language code or intermediate code that is executed on a framework or virtual machine.

[0170] In this respect, various inventive concepts may be embodied as a computer readable storage medium (or multiple computer readable storage media) (e.g., a computer memory, one or more floppy discs, compact discs, optical discs, magnetic tapes, flash memories, circuit configurations in Field Programmable Gate Arrays or other semiconductor devices, or other non-transitory medium or tangible computer storage medium) encoded with one or more programs that, when executed on one or more computers or other processors, perform methods that implement the various embodiments of the invention discussed above. The computer readable medium or media can be transportable, such that the program or programs stored thereon can be loaded onto one or more different computers or other processors to implement various aspects of the present invention as discussed above.

[0171] The terms "program" or "software" are used herein in a generic sense to refer to any type of computer code or set of computer-executable instructions that can be employed to program a computer or other processor to implement various aspects of embodiments as discussed above. Additionally, it should be appreciated that according to one aspect, one or more computer programs that when executed perform methods of the present invention need not reside on a single computer or processor, but may be distributed in a modular fashion amongst a number of different computers or processors to implement various aspects of the present invention.

[0172] Computer-executable instructions may be in many forms, such as program modules, executed by one or more computers or other devices. Generally, program modules include routines, programs, objects, components, data structures, etc., that perform particular tasks or implement par-

ticular abstract data types. Typically, the functionality of the program modules may be combined or distributed as desired in various embodiments.

[0173] Also, data structures may be stored in computer-readable media in any suitable form. For simplicity of illustration, data structures may be shown to have fields that are related through location in the data structure. Such relationships may likewise be achieved by assigning storage for the fields with locations in a computer-readable medium that convey relationship between the fields. However, any suitable mechanism may be used to establish a relationship between information in fields of a data structure, including through the use of pointers, tags or other mechanisms that establish relationship between data elements.

[0174] Also, various inventive concepts may be embodied as one or more methods, of which an example has been provided. The acts performed as part of the method may be ordered in any suitable way. Accordingly, embodiments may be constructed in which acts are performed in an order different than illustrated, which may include performing some acts simultaneously, even though shown as sequential acts in illustrative embodiments.

[0175] All definitions, as defined and used herein, should be understood to control over dictionary definitions, definitions in documents incorporated by reference, and/or ordinary meanings of the defined terms.

[0176] The indefinite articles "a" and "an," as used herein in the specification and in the claims, unless clearly indicated to the contrary, should be understood to mean "at least one."

[0177] The phrase "and/or," as used herein in the specification and in the claims, should be understood to mean "either or both" of the elements so conjoined, i.e., elements that are conjunctively present in some cases and disjunctively present in other cases. Multiple elements listed with "and/or" should be construed in the same fashion, i.e., "one or more" of the elements so conjoined. Other elements may optionally be present other than the elements specifically identified by the "and/or" clause, whether related or unrelated to those elements specifically identified. Thus, as a non-limiting example, a reference to "A and/or B", when used in conjunction with open-ended language such as "comprising" can refer, in one embodiment, to A only (optionally including elements other than B); in another embodiment, to B only (optionally including elements other than A); in yet another embodiment, to both A and B (optionally including other elements); etc.

[0178] As used herein in the specification and in the claims, "or" should be understood to have the same meaning as "and/or" as defined above. For example, when separating items in a list, "or" or "and/or" shall be interpreted as being inclusive, i.e., the inclusion of at least one, but also including more than one, of a number or list of elements, and, optionally, additional unlisted items. Only terms clearly indicated to the contrary, such as "only one of" or "exactly one of," or, when used in the claims, "consisting of," will refer to the inclusion of exactly one element of a number or list of elements. In general, the term "or" as used herein shall only be interpreted as indicating exclusive alternatives (i.e., "one or the other but not both") when preceded by terms of exclusivity, such as "either," "one of," "only one of," or "exactly one of" "Consisting essentially of," when used in the claims, shall have its ordinary meaning as used in the field of patent law.

[0179] As used herein in the specification and in the claims, the phrase "at least one," in reference to a list of one or more elements, should be understood to mean at least one element selected from any one or more of the elements in the list of elements, but not necessarily including at least one of each and every element specifically listed within the list of elements and not excluding any combinations of elements in the list of elements. This definition also allows that elements may optionally be present other than the elements specifically identified within the list of elements to which the phrase "at least one" refers, whether related or unrelated to those elements specifically identified. Thus, as a non-limiting example, "at least one of A and B" (or, equivalently, "at least one of A or B," or, equivalently "at least one of A and/or B") can refer, in one embodiment, to at least one, optionally including more than one, A, with no B present (and optionally including elements other than B); in another embodiment, to at least one, optionally including more than one, B, with no A present (and optionally including elements other than A); in yet another embodiment, to at least one, optionally including more than one, A, and at least one, optionally including more than one, B (and optionally including other elements); etc.

[0180] In the claims, as well as in the specification above, all transitional phrases such as "comprising," "including," "carrying," "having," "containing," "involving," "holding," "composed of," and the like are to be understood to be open-ended, i.e., to mean including but not limited to. Only the transitional phrases "consisting of" and "consisting essentially of" shall be closed or semi-closed transitional phrases, respectively, as set forth in the United States Patent Office Patent Manual of Patent Examining Procedures, Section 2111.03.

1. A method of quantifying viewer engagement with a video shown on a display, the method comprising:

acquiring, with at least one camera, images of a viewing area in front of the display while the video is being shown on the display;

acquiring, with a microphone, audio data representing a soundtrack of the video emitted by a speaker coupled to the display;

determining, with a processor operably coupled to the at least one camera and the processor, an identity of the video based at least in part on the audio data;

estimating, with the processor and based at least in part on the image data, a first number of people present in the viewing area while the video is being shown on the display and a second number of people engaged with the video in the viewing area; and

transmitting, by the processor, the identity of the video, the first number of people, and the second number of people to a remote server.

2. The method of claim 1, wherein acquiring the images comprises acquiring a first image of the viewing area using a visible camera and acquiring a second image of the viewing area using an infrared (IR) camera.

3. The method of claim 2, wherein estimating the first number of people in the viewing area comprises:

estimating a first raw number of people from the first image data and a second raw number of people from the second image data; and

comparing the first raw number with the second raw number to detect possible error in at least one of the first raw number or the second raw number.

4. The method of claim 1, wherein acquiring the image data comprises acquiring images of the viewing area at a frame rate substantially equal to or greater than 20 frames per second.

5. The method of claim 1, wherein acquiring the audio data comprises acquiring the audio data at an acquisition rate of about 0.1 Hz.

6. The method of claim 1, wherein determining the identity of the video is based on audio signal fingerprinting.

7. The method of claim 1, wherein estimating the first number of people present in the viewing area is based on body skeleton detection.

8. The method of claim 1, wherein estimating the second number of people engaged with the at least on video is based on eye tracking.

9. The method of claim 1, further comprising:

quantifying the viewer engagement of the video based at least in part on the first number of people and the second number of people at each house household in the plurality of households.

10. The method of claim 9, wherein quantifying the viewer engagement comprises:

estimating an attention rate for the video, the attention rate representing a ratio of the second number of people engaged with the video to the first number of people in the viewing area; and

for each unique video in the plurality of videos, determining an attention index based on the attention rates of the videos in the plurality of videos.

11. The method of claim 10, wherein the video is a unique video in a plurality of videos and the method further comprises:

estimating a viewer count and a positive duration ratio based on the image data and on demographic information about each household in the plurality of households, the viewer count representing the second number of people engaged with each unique video and the positive duration ratio representing a ratio of total time spent by people in the plurality of households watching the unique video to a duration of the unique video.

12. The method of claim 9, further comprising:

determining an identity of each person present in the viewing area based at least in part on the image data,

wherein quantifying the viewer engagement of the video comprises quantifying the viewer engagement for each identified person.

13. The method of claim 9, further comprising:

transmitting the first number of people and the second number of people to a remote server, wherein quantifying the viewer engagement is carried out at the remote server.

14. The method of claim 9, further comprising:

determining whether a predetermined video in the plurality of videos is being displayed on the display based at least in part on the audio data, wherein quantifying the viewer engagement is based at least in part on whether the predetermined video is being displayed.

15. The method of claim 1, further comprising:

storing the first number of people and the second number of people in a memory operably coupled to the processor; and

erasing and/or overwriting the image data.

**16**. The method of claim **1**, further comprising:

estimating an emotion of each person present in the viewing area.

**17**. The method of claim **1**, further comprising:

estimating demographic information for each person in the viewing area from the image data.

**18**. The method of claim **17**, wherein estimating the demographic information comprises estimating age, gender, ethnicity group, and facial expression.

**19**. A method of quantifying viewer engagement for unique videos in a plurality of videos, the method comprising:

at each household in a plurality of households, acquiring image data of a viewing area in front of a display;

determining if the display is showing a video in the plurality of videos;

for each unique video in the plurality of videos, estimating (i) a viewing rate and (ii) a watching rate based on the image data and on demographic information about each household in the plurality of households, the viewing rate representing a ratio of a total number of people in the viewing areas to a total number of displays showing videos and the watching rate representing a ratio of a total number of people in households with display showing videos to a total number of people in the plurality of households; and

for each unique video in the plurality of videos, determining a viewability index based on the viewing rate and the watching rate.

**20**. The method of claim **19**, further comprising:

for each unique video in the plurality of videos, estimating (iii) a viewer count and (iv) a positive duration ratio based on the image data and on demographic information about each household in the plurality of households, the viewer count representing a total number of people engaged with each unique video and the positive duration ratio representing a ratio of total time spent by people in the plurality of households watching the unique video to a duration of the unique video; and

weighting the viewability index based on the viewer count and the positive duration ratio.

**21**. The method of claim **20**, further comprising:

normalizing the viewability index across the unique videos in the plurality of videos.

**22**. The method of claim **19**, wherein acquiring the image data comprises acquiring a first image of the viewing area using an optical camera and acquiring a second image of the viewing area using an infrared (IR) camera.

**23**. The method of claim **19**, wherein determining if the display is showing the video is based at least in part on audio data of the viewing area via signal fingerprinting technique.

**24**. The method of claim **19**, further comprising:

transmitting the viewing rate and the watching rate to a remote server, wherein the viewability index is estimated by the remote server.

**25**. A system for quantifying viewer engagement with a video playing on a display, the system comprising:

at least one camera, disposed to image a viewing area in front of the display, to acquire image data of the viewing area;

a microphone, disposed in proximity to the display, to acquire audio data representing a soundtrack of the video emitted by a speaker coupled to the display;

a memory, operably coupled to the at least one camera and the microphone, to store processor-executable instructions; and

a processor, operably coupled to the at least one camera, the microphone, and the memory, wherein upon execution of the processor-executable instructions, the processor:

determines an identity of the video based at least in part on the audio data;

estimates, based at least in part on the image data, a first number of people present in the viewing area while the video is being shown on the display and a second number of people engaged with the video in the viewing area; and

transmits the identity of the video, the first number of people, and the second number of people to a remote server.

**26**. The system of claim **25**, wherein the video comprises a television program provided via a set-top box and the processor is not connected to the set-top box.

**27**. The system of claim **25**, wherein the at least one camera comprises a visible camera and an infrared camera and the image data comprises a first image acquired by the visible camera and a second image acquired by the infrared camera.

**28**. The system of claim **27**, wherein upon execution of the processor-executable instructions, the processor further:

estimates a first raw number of people from the first image and a second raw number of people from the second image; and

compares the first raw number with the second raw number to detect possible error in at least one of the first raw number or the second raw number.

**29**. The system of claim **25**, wherein upon execution of the processor-executable instructions, the processor:

stores the first number of people and the second number of people in the memory; and

erases and/or overwrites the image data.

**30**. The system of claim **25**, further comprising:

a network interface, operably coupled to the processor, to transmit the first number of people and the second number of people to a remote server.

