**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| THE NIELSEN COMPANY (US), LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. _____ |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| TVISION INSIGHTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF
THE NIELSEN COMPANY (US), LLC**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff The Nielsen Company

(US), LLC hereby discloses that it is an indirect subsidiary of the public company Nielsen Holdings

PLC.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Steven Yovits
Constantine Koutsoubas
Mark Scott
Kelley Drye & Warren LLP
333 West Wacker Drive, Suite 2600
Chicago, IL 60606
Tel:  (312) 857-7070

Clifford Katz
Malavika Rao
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel:  (212) 808-7800

By:  */s/ David E. Moore*
      David E. Moore (#3983)
      Bindu A. Palapura (#5370)
      Hercules Plaza, 6th Floor
      1313 N. Market Street
      Wilmington, DE  19801
      Tel:  (302) 984-6000
      dmoore@potteranderson.com
      bpalapura@potteranderson.com

*Attorneys for Plaintiff The Nielsen Company
(US), LLC*

Dated:  January 14, 2022
7548871 / 52358