# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 22-57-CJB |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| TVISION INSIGHTS, INC., ) | |
| ) | |
| Defendant. ) | |

## THE NIELSEN COMPANY (US), LLC'S
## UNOPPOSED MOTION FOR ISSUANCE OF A LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD

Pursuant to Rule 28(b)(1) of the Federal Rules of Civil Procedure, Plaintiff The Nielsen Company (US), LLC ("Nielsen") respectfully moves this Court for an order issuing the attached Letter of Request seeking assistance from the Chief Secretary for Administration of the Hong Kong Special Administrative Region of the People's Republic of China to: 1) compel the testimony of Lei Wang, Chief Executive Officer of ACRCloud LIMITED ("ACRCloud"), which is located at Room 1102 Hang Seng Castle Peak Road Building, 399 Castle Peak Road, Cheung Sha Wan, Kowloon, Hong Kong to testify at a deposition on the topics identified in Schedule A of the proposed Letter of Request; and 2) compel the production of documents, including access to source code, requested from ACRCloud as specified in Schedule B of the proposed Letter of Request.

Nielsen's supported memorandum is filed concurrently herewith. On July 15, 2022, counsel for Nielsen conferred with counsel for Defendant TVision Insights, Inc. ("TVision"), and completed conferring on July 20, 2022, regarding this motion. TVision's counsel indicated that it did not oppose the motion.

OF COUNSEL:

Steven Yovits
Constantine Koutsoubas
Michael J. Weil
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Chicago, IL 60606
Tel: (312) 857-7070

Clifford Katz
Malavika Rao
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel: (212) 808-7800

Dated: July 21, 2022
10265188 / 14944-00004

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Brandon R. Harper (#6418)
    Carson R. Bartlett (#6750)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com
    bharper@potteranderson.com
    cbartlett@potteranderson.com

*Attorneys for Plaintiff The Nielsen Company (US), LLC*