**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>TVISION INSIGHTS, INC.,  )<br>  )<br>Defendant.  ) | C.A. No. 21-1592-CJB<br><br>**JURY TRIAL DEMANDED** |
| THE NIELSEN COMPANY (US), LLC,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>TVISION INSIGHTS, INC.,  )<br>  )<br>Defendant.  ) | C.A. No. 22-57-CJB<br><br>**JURY TRIAL DEMANDED** |

**JOINT CLAIM CONSTRUCTION CHART**

Pursuant to Paragraph 13 of the Court's May 18, 2022 Scheduling Order (1:21-cv-01592, D.I. 32; 1:22-cv-0057, D.I. 24), Plaintiff The Nielsen Company (US), LLC ("Nielsen") and Defendant TVision Insights, Inc. ("TVision") have met and conferred, and hereby submit the attached Joint Claim Construction Chart for U.S. Patent Nos. 7,783,889 ("'889 patent") and 9,020,189 ("'189 patent").

The charts below identify the parties' proposed constructions and identification of intrinsic evidence in support of disputed constructions. Each party reserves the right to rely on intrinsic evidence cited by the other party. Exhibit A to the Joint Claim Construction Chart is a copy of the '889 patent. Exhibit B to the Joint Claim Construction Chart is a copy of the '189 patent. Exhibit C to the Joint Claim Construction Chart is a copy of cited portions of the prosecution file history of the '889 patent. Exhibit D to the Joint Claim Construction Chart is a copy of U.S. Patent No.

6,061,793 ("Tewfik et al."), which was cited during the prosecution of the '889 patent. Exhibit E is a copy of U.S. Patent No. U.S. Patent No. 8,489,884, which is a related patent to the '889 patent based on a continuation of the application that became the '889 patent.

Dated:  January 25, 2023

<table>
<tr><td>

By:  /s/ David E. Moore
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Brandon R. Harper (#6418)
    Andrew L. Brown (#6766)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE  19801
    Tel:  (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com
    bharper@potteranderson.com
    abrown@potteranderson.com

OF COUNSEL:

Steven Yovits
Constantine Koutsoubas
Melvin W. Gaddy
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Chicago, IL 60606
Telephone: (312) 857-7070
syovits@kelleydrye.com
ckoutsoubas@kelleydrye.com
mgaddy@kelleydrye.com

Clifford Katz
Malavika Rao
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7800
ckatz@kelleydrye.com
mrao@kelleydrye.com

*Attorneys for Plaintiff The Nielsen Company (US), LLC*

</td><td>

By:  /s/ Nathan R. Hoeschen
    John W. Shaw (No. 3362)
    Nathan R. Hoeschen (No. 6232)
    SHAW KELLER LLP
    I.M. Pei Building
    1105 North Market Street, 12th Floor
    Wilmington, DE 19801
    Telephone:  (302) 298-0700
    jshaw@shawkeller.com
    nhoeschen@shawkeller.com

OF COUNSEL:

Ajay S. Krishnan
Julia L. Allen
Bailey W. Heaps
Reaghan E. Braun
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  (415) 391-5400
akrishnan@keker.com
jallen@keker.com
bheaps@keker.com
rbraun@keker.com

*Attorneys for Defendant TVision Insights, Inc.*

</td></tr>
</table>

2

**DISPUTED CONSTRUCTIONS[1]**

| Term | Nielsen's Proposed Construction and Intrinsic Evidence | TVision's Proposed Construction and Intrinsic Evidence |
|---|---|---|
| "frequency component" '889 patent, cls. 1, 8, 13, 14, 17 | Component of a signal generated by transforming the signal data from the time domain to the frequency domain<br><br>**Intrinsic Evidence**<br>'889 patent: 1:56–61, 2:4–6; 3:6–13, 13:34–16:60, 21:43–23:23, Figs. 4–5, Fig. 9, cls. 1, 8, 13, 14, 17.<br><br>U.S. Patent No. 8,489,884: cls. 1, 2, 5, 8, 9, 12, 15, 16, and 19. | Plain meaning, i.e., a single frequency or single band of frequencies<br><br>**Intrinsic Evidence**<br>'889 patent: 1:56–2:9, 2:51–3:21, 8:1–21; 13:35–24:23, Figs. 4–10, cls. 1, 7, 8, 13, 17. |

---

[1] TVision reserves the right to assert its invalidity positions under 35 U.S.C. §§ 101 and 112, including at the summary judgment stage.

