## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC, ) <br> ) <br> Plaintiff, ) <br> ) C.A. No. 21-1592-CJB <br> v. ) <br> ) **JURY TRIAL DEMANDED** <br> TVISION INSIGHTS, INC., ) <br> ) <br> Defendant. ) | |
| THE NIELSEN COMPANY (US), LLC, ) <br> ) <br> Plaintiff, ) <br> ) C.A. No. 22-57-CJB <br> v. ) <br> ) **JURY TRIAL DEMANDED** <br> TVISION INSIGHTS, INC., ) <br> ) <br> Defendant. ) | |

## NOTICE OF DEPOSITION OF DAN SCHIFFMAN

PLEASE TAKE NOTICE that Pursuant to Federal Rule of Civil Procedure 30(b)(1), District of Delaware Local Rules 26 and 30, and/or by agreement of the Parties, Plaintiff, The Nielsen Company (US), LLC, by and through its undersigned counsel, will take the Deposition, upon oral examination of Dan Schiffman before a Notary Public or other person authorized by law to administer oaths.

The deposition will take place at the law offices of Potter Anderson & Corroon LLP located at 1313 North Market Street, 6th Floor, in Wilmington, Delaware 19801, or at another mutually agreeable location, on June 28, 2023 at 9:00 AM Eastern Daylight Time, or at another mutually agreeable date and time. The deposition will be recorded by stenographic means, videotaped, and may be recorded by instant visual display using real-time transcription software. Counsel of record are invited to attend and cross-examine.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Steven Yovits<br>Constantine Koutsoubas<br>Melvin Gaddy<br>KELLEY DRYE & WARREN LLP<br>333 West Wacker Drive<br>Chicago, IL 60606<br>Tel: (312) 857-7070<br><br>Clifford Katz<br>Jolie Schenerman<br>KELLEY DRYE & WARREN LLP<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>Tel: (212) 808-7800<br><br>Dated: May 18, 2023<br>10817580 / 14944.00004 | POTTER ANDERSON & CORROON LLP<br><br>By: */s/ David E. Moore*<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    Andrew L. Brown (#6766)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE  19801<br>    Tel: (302) 984-6000<br>    dmoore@potteranderson.com<br>    bpalapura@potteranderson.com<br>    abrown@potteranderson.com<br><br>*Attorneys for Plaintiff The Nielsen Company (US), LLC* |