# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>TVISION INSIGHTS, INC.,<br><br>    Defendant. | )<br>)<br>)<br>) C.A. No. 21-1592-CJB<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>) |
| THE NIELSEN COMPANY (US), LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>TVISION INSIGHTS, INC.,<br><br>    Defendant. | )<br>)<br>)<br>) C.A. No. 22-57-CJB<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on May 19, 2023, upon the following attorneys of record as indicated below:

> PLAINTIFF THE NIELSEN COMPANY (US), LLC'S RESPONSES AND OBJECTIONS TO DEFENDANT TVISION INSIGHTS, INC.'S FOURTH SET OF INTERROGATORIES

### VIA ELECTRONIC MAIL

John W. Shaw
Andrew E. Russell
Nathan R. Hoeschen
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
SKTVision@shawkeller.com

Eric C. Cohen
Jason Xu
RIMON LAW
1990 K. Street, NW, Suite 420
Washington, DC 20006
eric.cohen@rimonlaw.com
jason.xu@rimonlaw.com

<table>
<tr><td>

OF COUNSEL:

Steven Yovits
Constantine Koutsoubas
Melvin Gaddy
Jason P. Greenhut
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Chicago, IL 60606
Tel: (312) 857-7070

Clifford Katz
Jolie Schenerman
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel: (212) 808-7800

</td><td>

POTTER ANDERSON & CORROON LLP

By: */s/ Andrew L. Brown*
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Andrew L. Brown (#6766)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com
    abrown@potteranderson.com

*Attorneys for Plaintiff The Nielsen Company (US), LLC*

</td></tr>
</table>

Dated: May 19, 2023
10821727 / 14944-00004