IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE NIELSEN COMPANY (US), LLC, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 21-1592-CJB |
| TVISION INSIGHTS, INC., | ) ) ) | |
| Defendant. | ) | |
| THE NIELSEN COMPANY (US), LLC, | ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 22-057-CJB |
| TVISION INSIGHTS, INC., | ) ) ) | |
| Defendant. | ) | |

## STIPULATION TO AMEND SCHEDULING ORDER

WHEREAS, defendant TVision Insights, Inc. ("TVision") requested a 30-day extension of the deadline for substantial completion of document production following a change in counsel;

WHEREAS, plaintiff The Nielsen Company (US), LLC ("Nielsen") agreed to a 24-day extension of the deadline for substantial completion of document production, subject to an adjustment of other deadlines in the schedule as set forth below;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Nielsen and TVision, and subject to the approval of the Court, that the Court's May 18, 2022 Scheduling Order (D.I. 32 in C.A. No. 22-1592-CJB and D.I. 24 in C.A. No. 22-057-CJB), is hereby amended as follows. All other deadlines remain unchanged.

| ITEM | CURRENT DATE | PROPOSED DATE |
|------|--------------|---------------|
| Document production substantially complete | June 12, 2023 | July 6, 2023 |
| Claim construction ruling (subject to the Court's availability) | July 25, 2023 | Unchanged |
| Interim status report after claim construction order | One week after claim construction order | Unchanged |
| Supplement identification of accused products | July 31, 2023 | Aug. 14, 2023 |
| Fact discovery complete | Aug. 21, 2023 | Sept. 11, 2023 |
| Supplement and finalize infringement and invalidity claim charts | Aug. 28, 2023 | Sept. 18, 2023 |
| Opening expert reports by party with burden of proof | Sept. 12, 2023 | Oct. 4, 2023 |
| Responsive expert reports by party without burden of proof | Oct. 10, 2023 | Oct. 31, 2023 |
| Reply expert reports by party with burden of proof | Nov. 8, 2023 | Nov. 21, 2023 |
| Expert depositions complete | Dec. 11, 2023 | Jan. 19, 2024 |
| Summary judgment and Daubert motions | Jan. 25, 2024 | Mar. 1, 2024 |
| Opposition briefs re summary judgment and Daubert motions | Mar. 15, 2024 | Mar. 29, 2024 |
| Reply briefs re summary judgment and Daubert motions | Apr. 11, 2024 | Apr. 19, 2024 |
| Hearing on summary judgment and Daubert motions | June 5, 2024, 11:00 am | Unchanged |
| Joint Final Proposed Pretrial Order | Sept. 9, 2024 | Unchanged |
| Pretrial conference | Sept. 27, 2024, 11:30 am | Unchanged |
| Five-day Trial | Oct. 7, 2024, 9:30 am | Unchanged |

*/s/ Bindu A. Palapura*  
David E. Moore (No. 3983)  
Bindu A. Palapura (No. 5370)  
Andrew L. Brown (No. 6766)  
POTTER ANDERSON & CORROON LLP  
Hercules Plaza, 6th Floor  
1313 N. Market Street  
Wilmington, DE 19801  
(302) 984-6000  
dmoore@potteranderson.com  
bpalapura@potteraderson.com  
abrown@potteranderson.com  
*Attorneys for Plaintiff*

*/s/ Andrew E. Russell*  
John W. Shaw (No. 3362)  
Andrew E. Russell (No. 5382)  
Nathan R. Hoeschen (No. 6232)  
SHAW KELLER LLP  
I.M. Pei Building  
1105 North Market Street, 12th Floor  
Wilmington, DE 19801  
(302) 298-0700  
jshaw@shawkeller.com  
arussell@shawkeller.com  
nhoeschen@shawkeller.com  
*Attorneys for Defendant*

Dated: June 2, 2023

3

**SO ORDERED** this \_\_\_\_\_ day of _____, 2023.

_____
United States District Court Judge

3