# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC,  )<br>  )<br>    Plaintiff,   )<br>  )<br>  v.       )<br>  )<br>TVISION INSIGHTS, INC.,  )<br>  )<br>    Defendant.  )  | C.A. No. 22-57-CJB<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION TO EXTEND TIME

The Court previously entered a Joint Scheduling Order governing this case (D.I. 24), and the parties stipulated to amend certain of the dates specified therein (D.I. 100).

The parties hereby stipulate and agree, subject to the approval of the Court, that the following deadlines are extended as follows:

| ITEM | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Opening expert reports by party with burden of proof | Oct. 4, 2023 | Oct. 25, 2023 |
| Responsive expert reports by party without burden of proof | Oct. 31, 2023 | Nov. 21, 2023 |
| Reply expert reports by party with burden of proof | Nov. 21, 2023 | Dec. 15, 2023 |
| Expert depositions complete | Jan. 19, 2024 | Feb. 7, 2024 |
| Summary judgment and Daubert motions | Mar. 1, 2024 | Mar. 8, 2024 |
| Opposition briefs re summary judgment and Daubert motions | Mar. 29, 2024 | April 5, 2024 |
| Reply briefs re summary judgment and Daubert motions | Apr. 19, 2024 | April 26, 2024 |
| Hearing on summary judgment and Daubert motions | June 5, 2024, 11:00 am | Unchanged |
| Joint Final Proposed Pretrial Order | Sept. 9, 2024 | Unchanged |
| Pretrial conference | Sept. 27, 2024, 11:30 am | Unchanged |
| Five-day Trial | Oct. 7, 2024, 9:30 am | Unchanged |

|  |  |
|---|---|
| POTTER ANDERSON & CORROON LLP | Respectfully submitted,<br><br>SHAW KELLER LLP |
| By:  /s/ Andrew L. Brown<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    Andrew L. Brown (#6766)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE  19801<br>    Tel:  (302) 984-6000<br>    dmoore@potteranderson.com<br>    bpalapura@potteranderson.com<br>    abrown@potteranderson.com | By:  /s/ John W. Shaw<br>    John W. Shaw (No. 3362)<br>    Andrew E. Russell (No. 5382)<br>    Nathan R. Hoeschen (No. 6232)<br>    I.M. Pei Building<br>    1105 North Market Street, 12th Floor<br>    Wilmington, DE 19801<br>    (302) 298-0700<br>    jshaw@shawkeller.com<br>    nhoeschen@shawkeller.com<br>    arussell@shawkeller.com |
| OF COUNSEL:<br><br>Steven Yovits<br>Constantine Koutsoubas<br>Melvin Gaddy<br>Jason P. Greenhut<br>KELLEY DRYE & WARREN LLP<br>333 West Wacker Drive<br>Chicago, IL 60606<br>Tel:  (312) 857-7070<br><br>Clifford Katz<br>Jolie Schenerman<br>KELLEY DRYE & WARREN LLP<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>Tel:  (212) 808-7800<br><br>*Attorneys for Plaintiff The Nielsen Company (US), LLC* | OF COUNSEL:<br><br>Jason L. Xu<br>RIMON LAW<br>1990 K Street, NW, Suite 420<br>Washigton, DC 20006<br>(202) 971-9494<br><br>Eric Cohen<br>RIMON LAW<br>980 N. Michigan Ave., Suite 1400<br>Chicago, IL 60611<br>(312) 878-7131<br><br>Michael F. Heafey<br>RIMON LAW<br>800 Oak Grove Avenue, Suite 250<br>Menlo Park, CA 94025<br>(650) 461-4433<br><br>*Attorneys for Defendant TVision Insights, Inc.* |

Dated:  September 6, 2023
11035420 / 14944.00004

       IT IS SO ORDERED, this ____ day of _____, 2023.


                                                                          Honorable Christopher J. Burke
                                                                          United States Magistrate Judge