# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 22-57-CJB ) ) **JURY TRIAL DEMANDED** |
| TVISION INSIGHTS, INC., | ) ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on October 25, 2023, upon the following attorneys of record as indicated below:

EXPERT REPORT ON DAMAGES BY MICHAEL C. KEELEY, PH.D.
[HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY]

## VIA ELECTRONIC MAIL

John W. Shaw
Andrew E. Russell
Nathan R. Hoeschen
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
SKTVision@shawkeller.com

Michael F. Heafey
RIMON LAW P.C.
800 Oak Grove Avenue, Suite 250
Menlo Park, CA 94025
michael.heafey@rimonlaw.com

Eric C. Cohen
Jason Xu
RIMON LAW P.C.
1990 K. Street, NW, Suite 420
Washington, DC 20006
eric.cohen@rimonlaw.com
jason.xu@rimonlaw.com

OF COUNSEL:

Steven Yovits
Constantine Koutsoubas
Melvin Gaddy
Jason P. Greenhut
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Chicago, IL 60606
Tel: (312) 857-7070

Clifford Katz
Jolie Schenerman
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel: (212) 808-7800

Dated: October 25, 2023
11132304 / 14944-00004

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Andrew L. Brown (#6766)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com
    abrown@potteranderson.com

*Attorneys for Plaintiff The Nielsen Company (US), LLC*