## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE NIELSEN COMPANY (US), LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 22-57-CJB |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| TVISION INSIGHTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the following

documents were caused to be served on November 21, 2023, upon the following attorneys of

record as indicated below:

REBUTTAL EXPERT REPORT OF PIERRE MOULIN RESPONDING TO
REPORT OF DR. DAVID ANDERSON REGARDING INVALIDITY OF U.S.
PATENT NO. 7,783,889 **[HIGHLY CONFIDENTIAL – OUTSIDE
ATTORNEYS' EYES ONLY]**

REBUTTAL EXPERT REPORT OF JAAP HAITSMA RESPONDING TO
REPORT OF DR. DAVID ANDERSON REGARDING INVALIDITY OF U.S.
PATENT NO. 7,783,889 **[HIGHLY CONFIDENTIAL – OUTSIDE
ATTORNEYS' EYES ONLY]**

## VIA ELECTRONIC MAIL

John W. Shaw
Andrew E. Russell
Nathan R. Hoeschen
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
SKTVision@shawkeller.com
Michael F. Heafey
RIMON LAW P.C.
800 Oak Grove Avenue, Suite 250
Menlo Park, CA 94025
michael.heafey@rimonlaw.com

Eric C. Cohen
Jason Xu
RIMON LAW P.C.
1990 K. Street, NW, Suite 420
Washington, DC 20006
eric.cohen@rimonlaw.com
jason.xu@rimonlaw.com

2

OF COUNSEL:

Steven Yovits
Constantine Koutsoubas
Melvin Gaddy
Jason P. Greenhut
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Chicago, IL 60606
Tel:  (312) 857-7070

Clifford Katz
Jolie Schenerman
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel:  (212) 808-7800

Dated: November 22, 2023
11176249 / 14944-00004

POTTER ANDERSON & CORROON LLP

By:  */s/ Andrew L. Brown*
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Andrew L. Brown (#6766)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE  19801
    Tel:  (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com
    abrown@potteranderson.com

*Attorneys for Plaintiff The Nielsen Company (US), LLC*

2