## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 22-57-CJB |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| TVISION INSIGHTS, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the following documents were caused to be served on December 15, 2023, upon the following attorneys of record as indicated below:

> Reply Expert Report on Damages of Michael C. Keeley, Ph.D. Senior Advisor, Cornerstone Research **[HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY]**
>
> REPLY EXPERT REPORT OF PIERRE MOULIN RESPONDING TO REPORT OF DR. DAVID ANDERSON REGARDING INFRINGEMENT OF U.S. PATENT NO. 7,783,889 **[HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY]**
>
> REBUTTAL EXPERT REPORT OF DR. VINAYAK TANKSALE **[HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY]**

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| John W. Shaw | Eric C. Cohen |
| Andrew E. Russell | Jason Xu |
| Nathan R. Hoeschen | RIMON LAW P.C. |
| SHAW KELLER LLP | 1990 K. Street, NW, Suite 420 |
| I.M. Pei Building | Washington, DC 20006 |
| 1105 North Market Street, 12th Floor | eric.cohen@rimonlaw.com |
| Wilmington, DE 19801 | jason.xu@rimonlaw.com |
| SKTVision@shawkeller.com | |

Michael F. Heafey
RIMON LAW P.C.
800 Oak Grove Avenue, Suite 250
Menlo Park, CA 94025
michael.heafey@rimonlaw.com

OF COUNSEL:

Steven Yovits
Constantine Koutsoubas
Melvin Gaddy
Jason P. Greenhut
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Chicago, IL 60606
Tel: (312) 857-7070

Clifford Katz
Jolie Schenerman
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel: (212) 808-7800

Dated: December 18, 2023
11215380 / 14944-00004

POTTER ANDERSON & CORROON LLP

By: */s/ Andrew L. Brown*
　　David E. Moore (#3983)
　　Bindu A. Palapura (#5370)
　　Andrew L. Brown (#6766)
　　Hercules Plaza, 6th Floor
　　1313 N. Market Street
　　Wilmington, DE 19801
　　Tel: (302) 984-6000
　　dmoore@potteranderson.com
　　bpalapura@potteranderson.com
　　abrown@potteranderson.com

*Attorneys for Plaintiff The Nielsen Company (US), LLC*