

Andrew E. Russell
I.M. Pei Building
1105 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 298-0704
arussell@shawkeller.com

January 26, 2024

**BY CM/ECF & HAND DELIVERY**
The Honorable Christopher J. Burke
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3556

    Re:    *The Nielsen Company (US), LLC v. TVision Insights, Inc.,* C.A. No. 22-057-CJB

Dear Judge Burke:

The parties in the above-referenced matter write to request the scheduling of a discovery teleconference.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (by telephone) on January 12, 2024:

    Delaware Counsel:    Andrew L. Brown for The Nielsen Company ("Nielsen") and Andrew E. Russell for TVision Insights, Inc. ("TVision")

    Lead Counsel:    Douglas Lewis for Nielsen, and Jason Xu and Eric Cohen for TVision

The disputes requiring judicial attention are listed below:

- TVision's motion to permit supplemental expert reports regarding ACRCloud's source code.

        Respectfully submitted,

        */s/ Andrew E. Russell*

        Andrew E. Russell (No. 5382)

cc:    Clerk of Court (by CM/ECF & Hand Delivery)
        All Counsel of Record (by CM/ECF & Email)