IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TVISION INSIGHTS, INC., ) <br> ) <br> Defendant. ) | C.A. No. 22-057-CJB |
| THE NIELSEN COMPANY (US), LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TVISION INSIGHTS, INC., ) <br> ) <br> Defendant. ) | C.A. No. 22-1345-CJB |

**MOTION OF TVISION INSIGHTS, INC. TO CONSOLIDATE CASE NOS. 22-057-CJB AND 22-1345-CJB FOR ALL PURPOSES AND FOR REFERRAL TO JUDGE ANDREWS FOR TRIAL WITH CASE NO. 23-1346-RGA**

Defendant, TVision Insights, Inc. ("TVision") hereby moves this Court for an order, pursuant to Federal Rule of Civil Procedure 42(a), consolidating the above-captioned cases for all purposes, and re-assigning the consolidated case to Judge Andrews for trial in conjunction with related case no. 23-1346-RGA, which is currently pending before Judge Andrews. TVision has filed a separate motion in case no. 23-1346-RGA to consolidate that action with the above-captioned actions, and to refer the consolidated case to Judge Burke for all pre-trial purposes. The final result that TVision seeks is a single consolidated trial in all three actions before Judge Andrews, with pre-trial matters referred to or remaining with Judge Burke.

The grounds for this motion are set forth in the Opening Brief in Support of the Motion of TVision Insights, Inc. to Consolidate Case Nos. 22-057-CJB and 22-1345-CJB for All Purposes and for Referral to Judge Andrews for Trial with Case No. 23-1346-RGA.

|  |  |
|---|---|
| OF COUNSEL:<br>Jason Xu<br>RIMÔN LAW P.C.<br>1990 K. Street, NW, Suite 420<br>Washington, DC 20006<br>(202) 470-2141<br><br>Eric C. Cohen<br>RIMÔN LAW P.C.<br>P.O. Box B113<br>150 Fayetteville St, Suite 2800<br>Raleigh, NC 27601-2960<br>(984) 960-2860<br><br>Michael F. Heafey<br>RIMÔN LAW P.C.<br>800 Oak Grove Avenue, Suite 250<br>Menlo Park, CA 94025<br>(650) 461-4433 | Respectfully submitted,<br><br>/s/ Andrew E. Russell<br>John W. Shaw (No. 3362)<br>Andrew E. Russell (No. 5382)<br>Nathan R. Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>arussell@shawkeller.com<br>nhoeschen@shawkeller.com<br>*Attorneys for Defendant TVision Insights, Inc.* |

Dated: February 7, 2024

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

Defendant, TVision Insights, Inc. (TVision) hereby certify that a reasonable effort has been made to reach agreement with The Nielsen Company (US), LLC (Nielsen) regarding the Motion of TVision Insights, Inc. to Consolidate Case Nos. 22-057-CJB and 22-1345-CJB for All Purposes and for Referral to Judge Andrews for Trial with Case No. 23-1346-RGA. The parties were unable to reach agreement.

|  | Respectfully submitted, |
|---|---|
|  | /s/ Andrew E. Russell |
|  | John W. Shaw (No. 3362) |
|  | Andrew E. Russell (No. 5382) |
|  | Nathan R. Hoeschen (No. 6232) |
| OF COUNSEL: | SHAW KELLER LLP |
| Jason Xu | I.M. Pei Building |
| RIMÔN LAW P.C. | 1105 North Market Street, 12th Floor |
| 1990 K. Street, NW, Suite 420 | Wilmington, DE 19801 |
| Washington, DC 20006 | (302) 298-0700 |
| (202) 470-2141 | jshaw@shawkeller.com |
|  | arussell@shawkeller.com |
| Eric C. Cohen | nhoeschen@shawkeller.com |
| RIMÔN LAW P.C. | *Attorneys for Defendant TVision Insights, Inc.* |
| P.O. Box B113 |  |
| 150 Fayetteville St, Suite 2800 |  |
| Raleigh, NC 27601-2960 |  |
| (984) 960-2860 |  |
| Michael F. Heafey |  |
| RIMÔN LAW P.C. |  |
| 800 Oak Grove Avenue, Suite 250 |  |
| Menlo Park, CA 94025 |  |
| (650) 461-4433 |  |

Dated: February 7, 2024