**Potter Anderson & Corroon LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE  19801-6108
302.984.6000
potteranderson.com



Andrew L. Brown
abrown@potteranderson.com
Direct  302.984.6107

February 15, 2024

**VIA ELECTRONIC-FILING**

The Honorable Christopher J. Burke
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3556

      Re:    *The Nielsen Company (US), LLC v. TVision Insights, Inc.*
              C.A. No. 22-57-CJB

Dear Judge Burke,

      Pursuant to the Court's November 9, 2023 Order (D.I. 140), the parties hereby jointly notify the Court as follows:

      1.  Defendant TVision Insights, Inc. believes there is a material dispute regarding the construction of the claim term "frequency component" that the Court should resolve, but Plaintiff The Nielsen Company (US), LLC does not; and

      2.  Neither party believes that the construction of "frequency component" will be relevant to any forthcoming summary judgment motions.

      The parties are available at the Court's convenience.

      Respectfully,

      */s/ Andrew L. Brown*

      Andrew L. Brown

ALB:nmt/11326528/14911.00004

cc:      Counsel of Record (via electronic mail)