**Potter Anderson & Corroon LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE 19801-6108
302.984.6000
potteranderson.com



Bindu A. Palapura
Partner
Direct 302.984.6092

February 21, 2024

**VIA ELECTRONIC FILING**

The Honorable Christopher J. Burke
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Unit 28, Room 2325
Wilmington, DE 19801-3555

    Re:   *The Nielsen Company (US), LLC v. TVision Insights, Inc.*,
           C.A. No. 22-00057-CJB

Dear Judge Burke:

    The parties in the above-referenced matter write to request the scheduling of a discovery teleconference to address one dispute.

    The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (by videoconference) on February 9, 2024:

| | |
|---|---|
| Delaware Counsel: | Andrew L. Brown (The Nielsen Company (US), LLC) |
| | Andrew E. Russell (TVision Insights, Inc.) |
| Lead Counsel: | Douglas Lewis (The Nielsen Company (US), LLC) |
| | Eric Cohen (TVision Insights, Inc.) |

The dispute requiring judicial attention is listed below:

- Whether TVision's rebuttal expert reports violate TVision's written agreement not to use Project Macro for any purpose in this litigation

                                        Respectfully,

                                        */s/ Bindu A. Palapura*

                                        Bindu A. Palapura

BAP:mes/11336483/14944.00004

cc:    Counsel of Record (via electronic mail)