## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC,         )<br>                                                                    )<br>            Plaintiff,                                   )<br>                                                                    )   C.A. No. 22-57-CJB<br>    v.                                                          )<br>                                                                    )   **JURY TRIAL DEMANDED**<br>TVISION INSIGHTS, INC.,                     )<br>                                                                    )<br>            Defendant.                               )  | |

## MOTION FOR TELECONFERENCE
## TO RESOLVE DISCOVERY DISPUTE

Plaintiff The Nielsen Company (US) respectfully moves this Court to schedule a teleconference to address an outstanding dispute regarding discovery matters as set forth in the parties' letter filed concurrently herewith.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Steven Yovits
Douglas Lewis
Constantine Koutsoubas
Jason P. Greenhut
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Chicago, IL 60606
Tel: (312) 857-7070

Clifford Katz
Jolie Schenerman
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel: (212) 808-7800

By: */s/ Andrew L. Brown*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Andrew L. Brown (#6766)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
abrown@potteranderson.com

*Attorneys for Plaintiff The Nielsen Company (US), LLC*

Dated: February 21, 2024
11336473 / 14944.00004