IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE NIELSEN COMPANY (US), LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-057-CJB |
| | ) | |
| TVISION INSIGHTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION TO EXTEND TIME

The parties hereby stipulate and agree, subject to the approval of the Court, that the below deadlines are extended as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Summary judgment and Daubert motions | March 8, 2024 | March 12, 2024 |
| Opposition briefs re: summary judgment and Daubert motions | April 5, 2024 | April 9, 2024 |
| Reply briefs re: summary judgment and Daubert and Dispositive motions | April 26, 2024 | Unchanged |
| Hearing on summary judgment and Daubert motions | June 5, 2024 | Unchanged |
| Joint Final Proposed Pretrial Order | Sept. 9, 2024 | Unchanged |
| Pretrial conference | Sept. 27, 2024, 11:30 am | Unchanged |
| Five-day Trial | Oct. 7, 2024, 9:30 am | Unchanged |

1

| | |
|---|---|
| */s/ David E. Moore* | */s/ Andrew E. Russell* |
| David E. Moore (No. 3983) | John W. Shaw (No. 3362) |
| Bindu A. Palapura (No. 5730) | Andrew E. Russell (No. 5382) |
| Andrew L. Brown (No. 6766) | Nathan R. Hoeschen (No. 6232) |
| POTTER ANDERSON & CORROON LLP | SHAW KELLER LLP |
| Hercules Plaza, 6th Floor | I.M. Pei Building |
| 1313 N. Market Street | 1105 North Market Street, 12th Floor |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 984-6000 | (302) 298-0700 |
| dmoore@potteranderson.com | jshaw@shawkeller.com |
| abrown@potteranderson.com | arussell@shawkeller.com |
| bpalapura@potteranderson.com | nhoeschen@shawkeller.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

Dated: February 29, 2024

SO ORDERED this _____ day of _____ 2024.

_____
United States District Court Judge