**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 22-57-CJB |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| TVISION INSIGHTS, INC., ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S *DAUBERT* MOTION
TO EXCLUDE MS. JOHNSON'S DAMAGES OPINIONS**

Plaintiff The Nielsen Company (US), LLC ("Nielsen"), hereby moves the Court to exclude the following opinions of Ms. Joanne Johnson, including the identified portions of her report, pursuant to Fed. R. Evid. 702 and *Daubert v. Merrell Dow Pharma*, 509 U.S. 579 (1993):

| Opinion | Portions of Report |
|---|---|
| Ms. Johnson's opinion relating to Nielsen's foregone profits | Johnson Rep. ¶¶13 (bullet point 1), 241-42, 243 (bullet point 1), 244-48, 252, 260, 281 and Exhibits 18.1-18.3 |
| Ms. Johnson's opinion that the April 2018 forecast is "speculative and unsubstantiated" | Johnson Rep. ¶¶13 (bullet 2), 106, 135-139, 232, 242, 243 (bullet 7), 285-94, 302, and 304-06, 309, Figures 10, 22, and Exhibits 11.0-11.2, and 15.0-15.4 |
| Ms. Johnson's opinion about a device-based running royalty | Johnson Rep. ¶¶11, 103-06, 156, 163-67, 181-208, 232 (bullets 8 and 11), 235, 239, 270, 285, 288-89, Figures 1, 7, 16 and Exhibits 3.0-3.1, 5.0, 5.2-5.3, 7.0, 9.0, and 18.0-18.3 |
| Ms. Johnson's royalty opinions relying on the Gracenote agreement | Johnson Rep. ¶¶27, 109, 111, 181-208, 232 (bullet 11), 235-36, 288, Figures 1 and 16, and Exhibits 3.0, 7.0 |
| Ms. Johnson's reasonable royalty opinions relying on financial data post-dating the hypothetical negotiation | Johnson Rep. ¶¶13 (bullet 7), 130-34, 136-42, 174-80, 221-23, 225-26, 229, 242, 243 (bullets 7-8), 286, 288, 290-92, 294, 306, Figures 9-10, 22, and Exhibits 10.0-10.1, 11.0-11.2, 12.0-12.2, 15.0-15.4, and 18.0-18.3 |

