## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE NIELSEN COMPANY (US), LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 22-57-CJB |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| TVISION INSIGHTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## [PROPOSED] ORDER ON PLAINTIFF'S *DAUBERT* MOTION
## TO EXCLUDE MS. JOHNSON'S DAMAGES OPINIONS

WHEREAS, the Court, having considered Plaintiff The Nielsen Company (US) LLC's

("Nielsen") *Daubert* motion to exclude the opinions of Ms. Joanne Johnson regarding the

following (the "Motion") and the related briefing and all arguments thereto:

- Ms. Johnson's opinion relating to Nielsen's foregone profits
- Ms. Johnson's opinion that the April 2018 forecast is "speculative and unsubstantiated"
- Ms. Johnson's opinion about a device-based running royalty
- Ms. Johnson's royalty opinions relying on the Gracenote agreement
- Ms. Johnson's reasonable royalty opinions relying on financial data post-dating the hypothetical negotiation
- Ms. Johnson's opinions regarding the alleged ACRCloud alternative
- Ms. Johnson's opinions regarding the proposed TVision internal ACR alternative
- Ms. Johnson's opinions regarding the proposed MRL alternative
- Ms. Johnson's opinions regarding the proposed Axwave alternative
- Ms. Johnson's opinions regarding the proposed Mufin alternative
- Ms. Johnson's opinions regarding the proposed Source Digital alternative
- Ms. Johnson's opinions regarding the proposed "Answer" alternative
- Ms. Johnson's opinions regarding the proposed Beatgrid alternative
- Ms. Johnson's opinions regarding the proposed Dat-Track alternative
- Ms. Johnson's opinions that the ACR market is "fairly commoditized" with "very similar capabilities"
- Ms. Johnson's opinion that a reasonable royalty is limited to the cost of an alternative

IT IS HEREBY ORDERED this _____ day of _____, 2024, that:

Nielsen's Motion to exclude Ms. Johnson's damages opinions is hereby GRANTED.  Ms. Johnson is prohibited from testifying at trial regarding the following opinions, including the portions of her report so identified:

| Opinion | Portions of Report |
|---|---|
| Ms. Johnson's opinion relating to Nielsen's foregone profits | Johnson Rep. ¶¶13 (bullet point 1), 241-42, 243 (bullet point 1), 244-48, 252, 260, 281 and Exhibits 18.1-18.3 |
| Ms. Johnson's opinion that the April 2018 forecast is "speculative and unsubstantiated" | Johnson Rep. ¶¶13 (bullet 2), 106, 135-139, 232, 242, 243 (bullet 7), 285-94, 302, and 304-06, 309, Figures 10, 22, and Exhibits 11.0-11.2, and 15.0-15.4 |
| Ms. Johnson's opinion about a device-based running royalty | Johnson Rep. ¶¶11, 103-06, 156, 163-67, 181-208, 232 (bullets 8 and 11), 235, 239, 270, 285, 288-89, Figures 1, 7, 16 and Exhibits 3.0-3.1, 5.0, 5.2-5.3, 7.0, 9.0, and 18.0-18.3 |
| Ms. Johnson's royalty opinions relying on the Gracenote agreement | Johnson Rep. ¶¶27, 109, 111, 181-208, 232 (bullet 11), 235-36, 288, Figures 1 and 16, and Exhibits 3.0, 7.0 |
| Ms. Johnson's reasonable royalty opinions relying on financial data post-dating the hypothetical negotiation | Johnson Rep. ¶¶13 (bullet 7), 130-34, 136-42, 174-80, 221-23, 225-26, 229, 242, 243 (bullets 7-8), 286, 288, 290-92, 294, 306, Figures 9-10, 22, and Exhibits 10.0-10.1, 11.0-11.2, 12.0-12.2, 15.0-15.4, and 18.0-18.3 |
| Ms. Johnson's opinions regarding the alleged ACRCloud alternative | Johnson Rep. ¶¶11-12, 13 (bullet 2), 103, 149, 151-156, 172-73, 232 (bullet 8), 235-36, 239, 243 (bullet 2), 251-55, 269-70, and 281, Figures 1, 12, and 16, and Exhibits 3.0, 4.0, 6.3 and 18.0 |
| Ms. Johnson's opinions regarding the proposed TVision internal ACR alternative | Johnson Rep. ¶¶11-12, 13 (bullet 2), 103, 149 (bullet 3), 150, 167-168, 172-173, 232 (bullet 8), 235-36, 239, 243 (bullet 2), 251-55, 269-70, and 281 Figures 1, 12, 16, and 21, and Exhibits 3.0, 6.0-6.2, 18.0, and 18.3 |
| Ms. Johnson's opinions regarding the proposed MRL alternative | Johnson Rep. ¶¶13 (bullet 2), 149-50, 157-160, and 232 (bullet 8), 235-36, 239, 243 (bullet 2), 251-55, 269-70, 281, and Figures 1, 12, 16, 21, and Exhibits 3.0, 5.0, 18.0, and 18.2 |

