IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC, )<br>)<br>Plaintiff, )<br>) C.A. No. 22-057-CJB<br>v. )<br>)<br>TVISION INSIGHTS, INC., )<br>)<br>Defendant. ) | |

**TVISION INSIGHTS, INC.'S MOTION FOR SUMMARY JUDGMENT OF
<u>INVALIDITY OF U.S. PATENT NO. 7,783,889</u>**

Defendant TVision Insights, Inc. ("TVision") hereby moves the Court for summary judgment on the ground of invalidity of the asserted claims of U.S. Pat. No. 7,783,889 ("the '889 patent") for lack of patentable subject matter under 35 U.S.C. § 101. The specific grounds for this Motion are set forth in TVision's Opening Brief in Support of Motion for Summary Judgment, filed concurrently with this Motion.

Respectfully submitted,

/s/ *Andrew E. Russell*
John W. Shaw (No. 3362)
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)

| OF COUNSEL: | SHAW KELLER LLP |
|---|---|
| Jason Xu | I.M. Pei Building |
| RIMÔN LAW P.C. | 1105 North Market Street, 12th Floor |
| 1990 K. Street, NW, Suite 420 | Wilmington, DE 19801 |
| Washington, DC 20006 | (302) 298-0700 |
| (202) 470-2141 | jshaw@shawkeller.com |
| | arussell@shawkeller.com |
| Eric C. Cohen | nhoeschen@shawkeller.com |
| RIMÔN LAW P.C. | *Attorneys for Defendant* |
| P.O. Box B113 | |
| 150 Fayetteville St, Suite 2800 | |
| Raleigh, NC 27601-2960 | |
| (984) 960-2860 | |

Michael F. Heafey
RIMÔN LAW P.C.
800 Oak Grove Avenue, Suite 250
Menlo Park, CA 94025
(650) 461-4433

Dated: March 12, 2024