IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 22-57-CJB |
| v. | ) |
| | ) |
| TVISION INSIGHTS, INC., | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER RE TVISION INSIGHTS, INC.'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 7,783,889**

Having Considered the Motion filed by TVision Insights, Inc. ("TVision") for Summary Judgment of Invalidity of the Asserted Claims of U.S. Patent No. 7,783,889 ("the '889 patent") for lack of patentable subject matter under 35 U.S.C. § 101, including all materials submitted and all arguments presented in support and in opposition.

IT IS HEREBY ORDERED:

TVision's motion is hereby GRANTED.  Claims 1, 2, 4–6, 8, 9, and 11–17 are invalid as directed to patent-ineligible subject matter under 35 U.S.C. § 101.

SO ORDERED.

Date: _____

_____
Hon. Christopher J. Burke