IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 22-057-CJB ) |
| TVISION INSIGHTS, INC., | ) ) |
| Defendant. | ) ) |

**TVISION INSIGHTS, INC.'S CONCISE STATEMENT OF FACTS IN SUPPORT ITS MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF <u>U.S. PATENT NO. 7,783,889</u>**

OF COUNSEL:
Jason Xu
RIMÔN LAW P.C.
1990 K. Street, NW, Suite 420
Washington, DC 20006
(202) 470-2141

Eric C. Cohen
RIMÔN LAW P.C.
P.O. Box B113
150 Fayetteville St, Suite 2800
Raleigh, NC 27601-2960
(984) 960-2860

Michael F. Heafey
RIMÔN LAW P.C.
800 Oak Grove Avenue, Suite 250
Menlo Park, CA 94025
(650) 461-4433

Dated: March 12, 2024

John W. Shaw (No. 3362)
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
arussell@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendant*

1. The Nielsen Company (US) LLC ("Nielsen" or "Plaintiff") accuses TVision Insights, Inc. ("TVision" or "Defendant") of infringement of claims 1, 2, 4–6, 8, 9, and 11–17 ("Asserted Claims) of U.S. Patent No. 7,783,889 ("the '889 patent" or "Asserted Patent").

2. Among the Asserted Claims, there are three independent claims (claims 1, 8, 14) and eleven dependent claims. '889 patent at 26:5-28:7.

3. Asserted independent claim 1 recites the following:

> 1. A method for generating signatures implemented using an apparatus comprising a processor, the method comprising:
>
> obtaining a first frame of media samples;
>
> identifying a first frequency component having a first spectral power and a second frequency component having a second spectral power by performing a spectral transform operation on the first frame of media samples;
>
> determining a first descriptor of the first frame of media samples based on a comparison of the first spectral power and the second spectral power;
>
> generating a first signature based on the first descriptor,
>
> identifying a second frame of media samples by extracting a common plurality of media samples from the first frame of media samples and appending another plurality of media samples to the common plurality of media samples;
>
> identifying a third spectral power associated with a third frequency component and a fourth spectral power associated with a fourth frequency component, wherein the third frequency component and the fourth frequency component are associated with performing the spectral transform operation on the second frame of media samples;
>
> determining a second descriptor based on a comparison of the third spectral power and the fourth spectral power; and
>
> generating a second signature based on the second descriptor.

'889 patent at 26:5-32.

4. Asserted dependent claim 2 recites the following:

> 2. A method as defined in claim 1, further comprising identifying media information based on the first signature.

'889 patent at 26:33-34.

5. Asserted dependent claim 4 recites the following:

> 4. A method as defined in claim 2, wherein the media information is associated with at least one of audio information or video information.

'889 patent at 26:38-40.

    6.    Asserted dependent claim 5 recites the following:

5. A method as defined in claim 1, wherein the first descriptor is associated with only the first frame of media samples.

'889 patent at 26:38-40.

    7.    Asserted dependent claim 6 recites the following:

6. A method as defined in claim 1, wherein the second descriptor is associated with only the second frame of media samples.

'889 patent at 26:43-44.

    8.    Asserted independent claim 8 recites the following:

8. An apparatus for generating signatures, comprising:

a processor system including a memory; and

instructions stored in the memory that enable the processor system to:

obtain a first and second frames of media samples, the first and second frames of media samples consecutively located in an audio stream, a portion of the first frame of media samples overlapping with a portion of the second frame of media samples;

identify a first frequency component having a first spectral power and a second frequency component having a second spectral power by performing a spectral transform operation on the first frame of media samples:

identify a third spectral power and a fourth spectral power;

determine a first descriptor of the first frame of media samples based on a comparison of the first spectral power and the second spectral power;

determine a second descriptor of the second frame of media samples based on a comparison of the third spectral power and the fourth spectral power,

and generate a first signature based on the first descriptor and a second signature based on the second descriptor.

'889 patent at 26:47-27:2.

    9.    Asserted dependent claim 9 recites the following:

9. An apparatus as defined in claim 8, wherein the instructions stored in the memory enable the processor System to identify media information based on the first signature.

