**Potter Anderson & Corroon LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE  19801-6108
302.984.6000
potteranderson.com



Andrew L. Brown
abrown@potteranderson.com
Direct  302.984.6107

March 15, 2024

**VIA ELECTRONIC FILING**

The Honorable Christopher J. Burke
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

> Re:  *The Nielsen Company (US), LLC v. TVision Insights, Inc.*,
>       C.A. No. 22-57-CJB

Dear Judge Burke:

Pursuant to the Court's March 11, 2024 Oral Order (D.I. 180), the parties write to inform the Court that Plaintiff has chosen option "a."  Defendant will make its hypothetical ACR project argument, but all parties are not permitted in any way to reference Project Macro (even as a "reasonableness check" against Defendant's experts' assumptions).  As a result of Plaintiff choosing option "a," there are no scheduling disputes for the Court to resolve with respect the issue involved in D.I. 180.

The parties are available if the Court has any questions or concerns.

Respectfully,

*/s/ Andrew L. Brown*

Andrew L. Brown

ALB:mes/11378562/14944.00004

cc:   Counsel of Record (via electronic mail)