# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 22-57-CJB |
| ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| TVISION INSIGHTS, INC., ) | **PUBLIC VERSION** |
| ) | |
| Defendant. ) | |

## NIELSEN'S STATEMENT OF ADDITIONAL FACTS
## IN OPPOSITION TO TVISION'S MOTION FOR SUMMARY JUDGMENT

OF COUNSEL:

Steven Yovits
Douglas Lewis
Constantine Koutsoubas
Jason P. Greenhut
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Chicago, IL 60606
Tel: (312) 857-7070

Clifford Katz
Jolie Schenerman
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel: (212) 808-7800

Dated: April 9, 2024
11438241 / 14944.00004
Public Version Dated: April 16, 2024

David E. Moore (#3983)
Bindu A. Palapura (#5370)
Andrew L. Brown (#6766)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
abrown@potteranderson.com

*Attorneys for Plaintiff The Nielsen Company (US), LLC*

|   | **Facts** | **Evidence** |
|---|---|---|
| 1. | The specification of U.S. Patent No. 7,783,889 ("the '889 Patent") recites: "[t]he methods and apparatus described herein generally relate to generating digital spectral signatures, which may be used to identify media information." | Ex. 1[1], '889 Patent at 2:28-30. |
| 2. | The specification of the '889 Patent recites: "[u]nlike known methods in the prior art that use interframe operations (e.g., operations based on sample data within different data sample frames) to generate digital spectral signatures, the methods and apparatus described herein may be implemented using intraframe operations (e.g., operations based on sample data within a single frame. Intraframe operations may include, for example, comparison operations, determining percentage differences between values, etc. that are performed on two or more values (e.g., spectral power values) that are uniquely associated with or derived from a single frame. For example, using the methods and apparatus described herein, a digital spectral signature may be generated by obtaining a frame of media samples, determining spectral power values by performing a spectral transform (e.g., a FFT, a wavelet transform, etc.) on the frame of media samples, and performing an intraframe operation (e.g., a comparison) based on two or more spectral power values that are uniquely associated with the frame of media samples." | Ex. 1, '889 Patent at 2:55-3:5. |
| 3. | As of August 18, 2004, it was not well-understood, routine, or conventional among those of skill in the art to generate digital spectral signatures using operations based on a small number of frequency components computed from individual frames of media samples. | *See* Ex. 2, Moulin Rebuttal Rep. ¶807. |
| 4. | As of August 18, 2004, it was not well-understood, routine, or conventional among those of skill in the art to generate digital spectral signals by identifying two frequency components within a single frame of media samples, comparing the power levels of the two frequency components, determining a descriptor of the frame of media samples based on the comparison of the two power levels, and generating a signature based on the descriptor. | *See* Ex. 2, Moulin Rebuttal Rep. ¶808. |

---

[1] Exhibits refer to the corresponding exhibits to the declaration of Douglas Lewis in Support of Nielsen's Opposition to TVision's Motion for Summary Judgment, filed concurrently herewith.

| 5. | The intraframe processing approach claimed by the '889 Patent computes digital spectral signatures faster and is easier to implement in hardware or software. | *See* Ex. 2, Moulin Rebuttal Rep. ¶809. |
|---|---|---|
| 6. | The intraframe processing approach claimed by the '889 Patent processes a smaller amount of frequency components to generate a digital spectral signature relative to the prior art methods. | *See* Ex. 2, Moulin Rebuttal Rep. ¶809. |
| 7. | The intraframe processing approach claimed by the '889 Patent reduces the computational resources needed for signature generation. | *See* Ex. 2, Moulin Rebuttal Rep. ¶809. |
| 8. | The intraframe processing approach claimed by the '889 Patent solved the prior art technical problem for large scale systems that generated a very large amount of digital spectral signatures and accordingly required a very large amount of computational resources. | *See* Ex. 2, Moulin Rebuttal Rep. ¶809. |
| 9. | The specification of the '889 Patent recites: "[a]s a result of the relatively fewer number of monitored signatures generated at the monitoring site, monitored signatures may be generated by processor systems and/or hardware devices having relatively less computing power and/or memory than processor systems and/or hardware devices used to generate reference signatures." | Ex. 1, '889 Patent at 3:59-65. |
| 10. | The intraframe processing approach claimed by the '889 Patent generates more accurate signatures because signatures are derived from descriptors based on a few key frequencies and are therefore more discriminative than ones generated by prior art methods. | *See* Ex. 2, Moulin Rebuttal Rep. ¶¶70, 810. |
| 11. | TVision's technical expert, Dr. Anderson recites: "[t]he '889 Patent purports to improve on prior art techniques by forming a signature based on comparisons of spectral powers within a single frame of samples." | *See* Ex. 3, Anderson Op. Rep. ¶13. |
| 12. | Each claim of the '889 Patent recites identifying two frequency components within a single frame of media samples, comparing the power levels of the two frequency components, determining a descriptor of the frame of media samples based on the comparison of the two power levels, and generating a signature based on the descriptor. | *See* Ex. 2, Moulin Rebuttal Rep. ¶808. |
| 13. | The method and apparatus of the '889 Patent cannot be performed in the human mind. | *See* Ex. 2, Moulin Rebuttal Rep. ¶¶799-800. |

