**Potter Anderson & Corroon LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE  19801-6108
302.984.6000
potteranderson.com



David E. Moore
Partner
Direct  302.984.6147

April 29, 2024

**VIA ELECTRONIC FILING**

The Honorable Christopher J. Burke
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3556

Re: *The Nielsen Company (US), LLC v. TVision Insights, Inc.,* C.A. No. 22-57-CJB

Dear Judge Burke:

The parties in the above-referenced matter write to request the scheduling of a discovery teleconference.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (by telephone) on March 28, 2024:

Delaware Counsel: David Moore for The Nielsen Company ("Nielsen") and Andrew E. Russell for TVision Insights, Inc. ("TVision")

Lead Counsel: Steven Yovits and Douglas Lewis for Nielsen, and Jason Xu for TVision

The disputes requiring judicial attention are listed below:

- Nielsen's motion pursuant to Rule 16 related to Lei Wang, CEO of ACRCloud Ltd.

- TVision's request to present trial testimony from Lei Wang remotely via video link.

Respectfully,

*/s/ David E. Moore*

David E. Moore

DEM:nmt/11470798 / 14944.00004

cc: Counsel of Record (via electronic mail)