# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 22-57-CJB |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| TVISION INSIGHTS, INC., ) | |
| ) | |
| Defendant. ) | |

## JOINT MOTION FOR TELECONFERENCE
## TO RESOLVE DISCOVERY DISPUTE

Plaintiff The Nielsen Company (US) and Defendant TVision Insights, Inc. respectfully move this Court to schedule a teleconference to address outstanding disputes regarding discovery matters as set forth in the parties' letter filed April 29, 2024 (D.I. 220).

As a result of a previous Order of the Court (D.I. 221), the parties will provide submissions and present their respective positions consistent with the Court's prior Order.

| | |
|---|---|
| POTTER ANDERSON & CORROON LLP | SHAW KELLER LLP |
| By: */s/ Andrew L. Brown* | By: */s/ Andrew E. Russell* |
| David E. Moore (#3983) | John W. Shaw (No. 3362) |
| Bindu A. Palapura (#5370) | Andrew E. Russell (No. 5382) |
| Andrew L. Brown (#6766) | Nathan R. Hoeschen (No. 6232) |
| Hercules Plaza, 6th Floor | I.M. Pei Building |
| 1313 N. Market Street | 1105 North Market Street, 12th Floor |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Tel: (302) 984-6000 | (302) 298-0700 |
| dmoore@potteranderson.com | jshaw@shawkeller.com |
| bpalapura@potteranderson.com | nhoeschen@shawkeller.com |
| abrown@potteranderson.com | arussell@shawkeller.com |
| *Attorneys for Plaintiff The Nielsen Company (US), LLC* | *Attorneys for Defendant TVision Insights, Inc.* |

Dated: May 1, 2024
11470761 / 14944-00004