**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TVISION INSIGHTS, INC., )<br>)<br>Defendant. ) | C.A. No. 22-57-CJB<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S MOTION TO STRIKE PORTIONS OF DEFENDANT'S
REPLY BRIEF IN SUPPORT OF ITS
DAUBERT MOTION REGARDING MICHAEL KEELEY**

Pursuant to Rule 7(b)(1)(c) of the Federal Rules of Civil Procedure and D. Del. LR 7.1.3(c)(2), Plaintiff The Nielsen Company (US), LLC respectfully moves the Court for an Order striking portions of Defendant TVision Insight's Inc.'s Reply Brief in Support of its Daubert Motion Regarding Michael Keeley (D.I. 216). The grounds for the motion are explained further in the Opening Letter Brief filed contemporaneously herewith.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Steven Yovits<br>Douglas Lewis<br>Constantine Koutsoubas<br>Jason P. Greenhut<br>KELLEY DRYE & WARREN LLP<br>333 West Wacker Drive<br>Chicago, IL 60606<br>Tel: (312) 857-7070<br><br>Clifford Katz<br>Jolie Schenerman<br>KELLEY DRYE & WARREN LLP<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>Tel: (212) 808-7800<br><br>Joshua Long<br>KELLEY DRYE & WARREN LLP<br>515 Post Oak Blvd Suite 900<br>Houston, TX 77027<br>Tel: (713) 355-5000<br><br>Dated: May 29, 2024<br>11533647 / 14944.00004 | Respectfully submitted,<br><br>POTTER ANDERSON & CORROON LLP<br><br>By: */s/ David E. Moore*<br>   David E. Moore (#3983)<br>   Bindu A. Palapura (#5370)<br>   Andrew L. Brown (#6766)<br>   Hercules Plaza, 6th Floor<br>   1313 N. Market Street<br>   Wilmington, DE 19801<br>   Tel: (302) 984-6000<br>   dmoore@potteranderson.com<br>   bpalapura@potteranderson.com<br>   abrown@potteranderson.com<br><br>*Attorneys for Plaintiff The Nielsen Company (US), LLC* |