IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE NIELSEN COMPANY (US), LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-057-CJB |
| | ) | |
| TVISION INSIGHTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION TO EXTEND TIME**

The parties hereby stipulate and agree, subject to the approval of the Court, that the deadline for defendant to file an answering brief in opposition to Plaintiff's Motion to Strike Portions of Defendant's Reply Brief in Support of its Daubert Motion Regarding Michael Keeley (D.I. 241) is extended to and including June 14, 2024. The parties further stipulate that the time for plaintiff to file a reply brief in support of its motion to strike is extended through and including June 21, 2024.

| | |
|---|---|
| /s/ David E. Moore | /s/ Andrew E. Russell |
| David E. Moore (No. 3983) | John W. Shaw (No. 3362) |
| Bindu A. Palapura (No. 5730) | Andrew E. Russell (No. 5382) |
| Andrew L. Brown (No. 6766) | Nathan R. Hoeschen (No. 6232) |
| POTTER ANDERSON & CORROON LLP | Lindsey M. Gellar (No. 7202) |
| Hercules Plaza, 6th Floor | SHAW KELLER LLP |
| 1313 N. Market Street | I.M. Pei Building |
| Wilmington, DE 19801 | 1105 North Market Street, 12th Floor |
| (302) 984-6000 | Wilmington, DE 19801 |
| dmoore@potteranderson.com | (302) 298-0700 |
| bpalapura@potteranderson.com | jshaw@shawkeller.com |
| abrown@potteranderson.com | arussell@shawkeller.com |
| *Attorneys for Plaintiff* | nhoeschen@shawkeller.com |
| | lgellar@shawkeller.com |
| | *Attorneys for Defendant TVision Insights, Inc.* |
| Dated: May 31, 2024 | |

SO ORDERED this _____ day of _____ 2024.

_____
United States District Court Judge