# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC,   )<br>   )<br>   Plaintiff,   )<br>   )   C.A. No. 22-57-CJB<br>   v.   )<br>   )   **JURY TRIAL DEMANDED**<br>TVISION INSIGHTS, INC.,   )<br>   )<br>   Defendant.   ) | |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by the undersigned counsel for Plaintiff The Nielsen Company (US), LLC ("Plaintiff") and Defendant TVision Insights, Inc. ("Defendant"), subject to the approval of the Court, that the deadline for Plaintiff to file its Public Version of the Letter in Support of Motion to Strike Portions of TVision's Reply Brief (D.I. 242) shall be extended to June 12, 2024.

| POTTER ANDERSON & CORROON LLP | SHAW KELLER LLP |
|---|---|
| By: */s/ Andrew L. Brown*<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Andrew L. Brown (#6766)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>abrown@potteranderson.com<br><br>*Attorneys for Plaintiff The Nielsen Company (US), LLC* | By: */s/ Lindsey M. Gellar*<br>John W. Shaw (No. 3362)<br>Andrew E. Russell (No. 5382)<br>Nathan R. Hoeschen (No. 6232)<br>Lindsey M. Gellar (No. 7202)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>arussell@shawkeller.com<br>nhoeschen@shawkeller.com<br>lgellar@shawkeller.com<br><br>*Attorneys for Defendant TVision Insights, Inc.* |

Dated: June 5, 2024
11548675 / 14944-00004

IT IS SO ORDERED, this ____ day of _____, 2024.

_____
Honorable Christopher J. Burke
United States Magistrate Judge