## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE NIELSEN COMPANY (US), LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 22-57-CJB |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| TVISION INSIGHTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION AND PROPOSED ORDER FOR BRIEFING SCHEDULE

WHEREAS the parties conferred pursuant to the Court's Order (D.I. 252) and have agreed upon a briefing schedule for the Emergency Motion (D.I. 250);

IT IS HEREBY STIPULATED by the undersigned counsel for Plaintiff The Nielsen Company (US), LLC ("Plaintiff") and Defendant TVision Insights, Inc. ("Defendant"), subject to the approval of the Court, that Defendant's answering brief shall be filed by June 28, 2024 and Plaintiff's reply brief shall be filed by July 2, 2024.

| | |
|---|---|
| POTTER ANDERSON & CORROON LLP | SHAW KELLER LLP |
| | |
| By: */s/ Bindu A. Palapura*_____ | By: */s/ Andrew E. Russell*_____ |
| David E. Moore (#3983) | John W. Shaw (#3362) |
| Bindu A. Palapura (#5370) | Andrew E. Russell (#5382) |
| Andrew L. Brown (#6766) | Nathan R. Hoeschen (#6232) |
| Hercules Plaza, 6th Floor | I.M. Pei Building |
| 1313 N. Market Street | 1105 North Market Street, 12th Floor |
| Wilmington, DE  19801 | Wilmington, DE 19801 |
| Tel:  (302) 984-6000 | (302) 298-0700 |
| dmoore@potteranderson.com | jshaw@shawkeller.com |
| bpalapura@potteranderson.com | arussell@shawkeller.com |
| abrown@potteranderson.com | nhoeschen@shawkeller.com |
| | |
| *Attorneys for Plaintiff The Nielsen Company (US), LLC* | *Attorneys for Defendant TVision Insights, Inc.* |

Dated:  June 24, 2024
11576546 / 14944-00004

IT IS SO ORDERED, this _____ day of _____, 2024.

_____
Honorable Christopher J. Burke
United States Magistrate Judge