# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC,     ) | |
| ) | |
| Plaintiff,     ) | |
| ) | C.A. No. 22-57-CJB |
| v.     ) | |
| ) | **JURY TRIAL DEMANDED** |
| TVISION INSIGHTS, INC.,     ) | |
| ) | |
| Defendant.     ) | |

## STIPULATION AND [PROPOSED] ORDER REGARDING PUBLIC VERSIONS

WHEREAS, on June 21, 2024, Plaintiff The Nielsen Company (US), LLC ("Nielsen") filed under seal its Emergency Motion to Amend the Scheduling Order (D.I. 250) (the "Motion") and the Declaration in support (D.I. 251);

WHEREAS, on June 24, 2024, the Court entered a briefing schedule for the Motion, with Defendant TVision Insights, Inc.'s ("TVision") answering brief due June 28, 2024 and Nielsen's reply brief due July 2, 2024;

WHEREAS, the public versions of D.I. 250 and 251 are due June 28, 2024;

WHEREAS, Nielsen believes portions of the briefs and exhibits should be redacted while TVision disagrees; and

WHEREAS, the parties do not wish to burden the Court multiple times with redaction disputes after each round of briefing (opening, answering, and reply);

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the approval of the Court:

1. The parties will file under seal all briefing related to the Motion.

2. The parties will meet and confer to discuss redactions within a week after the briefing on the Motion is complete.

3.  If the meet and confer process is unsuccessful, then the parties will bring all redaction disputes related to the briefing on the Motion within a week after completing the meet and confer.

4.  Public versions of the briefs will be postponed until after the Court resolves any disputes between the parties' over redactions.

| POTTER ANDERSON & CORROON LLP | SHAW KELLER LLP |
|---|---|
| By: */s/ Andrew L. Brown*<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Andrew L. Brown (#6766)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE  19801<br>Tel:  (302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>abrown@potteranderson.com | By: */s/ Andrew E. Russell*<br>John W. Shaw (No. 3362)<br>Andrew E. Russell (No. 5382)<br>Nathan R. Hoeschen (No. 6232)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>arussell@shawkeller.com<br>nhoeschen@shawkeller.com |
| *Attorneys for Plaintiff The Nielsen Company (US), LLC* | *Attorneys for Defendant TVision Insights, Inc.* |

Dated:  June 27, 2024
11583386 / 14944.00004

IT IS SO ORDERED, this ____ day of _____, 2024.

                                                                                               Honorable Christopher J. Burke
                                                                                               United States Magistrate Judge