IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 22-057-CJB |
| | ) |
| TVISION INSIGHTS, INC., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT TVISION INSIGHTS, INC.'S MOTION TO STRIKE
PORTIONS OF THE NIELSEN COMPANY (US), LLC'S REPLY BRIEF
AND RELATED MATERIALS (D.I. 257 – 260)**

Defendant TVision Insights, Inc. ("TVision") respectfully moves to strike portions of The Nielsen Company (US), LLC's ("Nielsen") Reply Brief and related materials.  The grounds for this motion are set forth in TVision's letter to the Honorable Christopher J. Burke in support of this motion, filed concurrently herewith.  Pursuant to D. Del. LR 7.1.1 counsel avers that reasonable efforts were made to reach agreement on the subject matter of this motion.

OF COUNSEL:
Jason Xu
RIMÔN LAW P.C.
1990 K. Street, NW, Suite 420
Washington, DC 20006
(202) 470-2141

Eric C. Cohen
RIMÔN LAW P.C.
P.O. Box B113
150 Fayetteville St, Suite 2800
Raleigh, NC 27601-2960
(984) 960-2860

/s/ Andrew E. Russell
John W. Shaw (No. 3362)
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
arussell@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendant*

1

Michael F. Heafey
RIMÔN LAW P.C.
800 Oak Grove Avenue, Suite 250
Menlo Park, CA 94025
(650) 461-4433

Dated: July 11, 2024

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 22-057-CJB |
| ) | |
| TVISION INSIGHTS, INC., ) | |
| ) | |
| Defendant. ) | |

## [PROPOSED] ORDER GRANTING MOTION TO STRIKE

At Wilmington, this _____ day of _____, 2024, having considered Defendant TVision Insights, Inc. ("TVision") respectfully moves to strike portions of The Nielsen Company (US), LLC's ("Nielsen") Reply Brief and related materials, and all papers and argument submitted in connection therewith, it is HEREBY ORDERED that the motion is GRANTED, as follows:

1. The Court hereby strikes the portions of Nielsen's reply brief, D.I. 257, and its related declarations, D.I. 258-60, that relate to new information that was withheld from Nielsen's opening brief, including the portions highlighted in exhibits 1-4 of TVision's brief in support of its motion.

_____
United States District Judge

3