**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 22-57-CJB |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| TVISION INSIGHTS, INC., ) | |
| ) | |
| Defendant. ) | |

**SECOND STIPULATION
AND [PROPOSED] ORDER REGARDING PUBLIC VERSIONS**

WHEREAS, on June 28, 2024, the Court granted the parties' Stipulation regarding Public Versions (the "Prior Stipulation") (D.I. 255);

WHEREAS, the Prior Stipulation concerns redactions to all briefing and exhibits related to Plaintiff The Nielsen Company (US), LLC's ("Nielsen") Emergency Motion to Amend the Scheduling Order (the "Motion") (D.I. 250, 251, 256, 257, 258, 259, 260 and 262) (collectively, all past and potential future briefing relating to the Motion and exhibits thereto shall be defined as the "Briefing");

WHEREAS, the Prior Stipulation requires the parties to file the Briefing under seal pending resolution of their dispute about what portions of the Briefing, if any, should remain under seal (the dispute about what portions of the Briefing and the Court's eventual decision and opinion on the Motion should remain under seal shall be defined as the "Redaction Dispute");

WHEREAS, the Prior Stipulation requires the parties to meet and confer within one week after completion of the Briefing and bring any disputes over redactions to the Court's attention within one week after that;

WHEREAS, the parties met-and-conferred pursuant to the Prior Stipulation on July 9 and July 10, 2024;

WHEREAS, Nielsen's position is that certain Nielsen information in the Briefing is confidential and must remain under seal, and TVision disagrees; and

WHEREAS, Nielsen's position is also that the Court's decision and opinion on the Motion is highly likely to contain Nielsen's information that is confidential and must remain under seal, and TVision disagrees;

WHEREAS, the parties do not wish to burden the Court with the Redaction Dispute until such time as the Court is able to resolve the underlying Motion;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the approval of the Court:

1. The parties will file redacted versions of both sides' Briefing (including any potential future briefing that is related to the Motion) that redact the information Nielsen claims is confidential and seeks to maintain under seal;

2. TVision will not oppose the filing of the redacted versions of the Briefing described in Paragraph 1, but retains the right to move to unseal additional portions of the Briefing at a later time, after the Court issues a decision and order on the Motion; and

3. TVision will not oppose a motion by Nielsen to provisionally seal the Court's forthcoming decision and opinion relating to the Motion.

| | |
|---|---|
| POTTER ANDERSON & CORROON LLP | SHAW KELLER LLP |
| By: */s/ Andrew L. Brown*<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Andrew L. Brown (#6766)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>abrown@potteranderson.com | By: */s/ Andrew E. Russell*<br>John W. Shaw (No. 3362)<br>Andrew E. Russell (No. 5382)<br>Nathan R. Hoeschen (No. 6232)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>arussell@shawkeller.com<br>nhoeschen@shawkeller.com |
| *Attorneys for Plaintiff The Nielsen Company (US), LLC* | *Attorneys for Defendant TVision Insights, Inc.* |

Dated: July 12, 2024
11620159

IT IS SO ORDERED, this _____ day of _____, 2024.

_____
Honorable Christopher J. Burke
United States Magistrate Judge