**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TVISION INSIGHTS, INC., ) <br> ) <br> Defendant. ) | C.A. No. 22-57-CJB <br><br> **JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION AND PROPOSED ORDER FOR PROVISIONAL SEALING OF
DECISION AND OPINION ON NIELSEN'S EMERGENCY MOTION**

Plaintiff The Nielsen Company (US) ("Nielsen") respectfully moves the Court to (1) issue its anticipated decision and opinion on Nielsen's pending Emergency Motion to Amend the Scheduling Order (D.I. 250) ("Motion") provisionally under seal; and (2) allow Nielsen to file a motion to seal and propose redactions to the decision and opinion before the Court issues a public version of the document. Defendant TVision Insights, Inc. ("TVision") does not oppose this request.

The parties' briefing on the Motion is now provisionally sealed. *See* D.I. 250–51, 256–60, 262.[1] As set forth in the parties' stipulations dated June 27 and July 12, 2024, Nielsen asserts that portions of the parties' briefing on the Motion are confidential and should be permanently redacted from the public record, but TVision disagrees. D.I. 255, 263. In an effort to conserve judicial resources, the parties have agreed to defer their dispute about redactions until after the Court has the opportunity to rule on the Motion itself. D.I. 263 at p. 2. The Court has endorsed the parties' stipulations on this subject—with the result that the parties' briefing remains under seal and their dispute regarding redactions will be deferred until after the Court rules on the Motion. D.I. 263.

---

[1] The term "briefing" refers to the parties' briefs and all supporting material (such as exhibits and declarations).

Given that the Court's anticipated decision and opinion on the Motion are highly likely to contain the same information in the parties' briefing that Nielsen asserts is confidential and should be redacted, Nielsen respectfully requests that the Court issue its decision and opinion under seal on a provisional basis.  Doing so will afford Nielsen the opportunity to file a motion to seal and propose redactions.  Courts in this District have followed this practice in similar situations—i.e., where the court issues a decision and opinion that relates to material over which a party has made an assertion of confidentiality. *See, e.g.*, *Integra Lifesciences Corp. v. Hyperbranch Medical Tech.*, C.A. No. 15-819-LPS-CJB, D.I. 672 at 15 (D. Del. Apr. 4, 2018); *Cosmo Techs. Ltd. v. Actavis Lab'ys FL, Inc.*, No. 15-164-LPS, 2016 WL 4582498, at *2 (D. Del. Aug. 31, 2016).

As noted, this request is unopposed and comports with the parties' agreement to defer briefing on the issue of sealing until such time as the Court can resolve the underlying Motion.

For the above reasons, Nielsen respectfully requests the Court issue its anticipated decision and opinion on the pending Motion under seal and allow Nielsen five (5) business days to file a motion to seal and propose redactions before the Court issues a public version of the document.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Steven Yovits<br>Douglas Lewis<br>Constantine Koutsoubas<br>Jason P. Greenhut<br>KELLEY DRYE & WARREN LLP<br>333 West Wacker Drive<br>Chicago, IL 60606<br>Tel: (312) 857-7070<br><br>Clifford Katz<br>Jolie Schenerman<br>KELLEY DRYE & WARREN LLP<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>Tel: (212) 808-7800<br><br>Joshua Long<br>KELLEY DRYE & WARREN LLP<br>515 Post Oak Blvd Suite 900<br>Houston, TX 77027<br>Tel: (713) 355-5000<br><br>Dated: July 18, 2024<br>11624560 / 14944.00004 | Respectfully submitted,<br><br>POTTER ANDERSON & CORROON LLP<br><br>By: /s/ David E. Moore<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Andrew L. Brown (#6766)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>abrown@potteranderson.com<br><br>*Attorneys for Plaintiff The Nielsen Company (US), LLC* |

IT IS SO ORDERED, this ____ day of _____, 2024.

_____
Honorable Christopher J. Burke
United States Magistrate Judge