## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TVISION INSIGHTS, INC., )<br>)<br>Defendant. ) | C.A. No. 22-57-CJB<br><br>**JURY TRIAL DEMANDED** |

### STIPULATION AND [PROPOSED] ORDER
### TO EXTEND DEADLINES

WHEREAS, on April 10, 2025, the Court issued its Memorandum Order (D.I. 272) relating to Plaintiff The Nielsen Company (U.S.), LLC's ("Nielsen") motion to amend the scheduling order (D.I. 250);

WHEREAS, the Court released the Memorandum Order under seal and ordered the parties to submit a proposed redacted version of the Memorandum Order and an accompanying motion for redaction by no later than April 17, 2025 for review by the Court (D.I. 272 at 18);

WHEREAS, the Court ordered the parties to confer and submit a proposed revised scheduling order, and a letter not to exceed two pages setting out the parties' positions to the extent there are any disputes in the proposed revised scheduling order, by no later than fourteen days from the date of the Memorandum Order, or April 24, 2025 (*Id*. at 17-18);

WHEREAS, the parties request a brief one week extension of time to confer and submit (1) any accompanying motion and proposed redactions to the Court's Memorandum Order, and (2) a proposed revised scheduling order;

IT IS HEREBY STIPULATED by the undersigned counsel for Nielsen and Defendant TVision Insights, Inc., subject to the approval of the Court, as follows:

1. The deadline for the parties to propose a redacted version of the Memorandum Order with accompanying motion is extended through and including April 24, 2025; and

2. The deadline for the parties to propose a revised scheduling order is extended through and including May 1, 2025.

| | |
|---|---|
| POTTER ANDERSON & CORROON LLP | SHAW KELLER LLP |
| By: */s/ David E. Moore*<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com | By: */s/ Andrew E. Russell*<br>John W. Shaw (No. 3362)<br>Andrew E. Russell (No. 5382)<br>Nathan R. Hoeschen (No. 6232)<br>Lindsey M. Gellar (No. 7202)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>nhoeschen@shawkeller.com<br>arussell@shawkeller.com<br>lgellar@shawkeller.com |
| *Attorneys for Plaintiff The Nielsen Company (US), LLC* | *Attorneys for Defendant TVision Insights, Inc.* |

Dated: April 15, 2025
12174992 / 14944-00004

IT IS SO ORDERED, this _____ day of _____, 2025.

                     _____
                     Honorable Christopher J. Burke
                     United States Magistrate Judge