IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-057-CJB |
| | ) |
| TVISION INSIGHTS, INC., | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR RECONSIDERATION OR, IN THE ALTERNATIVE,
FOR FEES AND COSTS**

Defendant TVision Insights, Inc. ("TVision") respectfully moves for reconsideration of the Court's Memorandum Order Granting Nielsen's Emergency Motion to Amend the Scheduling Order and for Expedited Briefing, D.I. 272, or, in the alternative, for a prospective award of reasonable attorneys' fees and costs, including expert fees and costs, for all activity during the span of time from the April 10, 2025 grant of the motion until the case reaches the stage it was at prior to the motion. The basis for TVision's motions is set forth in the accompanying brief.

Pursuant to Local Rule 7.1.1, counsel for TVision states that a reasonable effort has been made to reach agreement with Nielsen on the matters set forth in the motion, but the parties were unable to agree.

|  |  |
|---|---|
|  | */s/ Lindsey M. Gellar* |
|  | Andrew E. Russell (No. 5382) |
|  | Lindsey M. Gellar (No. 7202) |
|  | SHAW KELLER LLP |
|  | I.M. Pei Building |
| OF COUNSEL: | 1105 North Market Street, 12th Floor |
| Jason Xu | Wilmington, DE 19801 |
| RIMÔN LAW P.C. | (302) 298-0700 |
| 1990 K. Street, NW, Suite 420 | arussell@shawkeller.com |
| Washington, DC 20006 | lgellar@shawkeller.com |
| (202) 470-2141 | *Attorneys for Defendant* |

Eric C. Cohen
RIMÔN LAW P.C.
P.O. Box B113
150 Fayetteville St, Suite 2800
Raleigh, NC 27601-2960
(984) 960-2860

Michael F. Heafey
RIMÔN LAW P.C.
800 Oak Grove Avenue, Suite 250
Menlo Park, CA 94025
(650) 461-4433

Dated: April 24, 2025