# Exhibit A


Case 1:22-cv-00057-CJB   Document 279-1   Filed 04/24/25   Page 2 of 2 PageID #: 6463

CLOSED,MEDIATION−CJB,PATENT

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:13−cv−00723−LPS

Greatbatch Ltd. v. AVX Corporation et al
Assigned to: Judge Leonard P. Stark
Case in other court:  19−02314
                     20−01225
Cause: 35:271 Patent Infringement

Date Filed: 04/25/2013
Date Terminated: 09/30/2020
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 08/17/2015 | 381 | ORAL ORDER: Having reviewed the parties' briefing (D.I. 357, 374, 376) and associated exhibits related to Defendants' Motion to Strike Plaintiff's Amended Claim Chart for U.S. Patent No. 7,327,553 (the "'553 patent") (D.I. 356) ("Motion"), IT IS HEREBY ORDERED that Defendants' Motion is GRANTED. The Court finds that Defendants are likely to suffer unfair prejudice if Plaintiff's late−filed contentions are not stricken, prejudice which could not be cured without dramatic change to the case schedule, which includes summary judgment motions being filed a week from now. Plaintiff's new infringement theory is inconsistent with its previous theory, in that the previous theory was that a claim limitation could be found at least in one specific location, while its present theory is that the claim limitation is NOT found in that same specific location. ==Defendants relied on Plaintiff's previous theory as the basis for their non−infringement and invalidity cases throughout fact discovery and for opening expert reports.== ORDERED by Judge Leonard P. Stark on 8/17/15. (ntl) (Entered: 08/17/2015) |