# Exhibit B

| | |
|---|---|
| **From:** | Yovits, Steven |
| **To:** | Eric Cohen; Jason Xu; arussell@shawkeller.com |
| **Cc:** | Moore, David E.; Palapura, Bindu A.; Moshos, Andrew M.; Lewis, Douglas; Wood, Andrew; Greenhut, Jason P.; Yovits, Steven |
| **Subject:** | Proposed Schedule for 057 Case |
| **Date:** | Thursday, April 24, 2025 1:42:25 PM |
| **Attachments:** | Stipulation to Amend Schedule v1 (002).docx |

Eric,

Please see the attached proposed schedule for the 057 case. Please let us have your comments.

Thanks,
Steve

This message is subject to Kelley Drye & Warren LLP's email communication policy.
KDW-Disclaimer

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> TVISION INSIGHTS, INC., ) <br> ) <br> Defendant. ) <br> ) | C.A. No. 22-57-CJB <br><br> **JURY TRIAL DEMANDED** |

## AGREED PROPOSED SCHEDULE

Pursuant to the Court's April 10, 2025 Order (D.I. 272 at 17-18), the Parties respectfully submit this Amended Schedule for the Court's consideration.

| ITEM | DATE |
|---|---|
| TVision to produce ACRCloud source code | May 5, 2025 |
| Supplemental identification of accused products and invalidity references | May 16, 2025 |
| Nielsen's Final Infringement Contentions / Claim Charts | May 23, 2025 |
| TVision's Final Invalidity Contentions / Claim Charts; TVision's Response to Nielsen's Final Infringement Contentions (Supplement Response to Nielsen Interrogatory No. 5) | June 4, 2025 |
| Final Elections of Asserted Claims and Invalidity Defenses; Nielsen's Response to TVision's Final Invalidity Contentions (Supplement Response to TVision Interrogatory No. 9) | June 13, 2025 |
| Opening expert reports by party with burden of proof | June 20, 2025 |
| Responsive expert reports by party without burden of proof | July 11, 2025 |
| Reply expert reports by party with burden of proof | July 25, 2025 |
| Expert depositions complete | August 8, 2025 |
| Summary judgment and *Daubert* motions | August 29, 2025 |

| Opposition briefs regarding summary judgment and *Daubert* motions | September 17, 2025 |
|---|---|
| Reply briefs re summary judgment and *Daubert* motions | October 1, 2025 |
| Hearing on summary judgment and *Daubert* motions (subject to availability of the Court) | October __, 2025 |
| Joint Proposed Final Pretrial Order | December 1, 2025 |
| Pretrial conference (subject to availability of the Court) | December 8, 2025 |
| Trial (subject to availability of the Court) | December __, 2025 |

| | |
|---|---|
| POTTER ANDERSON & CORROON LLP | SHAW KELLER LLP |
| By: */DRAFT/*<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com | By: */s/*<br>Andrew E. Russell (No. 5382)<br>Nathan R. Hoeschen (No. 6232)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>Tel: (302) 298-0700<br>arussell@shawkeller.com<br>nhoeschen@shawkeller.com |
| *Attorneys for Plaintiffs The Nielsen Company (US), LLC* | *Attorneys for Defendant TVision Insights, Inc.* |

Dated: May 1, 2025
11507471 / 14944.00005

**SO ORDERED** this \_\_\_\_\_ day of May, 2025.

_____
United States Magistrate Judge