**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC,   )<br>                                                          )<br>           Plaintiff,                         )<br>                                                          )   C.A. No. 22-57-CJB<br>      v.                                               )<br>                                                          )   **JURY TRIAL DEMANDED**<br>TVISION INSIGHTS, INC.,              )<br>                                                          )<br>           Defendant.                      )| |

**THIRD STIPULATION
AND [PROPOSED] ORDER REGARDING PUBLIC VERSIONS**

WHEREAS, the Court granted the parties' prior stipulations to defer filing of public versions and provisionally seal all briefing and exhibits related to Plaintiff The Nielsen Company (US), LLC's ("Nielsen") Emergency Motion to Amend the Scheduling Order (D.I. 250, 251, 256-60, and 262) as well as the Court's Opinion and Order ("the Order") on same (D.I. 272);[1]

WHEREAS, the Court provisionally issued the Order under seal, and instructed Nielsen to file a motion to maintain the confidential portions of the Order under seal (s*ee* D.I. 272 at 18.[2]);

WHEREAS, Nielsen filed a Motion to Maintain Under Seal Limited Portions of the Order on April 24, 2025;

WHEREAS, TVision has moved for reconsideration of the Order and also, in the alternative, "for a prospective award of reasonable attorneys' fees and costs, including expert fees and costs, for all activity during the span of time from the April 10, 2025 grant of the motion until the case reaches the stage it was at prior to the motion," D.I. 278 (collectively, "TVision's

---

[1] (*See* D.I. 255, 263-64, so ordered on June 28, July 16, and July 19, 2024, respectively.)

[2] The Order required Nielsen to file such Motion by April 17, but the Court granted the parties stipulation to extend this deadline to April 24. (*See* D.I. 273. So ordered April 15, 2025.)

Motion");

WHEREAS, the Motion to Maintain Under Seal Limited Portions of the Order and briefing on TVision's Motion are highly likely to contain information that the parties previously stipulated to provisionally file under seal;

WHEREAS, the parties do not wish to burden the Court with disputes regarding redactions of the aforementioned materials until such time as the Court is able to rule on Nielsen's Motion to Maintain Under Seal Limited Portions of the Order, which the parties will use to guide their redactions of all materials related to the briefing of and orders on Nielsen's Emergency Motion to Amend the Scheduling Order, Nielsen's Motion to Maintain Under Seal Limited Portions of the Order, and TVision's Motion and related briefing;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the approval of the Court:

1. The parties will file all briefing related to the Motion to Maintain Under Seal Limited Portions of the Order and TVision's Motion under seal;

2. Within ten (10) business days of the Court's Order on Nielsen's Motion to Maintain Under Seal Limited Portions of the Order, the parties will file redacted versions of all materials related to the briefing of and orders on Nielsen's Emergency Motion to Amend the Scheduling Order (D.I. 250, 251, 256-60, and 262), Nielsen's Motion to Maintain Under Seal Limited Portions of the Order (D.I. 274), and TVision's Motion (D.I 278), consistent with the Court's Order on Nielsen's Motion to Maintain Under Seal Limited Portions of the Order;

3. Pending decision on Nielsen's Motion to Maintain Under Seal Limited Portions of the Order, TVision will not oppose motions by Nielsen to provisionally seal the Court's forthcoming decisions and opinions related to TVision's forthcoming briefing.

| | |
|---|---|
| POTTER ANDERSON & CORROON LLP | SHAW KELLER LLP |
| By: */s/ David E. Moore*<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com | By: */s/ Andrew E. Russell*<br>Andrew E. Russell (No. 5382)<br>Nathan R. Hoeschen (No. 6232)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>nhoeschen@shawkeller.com<br>arussell@shawkeller.com |
| *Attorneys for Plaintiff The Nielsen Company (US), LLC* | *Attorneys for Defendant TVision Insights, Inc.* |

Dated: April 30, 2025
12201956 / 14944-00004

    **SO ORDERED** this _____ day of _____, 2025.

                                                       _____
                                                       United States Magistrate Judge