**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 22-57-CJB |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| TVISION INSIGHTS, INC., | ) |
| | ) |
| Defendant. | ) |

**PROPOSED SCHEDULE**

Pursuant to the Court's Order of May 9, 2025 (D.I. 287), Plaintiff The Nielsen Company (US), LLC ("Nielsen") and Defendant TVision Insights, Inc. ("TVision") respectfully submit this Proposed Schedule for the Court's consideration.

| ITEM | DATE |
|---|---|
| Nielsen's Final Infringement Contentions / Claim Charts. In addition to changes based on Nielsen's new infringement position and the addition of the source code to the case, Nielsen can make changes to its burden of proof reports consistent with *Novo Nordisk*. | June 2, 2025 |
| TVision's Final Invalidity Contentions / Claim Charts<br><br>TVision's Response to Nielsen's Final Infringement Contentions (Supplement Response to Nielsen Interrogatory No. 5) consistent with the Court's granting of Nielsen's Emergency Motion with modifications limited to adjusting invalidity positions in ways that are related to Nielsen's revised infringement positions. | June 21, 2025 |
| Nielsen's Response to TVision's Final Invalidity Contentions (Supplement Response to TVision Interrogatory No. 9). If TVision modifies its invalidity contentions, Nielsen can respond to the changes in TVision's Invalidity Contentions. | July 1, 2025 |
| Opening expert reports by party with burden of proof. In addition to changes based on Nielsen's new infringement position and the addition of the source code to the case, Nielsen can make changes to its burden of proof reports consistent with *Novo Nordisk*. | July 7, 2025 |
| Responsive expert reports by party without burden of proof. Nielsen's expert may make substantive changes to respond to new opinions by TVision's expert. Nielsen's expert may also make changes consistent with *Novo Nordisk*. | July 28, 2025 |
| Reply expert reports by party with burden of proof. In addition to changes based on Nielsen's new infringement position and the addition of the source code to the case, Nielsen's experts can make changes to reply reports consistent with *Novo Nordisk*. | August 18, 2025 |
| Expert depositions reasonably related to any changes in the expert reports complete by this date. | September 3, 2025 |
| Summary judgment and *Daubert* motions and related briefing, with TVision making any new summary judgment arguments regarding Nielsen's new infringement theory and new *Daubert* arguments regarding Nielsen's new expert(s) within existing page limits. Nielsen may file new *Daubert* motions relating solely to TVision's new expert opinion(s), and not to any prior opinions, within existing page limits. | September 19, 2025 |

| | |
|---|---|
| Opposition briefs regarding summary judgment and *Daubert* motions. Nielsen may make new arguments any new summary judgment or *Daubert* issues, within existing page limits, and TVision may file an opposition regarding any new *Daubert* issues presented by Nielsen within existing page limits. | October 8, 2025 |
| Reply briefs re summary judgment and *Daubert* motions within existing page limits. | October 24, 2025 |
| Hearing on summary judgment and Daubert motions | November 6, 2025, 11:00 a.m. |
| Joint Proposed Final Pretrial Order | January 30, 2026 |
| Pretrial conference | February 13, 2026, 1:00 p.m. |
| Trial | February 23, 2026 |

4

| | |
|---|---|
| POTTER ANDERSON & CORROON LLP | SHAW KELLER LLP |
| By: */s/David E. Moore*<br>   David E. Moore (#3983)<br>   Bindu A. Palapura (#5370)<br>   Hercules Plaza, 6th Floor<br>   1313 N. Market Street<br>   Wilmington, DE  19801<br>   Tel:  (302) 984-6000<br>   dmoore@potteranderson.com<br>   bpalapura@potteranderson.com | By: */s/Andrew E. Russell*<br>   Andrew E. Russell (#5382)<br>   Nathan R. Hoeschen (#6232)<br>   I.M. Pei Building<br>   1105 North Market Street, 12th Floor<br>   Wilmington, DE 19801<br>   Tel:  (302) 298-0700<br>   arussell@shawkeller.com<br>   nhoeschen@shawkeller.com |
| *Attorneys for Plaintiff The Nielsen Company (US), LLC* | *Attorneys for Defendant TVision Insights, Inc.* |

Dated: May 15, 2025
12226685 / 14944.00004


      **SO ORDERED** this _____ day of May, 2025.

 

                                                                                   United States Magistrate Judge