

Lindsey M. Gellar
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
lgellar@shawkeller.com

May 16, 2025

**BY CM/ECF & HAND DELIVERY**
The Honorable Christopher J. Burke
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3556

    Re:    *The Nielsen Company (US), LLC v. TVision Insights, Inc.,* C.A. No. 22-057-CJB

Dear Judge Burke:

    The parties in the above-referenced matter write to request the scheduling of a discovery conference.

    The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (by telephone) on May 15, 2025 at 5:00 PM:
    Delaware Counsel:
        Andrew M. Moshos, Potter Anderson & Corroon LLP
        (The Nielsen Company (US) LLC ("Nielsen"))
        Andrew E. Russell, Shaw Keller LLP
        (TVision Insights, Inc. ("TVision"))
    Lead Counsel:
        Jason P. Greenhut, Kelley Drye & Warren LLP (Nielsen)
        Eric C. Cohen, Rimon Law P.C. (TVision)

The disputes requiring judicial attention are listed below:

1) TVision's objections to Nielsen involving a new statistical expert in this action; and
2) TVision's objection to Nielsen's new statistical expert under ¶ 7.5 of the Protective Order, (D.I. 30).

    Nielsen requests expedited consideration of this request in view of upcoming deadlines set forth in D.I. 289, particularly infringement contentions (June 2) and burden of proof reports (July 7).

        Respectfully submitted,

        */s/ Lindsey M. Gellar*

        Lindsey M. Gellar (No. 7202)

cc: Clerk of Court (by CM/ECF & Hand Delivery)
   All Counsel of Record (by CM/ECF & Email)