## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC,  )  <br> ) <br> Plaintiff,  ) <br> ) C.A. No. 22-57-CJB <br> v.  ) <br> ) **JURY TRIAL DEMANDED** <br> TVISION INSIGHTS, INC.,  ) <br> ) <br> Defendant.  ) | |

## FOURTH STIPULATION
## AND [PROPOSED] ORDER REGARDING PUBLIC VERSIONS

WHEREAS, the Court granted the parties' prior stipulations to defer filing of public versions and provisionally seal all briefing and exhibits related to Plaintiff The Nielsen Company (US), LLC's ("Nielsen") Emergency Motion to Amend the Scheduling Order (D.I. 250, 251, 256-60, and 262), the Court's Opinion and Order ("the Order") on same (D.I. 272), Nielsen's Motion to Maintain the Order Under Seal and briefing related to same (D.I. 274-76, 285, 292), and TVision's Motion for Reconsideration and Fees and briefing related to same (D.I. 279, 284, 294);[1]

WHEREAS, TVision initiated a discovery dispute and the parties completed briefing regarding Nielsen's request to disclose TVision's confidential information to a consulting expert, pursuant to the Protective Order (D.I. 22) in this matter (D.I. 300, 302-03) ("the Discovery Dispute");

WHEREAS, the Discovery Dispute briefing and the Court's forthcoming order regarding same are intertwined with Nielsen's Emergency Motion to Amend the Scheduling Order and

---

[1] (*See* D.I. 255, 263-64, 280 so ordered on June 28, July 16, July 19, 2024, and May 1, 2025 respectively.)

highly likely to contain information the parties previously stipulated to provisionally file under seal;

WHEREAS, the parties do not wish to burden the Court with disputes regarding redactions of the Discovery Dispute briefing until such time as the Court is able to rule on Nielsen's Motion to Maintain Under Seal Limited Portions of the Order, which the parties will use to guide their redactions of all materials related to the briefing of and orders on the Discovery Dispute;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the approval of the Court:

1. The Discovery Dispute briefing (D.I. 300, 302-03) will remain under seal until the Parties submit and the Court enters redactions consistent with this order;

2. The Deadlines for the parties to submit public versions of the Discovery Dispute briefing are stayed;

3. Within ten (10) business days of the Court's Order on Nielsen's Motion to Maintain Under Seal Limited Portions of the Order, the parties will file redacted versions of all materials related to the Discovery Dispute, consistent with the Court's Order on Nielsen's Motion to Maintain Under Seal Limited Portions of the Order.

| | |
|---|---|
| POTTER ANDERSON & CORROON LLP | SHAW KELLER LLP |
| By: */s/ David E. Moore*<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com | By: */s/ Andrew E. Russell*<br>Andrew E. Russell (No. 5382)<br>Nathan R. Hoeschen (No. 6232)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>nhoeschen@shawkeller.com<br>arussell@shawkeller.com |
| *Attorneys for Plaintiff The Nielsen Company (US), LLC* | *Attorneys for Defendant TVision Insights, Inc.* |

Dated: May 28, 2025
12257293 / 14944-00004

**SO ORDERED** this \_\_\_\_\_ day of May, 2025.

_____
United States Magistrate Judge

3