**Potter Anderson & Corroon LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE 19801-6108
302.984.6000
potteranderson.com



David E. Moore
Partner
dmoore@potteranderson.com
D 302.984.6147

June 24, 2025

<u>**VIA ELECTRONIC FILING**</u>

The Honorable Christopher J. Burke
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re: *The Nielsen Company (US), LLC v. TVision Insights, Inc.*
     C.A. No. 22-57-CJB

Dear Judge Burke:

Pending before the Court is Defendant TVision Insights, Inc.'s ("TVision") motion to (1) preclude Plaintiff The Nielsen Company (US), LLC ("Nielsen") from disclosing TVision's confidential information to statistical expert Dr. Richard Smith; and (2) preclude Nielsen from designating Dr. Smith as a testifying expert in this action. D.I. 297-298, 300-303.

In its Letter to the Court on May 23, 2025, which responded to TVision's motion, Nielsen informed the Court (as it had informed TVision) that any request on TVision's part to preclude testimony from Dr. Smith was not ripe. In particular, Nielsen informed the Court that Nielsen had not yet determined whether a report and testimony from Dr. Smith would be necessary.

Nielsen hereby informs the Court that:

(1) Nielsen withdraws its request to disclose TVision's confidential information to Dr. Smith; and

(2) Nielsen will not designate Dr. Smith (or any other statistical expert) as a testifying expert in this case.

Accordingly, the issues raised in TVision's motion (D.I. 297-298) are moot, and the Court need not decide it. As the Court will recall, it had considered hearing argument on this motion at the June 30, 2025 hearing (in addition to the other motions scheduled for argument at that time) if necessary.

Respectfully,

*/s/ David E. Moore*

David E. Moore

DEM:rms/12321732/14944.00004

cc:     Clerk of the Court (via hand delivery)
        Counsel of Record (via electronic mail)