**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | C.A. No. 22-57-CJB |
| v.  ) | |
| ) | **JURY TRIAL DEMANDED** |
| TVISION INSIGHTS, INC.,  ) | |
| ) | |
| Defendant.  ) | |

**STIPULATION AND [PROPOSED] ORDER**
**REGARDING SOURCE CODE VERSIONS**

It is hereby stipulated and agreed, by and between the parties, subject to the approval of the Court:

1.    For the purposes of this action, the ACRCloud source code produced at ACRCloud_NLSN_SC_00000001-23, 53, and 105-106 ("ACRCloud Source Code") shall be considered to be the version TVision has used during the entire period of accused infringement.

2.    For the purposes of this action, the file at

https://github.com/acrcloud/acrcloud_sdk_python/raw/64e39bbefa0e54c631e8c301d9423d4bbf331cd3/linux/x86-64/python2.7/acrcloud/acrcloud_extr_tool.so ("ACRCloud .so file") shall be considered to be the version TVision has used during the entire period of accused infringement.

3.    For the purposes of this action, the TVision source code produced at TVSN_NLSN_SC00000001-488 ("TVision Source Code") shall be considered to be the version TVision has used during the entire period of accused infringement.

4.    The parties will not present evidence, expert testimony, or argument, or elicit testimony in this action regarding any inconsistency in the number of parameters used in the TVision Source Code and in the ACRCloud Source Code and ACRCloud .so file for the call to

the ACRCloud SDK function create_fingerprint_by_filebuffer and/or to the create_fp_by_buffer function.

5.      Nielsen will not seek, and waives its right to seek, production of additional source code or discovery related information regarding TVision source code from TVision in this action.

6.      The cross-use agreement regarding the documents produced by ACRCloud at ACRCloud_NLSN_SC_00000107-131 is revoked.

7.      Nielsen will destroy all copies of ACRCloud_NLSN_SC_00000107-131.

8.      The parties will not make arguments in this action regarding ACRCloud_NLSN_SC_00000107-131 or ACRCloud's production thereof.

<table>
<tr><td>POTTER ANDERSON & CORROON LLP</td><td>SHAW KELLER LLP</td></tr>
<tr><td>By:  <i>/s/ David E. Moore</i><br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE  19801<br>Tel:  (302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com</td><td>By:  <i>/s/ Nathan R. Hoeschen</i><br>Andrew E. Russell (No. 5382)<br>Nathan R. Hoeschen (No. 6232)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>nhoeschen@shawkeller.com<br>arussell@shawkeller.com</td></tr>
<tr><td><i>Attorneys for Plaintiff The Nielsen Company (US), LLC</i></td><td><i>Attorneys for Defendant TVision Insights, Inc.</i></td></tr>
</table>

Dated: July 2, 2025
12338002 / 14944-00004

       **SO ORDERED** this _____ day of July, 2025.

_____
United States Magistrate Judge

2