# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 22-57-CJB |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| TVISION INSIGHTS, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the following documents were caused to be served on July 7, 2025, upon the following attorneys of record as indicated below:

    OPENING EXPERT REPORT OF CHRIS KYRIAKAKIS (HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY)

    ERRATA TO OPENING EXPERT REPORT OF CHRIS KYRIAKAKIS (HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYE ONLY)

    OPENING EXPERT REPORT OF PAUL MARTIN (HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY)

    EXPERT REPORT ON DAMAGES OF MICHAEL C. KEELY, PH.D. (HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY)

**VIA ELECTRONIC MAIL**

John W. Shaw
Andrew E. Russell
Nathan R. Hoeschen
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
SKTVision@shawkeller.com

Jason Xu
RIMON LAW P.C.
1990 K. Street, NW, Suite 420
Washington, DC 20006
jason.xu@rimonlaw.com

|  |  |
|---|---|
| Michael F. Heafey<br>RIMON LAW P.C.<br>800 Oak Grove Avenue, Suite 250<br>Menlo Park, CA 94025<br>michael.heafey@rimonlaw.com | Eric C. Cohen<br>RIMON LAW<br>4030 Wake Forest Road<br>Suite 300<br>Raleigh, NC 27609<br>Tel: (302) 960-2860<br>eric.cohen@rimonlaw.com |

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Steven Yovits
Douglas Lewis
Constantine Koutsoubas
Jason P. Greenhut
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Chicago, IL 60606
Tel:  (312) 857-7070

Clifford Katz
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel:  (212) 808-7800

Joshua Long
KELLEY DRYE & WARREN LLP
515 Post Oak Blvd Suite 900
Houston, TX 77027
Tel: (713) 355-5000

Dated: July 7, 2025
12344398 / 14944.00004

By:  */s/ David E. Moore*
　　　David E. Moore (#3983)
　　　Bindu A. Palapura (#5370)
　　　Hercules Plaza, 6th Floor
　　　1313 N. Market Street
　　　Wilmington, DE  19801
　　　Tel:  (302) 984-6000
　　　dmoore@potteranderson.com
　　　bpalapura@potteranderson.com

*Attorneys for Plaintiff The Nielsen Company (US), LLC*