**Potter Anderson & Corroon LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE  19801-6108
302.984.6000
potteranderson.com



David E. Moore
Partner
dmoore@potteranderson.com
D  302.984.6147

July 15, 2025

**VIA ELECTRONIC FILING**

The Honorable Christopher J. Burke
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

      Re:   *The Nielsen Company (US), LLC v. TVision Insights, Inc.*
             C.A. No. 22-57-CJB

Dear Judge Burke:

      Pursuant to the Parties' stipulation (D.I. 280, so ordered May 1, 2025), July 15, 2025 is the deadline for the Parties to file proposed public versions of D.I. Nos. 250-51, 256-60, 262, 265-66, 274-76, 278-79, 282, 284-85, 292, 294, 300, and 302-03 ("the Sealed Documents"). Accordingly, the Parties jointly propose a public version of D.I. 256 that contains redactions to both the main document and Exhibit 8 thereto, as indicated in Exhibit A to this letter. The Parties agree that the rest of the Sealed Documents (along with their exhibits) may be made public in their entirety.

                                        Respectfully,

                                        */s/ David E. Moore*

                                        David E. Moore

DEM:rms/12357434/14944.00004

cc:      Counsel of Record (via electronic mail)