**Potter Anderson & Corroon LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE  19801-6108
302.984.6000
potteranderson.com



David E. Moore
Partner
dmoore@potteranderson.com
D  302.984.6147

August 27, 2025

**VIA ELECTRONIC FILING**

The Honorable Christopher J. Burke
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3556

    Re:   *The Nielsen Company (US), LLC v. TVision Insights*
            C.A. No. 22-57-CJB

Dear Judge Burke:

    Pursuant to the Court's Order of August 26, 2025 (D.I. 329), Plaintiff The Nielsen Company (US), LLC ("Nielsen") and Defendant TVision Insights, Inc. ("TVision") (together, "the Parties") inform the Court as follows:

    Nielsen does not expect that either of the claim construction disputes will be relevant to any issues Nielsen will raise in the forthcoming summary judgment briefing.

    TVision expects that the Second Claim Construction Dispute (regarding the term "determining/determine a first descriptor of the first frame of media samples based on a comparison of the first spectral power and the second spectral power") will be relevant to issues that TVision will raise in the forthcoming summary judgment briefing, depending on the outcome of the dispute.  TVision does not expect that the First Claim Construction Dispute (regarding the term "frequency component") will be relevant to any issues TVision will raise in the forthcoming summary judgment briefing.

    The parties are available to discuss this issue at the Court's convenience.

The Honorable Christopher J. Burke
August 27, 2025
Page 2

                                                     Respectfully,

                                                     */s/ David E. Moore*

                                                     David E. Moore

DEM:rms/12439939/14944.00004

cc:     Clerk of the Court (via hand delivery)
         Counsel of Record (via electronic mail)

Case 1:22-cv-00057-CJB     Document 330     Filed 08/27/25     Page 2 of 2 PageID #: 7106