**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC,   )<br>                                                            )<br>            Plaintiff,                          )<br>                                                            )   C.A. No. 22-57-CJB<br>    v.                                                  )<br>                                                            )   **JURY TRIAL DEMANDED**<br>TVISION INSIGHTS, INC.,              )<br>                                                            )<br>            Defendant.                       ) | |

**STIPULATED SECOND
<u>AMENDED SCHEDULING ORDER</u>**

The Parties, Plaintiff The Nielsen Company (US), LLC ("Nielsen"), and Defendant TVision Insights, Inc. ("TVision"), hereby stipulate to extend the schedule in this case due to unforeseen circumstances of witness unavailability, subject to this Court's approval. The Parties propose the changes to the schedule set forth in the table, below. The parties jointly state that they will not be able to try this case until the beginning of June due to conflicts in counsels' schedules and the lack of availability of at least one key witness.

| ITEM | ORIGINAL DATE | NEW DATE |
|---|---|---|
| Summary judgment and *Daubert* motions and related briefing, with TVision making any new summary judgment arguments regarding Nielsen's new infringement theory and new *Daubert* arguments regarding Nielsen's new expert(s) within existing page limits. Nielsen may file new *Daubert* motions relating solely to TVision's new expert opinion(s), and not to any prior opinions, within existing page limits. | September 19, 2025 | November 19, 2025 |
| Opposition briefs regarding summary judgment and *Daubert* motions. Nielsen may make new arguments any new summary judgment or *Daubert* issues, within existing page limits, and TVision may file an opposition regarding any new *Daubert* issues presented by Nielsen within existing page limits. | October 8, 2025 | December 19, 2025 |
| Reply briefs re summary judgment and *Daubert* motions within existing page limits. | October 24, 2025 | January 14, 2026 |
| Hearing on summary judgment and Daubert motions | November 6, 2025, 11:00 a.m. | February 26, 2026 at 11:00 a.m. |
| Joint Proposed Final Pretrial Order | January 30, 2026 | May 15, 2026 |
| Pretrial conference | February 13, 2026, 1:00 p.m. | May 29, 2026 at 1:00 p.m. |
| Trial | February 23, 2026 | June 8, 2026 |

|  |  |
|---|---|
| POTTER ANDERSON & CORROON LLP | SHAW KELLER LLP |
| By: */s/ David E. Moore*<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE 19801<br>    Tel: (302) 984-6000<br>    dmoore@potteranderson.com<br>    bpalapura@potteranderson.com | By: */s/ Andrew E. Russell*<br>    Andrew E. Russell (No. 5382)<br>    Nathan R. Hoeschen (No. 6232)<br>    I.M. Pei Building<br>    1105 North Market Street, 12th Floor<br>    Wilmington, DE 19801<br>    (302) 298-0700<br>    nhoeschen@shawkeller.com<br>    arussell@shawkeller.com |
| *Attorneys for Plaintiff The Nielsen Company (US), LLC* | *Attorneys for Defendant TVision Insights, Inc.* |

Dated: September 15, 2025

        **SO ORDERED** this  16th  day of September, 2025.

                                                                          *Christopher J. Burke*
                                                                    United States Magistrate Judge