**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TVISION INSIGHTS, INC., ) <br> ) <br> Defendant. ) | C.A. No. 22-57-CJB <br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFF'S MOTION FOR
PARTIAL SUMMARY JUDGMENT OF NO INVALIDITY**

Pursuant to Federal Rule of Civil Procedure 56, Plaintiff The Nielsen Company (US), LLC ("Nielsen"), hereby moves the Court for partial summary judgment that the U.S Patent No. 8,468,183 ("the Cheung Reference") is not prior art and does not invalidate the Patent in Suit.

The grounds for this motion are fully set forth in Nielsen's omnibus Opening Brief, Concise Statement of Undisputed Material Facts, the supporting Declaration of Douglas Lewis and Exhibits 1-45 thereto, all filed concurrently herewith, and upon the papers, records, and pleadings on file with the Court.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Steven Yovits<br>Douglas Lewis<br>Constantine Koutsoubas<br>Jason P. Greenhut<br>KELLEY DRYE & WARREN LLP<br>333 West Wacker Drive<br>Chicago, IL 60606<br>Tel:  (312) 857-7070<br><br>Clifford Katz<br>KELLEY DRYE & WARREN LLP<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>Tel:  (212) 808-7800<br><br>Dated: November 19, 2025<br>12568117 / 14944.00004 | Respectfully submitted,<br><br>POTTER ANDERSON & CORROON LLP<br><br>By:  */s/ David E. Moore*<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE  19801<br>    Tel:  (302) 984-6000<br>    dmoore@potteranderson.com<br>    bpalapura@potteranderson.com<br><br>*Attorneys for Plaintiff The Nielsen Company (US), LLC* |