**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

THE NIELSEN COMPANY (US), LLC,    )
   )
        Plaintiff,    )
   )  C.A. No. 22-57-CJB
      v.    )
   )  **JURY TRIAL DEMANDED**
TVISION INSIGHTS, INC.,    )
   )
        Defendant.    )

**[PROPOSED] ORDER ON PLAINTIFF'S**
**MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO INVALIDITY**

WHEREAS, the Court, having considered Plaintiff The Nielsen Company (US), LLC's ("Nielsen") motion for partial summary judgment that U.S. Patent No. 8,468,183 ("the Cheung Reference") is not prior art and does not invalidate the Patent in Suit (the "Motion"), and the related briefing and all arguments thereto;

IT IS HEREBY ORDERED this _____ day of _____, 2026, that:

Nielsen's motion for partial summary judgment of no invalidity is hereby GRANTED. Final judgment is entered in favor of Nielsen and against TVision Insights, Inc. that the Cheung Reference is not prior art to the Patent in Suit and the asserted claims are not invalid over the Cheung Reference.

 

 

_____
The Honorable Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE