**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>TVISION INSIGHTS, INC.,  )<br>)<br>Defendant.  ) | C.A. No. 22-57-CJB<br><br>**JURY TRIAL DEMANDED** |

## THE NIELSEN COMPANY (US), LLC's MOTION FOR RECONSIDERATION

Plaintiff The Nielsen Company (US), LLC, ("Nielsen") respectfully moves for reconsideration of the Court's March 11, 2024 Oral Order denying Nielsen's motion to strike portions of Defendant's expert reports (D.I. 180). The basis for Nielsen's motion is set forth in the accompanying brief.

Pursuant to Local Rule 7.1.1, counsel for Nielsen states that a reasonable effort has been made to reach agreement with TVision on the matters set forth in the motion, but the parties were unable to agree.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Steven Yovits<br>Douglas Lewis<br>Constantine Koutsoubas<br>Jason P. Greenhut<br>KELLEY DRYE & WARREN LLP<br>333 West Wacker Drive<br>Chicago, IL 60606<br>Tel: (312) 857-7070<br><br>Clifford Katz<br>KELLEY DRYE & WARREN LLP<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>Tel: (212) 808-7800<br><br>Dated: December 9, 2025<br>12597151 / 14944.00004 | Respectfully submitted,<br><br>POTTER ANDERSON & CORROON LLP<br><br>By: */s/ David E. Moore*<br>　　David E. Moore (#3983)<br>　　Bindu A. Palapura (#5370)<br>　　Hercules Plaza, 6th Floor<br>　　1313 N. Market Street<br>　　Wilmington, DE 19801<br>　　Tel: (302) 984-6000<br>　　dmoore@potteranderson.com<br>　　bpalapura@potteranderson.com<br><br>*Attorneys for Plaintiff The Nielsen Company (US), LLC* |