# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TVISION INSIGHTS, INC., )<br>)<br>Defendant. ) | C.A. No. 22-57-CJB<br><br>**JURY TRIAL DEMANDED** |

## **[PROPOSED] ORDER GRANTING RECONSIDERATION**

WHEREAS, the Court, having considered Plaintiff the Nielsen Company (US) LLC's Motion for Reconsideration (the "Motion") and the related briefing and all arguments thereto, IT IS HEREBY ORDERED this ____ day of _____, 2026, that the Motion is GRANTED. TVision's experts are prohibited from testifying at trial regarding the following portions of their reports, which are stricken:

Paragraphs 11, 149-50, 167-68, 173, 232 (bullet point 8), 235-36, 270 (and associated figures) and Exhibits 3.0-3.1, 6.0-6.2, 18.0, and 18.3 of the Rebuttal Expert Report of Joanne Johnson; paragraphs 102-103 of the Rebuttal Expert Report of Dr. David Anderson; and paragraphs 125-26 of the Supplemental Rebuttal Expert Report of Dr. David Anderson.

_____
The Honorable Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE