## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

THE NIELSEN COMPANY (US), LLC,  )
                                            )

        Plaintiff,  )
                                            )  C.A. No. 22-57-CJB

        v.  )
                                            )  **JURY TRIAL DEMANDED**

TVISION INSIGHTS, INC.,  )
                                            )

        Defendant.  )

### SECOND STIPULATED ADDENDUM TO PROTECTIVE ORDER

Plaintiff The Nielsen Company (US), LLC ("Nielsen") and Defendant TVision Insights, Inc.'s ("TVision") (collectively, the "Parties"), subject to the Court's approval, jointly stipulate to this Second Addendum to the Protective Order in the above-captioned consolidated case (D.I. 30 in C.A. No. 21-1592-CJB; D.I. 22 in C.A. No. 22-57-CJB) as follows:

1. In Paragraph 7.1, the Protective Order states that "[a] Receiving Party may use Protected Material that is disclosed or produced by another Party or by a Non-Party for the purposes of this litigation only."

2. On July 26, 2023, the parties submitted an Addendum to the Protective Order (D.I. 110) to allow Protected Material and other discovery that is disclosed or produced in the above-captioned consolidated to be used for the purposes of *The Nielsen Company (US), LLC v. TVision Insights, Inc.*, C.A. No. 22-1345-CJB (D. Del.) ("the 1345 case") as if initially disclosed or produced therein.

3. The parties hereby further stipulate that Protected Material and other discovery that is disclosed or produced in the above-captioned consolidated case may also be used for the purposes of *The Nielsen Company (US), LLC v. TVision Insights, Inc.*, C.A. No. 25-575-CJB (D. Del.) ("the 575 case") as if initially disclosed or produced therein.

4. The parties further agree and stipulate that a Receiving Party need not return or destroy Protected Material (or otherwise comply with the provisions of Section 13 to the Protective Order) after the final disposition of the above-captioned consolidated case, for so long as either the 1345 or 575 case remains pending.

2

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE  19801
    Tel:  (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com

*Attorneys for Plaintiff The Nielsen Company (US), LLC*

Dated: December 23, 2025
12620880 / 14944-00004

SHAW KELLER LLP

By: */s/ Andrew E. Russell*
    Andrew E. Russell (#5382)
    Nathan R. Hoeschen (#6232)
    I.M. Pei Building
    1105 North Market Street, 12th Floor
    Wilmington, DE 19801
    (302) 298-0700
    nhoeschen@shawkeller.com
    arussell@shawkeller.com

*Attorneys for Defendant TVision Insights, Inc.*

**SO ORDERED** this ___ day of _____ 202__.

_____
The Honorable Christopher J. Burke

3