

**Potter Anderson & Corroon LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE 19801-6108
302.984.6000
potteranderson.com

David E. Moore
Partner
dmoore@potteranderson.com
D 302.984.6147

February 2, 2026

**VIA ELECTRONIC FILING**

The Honorable Christopher J. Burke
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

Re: *The Nielsen Company (US), LLC v. TVision Insights, Inc.*
C.A. No. 22-cv-00057-CJB

Dear Judge Burke:

Pursuant to the Court's December 17, 2025 Oral Order (D.I. 380), Plaintiff The Nielsen Company (US), LLC ("Plaintiff") and Defendant TVision Insights, Inc. ("Defendant") respectfully submit this joint letter, regarding the February 26, 2026 hearing on summary judgment and *Daubert* motions for the case above.

(i) Plaintiff will argue its *Daubert* Motion (D.I. 346) related to Dr. Anderson, in particular the portion relating to a purported TVision internally-developed alternative. The following pages of briefing relate to this motion:

- Plaintiff's Opening Brief (D.I. 350) at 14-17, 23-33 (Sections III.F (Introduction) & III.F.2)
- Defendant's Opposition Brief (D.I. 382) at 30-33, 36-42 (Sections III.G.2 & III.G.4)
- Plaintiff's Reply Brief (D.I. 398) at 11-13, 16-20 (Sections I.F.1 & I.F.3)

(ii) Defendant will argue its motion for summary judgment of non-infringement, including the associated claim construction issue. The following pages of briefing relate to this motion:

- Defendant's Opening Brief (D.I. 355) at 19-30 (Sections IV and V)
- Plaintiff's Opposition Brief (D.I. 384) at 18-28 (Sections III and IV)
- Defendant's Reply Brief (D.I. 396) at 11-19 (Sections III and IV)

The Honorable Christopher J. Burke
February 2, 2026
Page 2

Respectfully,

*/s/ David E. Moore*

David E. Moore

DEM:rms/12679228/14944.00004

cc: Counsel of Record (via electronic mail)