## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

THE NIELSEN COMPANY (US), LLC,   )
                                        )

        Plaintiff,                )

                                      )  C.A. No. 22-57-CJB

        v.                    )

                                      )  **JURY TRIAL DEMANDED**

TVISION INSIGHTS, INC.,           )

                                      )

        Defendant.              )

## JOINT STATUS REPORT

Pursuant to the Court's Order of December 8, 2025 (D.I. 374), Plaintiff The Nielsen Company (US), LLC and Defendant TVision Insights, Inc. (together, "the Parties") submit this Joint Status Report.

The Parties have determined that mediation of this case would not be viable. The impasse described in their Joint Letter (D.I. 373) has not been resolved.

POTTER ANDERSON & CORROON LLP

By:  */s/ David E. Moore*
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE  19801
    Tel:  (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com

*Attorneys for Plaintiff The Nielsen Company (US), LLC*

Dated: March 27, 2026
12851730 / 14944-00004

SHAW KELLER LLP

By:  /s/ *Andrew E. Russell*
    Andrew E. Russell (No. 5382)
    Nathan R. Hoeschen (No. 6232)
    I.M. Pei Building
    1105 North Market Street, 12th Floor
    Wilmington, DE 19801
    (302) 298-0700
    nhoeschen@shawkeller.com
    arussell@shawkeller.com

*Attorneys for Defendant TVision Insights, Inc.*