## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

THE NIELSEN COMPANY (US), LLC,          )
                                        )
      Plaintiff,                         )
                                        )  C.A. No. 22-57-CJB
    v.                                  )
                                        )  **JURY TRIAL DEMANDED**
TVISION INSIGHTS, INC.,                 )
                                        )
      Defendant.                         )

## MOTION TO RESOLVE DISCOVERY DISPUTE

Plaintiff The Nielsen Company (US), LLC and Defendant TVision Insights, Inc.

(together, "the Parties") respectfully move this Court to resolve an outstanding discovery dispute.

As a result of the March 16, 2026, Oral Order from the Court (D.I. 411), the Parties have

provided submissions (D.I. 415, D.I. 420, and D.I. 422) and, unless the Court schedules oral

argument, the dispute is ripe for a decision by the Court (*see* D.I. 411).

| POTTER ANDERSON & CORROON LLP | SHAW KELLER LLP |
|---|---|
| By:  */s/ David E. Moore* | By:  */s/ Andrew E. Russell* |
| David E. Moore (#3983) | Andrew E. Russell (No. 5382) |
| Bindu A. Palapura (#5370) | Nathan R. Hoeschen (No. 6232) |
| Hercules Plaza, 6th Floor | I.M. Pei Building |
| 1313 N. Market Street | 1105 North Market Street, 12th Floor |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Tel: (302) 984-6000 | (302) 298-0700 |
| dmoore@potteranderson.com | nhoeschen@shawkeller.com |
| bpalapura@potteranderson.com | arussell@shawkeller.com |
| | |
| *Attorneys for Plaintiff The Nielsen Company (US), LLC* | *Attorneys for Defendant TVision Insights, Inc.* |

Dated: March 30, 2026
12855929 / 14944-00004