**Potter Anderson & Corroon LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE  19801-6108
302.984.6000
potteranderson.com



Bindu A. Palapura
Partner
bpalapura@potteranderson.com
D  302.984.6092

April 30, 2026

**VIA ELECTRONIC FILING**

The Honorable Christopher J. Burke
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

   Re: *The Nielsen Company (US), LLC v. TVision Insights, Inc.*,
     C.A. No. 22-057-CJB

Dear Judge Burke:

   The parties in the above-referenced matter write to request the scheduling of a discovery conference.

   The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (by telephone) on April 27, 2026 at 1:00 PM:

   Delaware Counsel:

     Bindu A. Palapura, Potter Anderson & Corroon LLP
     (The Nielsen Company (US) LLC) ("Nielsen"))

     Andrew E. Russell, Shaw Keller LLP
     (TVision Insights, Inc. ("TVision"))

   Lead Counsel:

     Douglas I. Lewis, Kelley Drye & Warren LLP (Nielsen)

     Eric C. Cohen, Rimon Law P.C. (TVision)

The Honorable Christopher J. Burke
April 30, 2026
Page 2

The disputes requiring judicial attention are listed below:

1) Nielsen's request for leave to reopen discovery for the limited purpose of serving requests for production identified to TVision on April 20th related to Viant Technology LLC's acquisition of TVision announced on April 15th; and

2) Nielsen's request that the Court order TVision to respond to the requests within five (5) days of the Court's ruling on Nielsen's request.

Nielsen requests expedited consideration of this dispute in view of the upcoming trial, beginning June 8th, as well as the pretrial deadlines leading up to the beginning of trial.

Respectfully,

*/s/ Bindu A. Palapura*

Bindu A. Palapura

BAP:rms/12901711/14944.00004

cc:    Counsel of Record (via electronic mail)