**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| THE NIELSEN COMPANY (US), LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 22-57-CJB |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| TVISION INSIGHTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO RESOLVE DISCOVERY DISPUTE

Plaintiff The Nielsen Company (US), LLC and Defendant TVision Insights, Inc.

(together, "the Parties") respectfully move this Court to resolve an outstanding discovery dispute

as set forth in the Parties' joint letter filed pursuant to the Court's May 1, 2026 Oral Order (D.I.

434).

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com

*Attorneys for Plaintiff The Nielsen Company
(US), LLC*

Dated: May 7, 2026
12913985 / 14944.00004

SHAW KELLER LLP

By: */s/ Andrew E. Russell*
    Andrew E. Russell (#5382)
    Nathan R. Hoeschen (#6232)
    I.M. Pei Building
    1105 North Market Street, 12th Floor
    Wilmington, DE 19801
    (302) 298-0700
    nhoeschen@shawkeller.com
    arussell@shawkeller.com

*Attorneys for Defendant TVision Insights, Inc.*