**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| THE NIELSEN COMPANY (US), LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 22-57-CJB |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| TVISION INSIGHTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

# [PROPOSED] VERDICT FORM

**Instructions:** When answering the following questions and completing this Verdict Form, please follow the directions provided and follow the Jury Instructions that you have been given. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning of usage of any legal term that appears in the questions below.

As used herein:

1. “Nielsen” refers to Plaintiff The Nielsen Company (US), LLC
2. “TVision” refers to Defendant TVision Insights, Inc.
3. The “’889 Patent” refers to U.S. Patent No. 7,783,889

We, the jury, unanimously find as follows.

**INFRINGEMENT**

1. Has Nielsen proven by a preponderance of the evidence that TVision infringed claim 8 of the ’889 Patent? (a “YES” answer is a finding for Nielsen; a “NO” answer is a finding for TVision):

YES __________________ NO__________________

**INVALIDITY**

2. Has TVision proven by clear and convincing evidence that claim 8 of the ’889 Patent is invalid? (a “YES” answer is a finding for TVision; a “NO” answer is a finding for Nielsen):

YES ____________________ NO____________________

**DAMAGES**

You are only to answer Question No. 3 below if you have found claim 8 of the ’889 Patent to be infringed *and* not invalid.

3. What is the total amount of damages Nielsen has proven by a preponderance of evidence that it is entitled to be paid as a reasonable royalty to compensate for TVision’s infringement?

Damages: $ _______________

*Continue to next page.*

**UNANIMOUS VERDICT**

UPON REACHING A UNANIMOUS VERDICT ON EACH QUESTION ABOVE, EACH JUROR MUST SIGN BELOW.

We, the jury, unanimously agree to the answers to the above questions and return the under the instructions of this Court as our verdict in this case.

| | |
|---|---|
| ______________________ Jury Foreperson | ______________________ Juror |
| ______________________ Juror | ______________________ Juror |
| ______________________ Juror | ______________________ Juror |
| ______________________ Juror | ______________________ Juror |

Dated: __________________