**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 22-57-CJB |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| TVISION INSIGHTS, INC., | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION AND ORDER**
**GRANTING LIMITED EXEMPTION FROM THE STANDING ORDER**
**REGARDING PERSONAL ELECTRONIC DEVICES**

Plaintiff The Nielsen Company (US), LLC ("Nielsen") respectfully requests an exemption

from the Court's May 17, 2024 Standing Order entitled *In re: Procedures Regarding the*

*Possession and Use of Cameras and Personal Devices by Visitors to the J. Caleb Boggs Federal*

*Building and United States Courthouse* so that the following individuals may bring their personal

electronic devices, including cellular phones, smart phones, laptop computers, smart watches, and

tablet computers (along with monitors, computer mice, charging devices, power cords, extension

cords, USB drives, HDMI matrix, MiFi/Hotspot devices) to the courtroom set up on June 5, 2026

and the trial beginning June 8, 2026 through June 12, 2026 in this matter:

| Lead Counsel | | | |
|---|---|---|---|
| David Zalman | Elizabeth Krasnow | Jessie Mahr | Sinbay Tan |

| Paralegals and Trial Consultant / Advisor | | | |
|---|---|---|---|
| Kareen Ejoh | Laura Fernandes | Jaimie Laird | James Lovsin |

| Technology – Core Legal | | | |
|---|---|---|---|
| Ryan Knecht | Nathan Peterson | Lisa Garofalo | |

These individuals will continue to be bound by Federal Rule of Criminal Procedure 53 and Local Civil Rule 83.2 prohibiting photographs or broadcasting.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

By: */s/ Bindu A. Palapura*

Steven Yovits

David E. Moore (#3983)

Douglas Lewis

Bindu A. Palapura (#5370)

Jason P. Greenhut

Hercules Plaza, 6th Floor

Andrew Wood

1313 N. Market Street

Kevin Oliver

Wilmington, DE  19801

KELLEY DRYE & WARREN LLP

Tel:  (302) 984-6000

333 West Wacker Drive

dmoore@potteranderson.com

Chicago, IL 60606

bpalapura@potteranderson.com

Tel:  (312) 857-7070

*Attorneys for Plaintiff The Nielsen Company (US), LLC*

Clifford Katz
Elizabeth N. Krasnow
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel:  (212) 808-7800

Dated:  June 2, 2026
12950913 / 14944.00004


IT IS SO ORDERED this  4th  day of  June , 2026.


Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE


2