IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE NIELSEN COMPANY (US), LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-057-CJB |
| | ) | |
| TVISION INSIGHTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S
MAY 17, 2024 STANDING ORDER ON PERSONAL DEVICES**

WHEREAS, the Court has considered Defendant's Motion requesting an exemption of persons from the District of Delaware's May 17, 2024 Standing Order on Personal Devices (the "Exemption"),

IT IS HEREBY ORDERED that:

1.     The Exemption is GRANTED.

2.     For purposes of the Trial in the above captioned case, which is scheduled to begin on June 8, 2026 and end on June 12, 2026, and courtroom setup, which is scheduled to occur on June 5, 2026, the following persons are exempt from the District of Delaware's May 17, 2024 Standing Order and shall be permitted to retain and use their personal electronic devices:

**Paralegals/Trial Assistants:**

Courtney Harris (Shaw Keller LLP Paralegal)

**Witnesses:**

Dr. David Anderson (Expert)
Ms. Joanne Johnson (Expert)
Amy Bolivar (Witness)

**Clients and Consultants**

Yan Liu (Client Representative)
Tristan Webster (Client Representative)
Inderbir Sidhu (Client Representative)
Ritesh Patel (Client Representative)
Arish Gajjar (Client Representative)
B.K. Jackson (Trial Technician)
Alexis Kerschner (Trial Technician)


IT IS SO ORDERED this 4th day of June, 2026.


*Christopher J. Burke*
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE

2