

**Potter Anderson & Corroon LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE  19801-6108
302.984.6000
potteranderson.com

Bindu A. Palapura
Partner
bpalapura@potteranderson.com
D  302.984.6092

June 4, 2026

**VIA ELECTRONIC FILING**

The Honorable Christopher J. Burke
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

     Re:    *The Nielsen Company (US), LLC v. TVision Insights, Inc.*
              C.A. No. 22-57-CJB

Dear Judge Burke:

The parties jointly request a status conference via telephone to discuss a dispute concerning the presentation of Nielsen's damages case in light of the Court's June 3, 2026 Order granting TVision's motion to exclude the testimony of Nielsen's damages expert, Dr. Michael Keeley, regarding the Nash Bargaining Solution (D.I. 498). The parties respectfully request the Court schedule this status conference on an expedited basis given the June 8, 2026 beginning of trial.

The parties request that the Court resolve the following disputes:

1. Nielsen's request to call TVision's damages expert Ms. Joanne Johnson in Nielsen's case-in-chief; and

2. TVision's motion to preclude Nielsen from offering argument or evidence regarding damages at trial.

The Honorable Christopher J. Burke
June 4, 2025
Page 2

Respectfully,

*/s/ Bindu A. Palapura*

Bindu A. Palapura

BAP:rms/12960012/14944.00004

cc:     Clerk of the Court (via hand delivery)
        Counsel of Record (via electronic mail)