# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

THE NIELSEN COMPANY (US), LLC,    )
                                  )
    Plaintiff,                    )
                                  )    C.A. No. 22-57-CJB
    v.                            )
                                  )    **JURY TRIAL DEMANDED**
TVISION INSIGHTS, INC.,           )
                                  )
    Defendant.                    )

## JOINT STATUS REPORT

Pursuant to the Court's Oral Order of June 15, 2026 (D.I. 530), Plaintiff The Nielsen Company (US), LLC ("Nielsen") and Defendant TVision Insights, Inc. ("TVision") (each, a "Party" and together, "the Parties") hereby submit this Joint Status Report.

## I. Post-trial Procedure

The Parties do not believe there are any matters for the Court to resolve other than the motions referenced below. The Parties do not seek to engage in any further discovery or other activity aside from post-trial motions and TVision's fee motion set forth below.

## II. TVision's Fees Motion Related to Nielsen's Motion to Amend the Scheduling Order

TVision previously moved under Federal Rule of Civil Procedure 37 for a prospective award of fees as a result of Nielsen's motion to amend. *See* D.I. 278. The Court denied TVision's request for prospective fees without prejudice, and directed the parties to use the Court's discovery dispute procedures to the extent a dispute about the award of Rule 37 fees remains. D.I. 318 at 90:18-91:2; 97:22-98:7. The parties propose that TVision's renewed Rule 37 fee request be submitted using the Court's discovery dispute procedures by July 17, 2026. D.I. 318 at 97:22-98:7.

### III. Post-trial Motions

The Parties stipulate and agree,[1] subject to the approval of the Court, as follows:

- Pursuant to Federal Rule of Civil Procedure 50(b), no later than twenty-eight days after entry of judgment, each Party shall file any renewed motion under Rule 50(b) and/or motion for a new trial under Rule 59. Each motion shall summarize the grounds for judgment as a matter of law or for a new trial but shall not include opening briefs in support of the motions. Forty-five days after entry of judgment, the Parties shall file their respective opening briefs in support of their post-trial motions. Briefing shall be limited to one 20-page opening brief per side.

- Opposition briefs shall be filed twenty-one days after the Parties file their opening briefs. Briefing shall be limited to one 20-page answering brief per side.

- Reply briefs shall be filed fourteen days after the Parties file their opposition briefs. Briefing shall be limited to one 10-page reply brief per side.

- Any motions for attorneys' fees and any motion pursuant to 35 U.S.C. § 285 shall be deferred until twenty-one days following issue of a mandate following any appeal, or, if neither Party files an appeal, twenty-one days after the expiration of the time to file a notice of appeal.

---

[1] The Parties are filing their Stipulation regarding Post-trial Deadlines simultaneously herewith.

POTTER ANDERSON & CORROON LLP

By:  */s/ Bindu A. Palapura*
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Peter T. Sabini (#7655)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE  19801
    Tel:  (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com
    psabini@potteranderson.com

    OF COUNSEL:

    Steven Yovits
    Douglas Lewis
    Jason Greenhut
    Andrew Wood
    Kevin Oliver
    KELLEY DRYE & WARREN LLP
    333 West Wacker Drive
    Chicago, IL 60606

    Clifford Katz
    Elizabeth Krasnow
    KELLEY DRYE & WARREN LLP
    3 World Trade Center
    175 Greenwich Street
    New York, NY 10007

*Attorneys for Plaintiff The Nielsen Company
(US), LLC*

Dated: June 22, 2026
12978194 / 14944.00004

SHAW KELLER LLP

By:  */s/ Andrew E. Russell*
    Andrew E. Russell (#5382)
    Nathan R. Hoeschen (#6232)
    Virginia K. Lynch (#7423)
    I.M. Pei Building
    1105 North Market Street, 12th Floor
    Wilmington, DE 19801
    (302) 298-0700
    nhoeschen@shawkeller.com
    arussell@shawkeller.com
    glynch@shawkeller.com

    Jared W. Newton (#7519)
    QUINN EMANUEL URQUHART
     & SULLIVAN LLP
    500 Delaware Avenue, Suite 220
    Wilmington, Delaware 19801
    (302) 302-4000
    jarednewton@quinnemanuel.com

    OF COUNSEL:

    Jason Xu
    RIMÔN LAW P.C.
    1990 K. Street, NW, Suite 420
    Washington, DC 20006
    (202) 470-2141

    Steig D. Olson
    Sami H. Rashid
    QUINN EMANUEL URQUHART
     & SULLIVAN LLP
    295 Fifth Avenue
    New York, NY 10016
    (212) 849-7000

    Patrick D. Curran
    QUINN EMANUEL URQUHART
     & SULLIVAN LLP
    11 Huntington Avenue, Suite 5200
    Boston, MA 02199
    (617) 712-7100

Adam B. Wolfson
QUINN EMANUEL URQUHART
 & SULLIVAN LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000

Benjamin D. Brown
Richard A. Koffman
Daniel McCuaig
COHEN MILSTEIN SELLERS
 & TOLL PLLC
1100 New York Ave NW, Suite 800
Washington, DC  20005
(202) 408-4600

*Attorneys for Defendant TVision Insights, Inc.*