**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| THE NIELSEN COMPANY (US), LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 22-57-CJB |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| TVISION INSIGHTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND [PROPOSED] ORDER
REGARDING POST-TRIAL BRIEFING DEADLINES**

WHEREAS Plaintiff The Nielsen Company (US), LLC ("Nielsen") and Defendant TVision Insights, Inc. ("TVision") (each, a "Party" and together, "the Parties") submitted a Joint Status Report containing the Parties' stipulated and agreed upon post-trial motion schedule;

IT IS HEREBY STIPULATED AND AGREED, by and among the parties, and subject to the approval of the Court, that:

1. The deadline for TVision's renewed Rule 37 fee request to be submitted using the Court's discovery dispute procedures is July 17, 2026.

2. No later than twenty-eight days after entry of the non-final judgment, each Party shall file any renewed motion under Rule 50(b) and/or motion for a new trial under Rule 59.

3. Forty-five days after entry of the non-final judgment, the Parties shall file their respective opening briefs in support of their post-trial motions. Briefing shall be limited to one 20-page opening brief per side.

4. Opposition briefs shall be filed twenty-one days after the Parties file their opening briefs. Briefing shall be limited to one 20-page answering brief per side.

5. Reply briefs shall be filed fourteen days after the Parties file their opposition briefs. Briefing shall be limited to one 10-page reply brief per side.

6. Any motions for attorneys' fees and any motion pursuant to 35 U.S.C. § 285 shall be deferred until twenty-one days following issue of a mandate following any appeal, or, if neither Party files an appeal, twenty-one days after the expiration of the time to file a notice of appeal.

POTTER ANDERSON & CORROON LLP

By:  /s/ Bindu A. Palapura
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Peter T. Sabini (#7655)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE  19801
    Tel:  (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com
    psabini@potteranderson.com

    OF COUNSEL:

    Steven Yovits
    Douglas Lewis
    Jason Greenhut
    Andrew Wood
    Kevin Oliver
    KELLEY DRYE & WARREN LLP
    333 West Wacker Drive
    Chicago, IL 60606

    Clifford Katz
    Elizabeth Krasnow
    KELLEY DRYE & WARREN LLP
    3 World Trade Center
    175 Greenwich Street
    New York, NY 10007

*Attorneys for Plaintiff The Nielsen Company (US), LLC*

Dated: June 22, 2026
12988688 / 14944.00004

SHAW KELLER LLP

By:  /s/ Nathan R. Hoeschen
    Andrew E. Russell (#5382)
    Nathan R. Hoeschen (#6232)
    Virginia K. Lynch (#7423)
    I.M. Pei Building
    1105 North Market Street, 12th Floor
    Wilmington, DE 19801
    (302) 298-0700
    nhoeschen@shawkeller.com
    arussell@shawkeller.com
    glynch@shawkeller.com

    Jared W. Newton (#7519)
    QUINN EMANUEL URQUHART
     & SULLIVAN LLP
    500 Delaware Avenue, Suite 220
    Wilmington, Delaware 19801
    (302) 302-4000
    jarednewton@quinnemanuel.com

    OF COUNSEL:

    Jason Xu
    RIMÔN LAW P.C.
    1990 K. Street, NW, Suite 420
    Washington, DC 20006
    (202) 470-2141

    Steig D. Olson
    Sami H. Rashid
    QUINN EMANUEL URQUHART
     & SULLIVAN LLP
    295 Fifth Avenue
    New York, NY 10016
    (212) 849-7000

    Patrick D. Curran
    QUINN EMANUEL URQUHART
     & SULLIVAN LLP
    11 Huntington Avenue, Suite 5200
    Boston, MA 02199
    (617) 712-7100

3

Adam B. Wolfson
QUINN EMANUEL URQUHART
 &amp; SULLIVAN LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000

Benjamin D. Brown
Richard A. Koffman
Daniel McCuaig
COHEN MILSTEIN SELLERS
 &amp; TOLL PLLC
1100 New York Ave NW, Suite 800
Washington, DC  20005
(202) 408-4600

*Attorneys for Defendant TVision Insights, Inc.*

SO ORDERED this ___ day of June, 2026

_____
The Honorable Christopher J. Burke
United States Magistrate Judge

4