**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| THE NIELSEN COMPANY (US), LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 22-57-CJB |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| TVISION INSIGHTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NON-FINAL JUDGMENT FOLLOWING JURY VERDICT**

This action came before the Court for a trial by jury beginning on June 8, 2026. The issues have been tried, and the jury rendered a unanimous verdict on June 11, 2026 (D.I. 527, 528).

NOW, THEREFORE, IT IS HEREBY ORDERED, pursuant to Federal Rule of Civil Procedure 58, that:

1. Judgment is entered in favor of Defendant TVision Insights, Inc. ("TVision") and against Plaintiff The Nielsen Company (US), LLC ("Nielsen") on Nielsen's claim that TVision infringed claim 8 (the "Asserted Claim") of U.S. Patent No. 7,783,889 ("the '889 Patent").

2. Judgment is entered in favor of Nielsen and against TVision on TVision's allegation that the Asserted Claim of the '889 Patent is invalid.

This Judgment is not a final judgment, and instead serves to trigger the time for filing post-trial motions only on issues that were decided by the jury. If post-trial motions are filed, the Court will enter a separate final judgment following resolution of any post-trial motions. If no post-trial motions are filed within 28 days of the entry of this Judgment, the Court will enter a separate final judgment.

IT IS SO ORDERED AND ADJUDGED.

June 23, 2026

Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE