IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE NIELSEN COMPANY (US), LLC,<br><br>Plaintiff,<br><br>v.<br><br>TVISION INSIGHTS, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 22-057-CJB |

**DEFENDANT TVISION INSIGHTS INC.'S AMENDED RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, TVision Insights Inc. hereby discloses its conversion from a Delaware corporation to a Delaware limited liability company under the name TVision Insights LLC ("TVision"). TVision further discloses that it is a wholly owned subsidiary of Viant Technology LLC, which is in turn a subsidiary of Viant Technology Inc. ("Viant"), a publicly held corporation. No publicly held corporation other than Viant indirectly owns 10% or more of TVision.

*<u>/s/ Andrew E. Russell</u>*
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
arussell@shawkeller.com
nhoeschen@shawkeller.com

OF COUNSEL:
Jason Xu
RIMÔN LAW P.C.
1990 K. Street, NW, Suite 420
Washington, DC 20006
(202) 470-2141

Steig D. Olson
Sami H. Rashid
Vanessa Blecher
QUINN EMANUEL URQUHART
& SULLIVAN LLP
295 Fifth Avenue
New York, NY 10016
(212) 849-7000

Patrick D. Curran
QUINN EMANUEL URQUHART
& SULLIVAN LLP
11 Huntington Avenue, Suite 5200
Boston, MA 02199
(617) 712-7100

Adam B. Wolfson
QUINN EMANUEL URQUHART
& SULLIVAN LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000

Benjamin D. Brown
Richard A. Koffman
Daniel McCuaig
COHEN MILSTEIN SELLERS
& TOLL PLLC
1100 New York Ave NW, Suite 800
Washington, DC 20005
(202) 408-4600

Aamir A. Kazi
FISH & RICHARDSON
1180 Peachtree Street NE, 21st
Floor Atlanta, GA 30309
(404) 724-2811

Dated: June 24, 2026

Jared W. Newton (No. 7519)
QUINN EMANUEL URQUHART
& SULLIVAN LLP
500 Delaware Avenue, Suite 220
Wilmington, Delaware 19801
(302) 302-4000
jarednewton@quinnemanuel.com

*Attorneys for Defendant TVision Insights Inc.*