

Andrew E. Russell
I.M. Pei Building
1105 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 298-0704
arussell@shawkeller.com

July 17, 2026

**BY CM/ECF & HAND DELIVERY**
The Honorable Christopher J. Burke
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3556

     Re:    *The Nielsen Company (US), LLC v. TVision Insights, Inc.,* C.A. No. 22-057-CJB

Dear Judge Burke:

The parties in the above-referenced matter write to request the scheduling of a discovery conference.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in verbal meet-and-confers (by telephone) on April 14, 2026 at 2:00 PM and on July 16, 2026 at 10:30 AM:

    Delaware Counsel:
        David Moore, Andrew M. Moshos, and Malisa Dang, Potter Anderson & Corroon LLP (The Nielsen Company (US) LLC ("Nielsen"))
        Andrew E. Russell, Nate Hoeschen, and Virginia Lynch, Shaw Keller LLP (TVision Insights, Inc. ("TVision"))
        Jared Newton, Quinn Emanuel Urquhart & Sullivan LLP (TVision)

    Lead Counsel:
        Steven Yovits, Jason P. Greenhut, Andrew Wood, and Kevin Oliver, Kelley Drye & Warren LLP (Nielsen)
        Eric C. Cohen, Rimon Law P.C. (TVision)
        Andrew E. Russell, Shaw Keller LLP (TVision)
        Jared Newton, Quinn Emanuel Urquhart & Sullivan LLP (TVision)

SHAW KELLER LLP
The Honorable Christopher J. Burke
Page 2

The disputes requiring judicial attention are listed below:

1)  TVision's renewed request for an award of fees incurred as a result of Nielsen's motion to amend. (*See* D.I. 534 at 1; D.I. 535 at 1).[1]

2)  TVision's motion for the Court to direct Nielsen to pay expert fees related to Nielsen calling TVision's expert Ms. Joanne Johnson.

Respectfully submitted,

*/s/ Andrew E. Russell*

Andrew E. Russell (No. 5382)

cc:   Clerk of Court (by CM/ECF & Hand Delivery)
All Counsel of Record (by CM/ECF & Email)

---

[1] The Court previously denied TVision's request for prospective fees (D.I. 278) without prejudice, and directed the parties to use the Court's discovery dispute procedures to the extent a dispute about the award of Rule 37 fees remains. D.I. 318 at 90:18-91:2, 97:22-98:7.