\* \* \* \* \*

# EXHIBIT N



HOME   ADVERTISING   MARKETING   PR & CORP COMM ▾   MEDIA ▾   PEOPLE MOVEMENT   IPL 2021   EVENTS ▾   MORE ▾

🔔 Show notifications

Allow   Block

Web Push by feedify

Home › Internet Marketing News › Latest Internet Marketing News › Marketing

# 'Attention metrics identify higher-value ad inventory, improve campaign effectiveness'

*Yan Liu, CEO, TVision, explains how marketers can plan and optimize TV advertising by leveraging attention measurement in a cluttered ecosystem*

by Simran Sabherwal
Updated: Mar 18, 2021 5:33 PM



Yan Liu, CEO, TVision, explains how marketers can plan and optimize TV advertising by leveraging attention measurement in a cluttered ecosystem. He adds that Attention Guarantee for TV is a huge step forward to bring TV ad buying more in line with the digital experience.

**Excerpts:**



**Can you tell us about attention measurement? What is the concept and how can it benefit marketers?**



Attention measurement helps marketers better understand when and where audiences are paying attention to their ads. TVision measures and reports behavioural viewing data for television (both linear and connected). This includes what people are watching, who is in the room, as well as if and when they are paying attention.

Attention measurement is especially important in today's world as people multitask and it has become harder than ever to capture their attention. Traditionally, ad buyers and sellers have bought and sold media based on ratings alone. By transacting on ratings without factoring in attention, the industry is overvaluing ads that may not be seen. By including attention metrics advertisers can identify higher-value ad inventory and improve the effectiveness of their campaigns.

Advertisers are using TVision data to build smarter, more optimized ad campaigns. They use attention data in the planning process to find highly engaged audiences that match their targeted demographics and develop day-part strategies where they'll be likely to reach attentive viewers.  Marketers also use TVision data to make sure their campaign creative is effective. With TVision, they measure how well an ad captures audience attention and when the ad begins to lose its effectiveness. Because data is available immediately, advertisers can optimize these campaigns inflight.

**What is the technology and how does it work?**

TVision panellists set up a device near their television that is capable of picking up audio and visual signals.  TVision technology identifies the specific individuals who are in the room while the TV is on. It also captures when individuals are paying attention to the TV.  TVision then uses ACR to match television content with the viewing data on a second-by-second basis. By combining these data sets, the technology is able to measure how audiences pay attention to ads as well as programming across both CTV and linear TV. TVision's in-home panel is 100% opt-in and privacy-safe.

Advertisers and media sellers access the data via TVision's software as a service platform, which enables them to understand how their own content performs, as well as how competitor content performs.

**How does attention-based advertising help understand viewers' behaviour and deliver an engaged audience?**

When advertisers plan their media campaigns based on Attention data they are focusing their ad spend on opportunities where they can reach engaged viewers who

---



## TOP STORIES

**LATEST** | **FEATURED**

MIB tells BARC to release news ratings with immediate effect
🕐 11 hours ago

Why is Tata on the IPL pitch?
🕐 18 hours ago

Hatred & boycott - Threats brands need to watch out for in 2022
🕐 18 hours ago

Twitter acquires minority stake in digital advertising firm Aleph Group
🕐 19 hours ago

Agility is the key in 2022 and beyond: Nitin Mantri, Avian WE
🕐 18 hours ago

SEE MORE ⊕

---

## POPULAR

**MOST READ** | **TRENDING TOPICS**



Brighteum Group looks at digital audio acquisitions; board authorizes up to Rs 1000 cr
🕐 1 week ago

NTO 2.0 backroom parleys: TRAI to float consultation paper to solve broadcasters' issues?
🕐 3 days ago

Sameer Bajaj joins MakeMyTrip as Head of Corporate Communications & Corporate Affairs
🕐 3 days ago

Tejas Apte to replace Gaurav Jeet Singh as Unilever's GM Media, South Asia
🕐 3 days ago

MIB forwards ALCOA India's complaint against NTO 2.0 to TRAI
🕐 6 days ago

---

## CATEGORY
## MARKETING



MARKETING
Goldmine advertising wins advertising & marketing mandate for India Post Payments Bank
🕐 12 hours ago

MARKETING
Mithali Raj roped in as brand ambassador of Jacob's Creek
🕐 13 hours ago

MARKETING
Alia Bhatt becomes Blenders Pride's brand ambassador
🕐 1 day ago

MARKETING
Wavemaker India wins media mandate for Tata Consumer Products' brands
🕐 1 day ago

MARKETING
Alia Bhatt becomes Blenders Pride's brand ambassador
🕐 1 day ago

MARKETING
Wavemaker India wins media mandate for Tata Consumer Products' brands
🕐 1 day ago

MARKETING
Alia Bhatt becomes Blenders Pride's brand ambassador
🕐 1 day ago

MARKETING
Wavemaker India wins media mandate for Tata Consumer Products' brands
🕐 1 day ago

MARKETING
Alia Bhatt becomes Blenders Pride's brand ambassador
🕐 1 day ago

MARKETING
Wavemaker India wins media mandate for Tata Consumer Products' brands
🕐 1 day ago

MARKETING
Alia Bhatt becomes Blenders Pride's brand ambassador

are actually in the room, watching the TV. Ads work when people pay attention, and as a result, these advertisers see higher levels of brand recall. There is also a much greater correlation between attention and sales, as compared to GRP and sales (see image below). Advertisers are finding that optimizing for attention ensures more effective campaigns overall.



### How have clients and agencies responded to this new currency and measurement?

With TVision's solutions available in the US, UK, India, and Japan, brands and agencies around the world are embracing Attention as a new currency in their TV advertising campaigns. Major global advertisers such as Pepsi, ABInBev, and Mars have begun to include Attention data in their planning, buying and optimization processes. In Japan, TVision has been adopted by all major networks and agencies, and in the UK Confused.com and Sky are using TVision data, among other large organizations. Global agency Dentsuu one of several firms leading the charge with their focus on the Attention Economy, which is designed to bring Attention measurement to the forefront for effective cross-platform campaign measurement.

TVision is a founding member of The Attention Council which includes brands, agencies and publishers from around the world who are all focused on using attention data to build smarter campaigns.

### Can you share some examples from the US market of the use case of this currency?

Recently the major beer manufacturer, Anheuser-Busch completed a campaign with the US media company, A+E Networks. The campaign, which ran in the fourth quarter of 2020, was optimized for viewability and was the first known Attention Guarantee in the market. Anheuser-Busch ads for Budweiser ran across multiple channels, including A&E, History, FYI and Vice. Budweiser saw an increase of 7.6% in impressions served through the campaign compared to the previous quarter. You can read more about this story on our website.

### In your report, you've mentioned that not all GRPs are equal and that high-attention ads need a lower number of GRPs vs low attention ads. Can you elaborate?

If you optimize your ad campaign for high attention, you need 3x fewer GRPs to reach the same level of brand awareness. For example, a campaign that reports low attention will require 2200 GRPs to reach 40% recall. But the same ad, optimized to run in high attention environments can reach 40% brand recall at just 600 GRPs. Brands that want to reduce their overall ad spend can use this approach to maintain the same level of effectiveness, or they can continue at the same ad spend and exponentially increase their effectiveness by 3x.

### Required GRPs to reach 40% Brand Awareness



Instagram, LinkedIn, Twitter, Facebook & Youtube

 Ipl    Super Bowl    Yan Liu    TVision    Attention Guarantee    Attention Metrics    Internet Advertising    Internet Advertising India    Marketing    Internet Marketing    Marketing Campaign    Marketing Ad    Internet    Internet Ad    Internet News    Marketing Advertising India    Marketing India

Show comments 💬

**YOU MAY ALSO LIKE**

Goldmine advertising wins advertising & marketing mandate for India Post Payments Bank

Mithali Raj roped in as brand ambassador of Jacob's Creek
⏱ 13 hours ago

Alia Bhatt becomes Blenders Pride's brand ambassador



MARKETING
Wavemaker India wins media mandate for Tata Consumer Products' brands
⏱ 1 day ago

MARKETING
Alia Bhatt becomes Blenders Pride's brand ambassador
⏱ 1 day ago

MARKETING
Wavemaker India wins media mandate for Tata Consumer Products' brands
⏱ 1 day ago

MARKETING
Alia Bhatt becomes Blenders Pride's brand ambassador
⏱ 1 day ago

MARKETING
Wavemaker India wins media mandate for Tata Consumer Products' brands
⏱ 1 day ago

MARKETING
Alia Bhatt becomes Blenders Pride's brand ambassador
⏱ 1 day ago

MARKETING
Wavemaker India wins media mandate for Tata Consumer Products' brands
⏱ 1 day ago

MARKETING
Alia Bhatt becomes Blenders Pride's brand ambassador
⏱ 1 day ago

MARKETING
Wavemaker India wins media mandate for Tata Consumer Products' brands
⏱ 1 day ago

MARKETING
Alia Bhatt becomes Blenders Pride's brand ambassador
⏱ 1 day ago

MARKETING
Wavemaker India wins media mandate for Tata Consumer Products' brands
⏱ 1 day ago

MARKETING
Alia Bhatt becomes Blenders Pride's brand ambassador
⏱ 1 day ago

MARKETING
Wavemaker India wins media mandate for Tata Consumer Products' brands
⏱ 1 day ago

MARKETING
Alia Bhatt becomes Blenders Pride's brand ambassador
⏱ 1 day ago

MARKETING
Wavemaker India wins media mandate for Tata Consumer Products' brands
⏱ 1 day ago

MARKETING
Ambassador
⏱ 1 day ago

MARKETING
Wavemaker India wins media mandate for Tata Consumer Products' brands
⏱ 1 day ago

Dabur Honey names actor Rashmika Mandanna as Brand Ambassador
⏱ 1 day ago



⏱ 12 hours ago                                    ⏱ 1 day ago

## Why is Tata on the IPL pitch?

*The decision to get associated with IPL as the title sponsor, experts say, is a logical next step in the company's attempt to become a modern, new-age, consumer-facing business*

By **Mansi Sharma** | Jan 12, 2022 9:32 AM

🔗  f  🐦  in  🟢  ✉                                **✚ Read this story**

## Business or Politics: Why did vivo retire hurt in IPL again?

*While some industry experts say it could be political posturing due to upcoming state polls, others talk about vivo's dwindling business or poor ROI that forced it to exit as IPL's title sponsor again*

By **exchange4media Staff** | Jan 12, 2022 12:30 PM

🔗  f  🐦  in  🟢  ✉                                **✚ Read this story**

## Tata Group to replace vivo as IPL's title sponsor

*The decision over the sponsorship change was reportedly taken during the IPL Governing Council meeting on Tuesday*

By **exchange4media Staff** | Jan 11, 2022 6:00 PM

🔗  f  🐦  in  🟢  ✉                                **✚ Read this story**

## BCCI set to issue Letter of Intent to IPL's Lucknow, Ahmedabad franchise owners

*The issuance of LOI had got delayed as the BCCI was probing CVC's possible links with betting companies in India*

# EXHIBIT O



*ACRCloud*

# Live Channel Detection

Detecting Live Channels And Time-Shifting Channels In Scale

## Trusted by

  

## Detecting Live Channel

Find Out Which Channel Audiences Are Watching Or Listening To.

Got any questions? I'm happy to help!

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.

Ok



## Detecting Time-Shifting Content

ACRCloud stores the time-shifting content automatically, so when the audiences are watching the time-shifting content, you know exactly what they have watched.

Got any questions? I'm happy to help! ×

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.

Ok



## How It Works

ACRCloud collects the live feed from TV or radio stations in real-time and enables the channel to be detected at the exact point of broadcast from any of the user's mobile devices. With live content-generated audio fingerprints, supplementary information and interactive campaigns can be also triggered to appear on the viewer's second screen devices.



Got any questions? I'm happy to help!

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.

Ok

Technology In This Solution

## Audio Fingerprinting

Learn More

## Industries Who Use This Solution

### Broadcasters

TV & Radio Stations

Learn More →

### Advertising & Big Data

Big Data Platforms, Advertising Agencies

Learn More →

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.

Ok

Got any questions? I'm happy to help!