| Term | Nielsen's Proposed Construction and Intrinsic Evidence | TVision's Proposed Construction and Intrinsic Evidence |
|---|---|---|
| "identify[ing] a first frequency component having a first spectral power and a second frequency component having a second spectral power by performing a spectral transform operation on the first frame of media samples"<br>'889 patent, cls. 1, 8, 14 | Plain and ordinary meaning<br><br>To the extent a construction is needed, Nielsen proposes the following construction:<br><br>Generate first and second frequency components by performing a spectral transform operation on the first frame of media samples<br><br>**Intrinsic Evidence**<br>'889 patent: 1:56–61, 2:4–6; 3:6–13, 13:35–45; 13:34–16:61, 21:43–23:23, Figs. 4–5, Fig. 9, cls. 1, 8, 13, 14, and 17.<br><br>'889 patent file history:<br>Non-Final Office Action (Dec. 30, 2008)<br>Non-Final Office Action (Jun. 8, 2009)<br>Response to Non-Final Office Action (Sept. 25, 2009)<br>Notice of Allowance (Dec. 9, 2009)<br>U.S. Patent No. 6,061,793 ("Tewfik et al.")<br><br>U.S. Patent No. 8,489,884: cls. 1, 2, 5, 8, 9, 12, 15, 16, and 19. | This claim term requires selecting at least two frequency components to the exclusion of others; more than just "performing a spectral transform operation on the first frame of media samples"<br><br>**Intrinsic Evidence**<br>'889 patent: 1:56–2:9, 2:51–3:21, 8:1–21; 13:35–24:23, Figs. 4–10, cls. 1, 7, 8, 13, 17.<br><br>'889 patent file history: Applicant's March 27, 2009 Response to the Non-Final Office Action Dated December 30, 2008 |

2

| Term | Nielsen's Proposed Construction and Intrinsic Evidence | TVision's Proposed Construction and Intrinsic Evidence |
|---|---|---|
| "first data analyzer" '189 patent, cl. 9 | Not a means plus function term.<br><br>Hardware, software, firmware, and/or any combination thereof that executes an analysis tasked with recognizing and/or detecting one or more aspects of image data representative of an environment and/or occupants of the environment.<br><br>This expressly includes a tangible computer readable storage medium such as a storage device or storage disc storing software and/or firmware executing this operation.<br><br>**Intrinsic Evidence**<br>'189 patent: 1:48–49, 1:52–55, 2:4–26, 17:62–18:44, 18:65–19:27, Fig. 3, Fig. 5, cl. 9. | Indefinite. Means plus function term with no corresponding structure.<br><br>Function: "to execute a first recognition analysis on three-dimensional data representative of a first object within a threshold distance from a three-dimensional sensor, where such recognition analysis is able to detect a first person"<br><br>**Intrinsic Evidence**<br>'189 patent: 1:39-55, 10:48-14:42, 17:62-19:27, 19:28-20:12 & Figs 1-6, cls. 1, 9, 14. |

| Term | Nielsen's Proposed Construction and Intrinsic Evidence | TVision's Proposed Construction and Intrinsic Evidence |
|---|---|---|
| "second data analyzer" '189 patent, cl. 9 | Not a means plus function term.<br><br>Hardware, software, firmware, and/or any combination thereof that executes an analysis tasked with recognizing and/or detecting one or more aspects of image data representative of an environment and/or occupants of the environment.<br><br>This expressly includes a tangible computer readable storage medium such as a storage device or storage disc storing software and/or firmware executing this operation.<br><br>**Intrinsic Evidence**<br>'189 patent: 1:48–49, 1:52–55, 2:4–26, 17:62–18:44, 18:65–19:27, Fig. 3, Fig. 5, cl. 9. | Indefinite. Means plus function term with no corresponding structure.<br><br>Function: "to execute a second recognition analysis on two-dimensional data representative of a second object outside the threshold distance from a three-dimensional sensor, where such recognition analysis is able to detect a second person"<br><br>**Intrinsic Evidence**<br>'189 patent: 1:39-55, 14:43-17:50, 17:62-19:27. 19:28-21:26 & Figs 1-6, cls. 1, 9, 14. |

4

| Term | Nielsen's Proposed Construction and Intrinsic Evidence | TVision's Proposed Construction and Intrinsic Evidence |
|---|---|---|
| "wherein at least one of the first data analyzer, the second data analyzer or the counter is implemented via a logic circuit" '189 patent, cl. 9 | Plain and ordinary meaning.<br><br>To the extent a construction is needed, Nielsen proposes the following construction:<br><br>Wherein at least one of the first data analyzer, the second data analyzer or the counter is implemented via one or more electronic circuits that process information by performing logical operations on the information.<br><br>**Intrinsic Evidence**<br>'189 patent: 17:62–18:44, 18:65–19:27. | Wherein the logic of at least one of the first data analyzer, the second data analyzer or the counter is implemented in the circuitry of a logic circuit<br><br>**Intrinsic Evidence**<br>'189 patent: 1:39-59, 10:6-47, 17:62-18:64, 21:19-22:16, Figs 1-7, cls. 1, 9, 14; *see also* citations for "first data analyzer" and "second data analyzer," and "counter" (1:39-59, 15:4-15:22, 17:62-19:27, 21:19-22:16 & Figs. 1-7, cls. 1, 9, 14). |

5