| | |
|---|---|
| Ms. Johnson's opinions regarding the alleged ACRCloud alternative | Johnson Rep. ¶¶11-12, 13 (bullet 2), 103, 149, 151-156, 172-73, 232 (bullet 8), 235-36, 239, 243 (bullet 2), 251-55, 269-70, and 281, Figures 1, 12, and 16, and Exhibits 3.0, 4.0, 6.3 and 18.0 |
| Ms. Johnson's opinions regarding the proposed TVision internal ACR alternative | Johnson Rep. ¶¶11-12, 13 (bullet 2), 103, 149 (bullet 3), 150, 167-168, 172-173, 232 (bullet 8), 235-36, 239, 243 (bullet 2), 251-55, 269-70, and 281 Figures 1, 12, 16, and 21, and Exhibits 3.0, 6.0-6.2, 18.0, and 18.3 |
| Ms. Johnson's opinions regarding the proposed MRL alternative | Johnson Rep. ¶¶13 (bullet 2), 149-50, 157-160, and 232 (bullet 8), 235-36, 239, 243 (bullet 2), 251-55, 269-70, 281, and Figures 1, 12, 16, 21, and Exhibits 3.0, 5.0, 18.0, and 18.2 |
| Ms. Johnson's opinions regarding the proposed Axwave alternative | Johnson Rep. ¶¶13 (bullet 2), 149-50, 157-160 and 232 (bullet 8), 235-36, 239, 243 (bullet 2), 251-55, 269-70, 281, and Figures 1, 12, 16, and 21 and Exhibits 3.0, 5.0, 18.0, and 18.2 |
| Ms. Johnson's opinions regarding the proposed Mufin alternative | Johnson Rep. ¶¶13 (bullet 2), 149-50, 157-58, 160, and 232 (bullet 8), 235-36, 239, 243 (bullet 2), 251-55, 269-70, 281, Figures 1, 11-12, 16, 21 and Exhibits 3.0, 5.0-5.4, 18.0, and 18.2 |
| Ms. Johnson's opinions regarding the proposed Source Digital alternative | Johnson Rep. ¶¶13 (bullet 2), 146, 149-50, 1579-58, 160, and 162 and 232 (bullet 8), 235-36, 239, 243 (bullet 2), 251-55, 269-70, 281, Figures 1, 11-12, 16, 21 and Exhibits 3.0, 5.0, 18.0, and 18.2 |
| Ms. Johnson's opinions regarding the proposed "Answer" alternative | Johnson Rep. ¶¶13 (bullet 2) and 149-50, 157 and 232 (bullet 8), 235-36, 239, 243 (bullet 2), 251-55, 269-70, 281, Figures 1, 11-12, 16, 21, and Exhibits 3.0, 5.0, 18.0, and 18.2 |
| Ms. Johnson's opinions regarding the proposed Beatgrid alternative | Johnson Rep. ¶¶13 (bullet 2), 149-50, and 160 and 232 (bullet 8), 235-36, 239, 243 (bullet 2), 251-55, 269-70, 281, Figures 1, 11-12, 16, 21, and Exhibits 3.0, 5.0, 18.0, and 18.2 |
| Ms. Johnson's opinions regarding the proposed Dat-Track alternative | Johnson Rep. ¶¶13 (bullet 2), 149-50, 157, 160 and 232 (bullet 8), 235-36, 239, 243 (bullet 2), 251-55, 269-70, 281, Figures 1, 11-12, 16, 21, and Exhibits 3.0, 5.0, 18.0, and 18.2 |

| | |
|---|---|
| Ms. Johnson's opinions that the ACR market is "fairly commoditized" with "very similar capabilities" | Johnson Rep. ¶¶150, 157, 169-70, 177, 223, 253 |
| Ms. Johnson's opinion that a reasonable royalty is limited to the cost of an alternative | Johnson Rep. ¶¶11-12, 13 (bullet 2), 103, 148-49, 156, 161-73, 232 (bullet 8), 235-36, 238-39, 243 (bullet 2), 251-55, 269-70, and 281, Figures 1, 11, 12, 16, 21 and Exhibits 3.0-3.1, 4.0, 5.0-4, 6.0-3, 18.0 |

The grounds for this motion are fully set forth in Nielsen's omnibus Opening Brief, the supporting Declaration of Douglas Lewis and Exhibits 1-9, 11-16, 18-32 and 34 thereto all filed concurrently herewith, and upon the papers, records, and pleadings on file with the Court.

Pursuant to D. Del. LR 7.1.1, Nielsen certifies that the parties have met and conferred on the subjects of this motion, but were unable to reach agreement.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Steven Yovits<br>Douglas Lewis<br>Constantine Koutsoubas<br>Jason P. Greenhut<br>KELLEY DRYE & WARREN LLP<br>333 West Wacker Drive<br>Chicago, IL 60606<br>Tel: (312) 857-7070<br><br>Clifford Katz<br>Jolie Schenerman<br>KELLEY DRYE & WARREN LLP<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>Tel: (212) 808-7800<br><br>Dated: March 12, 2024<br>11374509 / 14944-00004 | Respectfully submitted,<br><br>POTTER ANDERSON & CORROON LLP<br><br>By: /s/ David E. Moore<br>   David E. Moore (#3983)<br>   Bindu A. Palapura (#5370)<br>   Andrew L. Brown (#6766)<br>   Hercules Plaza, 6th Floor<br>   1313 N. Market Street<br>   Wilmington, DE 19801<br>   Tel: (302) 984-6000<br>   dmoore@potteranderson.com<br>   bpalapura@potteranderson.com<br>   abrown@potteranderson.com<br><br>*Attorneys for Plaintiff The Nielsen Company (US), LLC* |