| Ms. Johnson's opinions regarding the proposed Axwave alternative | Johnson Rep. ¶¶13 (bullet 2), 149-50, 157-160 and 232 (bullet 8), 235-36, 239, 243 (bullet 2), 251-55, 269-70, 281, and Figures 1, 12, 16, and 21 and Exhibits 3.0, 5.0, 18.0, and 18.2 |
|---|---|
| Ms. Johnson's opinions regarding the proposed Mufin alternative | Johnson Rep. ¶¶13 (bullet 2), 149-50, 157-58, 160, and 232 (bullet 8), 235-36, 239, 243 (bullet 2), 251-55, 269-70, 281, Figures 1, 11-12, 16, 21 and Exhibits 3.0, 5.0-5.4, 18.0, and 18.2 |
| Ms. Johnson's opinions regarding the proposed Source Digital alternative | Johnson Rep. ¶¶13 (bullet 2), 146, 149-50, 1579-58, 160,  and 162 and 232 (bullet 8), 235-36, 239, 243 (bullet 2), 251-55, 269-70, 281, Figures 1, 11-12, 16, 21 and Exhibits 3.0, 5.0, 18.0, and 18.2 |
| Ms. Johnson's opinions regarding the proposed "Answer" alternative | Johnson Rep. ¶¶13 (bullet 2) and 149-50, 157 and 232 (bullet 8), 235-36, 239, 243 (bullet 2), 251-55, 269-70, 281, Figures 1, 11-12, 16, 21, and Exhibits 3.0, 5.0, 18.0, and 18.2 |
| Ms. Johnson's opinions regarding the proposed Beatgrid alternative | Johnson Rep. ¶¶13 (bullet 2), 149-50, and 160 and 232 (bullet 8), 235-36, 239, 243 (bullet 2), 251-55, 269-70, 281, Figures 1, 11-12, 16, 21, and Exhibits 3.0, 5.0, 18.0, and 18.2 |
| Ms. Johnson's opinions regarding the proposed Dat-Track alternative | Johnson Rep. ¶¶13 (bullet 2), 149-50, 157, 160 and 232 (bullet 8), 235-36, 239, 243 (bullet 2), 251-55, 269-70, 281, Figures 1, 11-12, 16, 21, and Exhibits 3.0, 5.0, 18.0, and 18.2 |
| Ms. Johnson's opinions that the ACR market is "fairly commoditized" with "very similar capabilities" | Johnson Rep. ¶¶150, 157, 169-70, 177, 223, 253 |
| Ms. Johnson's opinion that a reasonable royalty is limited to the cost of an alternative | Johnson Rep. ¶¶11-12, 13 (bullet 2), 103, 148-49, 156, 161-73, 232 (bullet 8), 235-36, 238-39, 243 (bullet 2), 251-55, 269-70, and 281, Figures 1, 11, 12, 16, 21 and Exhibits 3.0-3.1, 4.0, 5.0-4, 6.0-3, 18.0 |

By: _____

The Honorable Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE

11374508/14944.00004