'889 patent at 27:3-5.

    10.    Asserted dependent claim 11 recites the following:

11. An apparatus as defined in claim 8, wherein the first descriptor is associated with only the first frame of media samples.

'889 patent at 27:9-11.

    11.    Asserted dependent claim 12 recites the following:

12. An apparatus as defined in claim 8, wherein the instructions stored in the memory enable the processor System to:

obtain a first plurality of media samples; and

identify the second frame of media samples by extracting a common plurality of media samples from the first frame of media samples and appending the first plurality of media samples to the common plurality of media samples, the commonplurality of media samples including the overlapping portions of the first and second frames of media samples.

'889 patent at 27:12-22.

    12.    Asserted dependent claim 13 recites the following:

13. An apparatus as defined in claim 8, wherein the third spectral power is associated with a third frequency component and the fourth spectral power is associated with a fourth frequency component, and wherein the third frequency component and the fourth frequency component are associated with performing the spectral transform operation on the second frame of media samples.

'889 patent at 27:23-28.

    13.    Asserted independent claim 14 recites the following:

14. A tangible machine accessible medium having instructions stored thereon that, when executed, cause a machine to:

obtain a first frame first and second frames of media samples, the first and second frames of media samples consecutively located in an audio stream, a portion of the first frame of media samples overlapping with a portion of the second frame of media samples;

identify a first frequency component having a first spectral power and a second frequency component having a second spectral power by performing a spectral transform operation on the first frame of media samples;

identify a third spectral power and a fourth spectral power;

determine a first descriptor of the first frame of media samples based on a comparison of the first spectral power and the second spectral power;

determine a second descriptor of the second frame of media samples based on a comparison of the third spectral power and the fourth spectral power; and

generate a first signature based on the first descriptor and a second signature based on the second descriptor.

'889 patent at 27:29-28:13.

    14.    Asserted dependent claim 15 recites the following:

15. A tangible machine accessible medium as defined in claim 14, wherein the first descriptor is associated with only the first frame of media samples.

'889 patent at 28:14-16.

    15.    Asserted dependent claim 16 recites the following:

16. A tangible machine accessible medium as defined in claim 14 having instructions stored thereon that, when executed, cause the machine to:

obtain a first plurality of media samples; and

identify the second frame of media samples by extracting a common plurality of media samples from the first frame of media samples and appending the first plurality of media samples to the common plurality of media samples, the common plurality of media samples including the overlapping portions of the first and second frames of media samples.

'889 patent at 28:17-28.

    16.    Asserted dependent claim 17 recites the following:

16. A tangible machine accessible medium as defined in claim 14, wherein third spectral power is associated with a third frequency component and the fourth spectral power is associated with a fourth frequency component, and wherein the third frequency component and the fourth frequency component are associated with performing the spectral transform operation on the second frame of media samples.

'889 patent at 28:28-35.

|  |  |
|---|---|
| | Respectfully submitted, |
| | */s/ Andrew E. Russell* |
| OF COUNSEL: | John W. Shaw (No. 3362) |
| Jason Xu | Andrew E. Russell (No. 5382) |
| RIMÔN LAW P.C. | Nathan R. Hoeschen (No. 6232) |
| 1990 K. Street, NW, Suite 420 | SHAW KELLER LLP |
| Washington, DC 20006 | I.M. Pei Building |
| (202) 470-2141 | 1105 North Market Street, 12th Floor |
| | Wilmington, DE 19801 |
| Eric C. Cohen | (302) 298-0700 |
| RIMÔN LAW P.C. | jshaw@shawkeller.com |
| P.O. Box B113 | arussell@shawkeller.com |
| 150 Fayetteville St, Suite 2800 | nhoeschen@shawkeller.com |
| Raleigh, NC 27601-2960 | *Attorneys for Defendant* |
| (984) 960-2860 | |
| | |
| Michael F. Heafey | |
| RIMÔN LAW P.C. | |
| 800 Oak Grove Avenue, Suite 250 | |
| Menlo Park, CA 94025 | |
| (650) 461-4433 | |

Dated: March 12, 2024