| 14. | The specification of the '889 Patent recites: "To achieve overlap among consecutively generated signatures, each signature is formed using an audio sample frame that partially overlaps with an audio sample frame used to form the previously generated signature. More specifically two audio sample frames that overlap include a common set of sample segments." | Ex. 1, '889 Patent at 10:3-8. |
|---|---|---|
| 15. | The specification of the '889 Patent recites: "more than one signature is generated for the monitored audio stream. More specifically, the signatures may be generated at multiple times throughout the example monitored audio stream." | Ex. 1, '889 Patent at 9:9-12 (figure numbers omitted). |
| 16. | Digital spectral signatures should be robust in the sense that a slight modification (distortion) of the sample media does not result in a large modification of the signature. | *See* Ex. 2, Moulin Rebuttal Rep. ¶803. |
| 17. | The '889 Patent's claimed method and apparatus provides robustness because it is a sign-based approach based on comparison of power levels. | *See* Ex. 2, Moulin Rebuttal Rep. ¶¶69, 810. |
| 18. | Digital spectral signatures should be discriminative in the sense that two unrelated media are unlikely to produce similar signatures. | *See* Ex. 2, Moulin Rebuttal Rep. ¶803. |
| 19. | Digital spectral signatures should be efficient to compute in order to reduce computer processing requirements, especially for large scale systems featuring large media libraries. | *See* Ex. 2, Moulin Rebuttal Rep. ¶803. |
| 20. | The '889 Patent specification recites: "Multiple reference signatures are generated for the example reference audio stream in a manner that causes the reference signatures to be time-shifted relative to each other and to overlap in time with one another." | Ex. 1, '889 Patent at 9:36-39. |
| 21. | The '889 Patent specification recites: "the sample segments are collected and used to form the first audio sample frame, which is subsequently used to determine a descriptor. This descriptor is then used to form part of a first reference signature. Then, a new sample segment is collected and a second audio sample frame is formed using sample segments. The second audio sample frame is then used to determine a reference descriptor which is used to form part of a second reference signature. Thus, the first and second audio sample frames [] include a common set of sample segments and each of the first and second audio sample frames additionally include a sample segment not included in the other . . .. In this manner, the first and second reference signatures are generated using data collected at points in the audio | Ex. 1, '889 Patent at 11:24-40. |

3

|     |                                                                                                                                                                                                                                                                                              |                                                              |
| --- | -------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | ------------------------------------------------------------ |
|     | stream that are staggered or shifted in time."                                                                                                                                                                                                                                               |                                                              |
| 22. | The '889 Patent specification recites: "due to the staggered arrangement of the reference signatures . . ., the timing devices at the monitoring site do not have to be synchronized."                                                                                                       | Ex. 1, '889 Patent at 12:47-51.                              |
| 23. | Examples of robust digital signatures extracted from spatiotemporal signal representations are those whose bits are signs of descriptor components (positive or negative), as a distortion might somewhat change the descriptor values but is less likely to change the signs.               | *See* Ex. 2, Moulin Rebuttal Rep. ¶¶69, 804.                 |
| 24. | Examples of computationally efficient signatures are those that are not computed from a large number of frames and frequency components.                                                                                                                                                     | *See* Ex. 2, Moulin Rebuttal Rep. ¶806.                      |
| 25. | The '889 Patent specification explains that the claimed method of obtaining overlapping frames of media samples "increases the likelihood of a match between a set of reference signatures and a set of monitored signatures corresponding to the same audio program."                       | Ex. 1, '889 patent at 13:2-5.                                |
| 26. | The '889 patent specification recites "[a] descriptor bit is determined based on the frequency components [] and by comparing the first spectral power [] with the second spectral power []."                                                                                                | Ex. 1, '889 patent at 16:48-51.                              |
| 27. | ███████████████████████████████████████████                                                                                                                                                                                                                                                  | *See* Ex. 4, Nelson Dep. at 128:8-129:6, 129:17-130:10.      |
| 28. | Prior art methods of generating digital spectral signals relied heavily on interframe processing (i.e., processing of data from multiple frames), which is more computationally complex relative to the intraframe methods (i.e., processing of data from within an individual frame) disclosed and claimed in the '889 patent. | *See* Ex. 2, Moulin Rebuttal Rep. ¶¶807, 809.                |

|  |  |
|---|---|
| OF COUNSEL:<br><br>Steven Yovits<br>Douglas Lewis<br>Constantine Koutsoubas<br>Jason P. Greenhut<br>KELLEY DRYE & WARREN LLP<br>333 West Wacker Drive<br>Chicago, IL 60606<br>Tel: (312) 857-7070<br><br>Clifford Katz<br>Jolie Schenerman<br>KELLEY DRYE & WARREN LLP<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>Tel: (212) 808-7800<br><br>Dated: April 9, 2024<br>11438241 / 14944.00004<br>Public Version Dated: April 16, 2024 | Respectfully submitted,<br><br>POTTER ANDERSON & CORROON LLP<br><br>By: */s/ David E. Moore*<br>　　David E. Moore (#3983)<br>　　Bindu A. Palapura (#5370)<br>　　Andrew L. Brown (#6766)<br>　　Hercules Plaza, 6th Floor<br>　　1313 N. Market Street<br>　　Wilmington, DE 19801<br>　　Tel: (302) 984-6000<br>　　dmoore@potteranderson.com<br>　　bpalapura@potteranderson.com<br>　　abrown@potteranderson.com<br><br>*Attorneys for Plaintiff The Nielsen Company (US), LLC* |

5