☰

© 2015 - 2019 All rights Reserved.

Copyright © 2022 ACRCloud | Powered by Astra WordPress Theme

Got any questions? I'm happy to help!

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.

Ok



*ACRCloud*

## Advertising & Big Data

Big Data Platforms & Advertising Agencies

## Customer Stories

RealityMine has integrated ACRCloud's audio content recognition SDK in its passive metering app to identify specific commercials. The data is analyzed along with personal location behavior to draw insights about consumer behavior from commercial viewings and real-world store visits.

Got any questions? I'm happy to help!





We were attracted by ACRCloud's range of up-to-date SDKs, developer tools and high scalability. Integration of the Android SDK was straightforward and when an opportunity to enhance the performance on low-end devices was discovered, an improvement was delivered very rapidly.

**Graham Dean, CTO of RealityMine**

Got any questions? I'm happy to help!





We trust ACRCloud when it comes to fingerprinting, the way they have grown over the past few years is impressive!

**David Weiszfeld, CEO of Soundcharts**



Soundcharts works with ACRCloud to monitor music airplay on radio stations around the world. Soundcharts integrates with ACRCloud's API of broadcast monitoring to receive airplay data for each station. It then distributes monitoring results to artists or labels who use Soundcharts.



Got any questions? I'm happy to help!

Customers With Similar Scenarios

Start Integrating ACRCloud With Your Project

Sign Up

User Scenarios

Got any questions? I'm happy to help!

## Track Ads Or Music Usage

Get to know when and where the Ads or music have been played.

## Audience Measurement On TV

Get insights of the TV audiences by measuring when and what content they have watched.

## Related Solutions

Broadcast Monitoring

Got any questions? I'm happy to help!

Broadcast Monitoring

The API-First Broadcast Monitoring Services For Your Business

Learn More  →

## Audience Measurement

More Accurate & Convincing

Learn More  →

## Offline Recognition

Detecting Custom Content On Devices Without Network Connection

Learn More  →

---

© 2015 - 2019 All rights Reserved.

Copyright © 2022 ACRCloud | Powered by Astra WordPress Theme

Got any questions? I'm happy to help!

# EXHIBIT P

# Definition of Terms

## 3rd Party ID Integration

We integrate popular 3rd party music related services to display their ID's in our recognition results, this means our clients can easily link our recognition results with other services.

Supported 3rd party IDs:

- ISRC
- UPC
- Spotify
- ~~Apple Music~~
- Deezer
- YouTube
- LyricFind
- MusicBrainz

## Brand Exposure

If you choose the plan with "Brand Exposure Required" then please follow the rules to expose our brand appropriately within your project. Place the text, logo and link where you use or display the recognition results.

For more information of how to expose the brand please refer to Branding & Attribution Guidelines.

# Broadcast Monitoring Status

| Status | Description |
| --- | --- |
| Running | The stream is working |
| Timeout | The stream is currently not stable, no result will be shown at the moment, the system w try to rectify the stream, and in the meantim why not use another stream link. |
| Invalid URL | The stream URL has a problem, our system can not access the stream, please check th stream or change to another stream URL. |
| Paused | The stream was paused temporarily, you ma need to restart the stream. |

# Valid Request

Valid Requests = Requests with results + Requests with no results/2

# Monitoring Type

Monitor streams on ACRCloud: The streams will be captured on ACRCloud, you will need to collect the internet stream URLs and input them on ACRCloud system.

Monitor streams on your local server: The streams will be captured on your own server, this option requires you to prepare your own server to capture streams but the recognition part will be done on ACRCloud system.

# Terminology 

To clarify our terminology in EDM and mixes:

**Speed Scaling**: If both scales of time and speed are changed proportionally, we call this a change in "speed": the song is played faster and at the same time at a higher pitch. This can be achieved by simply changing the rotational speed of the turntable, or by modifying the sampling rate of a digital media player – while keeping the sampling rate of the audio encoding unchanged.

**Tempo Shifting/Time Scaling**: Changing the time scale only will be referred to as a "tempo" change: here, the audio is sped up or slowed down without observable changes in pitch.

**Pitch Shifting/Frequency Scaling**: If only the frequency scale is modified but time is not scaled, this will be called pitch shifting.

Please refer to QUAD-BASED AUDIO FINGERPRINTING ROBUST TO TIME AND FREQUENCY SCALING for more information.

| ← | Metadata - Previous<br>**Humming** | Next<br>**Service Usage** | → |
|---|---|---|---|

# EXHIBIT Q

Case 1:22-cv-00057-CJB   Document 1-1   Filed 01/14/22   Page 162 of 201 PageID #: 176

*Proc. of the 17th Int. Conference on Digital Audio Effects (DAFx-14), Erlangen, Germany, September 1-5, 2014*

# QUAD-BASED AUDIO FINGERPRINTING ROBUST TO TIME AND FREQUENCY SCALING

*Reinhard Sonnleitner*

Department of Computational Perception,
Johannes Kepler University
Linz, Austria
`reinhard.sonnleitner@jku.at`

*Gerhard Widmer*

Department of Computational Perception,
Johannes Kepler University
Linz, Austria
`gerhard.widmer@jku.at`

## ABSTRACT

We propose a new audio fingerprinting method that adapts findings from the field of blind astrometry to define simple, efficiently representable characteristic feature combinations called *quads*. Based on these, an audio identification algorithm is described that is robust to large amounts of noise and speed, tempo and pitch-shifting distortions. In addition to reliably identifying audio queries that are modified in this way, it also accurately estimates the scaling factors of the applied time/frequency distortions. We experimentally evaluate the performance of the method for a diverse set of noise, speed and tempo modifications, and identify a number of advantages of the new method over a recently published distortion-invariant audio copy detection algorithm.

## 1. INTRODUCTION

The typical use of an audio fingerprinting system is to precisely identify a piece of audio from a large collection, given a short query. This is typically done by extracting highly discriminative content features, a "fingerprint", from the collection of audio files as well as the query piece, and subsequently comparing these features. The focus in fingerprinting systems is on being able to discriminate between non-identical pieces of audio, even if they sound very similar to a listener, as in the case of different versions of the same song (e.g., "Album Version" vs. "Radio Version").

There are numerous application scenarios for audio fingerprinting. A well established one is to enable curious users to learn the name of the song they are currently listening to [1]. Other applications, mainly used by industry, include the large-scale tasks of media monitoring and audio copy/plagiarism detection [2].

Depending on the application, audio fingerprinting systems should be robust to different kinds of distortions of query audio material. The minimum requirement would seem to be robustness to various types of lossy audio compression and a certain amount of noise. Application domains such as DJ set track identification, media monitoring, audio copy detection and plagiarism detection, pose additional requirements. There, it is also necessary to recognize audio material that was modified in tempo and/or in pitch, and perhaps also tolerate nonlinear noise encountered when a DJ blends two songs in order to achieve a perceptually smooth transition. In the latter case, the time and frequency scale changes may not even be constant over the duration of a song. All these are significant challenges to automatic audio identification systems.

In this work we propose an efficient audio fingerprinting method that meets the above robustness requirements. It is not only robust to noise and audio quality degradation, but also to large amounts

of speed, tempo or frequency scaling.[1] In addition, it can accurately estimate the scaling factors of applied time/frequency distortions. The key technique that makes this possible was found by researchers working on blind astrometry, who use a simple and fast geometric hashing approach to solve a generalization of the "lost in space" problem [3]. The specific task is to determine the pointing, scale and orientation of an astronomical image (a picture of a part of the sky), without any additional information beyond the pixel values of the image. We adapt this method to the needs of audio fingerprinting and based on this, develop an extremely efficient and robust audio identification algorithm. The central components in this are compact hash representations of audio that are invariant to translation and scaling, and thereby overcome the inherent robustness limitations of systems that depend on equal relative distances of reference and query features to find matches, such as the well-known Shazam algorithm [1]. More precisely, our algorithm uses a compact four-dimensional, continuous hash representation of quadruples of points, henceforth referred to as "quads". The quad descriptor [3] has also recently been adopted in the field of computer vision, for the task of accurate alignment of video streams [4, 5].

The system we propose can be used for DJ set monitoring and original track identification, audio copy detection, audio alignment, as well as other tasks that demand robustness to certain levels of noise and scale changes.

The paper is organized as follows. Section 2 discusses relevant related work and, in particular, focuses on a very recently published state-of-the art method [2] that will act as our main reference here. Section 3 gives a brief overview of the main points of our new method, in order to set the context for the precise method description, which comes in two parts: Section 4 describes the process of constructing audio fingerprints – the extraction of special features from audio, how to obtain hash representations from these features, and how to store these in special data structures for efficient retrieval. The actual identification method, i.e. the process of matching query audio with reference data by using the extracted features and their hash representations, is then explained in Section 5. Section 6 systematically evaluates the performance of our

---

[1] To clarify our terminology: if both scales are changed proportionally, we call this a change in *"speed"*: the song is played faster and at the same time at a higher pitch. This can be achieved by simply changing the rotational speed of the turntable, or by modifying the sampling rate of a digital media player – while keeping the sampling rate of the audio encoding unchanged. Changing the time scale only will be referred to as a *"tempo"* change: here, the audio is sped up or slowed down without observable changes in pitch. Vice versa, if only the frequency scale is modified, this will be called *pitch shifting*.

*Proc. of the 17th Int. Conference on Digital Audio Effects (DAFx-14), Erlangen, Germany, September 1-5, 2014*

method in two experiments. The first experiment considers song identification on a database consisting of one thousand full length songs of different musical genres. For the second experiment we extend the database to 20,000 full length songs.

## 2. RELATED WORK

Numerous fingerprinting algorithms have been described in the literature (e.g., [1, 6, 7, 8, 9]), not all of which are applicable to the tasks described in the introduction. Some algorithms extract global fingerprints for entire songs, and are not suitable for our given tasks because identifying snippets or excerpts of songs in the reference database requires local fingerprints. In [9], a fingerprinting approach is proposed that computes the scale invariant feature transform (SIFT) [10] on the audio spectrograms with logarithmically scaled frequencies. While good results are shown, SIFT is not invariant to scale changes if only one of the two dimensions is scaled. Therefore, the algorithm proposed in [9] is not robust to what we call tempo changes.

A tempo- and speed-invariant audio fingerprinting algorithm has recently been proposed in [11]. By using pitch class histograms as fingerprint features, it tends to compute similar fingerprints for similar content, which is an interesting property on its own. The algorithm has a certain robustness to tempo and speed changes, but its performance degrades considerably for noisy queries. Also, the performance degrades when the query audio is shorter than the specific references, which is why the method is not well suited for the tasks we described above.

A very recent publication proposing a fingerprinting algorithm for audio copy detection, that also meets the demands of robustness against speedup, tempo changes and pitch-shifting of query audio is [2]. The work reports near perfect percentages of correct song association. The described method performs feature extraction on a two-dimensional time-chroma representation of the audio. First a set of candidate feature points is selected, which are then purified by extracting and comparing up to 30 two-dimensional image patches of different width, centered around the candidate feature point. A candidate point is selected as feature point if most of the (up to 30) extracted image patches fulfill a similarity criterion. This is determined via k-means clustering, which assigns the extracted patches to a number of $c$ classes. Similarity is calculated by computing low frequency discrete cosine transformation (DCT) coefficients which represent the actual similarity metric. The proposed method performs feature point selection for an average of 20 candidate points per second of audio, of which approximately 40% pass the similarity constraints and are used for fingerprint computation. The actual fingerprints are generated from a number of low frequency DCT coefficients of the extracted image patches, and are scaled and translated to result in vectors of zero mean and unit variance. According to the explanation given in the work, such a fingerprint should result in a vector of 143 floating point values. Fingerprint matching is done by nearest neighbor lookups, with distance defined as the angle of two fingerprint vectors.

We will take this as our reference method in the present paper, because it is the latest publication on this topic, and it reports extremely high robustness and performance results for a large range of tempo and speed modifications (though based on experiments with a rather small reference database – see Section 6 below).

## 3. METHOD OVERVIEW

The basic idea of our proposed method is to extract spectral peaks from the two-dimensional time-frequency representation of reference audio material, then group quadruples of peaks into quads, and create a compact translation- and scale-invariant hash for each quad (a single hash is a point in a four-dimensional vector space). Quads and their corresponding hashes are stored in different data structures, i.e. quads are appended to a global index, and an inverse index is created to assign the corresponding audio file-id to its quad indices. The continuous hashes are stored, together with the index of their quad, in a spatial data structure, such that the index that is associated with the hash corresponds to the index of the quad that forms the hash.

For querying we extract quads and their hashes from the query audio excerpt. For each query hash we perform a range search in the spatial data structure and collect the indices of search results, which in turn give the indices of matching reference quads in the global index. The time and frequency scaling factor can be found by comparing a query quad to its matching reference quad. To predict the match file ID for a query snippet, we adapt the histogram method from [1].

## 4. FEATURE EXTRACTION

In this section we describe the extraction of audio features to be used for audio identification, how to obtain hashable representations from these features, and how to finally store these for efficient retrieval. The same feature extraction process is applied to the *reference recordings* that are used to build the fingerprint database, and the *query audio* that is to be identified in the recognition phase.

To begin with, all audio files are downmixed to one-channel monaural representations and processed with a sampling rate of 16 kHz. We compute the STFT magnitude spectrogram using a Hann-window of size 1024 samples (64 ms) and a hopsize of 128 samples (8 ms), discarding the phases.

### 4.1. Constructing Quads

The fingerprinting algorithm works on translation- and scale-invariant hashes of combinations of spectral peaks. Spectral peaks are local maxima in an STFT magnitude spectrogram, and identified by their coordinates in the spectrogram. Since the notion of a peak $P$ as a point in 2D spectrogram space will be used extensively in the following, let us formally introduce the notation:

$$P = (P_x, P_y)$$

where $P_x$ is the peak's time position (STFT frame index), and $P_y$ is the peak's frequency (index of STFT frequency bin).

The extraction of spectral peaks is implemented via a pair of two-dimensional filters, a max filter and a min filter, where the neighbourhood size is given by the filter window size. We use a max filter to find the coordinates of spectral peak candidates in the spectrogram, and use a min filter with a smaller window size to reject peaks that were extracted from uniform regions in the spectrogram, e.g., silence. In the following we explain how quads are created from spectral peaks, and how compact hash values are computed from quads.

To create translation- and scale-invariant hashes from spectral peaks, we first have to group peaks into *quads* [3]. A quad consists of four spectral peaks $A, B, C, D$, where we define $A$ to be the

*Proc. of the 17ᵗʰ Int. Conference on Digital Audio Effects (DAFx-14), Erlangen, Germany, September 1-5, 2014*

root point of the quad, which is the peak with the smallest frame index (i.e. the first of the four peaks in time) and $B$ is the most distant point in time from $A$ (thus $C, D$ lie somewhere between the STFT frames of $A, B$). The quad is *valid* if $B > A$ and $C, D$ lie within the axis-parallel rectangle defined by $A, B$:

$$A_x < B_x \qquad (1)$$
$$A_y < B_y \qquad (2)$$
$$A_x < C_x, D_x \leq B_x \qquad (3)$$
$$A_y < C_y, D_y \leq B_y \qquad (4)$$

At the top level, the quad grouping process proceeds through an audio file from left to right, trying each spectral peak as a potential root point $A$ of a set of quads, with the goal of creating up to a number of $q$ quads for each peak.

For a given root point $A$, the process of constructing up to $q$ quads by selecting appropriate sets of $B, C, D$ points is as follows.[2] We construct a region of width $r$, spanning $r$ STFT frames, such that the region is centered $k$ STFT-frames from $A$ and $A$ is outside of the region (earlier in time, i.e., the region is located to the right of $A$), as shown in Figure 1. We then sort the peaks that are contained in the region, by time. We let $t = 0$ and pick the first $n$ peaks $p_t, p_{t+1}, \dots p_{t+n-1}$ in the region and try all $\binom{n}{3}$ combinations of 3 peak indices in order to construct a valid quad with root point $A$ and the points from the current combination. If a valid quad can be constructed we append it to a list of quads and proceed until $q$ quads are created. If no valid quad could be constructed, we increase $t$ by one and try again until there are no more peaks in the region.

The total number of resulting valid quads for a given root point $A$ depends not only on the parameter values, but is fundamentally dependent on the specific layout of spectral peaks, and thus on the signal itself. As already mentioned, for creating the reference database we want to create a small number of quads. We therefore choose a small $n$ and a region of small width $r$. For queries we create an extensive set of quads by choosing a larger $n$, $r_{\text{query}} \gg r_{\text{ref}}$, and $q_{\text{query}} \gg q_{\text{ref}}$. $k$ is the same in both cases.

The reason for different parameterization for query quad construction is as follows: When the time scale of a query audio is modified, this affects not only the density of peaks in the given audio snippet, but also their relative positions. An example is given in Figure 1, which shows the grouping for a quad for a given root point $A$. In 1a a reference quad is created for a region of width $r$ that is centered $k$ frames from $A$. The analogous example for grouping a query quad for the same audio, but increased in tempo, or decreased in tempo, is given in 1b and 1c, respectively. We see that the green points, which are points $B, C, D$ for the reference quad, may happen to move outside of the grouping region of width $r$ if the time scale of the audio is modified. By choosing a larger region width $r$ and a larger number $q$ of quads that may be created for a root point $A$, we can ensure to obtain a quad that corresponds to the reference quad.

Note that when we consider audio queries of a fixed, limited duration $d$ (e.g., $15sec$), there is an important difference between

---

2 We will parametrize this process differently, depending on whether we compute quads for the reference database, or for a piece of query audio. For reference database creation, we choose parameters in such a way that we only create a small number of reference quads to keep the resulting reference database as small as possible. For a query snippet, we will choose parameters to create a large amount of quads. The explanation for this will be given later in this section.



(a) Reference quad grouping



(b) Query quad grouping. Query audio was increased in tempo. New peaks are shown in white facecolor.



(c) Query quad grouping. Query audio was decreased in tempo.

Figure 1: *Reference quad grouping (1a) and query quad grouping with increased tempo (1b), and decreased tempo (1c).*

increased speed/tempo and decreased speed/tempo. Increasing the tempo of the query audio excerpt relative to the reference leads to a higher density of relevant audio content; all the content that was used during the phase of reference quad creation is also present when creating the quads for the query. However, decreasing the tempo of the query, i.e., stretching the time scale, may cause some of the relevant spectral peaks to fall out of the $15sec$ (i.e., not be part of the query any more), so some important quads do not emerge in the query. This problem arises when tempo or speed are decreased by large amounts. This difference in increasing vs. decreasing the time scale is actually reflected in the evaluation results (see Section 6). To summarize, if the same parameters are used for both reference and query quad grouping, and the time scale changes, it is very likely that no matching quads will be found in subsequent queries.

### 4.2. From Quads to Translation- and Scale-invariant Hashes

We now have created quads from spectral peaks in audio, but these quads are not the actual summarizing representation that we later use to find match candidates between a query audio and the reference database. That representation should be translation- and scale-invariant, and quickly retrievable. To achieve this, we compute *translation- and scale-invariant hashes* from the quads. For a given quad $(A, B, C, D)$, the constellation of spectral peaks is translated to the origin and normalized to the unit square, resulting

*Proc. of the 17th Int. Conference on Digital Audio Effects (DAFx-14), Erlangen, Germany, September 1-5, 2014*



Figure 2: *Example of a quad hash computed from an arbitrary quad A, B, C, D.*

in the four points $A', B', C', D'$ such that $A' = (0, 0)$ and $B' = (1, 1)$, as shown in Figure 2. The actual continuous hash of the quad is now given by $C', D'$, and is stored as a four-dimensional point $(C'_x, C'_y, D'_x, D'_y)$ in a spatial data structure. Essentially, $C', D'$ are the relative distances of $C, D$ to $A, B$ in time and frequency, respectively. Thus, the hash $C', D'$ is not only translation invariant ($A'$ is always $(0, 0)$), but also scale invariant. A feature extraction example showing spectral peaks and resulting quads is shown in Figure 3



Figure 3: *Extracted spectral peaks and grouped quads on a 15 seconds excerpt of "Radiohead - Exit Music (For a Film)".*

### 4.3. Fingerprints: Storing Hashes for Efficient Recognition

Once peaks, quads and their hashes are computed, we store these in data structures that allow for efficient selection of match candidates and subsequent verification of match hypotheses from query audio. The reference data consist of four data structures:

- quadDB: A file that contains all reference quads (the original, *unnormalized* ones).

- fidindex: An index file that stores file-id, quad index range (into quadDB) and filename for each reference audio file.

- reftree: A spatial data structure containing all reference quad hashes.

- refpeaktrees: Two dimensional search trees for the spectral peaks that are extracted from reference audio files.

The quadDB is a binary file that stores the sequence of quads for all reference files, and the fidindex is an index file which maps each

reference file to a unique file-id and also stores the index range (i.e. startindex, number of quads in quadDB) for the sequence of quads that was extracted from the reference files. For the spatial data structure (reftree) we use an R-Tree [12] with an R* split-heuristic that stores all quad hashes, together with their positional index in the quadDB. The R-Tree enables us to add songs the reference database without the need of rebuilding the tree in order to maintain high query performance. In addition, the R-Tree is well suited for large out-of-memory databases.

The refpeaktrees are used for the verification of match candidates, which will be explained later.

### 4.4. Chosen Parameter Values

The specific set of parameter values that we chose for our implementation and that are used in the evaluation in Section 6, is as follows: The extraction of spectral peaks is performed with a max-filter width of 91 STFT-frames, and a filter height of 65 frequency bins. The min-filter, used to reject maxima that resulted from uniform magnitude regions, has a width of 3 STFT-frames and a height of 3 frequency bins. For reference quad grouping we choose the center of the grouping window $k$ to be four seconds from each root point $A$. The width $r$ of this region window for reference quad extraction is two seconds. We group $q = 2$ quads for each root point $A$ along with a group size of $n = 5$. This results in an average number of roughly 8.7 quads per second of audio. For query quad extraction we choose the same $k$ of four seconds, and a large grouping window width $r$ that spans 7.9 seconds. A number of up to $q = 500$ quads are extracted from a group size of $n = 8$.

## 5. RECOGNITION ALGORITHM

The method for identifying the correct reference recording, given a query audio excerpt, consists of several stages: the selection of match candidates, a filtering stage in which we try to discard false positive candidates, and a verification step adapted from the findings in [3]. After the verification stage we efficiently estimate a match sequence with the histogram binning approach that is used in algorithm [1]. In the following the selection of match candidates is explained.

### 5.1. Match Candidate Selection and Filtering

For each quad hash that was extracted from a query audio, an epsilon search in the reftree is performed. This lookup returns a set of raw match candidate indices: the indices of those quads in the quadDB whose quad-hashes are similar (identical up to epsilon: $B'^q_x - \epsilon \leq B'^r_x \leq B'^q_x + \epsilon$ etc.) to the query quad-hashes. We call this the set of raw candidates, as it will most likely be a mixture of true positives and a (large) number of false positive matches. The raw candidates are used to obtain estimates of the time/frequency scale modification of the query audio, by looking at the different orientation of the original (non-normalized) quads corresponding to the query $(q)$ and reference $(r)$ hash, giving us the scaling factors for time and frequency:

$$s_{time} = (B^q_x - A^q_x)/(B^r_x - A^r_x) \qquad (5)$$

$$s_{freq} = (B^q_y - A^q_y)/(B^r_y - A^r_y) \qquad (6)$$

It makes sense to parametrize the system with scale tolerance bounds as, depending on the application, one might not be interested in trying to identify audio that is played at, e.g., half the speed or

*Proc. of the 17th Int. Conference on Digital Audio Effects (DAFx-14), Erlangen, Germany, September 1-5, 2014*

double the tempo, or has undergone extreme pitch-shifting modifications. Such constrained tolerances considerably speed up the subsequent hypothesis testing by rejecting raw match candidates that lie outside the specified bounds.

Instead of directly starting with hypothesis tests on the raw candidate set we first apply filters in order to clean up the match candidates. This filtering process aims at discarding false positive matches while keeping a large number of true positives. In addition to the previously mentioned scale tolerances we perform a spectral coherence check, similar to the spatio-temporal coherence check described in [5]. Here we reject match candidate quads whose root point $A$ is far away in the frequency domain compared to root point $A$ of the query quad.

We now consult the fidindex to sort the remaining match candidates by file-id, and enter the verification step (Section 5.2) – those candidates that pass the following step are considered true matches and are passed to the match-sequence estimation.

## 5.2. Match Verification and Sequence Estimation

Match verification is performed once all match candidates for all query quads are collected and filtered as described above. Most likely, the remaining match candidates correspond to a large number of file-ids that are referenced in the database. Since our goal is to identify the correct file-id, we perform this stage of match candidate verification on a per-file-id basis. To do this we consult the fidindex file (cf. Section 4.3) and look up the file-ids for all match candidates, and sort the match candidates by file-id.

Verification is based on the insight that spectral peaks that are nearby a reference quad in the reference audio, should also be present in the query audio [3]. Naturally, depending on the audio compression, the amount of noise or other distortions, there might be a larger or smaller number of nearby peaks in the query. We define the nearby peaks as the set of $N$ peaks closest to the match candidate's root point $A$ (for some fixed $N$), and retrieve those by performing a k-nearest-neighbor search in the refpeak-trees (cf. Section 4.3) for the given file-id. We define a threshold $t_{min}$, the minimal number of nearby peaks that have to be present in the query in order to consider the candidate an actual match. Note that in order to find relevant nearby peaks in the query, we have to align the query- and reference-peaks by transforming the query peak locations according to the previously estimated time/frequency scale (cf. Section 5.1). The candidates that pass the verification step are considered true matches, and they are annotated with the number $v \leq N$ of correctly aligned spectral peaks, and the scale transformation estimates. This number $v$ will be used for an optimization described below.

After match candidates for a given file-id are verified, we try to find a sequence of matches for this file-id by processing the matches with a histogram method similar to the one used in the Shazam algorithm [1], with the difference that the query time (the time value of root point $A$ of each query quad in the sequence) is scaled according to the estimated time scale factor. Finally, the file-id for the largest histogram bin (the longest match sequence) is returned, together with the match position that is given by the minimal time value of the points in the histogram bin. We now know the reference file that identifies the query audio, the position of the query audio in the reference track, and the associated time/frequency scale modification estimates. Note that the reported scale transformation estimates are expected to be quite accurate, because with these estimates, for each "surviving" match

candidate at least $t_{min}$ nearby spectral query peaks could be correctly aligned to corresponding reference peaks during the verification phase. A lookup in the fidindex now gives us the filename of the reference audio as well as any kind of optional meta data.

To speed up the verification process, we define a threshold for the number of correctly aligned nearby peaks $t_v > t_{min}$. When the $v$ value of a match reaches or exceeds this threshold, we allow a so-called "early exit" for this file-id. Once all match candidates of an early exit file-id are verified, we directly enter the match sequence estimation for this file-id, without subsequent verification of any other file-id.

## 5.3. Runtime and Data Size Considerations

Our system operates on a number of data structures (cf. Section 4.3) that together constitute what we call the *reference database*; the largest components are the reftree and the refpeak trees.

The quadDB linearly stores binary records of quads. A quad consists of four two-dimensional discrete points (coordinates in the STFT spectrogram) and can be represented and stored as $8 * 32$bit integers, which amounts to 32 byte per quad. It is not necessary to keep this file in-memory, as the proposed method is designed to operate on big out-of-memory reference data.

There exists exactly one quad hash per quad. A quad hash is a continuous four-dimensional point that is stored as an array of four float32 values by the reftree. The actual number of quads in the quadDB depends on the filter size parameters of the spectral peak extraction and the quad grouping parameters. For an example reference database consisting of 20,000 full length songs we choose the parameters such that we create an average of approximately 8.74 quads per second of audio, with a median of $\approx$ 8.68 and a standard deviation of $\sigma \approx 1.19$. The histogram of the number of quads per second is shown in Figure 4. This specific database consists of $\approx 4.29 * 10^7$ quads, or roughly 1.3GB. The reftree, a four-dimensional R-Tree, consumes approximately 4.8GB. To speed up the verification process we also store two dimensional trees of spectral peaks for each file-id, which consume roughly 3GB for 20,000 songs. We currently store the fidindex file as text, along with some meta data. In this example the size of the fidindex amounts to 2.3MB.



Figure 4: *Histogram of the average number of quads per second for all files in a reference database of 20,000 songs.*

Naturally, depending on application scenarios and hardware constraints, it is possible to trade runtime for storage space and vice versa. If minimal space consumption is of priority, one can pack the binary quad records of the quadDB to 16 bytes by exploiting the limited number of STFT frequency bins (i.e. 512), and storing the time values of points $B, C, D$ as offsets from point $A$. This saves 50% per quad, reducing the size of the quadDB file to $\approx$ 650MB.

*Proc. of the 17th Int. Conference on Digital Audio Effects (DAFx-14), Erlangen, Germany, September 1-5, 2014*

Regarding the runtime, using our unoptimized pure Python implementation of the method, feature extraction and quad creation for the database of $20,000$ songs took approximately $24h$ utilizing seven out of eight logical cores of an Intel Core i7 860 (2.8GHz) Processor.

The runtime for a query is made up of audio decoding, feature extraction, querying the database and filtering the results, match candidate verification and match sequence binning. For a query on a 15 seconds audio excerpt against a reference database of 1000 songs, this takes approximately 4 to 12 seconds. Here, half of the time is taken by the preprocessing (decoding, quad extraction).

Querying a larger database of $20,000$ songs takes considerably (though, of course, not proportionally) longer. The main reason is the higher number of match candidates that have to be processed. The same query excerpt as used above is processed in approximately 14 to 60 seconds. Here, at least half of the time is consumed by the reftree range queries. Again, this is based on an unoptimized, experimental Python implementation; there is ample room for improvement. Section 6.3 gives more detail.

## 6. EVALUATION

We systematically evaluate the performance of the system for different speed, tempo and noise modifications of 15 seconds query audio snippets. The reference database for the first experiment is constructed from $N = 1000$ full length songs in .mp3 format. To create test queries, we randomly choose 100 reference songs and subject these to different speed, tempo, and noise level modifications. We then randomly select a starting position for each selected song, and cut out 15 seconds from the audio, such that we end up with 100 $15sec$ audio queries. The evaluation considers speed and tempo ranges from 70% to 130% in steps of 5%. To evaluate the noise robustness of our system we mix each query snippet with white noise to create noisy audio in SNR level ranges from 0 dB to $+50$ dB in steps of 5 dB. Furthermore, we create all query audio snippets from .mp3 encoded data, and encode the modified snippets in the Ogg Vorbis format [13], using the default compression rate (cr = 3). We do this to show that the system is also robust to effects that results from a different lossy audio encoding. All modifications are realized with the free SoX audio toolkit [14]. The following terms are used in defining our performance measures: $tp$ (*true positives*) is the number of cases in which the correct reference is identified from the query. $fp$ (*false positives*) is the number of cases in which the system predicts the wrong reference. $fn$ (*false negatives*) is the number of cases in which the system fails to return a reference id at all.[3]

We define two performance measures: *Recognition Accuracy* is the proportion of queries whose reference is correctly identified:

$$\text{Accuracy} = \frac{tp}{tp + fp + fn} = \frac{tp}{N} \quad (7)$$

*Precision* is the proportion of cases, out of all cases where the system claimed to have identified the reference, where its prediction is correct:

$$\text{Precision} = \frac{tp}{tp + fp} \quad (8)$$

Thus, high precision means low number of false positives.

---

[3]There are no *true negatives* ($tn$) in our scenario (i.e., cases where the system correctly abstains from identifying a reference because there is no correct reference) because for all queries, the matching reference is guaranteed to be in the DB.

| Speed | db 1000 songs | | | | db 20,000 songs | | | |
|---|---|---|---|---|---|---|---|---|
| | tot. | tree | feat. | match | tot. | tree | feat. | match |
| 130% | 12 | 1 | 6 | 5 | 60 | 31 | 7 | 22 |
| 110% | 11 | 2 | 6 | 3 | 52 | 28 | 6 | 18 |
| 100% | 9 | 1 | 6 | 2 | 35 | 20 | 6 | 9 |
| 90% | 9 | 1 | 5 | 2 | 37 | 22 | 5 | 10 |
| 70% | 4 | 0 | 3 | 1 | 14 | 7 | 3 | 1 |

Table 1: Query runtimes in seconds. "tot" is the total time, "tree" is the time taken by tree intersection, "feat." is the feature extraction time for spectral peaks and quad grouping and "match" is the matching and verification time.

### 6.1. Detailed Results on Small Reference-DB ($1,000$ Songs)

Each data point in the visualisation shows one of the aforementioned quality measures for 100 queries. The overall system performance for speed, tempo, and SNR changes is shown in Figure 5. For this experiment a total of 5900 queries of length 15 seconds were run against the database consisting of thousand songs.

Figure 6 shows the performance for the tested SNR levels for speed and tempo modifications of 95% and 105%.

Concerning the noise robustness of the proposed method, the results show that a stable performance of $> 95\%$ for the tested quality measures is achieved for SNR levels down to $+15$dB. According to these results the proposed quad-based hashes seem to be sufficiently robust for queries of various noise levels that may be encountered in real application scenarios.

### 6.2. Extending the Reference-DB to $20,000$ Songs

In the previous experiment on a database of thousand songs we reach a very high precision. To further investigate the precision of our proposed algorithm we extend the reference database to 20,000 songs, and query the same audio excerpts that we created for the previous experiment, with the same modifications, against this large database. Figure 7 shows that the performance of our approach does not degrade even if there are many songs in the reference. Note that we parametrized our system to discard any match candidates if their transformation estimates are outside the scale tolerance bounds of $\pm 32\%$ for either frequency and time scale. The performance is comparable to that of the first experiment, resulting in more false positives only for the larger speed modifications. For tempo modifications the system gives basically the same performance as in the first experiment.

### 6.3. Runtimes

In Table 1 we give information about the runtimes observed in the two above experiments. We randomly pick one of the generated audio query excerpts, and compare the query runtime for the small and the large databases for different scale modifications. The increased runtime for faster speed and tempo is a result of the higher number of spectral peaks in the audio excerpt, for which a larger number of tree-intersections and raw match candidates have to be processed.

### 6.4. Comparison with Reference Method [2]

While it is not possible to directly compare our results to those of [2] (because we do not have access to their test data), from the published figures it seems fair to say that in terms of recognition

*Proc. of the 17th Int. Conference on Digital Audio Effects (DAFx-14), Erlangen, Germany, September 1-5, 2014*



(a) Speed variations        (b) Tempo variations        (c) SNR variations

Figure 5: *Precision and accuracy for speed (5a), tempo (5b) and SNR (5c) modifications, on a database of 1000 songs.*



(a) SNR variations for speed 95%        (b) SNR variations for speed 105%

(c) SNR variations for tempo 95%        (d) SNR variations for tempo 105%

Figure 6: *SNR variations for 95% and 105% speed and tempo on a database of 1000 songs.*



(a) Speed variations        (b) Tempo variations

Figure 7: *Precision and accuracy for speed (7a) and tempo modifications (7b) on a database of 20,000 songs.*

*Proc. of the 17th Int. Conference on Digital Audio Effects (DAFx-14), Erlangen, Germany, September 1-5, 2014*

accuracy and robustness, both approaches seem comparable, and both are at the upper end of what can be expected of an audio identification algorithm – for tempo and pitch distortion ranges that are larger than what we expect to encounter in real applications. It should be noted that the results reported in [2] are based on a small reference collection of approximately 250 songs only and that, unfortunately, no information is given about either the size of the resulting database, or about runtimes.

The advantage of our proposed method is its efficiency in terms of data size and fingerprint computation. In contrast to [2], where log-spaced filter banks have to be applied to the spectrogram in order to compute the time-chroma representation, the selection of spectral peaks for quad grouping is done directly on the STFT magnitude spectrogram of the audio, and the quads can be grouped in linear time. Our proposed method chooses spectral peaks that are local maxima of the magnitudes in the spectrogram, in contrast to the method of [2], where 600 DCT computations per second of audio have to be performed (similarity computations for 30 rectangular image patches for each of approximately 20 feature candidates per second) in order to find stable feature points. The hash representation we propose is very compact and can be stored as four float32 values, while the algorithm of [2] uses fingerprints that are represented by 143-dimensional vectors.

Our match candidates are retrieved via an efficient range search in a spatial data structure, for which we use an R-Tree. The distance of hashes is the euclidean distance between four-dimensional points, while the distance measure used in [2] is the measure of the angles of the 143-dimensional fingerprint vectors.

## 7. CONCLUSIONS

We have presented a new audio identification method that is highly robust to noise, tempo and pitch distortions, and verified its ability to achieve overall high performance on a medium-large database consisting of 20,000 songs. While there is a lot of potential for false positive matches in a database of this size (roughly 43 million quads) in combination with the rather large tolerated scaling ranges, the method's filtering stage and the subsequent verification process enable the system to maintain high precision and accuracy. The results show a stable high performance for a large range of scale changes, with as few as $\approx 9$ compact fingerprints per second of audio.

In preliminary experiments on DJ sets and media broadcast data we have not yet found any examples that exceeded 7% of speed or tempo scale modifications. We also assume that scale modification attacks against audio copy detection algorithms are usually done with very subtle scale changes, almost imperceptible to human ears. Our proposed algorithm achieves near perfect overall performance within scale modification ranges of 90% to 115% for speed, and 80% to 120% for tempo scale modifications.

## 8. ACKNOWLEDGMENTS

We would like to thank Rainer Kelz, Jan Schlüter and Harald Frostel for many intense and fruitful discussions. This research is supported by the Austrian Science Fund FWF under projects TRP307 and Z159.

## 9. REFERENCES

[1] A. Wang, "An industrial-strength audio search algorithm," in *Proc. Intl. Conf. on Music Information Retrieval*, 2003.

[2] M. Malekesmaeili and R. Ward, "A local fingerprinting approach for audio copy detection," *Signal Processing*, vol. 98, pp. 308–321, 2014.

[3] D. Lang, D. Hogg, K. Mierle, M. Blanton, and S. Roweis, "Astrometry.net: Blind astrometric calibration of arbitrary astronomical images," *The Astronomical Journal*, vol. 137, pp. 1782–2800, 2010.

[4] G. Evangelidis and C. Bauckhage, "Efficient and robust alignment of unsynchronized video sequences.," in *DAGM-Symposium*. 2011, vol. 6835 of *Lecture Notes in Computer Science*, pp. 286–295, Springer.

[5] G. Evangelidis and C. Bauckhage, "Efficient subframe video alignment using short descriptors.," *IEEE Trans. Pattern Anal. Mach. Intell.*, vol. 35, no. 10, pp. 2371–2386, 2013.

[6] J. Haitsma and T. Kalker, "A highly robust audio fingerprinting system," in *Proc. Intl. Conf. on Music Information Retrieval*, 2002.

[7] F. Kurth, T. Gehrmann, and M. Müller, "The cyclic beat spectrum: Tempo-related audio features for time-scale," in *Proc. Intl. Conf. on Music Information Retrieval*, Victoria (BC), Canada, October 8-12 2006.

[8] S. Baluja and M. Covell, "Waveprint: Efficient wavelet-based audio fingerprinting," *Pattern Recogn.*, vol. 41, no. 11, pp. 3467–3480, Nov. 2008.

[9] B. Zhu, W. Li, Z. Wang, and X. Xue, "A novel audio fingerprinting method robust to time scale modification and pitch shifting," in *Proc. Intl. Conf. on Multimedia*, New York, NY, USA, 2010, pp. 987–990, ACM.

[10] D. Lowe, "Distinctive image features from scale-invariant keypoints," *Int. J. Comput. Vision*, vol. 60, no. 2, pp. 91–110, Nov. 2004.

[11] J. Six and O. Cornelis, "A robust audio fingerprinter based on pitch class histograms: applications for ethnic music archives," in *Proc. Intl. Workshop of Folk Music Analysis*. 2012, p. 7, Ghent University, Department of Art, music and theatre sciences.

[12] A. Guttman, "R-trees: A dynamic index structure for spatial searching," *SIGMOD Rec.*, vol. 14, no. 2, pp. 47–57, June 1984.

[13] "Ogg Vorbis," Available at http://www.vorbis.com.

[14] "SoX - Sound eXchange," Available at http://sox.sourceforge.net/.

# EXHIBIT R

**EXHIBIT R (Claim Charts)**

**Claims 1, 2, 4, 5, 6, 8, 9, and 11-17 of U.S. Patent No. 7,783,889**

| Element of Claim 1<br>U.S. Patent No. 7,783,889 | TVision |
|---|---|
| 1. A method for generating signatures implemented using an apparatus comprising a processor, the method comprising: | According to the TechCrunch Article, TVision, implements the concepts disclosed in the '431 Publication.  (TechCrunch Article, Ex. L ("[TVision Insights co-founder Dan Schiffman] told me that TVision already has applications in for two utility patents, one for its computer vision algorithm and another around its analytics.").)<br><br>According to the '431 Publication, a "local device 105" includes "[a] processor (also called a local processor 150), and the processor performs operations involving "creat[ing] a fingerprint of the audio data."  ('431 Publication, Ex. M, Paras. 0043, 0066.)<br><br>According to https://www.acrcloud.com/live-channel-detection/ and https://www.acrcloud.com/advertising-big-data/, TVision uses ACRCloud software to perform ACR.  The FAQ page for ACRCloud's reference documentation (https://docs.acrcloud.com/faq/definition-of-terms#terminology) refers to the Audio Fingerprinting Paper as descriptive of the ACRCloud software that TVision uses.  The Audio Fingerprinting Paper describes the generation of signatures. |
| obtaining a first frame of media samples; | The Audio Fingerprinting Paper, Ex. O, describes the computing of a STFT magnitude spectrogram using a Hann-window (*i.e.,* frame) of size 1024 samples (64 ms) and a hopsize (*i.e.,* overlap between frames) of 128 samples (8 ms). |

| Element of Claim 1<br>U.S. Patent No. 7,783,889 | TVision |
|---|---|
| identifying a first frequency component having a first spectral power and a second frequency component having a second spectral power by performing a spectral transform operation on the first frame of media samples; | According to the Audio Fingerprinting Paper, Ex. O, "[w]e compute the STFT magnitude spectrogram using a Hann-window of size 1024 samples (64 ms) and a hopsize of 128 samples (8 ms), discarding the phases. . . . Spectral peaks are local maxima in an STFT magnitude spectrogram, and identified by their coordinates in the spectrogram."  The described STFT magnitude spectrogram is a spectral transform operation that identifies frequency components and corresponding power levels. |
| determining a first descriptor of the first frame of media samples based on a comparison of the first spectral power and the second spectral power; | According to the Audio Fingerprinting Paper, Ex. O, "[s]pectral peaks are local maxima in an STFT magnitude spectrogram."  The identification of spectral peaks in the magnitude spectrogram involves a comparison of at least two spectral powers of at least two frequency components.  The spectral peak for the first frame of media samples is the "first descriptor."  This is referenced as "A" for a particular "quad" in the Audio Fingerprinting Paper.<br><br>Example spectral peaks are illustrated in Figure 3 of The Audio Fingerprinting Paper, as follows: |

| Element of Claim 1<br>U.S. Patent No. 7,783,889 | TVision |
|---|---|
| | <br>- "Figure 3: *Extracted spectral peaks and grouped quads on a 15 seconds excerpt of 'Radiohead – Exit Music (For a Film)'*" |
| generating a first signature based on the first descriptor; | The Audio Fingerprinting Paper, Ex. O, describes the process of generating signatures (referenced as "hashes") based on the first descriptor (*i.e.,* the spectral peak for the first frame of media samples, referenced as "A" in the Audio Fingerprinting Paper), as follows: |

| Element of Claim 1 U.S. Patent No. 7,783,889 | TVision |
|---|---|
| |  |

- "Figure 3: *Extracted spectral peaks and grouped quads on a 15 seconds excerpt of 'Radiohead – Exit Music (For a Film)'*"
- "We now have created quads from spectral peaks in audio, but these quads are not the actual summarizing representation that we later use to find match candidates between a query audio and the reference database. That representation should be translation- and scale-invariant, and quickly retrievable. To achieve this, we compute translation- and scale-invariant hashes from the quads. For a given quad (*A, B, C, D*), the constellation of spectral peaks is translated to the origin and normalized to the unit square, resulting in the four points *A', B', C', D'* such that *A'* = (0,0) and *B'* = (1,1), as shown in Figure 2."

| Element of Claim 1<br>U.S. Patent No. 7,783,889 | TVision |
|---|---|
| | <br><br>Figure 2:  *Example of a quad hash computed from an arbitrary quad $A, B, C, D$.*<br><br>- "The actual continuous hash of the quad is now given by *C', D'*, and is stored as a four-dimensional point ($C_x'$, $C_y'$, $D_x'$, $D_y'$) in a spatial data structure. Essentially, *C', D'* are the relative distances of *C, D* to *A, B* in time and frequency, respectively. Thus, the hash *C', D'* is not only translation invariant (*A'* is always (0,0)), but also scale invariant."<br>- "Once peaks, quads and their hashes are computed, we store these in data structures that allow for efficient selection of match candidates and subsequent verification of match hypotheses from query audio." |
| identifying a second frame of media samples by extracting a common plurality of media samples from the first frame of media samples and appending another plurality of media samples to the common plurality of media samples; | According to the Audio Fingerprinting Paper, Ex. O, "[w]e compute the [Short-Time Fourier Transform] STFT magnitude spectrogram using a Hann-window of size 1024 samples (64 ms) and a hopsize of 128 samples (8 ms), discarding the phases."  Computing a STFT magnitude spectrogram using a Hann-window (*i.e.,* frame) of size 1024 samples (64 ms) and a hopsize (*i.e.,* overlap) of 128 samples (8 ms) involves identifying multiple consecutive and overlapping frames, each frame having 1024 samples, with the overlapping 128 samples constituting a common plurality of samples. |
| identifying a third spectral power associated with a third | According to the Audio Fingerprinting Paper, Ex. O, "[w]e compute the STFT magnitude spectrogram using a Hann-window of size 1024 samples (64 ms) and a hopsize of 128 |

| Element of Claim 1 U.S. Patent No. 7,783,889 | TVision |
|---|---|
| frequency component and a fourth spectral power associated with a fourth frequency component, wherein the third frequency component and the fourth frequency component are associated with performing the spectral transform operation on the second frame of media samples; | samples (8 ms), discarding the phases. . . . Spectral peaks are local maxima in an STFT magnitude spectrogram, and identified by their coordinates in the spectrogram."  The described STFT magnitude spectrogram is a spectral transform operation that identifies frequency components and corresponding power levels, including the third spectral power and fourth spectral power recited in the claim, over time and on multiple frames.<br><br>Example spectral peaks are illustrated in Figure 3 of The Audio Fingerprinting Paper, as follows:<br><br><br><br>- "Figure 3: *Extracted spectral peaks and grouped quads on a 15 seconds excerpt of 'Radiohead – Exit Music (For a Film)'*" |

| Element of Claim 1 U.S. Patent No. 7,783,889 | TVision |
|---|---|
| determining a second descriptor based on a comparison of the third spectral power and the fourth spectral power; and | According to the Audio Fingerprinting Paper, Ex. O, "[s]pectral peaks are local maxima in an STFT magnitude spectrogram."  The identification of spectral peaks in the magnitude spectrogram involves a comparison of at least two spectral powers of at least two frequency components.  The spectral peak for the second frame of media samples is the "second descriptor."  This is referenced as "A" for a second quad, where the first and second quads contain spectral peaks from overlapping frames that follow each other consecutively in time.<br><br>Figure 3 of The Audio Fingerprinting Paper illustrates examples of quads that overlap in time, as follows:<br><br><br><br>-  "Figure 3: *Extracted spectral peaks and grouped quads on a 15 seconds excerpt of 'Radiohead – Exit Music (For a Film)'*" |

| Element of Claim 1 U.S. Patent No. 7,783,889 | TVision |
|---|---|
| generating a second signature based on the second descriptor. | The Audio Fingerprinting Paper, Ex. O describes the generation of hashes (*i.e.,* signatures) for different quads having different spectral peaks (*e.g.*, different root points). Thus, there is a second "A" value (*i.e.,* descriptor) for a second frame that overlaps with the first, and a second signature is generated based on this descriptor, as follows:  <br><br> - "Figure 3: *Extracted spectral peaks and grouped quads on a 15 seconds excerpt of 'Radiohead – Exit Music (For a Film)'*" <br> - "We now have created quads from spectral peaks in audio, but these quads are not the actual summarizing representation that we later use to find match candidates between a query audio and the reference database. That representation should be translation- and scale-invariant, and quickly retrievable. To achieve this, we compute translation- and scale-invariant hashes from the quads. For a given quad (*A, B, C, D*), the constellation of spectral peaks is translated to the origin and normalized to the |

| Element of Claim 1 U.S. Patent No. 7,783,889 | TVision |
|---|---|
| | unit square, resulting in the four points $A'$, $B'$, $C'$, $D'$ such that $A' = (0,0)$ and $B' = (1,1)$, as shown in Figure 2."  Figure 2: *Example of a quad hash computed from an arbitrary quad $A, B, C, D$.* <br><br> - "The actual continuous hash of the quad is now given by $C'$, $D'$, and is stored as a four-dimensional point $(C_x', C_y', D_x', D_y')$ in a spatial data structure. Essentially, $C'$, $D'$ are the relative distances of $C$, $D$ to $A$, $B$ in time and frequency, respectively. Thus, the hash $C'$, $D'$ is not only translation invariant ($A'$ is always $(0,0)$), but also scale invariant." <br> - "Once peaks, quads and their hashes are computed, we store these in data structures that allow for efficient selection of match candidates and subsequent verification of match hypotheses from query audio." |

| Element of Claim 2<br>U.S. Patent No. 7,783,889 | TVision |
|---|---|
| 2. A method as defined in claim 1, further comprising identifying media information based on the first signature. | According to the Audio Fingerprinting Paper, Ex. O, "[w]e propose a new audio fingerprinting method that adapts findings from the field of blind astrometry to define simple, efficiently representable characteristic feature combinations called quads. Based on these, an audio identification algorithm is described that is robust to large amounts of noise and speed, tempo and pitch-shifting distortions. In addition to reliably identifying audio queries that are modified in this way, it also accurately estimates the scaling factors of the applied time/frequency distortions. . . . The method for identifying the correct reference recording, given a query audio excerpt, consists of several stages: the selection of match candidates, a filtering stage in which we try to discard false positive candidates, and a verification step adapted from the findings in [3]. After the verification stage we efficiently estimate a match sequence….."  Thus, media information is identified based on the first signature. |

| Element of Claim 4<br>U.S. Patent No. 7,783,889 | TVision |
|---|---|
| 4. A method as defined in claim 2, wherein the media information is associated with at least one of audio information or video information. | According to the '431 Publication, "[t]he local processor uses the audio samples recorded by the microphone 140 to identify the video being played on the display (222). For example, the processor 150 can create a fingerprint of the audio data and use the fingerprint to query a third-party application programming interface (API), which responds to the query with an identification of the video associated with the audio data. In another example, the processor 150 can compare the fingerprint against a local table or memory to determine the identity of the video." ('431 Publication, Ex. M, Para. 0066.) |

| Element of Claim 5 U.S. Patent No. 7,783,889 | TVision |
|---|---|
| 5. A method as defined in claim 1, wherein the first descriptor is associated with only the first frame of media samples. | According to the Audio Fingerprinting Paper, Ex. O, "[s]pectral peaks are local maxima in an STFT magnitude spectrogram."  The spectral peak for the first frame of media samples is the "first descriptor."  It is associated with only the first frame of media samples; because each spectral peak has a corresponding STFT frame index, that spectral peak is associated with only that frame index. |

| Element of Claim 6<br>U.S. Patent No. 7,783,889 | TVision |
|---|---|
| 6. A method as defined in claim 1, wherein the second descriptor is of the second frame of media samples. | According to the Audio Fingerprinting Paper, Ex. O, "[s]pectral peaks are local maxima in an STFT magnitude spectrogram."  The spectral peak for the second frame of media samples is the "second descriptor."  It is associated with the second frame of media samples; because each spectral peak has a corresponding STFT frame index, that spectral peak is associated with that frame index. |

| Element of Claim 8 U.S. Patent No. 7,783,889 | TVision |
|---|---|
| 8. An apparatus for generating signatures, comprising:<br><br>a processor system including a memory; and<br><br>instructions stored in the memory that enable the processor system to: | According to the '431 Publication, a "local device 105" (*i.e.,* Defendant's panelist device) includes "[a] processor (also called a local processor 150), and the processor performs operations involving "creat[ing] a fingerprint of the audio data." ('431 Publication, Ex. M, Paras. 0043, 066.)  Moreover, "[t]he processing can be carried out upon execution of processor-executable instructions that are stored in a memory 160 coupled to the processor 150. In one example, a user can manually store the instructions in the memory 160 by downloading the instructions from the remote server 170." (*Id.,* Para. 0050.) |
| obtain a first and second frames of media samples, the first and second frames of media samples consecutively located in an audio stream, a portion of the first frame of media samples overlapping with a portion of the second frame of media samples; | According to the Audio Fingerprinting Paper, Ex. O, "[we] compute the [Short-Time Fourier Transform] STFT magnitude spectrogram using a Hann-window of size 1024 samples (64 ms) and a hopsize of 128 samples (8 ms), discarding the phases."  Computing a STFT magnitude spectrogram using a Hann-window (*i.e.,* frame) of size 1024 samples (64 ms) and a hopsize (*i.e.,* overlap) of 128 samples (8 ms) involves identifying multiple consecutive and overlapping frames, each frame having 1024 samples, with 128 overlapping samples. |
| identify a first frequency component having a first spectral power and a second frequency component having a second spectral power by performing a spectral transform operation on the first frame of media samples; | According to the Audio Fingerprinting Paper, Ex. O, "[w]e compute the STFT magnitude spectrogram using a Hann-window of size 1024 samples (64 ms) and a hopsize of 128 samples (8 ms), discarding the phases. . . . Spectral peaks are local maxima in an STFT magnitude spectrogram, and identified by their coordinates in the spectrogram."  The described STFT magnitude spectrogram is a spectral transform operation that identifies frequency components and corresponding power levels. |
| identify a third spectral power and a fourth spectral power; | According to the Audio Fingerprinting Paper, Ex. O, "[w]e compute the STFT magnitude spectrogram using a Hann-window of size 1024 samples (64 ms) and a hopsize of 128 samples (8 ms), discarding the phases. . . . Spectral peaks are local maxima in an STFT |

magnitude spectrogram, and identified by their coordinates in the spectrogram." The described STFT magnitude spectrogram is a spectral transform operation that identifies frequency components and corresponding power levels, including the third spectral power and fourth spectral power recited in the claim, over time and on multiple frames.

Example spectral peaks are illustrated in Figure 3 of The Audio Fingerprinting Paper, as follows:



- - "Figure 3: *Extracted spectral peaks and grouped quads on a 15 seconds excerpt of 'Radiohead – Exit Music (For a Film)'*"

| determine a first descriptor of the first frame of media samples based on a comparison of the first spectral | According to the Audio Fingerprinting Paper, Ex. O, "[s]pectral peaks are local maxima in an STFT magnitude spectrogram." The identification of spectral peaks in the magnitude spectrogram involves a comparison of at least two spectral powers of at least two frequency |
| --- | --- |

| power and the second spectral power; | components.  The spectral peak for the first frame of media samples is the "first descriptor." This is referenced as "A" for a particular "quad" in the Audio Fingerprinting Paper.<br><br>Example spectral peaks are illustrated in Figure 3 of The Audio Fingerprinting Paper, as follows:<br><br><br><br>"Figure 3: *Extracted spectral peaks and grouped quads on a 15 seconds excerpt of 'Radiohead – Exit Music (For a Film)'*" |
|---|---|
| determine a second descriptor of the second frame of media samples based on a comparison of the third spectral power and the fourth spectral power; and | According to the Audio Fingerprinting Paper, Ex. O, "[s]pectral peaks are local maxima in an STFT magnitude spectrogram."  The identification of spectral peaks in the magnitude spectrogram involves a comparison of at least two spectral powers of at least two frequency components.  The spectral peak for the second frame of media samples is the "second descriptor."  This is referenced as "A" for a second quad, where the first and second quads contain spectral peaks from overlapping frames that follow each other consecutively in time. |

| generate a first signature based on the first descriptor and a second signature based on the second descriptor. | The Audio Fingerprinting Paper, Ex. O describes the generation of hashes (*i.e.*, signatures) for different quads having different spectral peaks (*e.g.*, different root points). Thus, there are first and second "A" values (*i.e.*, descriptors) for overlapping first and second frames, and first and second signatures are generated based on those descriptors, as follows:  - "Figure 3: *Extracted spectral peaks and grouped quads on a 15 seconds excerpt of 'Radiohead – Exit Music (For a Film)'*" - "We now have created quads from spectral peaks in audio, but these quads are not the actual summarizing representation that we later use to find match candidates between a query audio and the reference database. That representation should be translation- and scale-invariant, and quickly retrievable. To achieve this, we compute translation- and scale-invariant hashes from the quads. For a given quad (*A, B, C, D*), the constellation of spectral peaks is translated to the origin and normalized to the unit square, resulting in the four points *A', B', C', D'* such that *A'* = (0,0) and *B'* = (1,1), as shown in Figure 2." |



Figure 2:  *Example of a quad hash computed from an arbitrary
quad A, B, C, D.*

- "The actual continuous hash of the quad is now given by *C', D'*, and is stored as a four-dimensional point ($C_x$', $C_y$', $D_x$', $D_y$') in a spatial data structure. Essentially, *C', D'* are the relative distances of *C, D* to *A, B* in time and frequency, respectively. Thus, the hash *C', D'* is not only translation invariant (*A'* is always (0,0)), but also scale invariant."
- "Once peaks, quads and their hashes are computed, we store these in data structures that allow for efficient selection of match candidates and subsequent verification of match hypotheses from query audio."

| Element of Claim 9<br>U.S. Patent No. 7,783,889 | TVision |
|---|---|
| 9. An apparatus as defined in claim 8, wherein the instructions stored in the memory enable the processor system to identify media information based on the first signature. | According to the Audio Fingerprinting Paper, Ex. O, "[w]e propose a new audio fingerprinting method that adapts findings from the field of blind astrometry to define simple, efficiently representable characteristic feature combinations called quads. Based on these, an audio identification algorithm is described that is robust to large amounts of noise and speed, tempo and pitch-shifting distortions. In addition to reliably identifying audio queries that are modified in this way, it also accurately estimates the scaling factors of the applied time/frequency distortions. . . . The method for identifying the correct reference recording, given a query audio excerpt, consists of several stages: the selection of match candidates, a filtering stage in which we try to discard false positive candidates, and a verification step adapted from the findings in [3]. After the verification stage we efficiently estimate a match sequence…." Thus, media information is identified based on the first signature. The panelist device described by the '431 Publication is an apparatus having stored instructions that enable the apparatus' processor to identify media information based on the first signature. |

| Element of Claim 11 U.S. Patent No. 7,783,889 | TVision |
|---|---|
| 11. An apparatus as defined in claim 8, wherein the first descriptor is associated with only the first frame of media samples. | According to the Audio Fingerprinting Paper, Ex. O, "[s]pectral peaks are local maxima in an STFT magnitude spectrogram."  The spectral peak for the first frame of media samples is the "first descriptor."  It is associated with the first frame of media samples; because each spectral peak has a corresponding STFT frame index, that spectral peak is associated with that frame index. |

| Element of Claim 12 U.S. Patent No. 7,783,889 | TVision |
|---|---|
| 12. An apparatus as defined in claim 8, wherein the instructions stored in the memory enable the processor system to:<br><br>obtain a first plurality of media samples; and | According to the Audio Fingerprinting Paper, Ex. O, "[we] compute the [Short-Time Fourier Transform] STFT magnitude spectrogram using a Hann-window of size 1024 samples (64 ms) and a hopsize of 128 samples (8 ms), discarding the phases."  Computing a STFT magnitude spectrogram using a Hann-window (*i.e.,* frame) of size 1024 samples (64 ms) and a hopsize (*i.e.,* overlap) of 128 samples (8 ms) involves obtaining a first plurality of media samples. |
| identify the second frame of media samples by extracting a common plurality of media samples from the first frame of media samples and appending the first plurality of media samples to the common plurality of media samples, the common plurality of media samples including the overlapping portions of the first and second frames of media samples. | According to the Audio Fingerprinting Paper, Ex. O, "[we] compute the [Short-Time Fourier Transform] STFT magnitude spectrogram using a Hann-window of size 1024 samples (64 ms) and a hopsize of 128 samples (8 ms), discarding the phases."  Computing a STFT magnitude spectrogram using a Hann-window (*i.e.,* frame) of size 1024 samples (64 ms) and a hopsize (*i.e.,* overlap) of 128 samples (8 ms) involves identifying multiple consecutive and overlapping frames, each frame having 1024 samples, with the overlapping 128 samples constituting a common plurality of samples. |

| Element of Claim 13<br>U.S. Patent No. 7,783,889 | TVision |
|---|---|
| 13. An apparatus as defined in claim 8, wherein the third spectral power is associated with a third frequency component and the fourth spectral power is associated with a fourth frequency component, and wherein the third frequency component and the fourth frequency component are associated with performing the spectral transform operation on the second frame of media samples. | According to the Audio Fingerprinting Paper, Ex. O, "[w]e compute the STFT magnitude spectrogram using a Hann-window of size 1024 samples (64 ms) and a hopsize of 128 samples (8 ms), discarding the phases. . . . Spectral peaks are local maxima in an STFT magnitude spectrogram, and identified by their coordinates in the spectrogram."  The described STFT magnitude spectrogram is a spectral transform operation that identifies frequency components and corresponding power levels, including the third spectral power and fourth spectral power recited in the claim. |

| Element of Claim 14 U.S. Patent No. 7,783,889 | TVision |
|---|---|
| 14. A tangible machine accessible medium having instructions stored thereon that, when executed, cause a machine to: | According to the '431 Publication, a "local device 105" (*i.e.,* Defendant's panelist device) includes "[a] processor (also called a local processor 150), and the processor performs operations involving "creat[ing] a fingerprint of the audio data." ('431 Publication, Ex. M, Paras. 0043, 0066.)  Moreover, "[t]he processing can be carried out upon execution of processor-executable instructions that are stored in a memory 160 coupled to the processor 150. In one example, a user can manually store the instructions in the memory 160 by downloading the instructions from the remote server 170." (*Id.,* Para. 0050.)  The memory of the panelist device is a tangible machine accessible medium having instructions stored thereon that, when executed, cause a machine to perform operations. |
| obtain a first frame first and second frames of media samples, the first and second frames of media samples consecutively located in an audio stream, a portion of the first frame of media samples overlapping with a portion of the second frame of media samples; | According to the Audio Fingerprinting Paper, Ex. O, "[w]e compute the [Short-Time Fourier Transform] STFT magnitude spectrogram using a Hann-window of size 1024 samples (64 ms) and a hopsize of 128 samples (8 ms), discarding the phases."  Computing a STFT magnitude spectrogram using a Hann-window (*i.e.,* frame) of size 1024 samples (64 ms) and a hopsize (*i.e.,* overlap) of 128 samples (8 ms) involves identifying multiple consecutive and overlapping frames, each frame having 1024 samples, with 128 overlapping samples. |
| identify a first frequency component having a first spectral power and a second frequency component having a second spectral power by performing a spectral transform operation on the first frame of media samples; | According to the Audio Fingerprinting Paper, Ex. O, "[w]e compute the STFT magnitude spectrogram using a Hann-window of size 1024 samples (64 ms) and a hopsize of 128 samples (8 ms), discarding the phases. . . . Spectral peaks are local maxima in an STFT magnitude spectrogram, and identified by their coordinates in the spectrogram."  The described STFT magnitude spectrogram is a spectral transform operation that identifies frequency components and corresponding power levels. |
| identify a third spectral power and a fourth spectral power; | According to the Audio Fingerprinting Paper, Ex. O, "[w]e compute the STFT magnitude spectrogram using a Hann-window of size 1024 samples (64 ms) and a hopsize of 128 |

samples (8 ms), discarding the phases. . . . Spectral peaks are local maxima in an STFT magnitude spectrogram, and identified by their coordinates in the spectrogram." The described STFT magnitude spectrogram is a spectral transform operation that identifies frequency components and corresponding power levels, including the third spectral power and fourth spectral power recited in the claim, over time and on multiple frames.

Example spectral peaks are illustrated in Figure 3 of The Audio Fingerprinting Paper, as follows:



- "Figure 3: *Extracted spectral peaks and grouped quads on a 15 seconds excerpt of 'Radiohead – Exit Music (For a Film)'*"

| determine a first descriptor of the first frame of media samples based on a comparison of the first spectral | According to the Audio Fingerprinting Paper, Ex. O, "[s]pectral peaks are local maxima in an STFT magnitude spectrogram." The identification of spectral peaks in the magnitude spectrogram involves a comparison of at least two spectral powers of at least two frequency components. The spectral peak for the first frame of media samples is the "first descriptor." This is referenced as "A" for a particular "quad" in the Audio Fingerprinting Paper. |
| --- | --- |

| | |
|---|---|
| power and the second spectral power; | Example spectral peaks are illustrated in Figure 3 of The Audio Fingerprinting Paper, as follows:<br><br><br><br>"Figure 3: *Extracted spectral peaks and grouped quads on a 15 seconds excerpt of 'Radiohead – Exit Music (For a Film)'*" |
| determine a second descriptor of the second frame of media samples based on a comparison of the third spectral power and the fourth spectral power; and | According to the Audio Fingerprinting Paper, Ex. O, "[s]pectral peaks are local maxima in an STFT magnitude spectrogram."  The identification of spectral peaks in the magnitude spectrogram involves a comparison of at least two spectral powers of at least two frequency components.  The spectral peak for the second frame of media samples is the "second descriptor."  This is referenced as "A" for a second quad, where the first and second quads contain spectral peaks from overlapping frames that follow each other consecutively in time.<br><br>Figure 3 of The Audio Fingerprinting Paper illustrates examples of quads that overlap in time, as follows: |



- "Figure 3: *Extracted spectral peaks and grouped quads on a 15 seconds excerpt of 'Radiohead – Exit Music (For a Film)'*"

| generate a first signature based on the first descriptor and a second signature based on the second descriptor. | The Audio Fingerprinting Paper, Ex. O describes the generation of hashes (*i.e.,* signatures) for different quads having different spectral peaks (*e.g.*, different root points).  Thus, there are first and second "A" values (*i.e.,* descriptors) for overlapping first and second frames, and first and second signatures are generated based on those descriptors, as follows: |



- "Figure 3: *Extracted spectral peaks and grouped quads on a 15 seconds excerpt of 'Radiohead – Exit Music (For a Film)'*"
- "We now have created quads from spectral peaks in audio, but these quads are not the actual summarizing representation that we later use to find match candidates between a query audio and the reference database. That representation should be translation- and scale-invariant, and quickly retrievable. To achieve this, we compute translation- and scale-invariant hashes from the quads. For a given quad ($A, B, C, D$), the constellation of spectral peaks is translated to the origin and normalized to the unit square, resulting in the four points $A', B', C', D'$ such that $A' = (0,0)$ and $B' = (1,1)$, as shown in Figure 2."



Figure 2:   *Example of a quad hash computed from an arbitrary quad A, B, C, D.*

- "The actual continuous hash of the quad is now given by *C', D'*, and is stored as a four-dimensional point ($C_x$', $C_y$', $D_x$', $D_y$') in a spatial data structure. Essentially, *C', D'* are the relative distances of *C, D* to *A, B* in time and frequency, respectively. Thus, the hash *C', D'* is not only translation invariant (*A'* is always (0,0)), but also scale invariant."
- "Once peaks, quads and their hashes are computed, we store these in data structures that allow for efficient selection of match candidates and subsequent verification of match hypotheses from query audio."

| Element of Claim 15<br>U.S. Patent No. 7,783,889 | TVision |
|---|---|
| 15. A tangible machine accessible medium as defined in claim 14, wherein the first descriptor is associated with only the first frame of media samples. | According to the Audio Fingerprinting Paper, Ex. O, "[s]pectral peaks are local maxima in an STFT magnitude spectrogram."  The spectral peak for the first frame of media samples is the "first descriptor."  It is associated with the first frame of media samples; because each spectral peak has a corresponding STFT frame index, that spectral peak is associated with that frame index. |

| Element of Claim 16<br>U.S. Patent No. 7,783,889 | TVision |
|---|---|
| 16. A tangible machine accessible medium as defined in claim 14 having instructions stored thereon that, when executed, cause the machine to:<br><br>obtain a first plurality of media samples; and | According to the Audio Fingerprinting Paper, Ex. O, "[w]e compute the [Short-Time Fourier Transform] STFT magnitude spectrogram using a Hann-window of size 1024 samples (64 ms) and a hopsize of 128 samples (8 ms), discarding the phases." Computing a STFT magnitude spectrogram using a Hann-window (*i.e.,* frame) of size 1024 samples (64 ms) and a hopsize (*i.e.,* overlap) of 128 samples (8 ms) involves obtaining a first plurality of media samples. |
| identify the second frame of media samples by extracting a common plurality of media samples from the first frame of media samples and appending the first plurality of media samples to the common plurality of media samples, the common plurality of media samples including the overlapping portions of the first and second frames of media samples. | According to the Audio Fingerprinting Paper, Ex. O, "[w]e compute the [Short-Time Fourier Transform] STFT magnitude spectrogram using a Hann-window of size 1024 samples (64 ms) and a hopsize of 128 samples (8 ms), discarding the phases." Computing a STFT magnitude spectrogram using a Hann-window (*i.e.,* frame) of size 1024 samples (64 ms) and a hopsize (*i.e.,* overlap) of 128 samples (8 ms) involves identifying multiple consecutive and overlapping frames, each frame having 1024 samples, with the overlapping 128 samples constituting a common plurality of samples. |

| Element of Claim 17<br>U.S. Patent No. 7,783,889 | TVision |
|---|---|
| 17. A tangible machine accessible medium as defined in claim 14, wherein third spectral power is associated with a third frequency component and the fourth spectral power is associated with a fourth frequency component, and wherein the third frequency component and the fourth frequency component are associated with performing the spectral transform operation on the second frame of media samples. | According to the Audio Fingerprinting Paper, Ex. O, "[w]e compute the STFT magnitude spectrogram using a Hann-window of size 1024 samples (64 ms) and a hopsize of 128 samples (8 ms), discarding the phases. . . . Spectral peaks are local maxima in an STFT magnitude spectrogram, and identified by their coordinates in the spectrogram." The described STFT magnitude spectrogram is a spectral transform operation that identifies frequency components and corresponding power levels, including the third spectral power and fourth spectral power recited in the claim. |