# EXHIBIT A

| | |
|---|---|
| **From:** | Jason Xu <jason.xu@rimonlaw.com> |
| **Sent:** | Thursday, August 21, 2025 8:21 AM |
| **To:** | Lewis, Douglas; Greenhut, Jason P.; Andrew Russell; Yovits, Steven; Moore, David E.; Palapura, Bindu A.; Moshos, Andrew M. |
| **Cc:** | Eric Cohen; SKTVision |
| **Subject:** | RE: Nielsen v. TVision, C.A. No. 22-057 - Motion to Strike Opening Reports |

<span style="background-color:#f5d5c0">**CAUTION: This message originated outside of Kelley Drye and was sent by: <u>jason.xu@rimonlaw.com</u>**</span>

Doug,

<mark>We agree.</mark>

Best,
Jason

**From:** Lewis, Douglas <DLewis@KelleyDrye.com>
**Sent:** Wednesday, August 20, 2025 5:32 PM
**To:** Greenhut, Jason P. <JGreenhut@KelleyDrye.com>; Andrew Russell <arussell@shawkeller.com>; Jason Xu <jason.xu@rimonlaw.com>; Yovits, Steven <SYovits@KelleyDrye.com>; Moore, David E. <dmoore@potteranderson.com>; Palapura, Bindu A. <bpalapura@potteranderson.com>; Moshos, Andrew M. <amoshos@potteranderson.com>
**Cc:** Eric Cohen <eric.cohen@rimonlaw.com>; SKTVision <SKTVision@shawkeller.com>
**Subject:** RE: Nielsen v. TVision, C.A. No. 22-057 - Motion to Strike Opening Reports

Counsel,

I am writing to follow up on yesterday's meet and confer. <mark>We agree not to file a motion to strike on ¶¶ 78-81 of Dr. Anderson's Rebuttal Report if TVision agrees not to file any motion to strike on Dr. Kyriakakis's Opening Report. Please confirm that you accept that agreement.</mark>

### DOUGLAS LEWIS

**Kelley Drye & Warren LLP**
Tel: (312) 857-7073

**From:** Lewis, Douglas
**Sent:** Monday, August 18, 2025 5:18 PM
**To:** Greenhut, Jason P. <JGreenhut@KelleyDrye.com>; Andrew Russell <arussell@shawkeller.com>; Jason Xu <jason.xu@rimonlaw.com>; Yovits, Steven <SYovits@KelleyDrye.com>; Moore, David E. <dmoore@potteranderson.com>; Palapura, Bindu A. <bpalapura@potteranderson.com>; Moshos, Andrew M. <amoshos@potteranderson.com>
**Cc:** Eric Cohen <eric.cohen@rimonlaw.com>; SKTVision <SKTVision@shawkeller.com>
**Subject:** RE: Nielsen v. TVision, C.A. No. 22-057 - Motion to Strike Opening Reports

Counsel,

During our call tomorrow about the parties' motions to strike, we wish to add the following paragraphs of Ms. Johnson's Rebuttal Report (as supplemented on July, 28, 2025) to our discussion:

- ¶¶151-156
- ¶¶157-166
- ¶¶167-168
- ¶¶103, 148-150, 173, 232 (bullet 8, on pg. 81), 235-36, 238-39, 255, 270
- Exhibit 3.0, 3.1, 4.0, 5.0, 5.1, 5.2, 5.3, 5.4, 6.0, 6.1, 6.2, 6.3, 18.0, 18.3

These paragraphs cover the same issues in Dr. Anderson's report for which we previously identified paragraphs to strike.

## DOUGLAS LEWIS

**Kelley Drye & Warren LLP**
Tel: (312) 857-7073

---

**From:** Greenhut, Jason P. <JGreenhut@KelleyDrye.com>
**Sent:** Tuesday, August 5, 2025 4:21 PM
**To:** Andrew Russell <arussell@shawkeller.com>; Jason Xu <jason.xu@rimonlaw.com>; Yovits, Steven <SYovits@KelleyDrye.com>; Lewis, Douglas <DLewis@KelleyDrye.com>; Moore, David E. <dmoore@potteranderson.com>; Palapura, Bindu A. <bpalapura@potteranderson.com>; Moshos, Andrew M. <amoshos@potteranderson.com>
**Cc:** Eric Cohen <eric.cohen@rimonlaw.com>; SKTVision <SKTVision@shawkeller.com>
**Subject:** RE: Nielsen v. TVision, C.A. No. 22-057 - Motion to Strike Opening Reports

Andrew,

We are available at 1:00 PM CT/2:00 PM ET on August 19. If that works for your team, please circulate an invite.

Best regards,
Jason

## JASON GREENHUT

**Kelley Drye & Warren LLP**
Tel: (312) 857-7096

---

**From:** Andrew Russell <arussell@shawkeller.com>
**Sent:** Monday, August 4, 2025 3:12 PM
**To:** Greenhut, Jason P. <JGreenhut@KelleyDrye.com>; Jason Xu <jason.xu@rimonlaw.com>; Yovits, Steven <SYovits@KelleyDrye.com>; Lewis, Douglas <DLewis@KelleyDrye.com>; Moore, David E. <dmoore@potteranderson.com>; Palapura, Bindu A. <bpalapura@potteranderson.com>; Moshos, Andrew M. <amoshos@potteranderson.com>
**Cc:** Eric Cohen <eric.cohen@rimonlaw.com>; SKTVision <SKTVision@shawkeller.com>
**Subject:** Re: Nielsen v. TVision, C.A. No. 22-057 - Motion to Strike Opening Reports

**CAUTION: This message originated outside of Kelley Drye and was sent by: arussell@shawkeller.com**

Thanks Jason. We can do a time in the afternoon on the 19th.

Andrew E. Russell
Shaw Keller LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0704

Visit ipde.com for updates about IP litigation and the District of Delaware.

**From:** Greenhut, Jason P. <JGreenhut@KelleyDrye.com>
**Date:** Monday, August 4, 2025 at 10:57 AM
**To:** Andrew Russell <arussell@shawkeller.com>, Jason Xu <jason.xu@rimonlaw.com>, Yovits, Steven <SYovits@KelleyDrye.com>, Lewis, Douglas <DLewis@KelleyDrye.com>, Moore, David E. <dmoore@potteranderson.com>, Palapura, Bindu A. <bpalapura@potteranderson.com>, Moshos, Andrew M. <amoshos@potteranderson.com>
**Cc:** Eric Cohen <eric.cohen@rimonlaw.com>, SKTVision <SKTVision@shawkeller.com>
**Subject:** RE: Nielsen v. TVision, C.A. No. 22-057 - Motion to Strike Opening Reports

Andrew,

Our team is tied up on August 18, but we could do Tuesday, August 19.

Best regards,
Jason

## JASON GREENHUT

**Kelley Drye & Warren LLP**
Tel: (312) 857-7096

**From:** Andrew Russell <arussell@shawkeller.com>
**Sent:** Friday, August 1, 2025 1:43 PM
**To:** Greenhut, Jason P. <JGreenhut@KelleyDrye.com>; Jason Xu <jason.xu@rimonlaw.com>; Yovits, Steven <SYovits@KelleyDrye.com>; Lewis, Douglas <DLewis@KelleyDrye.com>; Moore, David E. <dmoore@potteranderson.com>; Palapura, Bindu A. <bpalapura@potteranderson.com>; Moshos, Andrew M. <amoshos@potteranderson.com>
**Cc:** Eric Cohen <eric.cohen@rimonlaw.com>; SKTVision <SKTVision@shawkeller.com>
**Subject:** Re: Nielsen v. TVision, C.A. No. 22-057 - Motion to Strike Opening Reports

**CAUTION: This message originated outside of Kelley Drye and was sent by: arussell@shawkeller.com**

Hi Jason,

I understand Jason Xu and Eric Cohen are each traveling for the next two weeks. Could we schedule this meet-and-confer for Monday August 18?

Andrew E. Russell
Shaw Keller LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0704

Visit ipde.com for updates about IP litigation and the District of Delaware.

---

**From:** Greenhut, Jason P. <JGreenhut@KelleyDrye.com>
**Date:** Thursday, July 31, 2025 at 1:34 PM
**To:** Jason Xu <jason.xu@rimonlaw.com>, Yovits, Steven <SYovits@KelleyDrye.com>, Andrew Russell <arussell@shawkeller.com>, Lewis, Douglas <DLewis@KelleyDrye.com>, Moore, David E. <dmoore@potteranderson.com>, Palapura, Bindu A. <bpalapura@potteranderson.com>, Moshos, Andrew M. <amoshos@potteranderson.com>
**Cc:** Eric Cohen <eric.cohen@rimonlaw.com>, SKTVision <SKTVision@shawkeller.com>
**Subject:** RE: Nielsen v. TVision, C.A. No. 22-057 - Motion to Strike Opening Reports

Jason,

Thank you for your additional email. We would like to meet and confer further on this issue. Please let us know your availability to meet and confer on Monday or Tuesday of next week.

On the meet and confer, we would also like to discuss the following paragraphs of Dr. Anderson's non-infringement expert report, which contain opinions that exceed the permitted scope. Those paragraph ranges are:

1. ¶¶ 78-81
2. ¶¶ 124-126
3. ¶¶ 132-133

Nielsen intends to move to strike these paragraphs.

Best regards,
Jason

**JASON GREENHUT**

**Kelley Drye & Warren LLP**
Tel: (312) 857-7096

---

**From:** Jason Xu <jason.xu@rimonlaw.com>
**Sent:** Wednesday, July 30, 2025 3:37 PM
**To:** Yovits, Steven <SYovits@KelleyDrye.com>; Andrew Russell <arussell@shawkeller.com>; Lewis, Douglas <DLewis@KelleyDrye.com>; Greenhut, Jason P. <JGreenhut@KelleyDrye.com>; Moore, David E. <dmoore@potteranderson.com>; Palapura, Bindu A. <bpalapura@potteranderson.com>; Moshos, Andrew M. <amoshos@potteranderson.com>

**Cc:** Eric Cohen <eric.cohen@rimonlaw.com>; SKTVision <SKTVision@shawkeller.com>
**Subject:** RE: Nielsen v. TVision, C.A. No. 22-057 - Motion to Strike Opening Reports

**CAUTION: This message originated outside of Kelley Drye and was sent by: jason.xu@rimonlaw.com**

Counsel,

Thanks for the meet and confer yesterday.  After considering your explanation, TVision still believes that the following paragraphs of Nielsen's opening expert reports exceed the scope permitted by the Court's order and intends to move to strike them

- Dr. Kyriakakis: ¶¶ 84-87, 163-167, 214-215.

Please let us know if Nielsen would oppose the motion or if the parties need a further meet and confer.

Best,
Jason

**From:** Yovits, Steven <SYovits@KelleyDrye.com>
**Sent:** Thursday, July 24, 2025 9:27 AM
**To:** Andrew Russell <arussell@shawkeller.com>; Lewis, Douglas <DLewis@KelleyDrye.com>; Greenhut, Jason P. <JGreenhut@KelleyDrye.com>; Moore, David E. <dmoore@potteranderson.com>; Palapura, Bindu A. <bpalapura@potteranderson.com>; Moshos, Andrew M. <amoshos@potteranderson.com>
**Cc:** Jason Xu <jason.xu@rimonlaw.com>; Eric Cohen <eric.cohen@rimonlaw.com>; SKTVision <SKTVision@shawkeller.com>; Yovits, Steven <SYovits@KelleyDrye.com>
**Subject:** RE: Nielsen v. TVision, C.A. No. 22-057 - Motion to Strike Opening Reports

Yes, that's fine.  Thanks.

**From:** Andrew Russell <arussell@shawkeller.com>
**Sent:** Wednesday, July 23, 2025 8:18 PM
**To:** Yovits, Steven <SYovits@KelleyDrye.com>; Lewis, Douglas <DLewis@KelleyDrye.com>; Greenhut, Jason P. <JGreenhut@KelleyDrye.com>; Moore, David E. <dmoore@potteranderson.com>; Palapura, Bindu A. <bpalapura@potteranderson.com>; Moshos, Andrew M. <amoshos@potteranderson.com>
**Cc:** Jason Xu <jason.xu@rimonlaw.com>; Eric C. Cohen <eric.cohen@rimonlaw.com>; SKTVision <SKTVision@shawkeller.com>; Yovits, Steven <SYovits@KelleyDrye.com>
**Subject:** Re: Nielsen v. TVision, C.A. No. 22-057 - Motion to Strike Opening Reports

**CAUTION: This message originated outside of Kelley Drye and was sent by: arussell@shawkeller.com**

Thanks Steve. We could do 9:30am ET on Tuesday if that works for you. .

Andrew E. Russell
Shaw Keller LLP
I.M. Pei Building
1105 North Market Street, 12th Floor

Wilmington, DE 19801
(302) 298-0704

Visit ipde.com for updates about IP litigation and the District of Delaware.

---

**From:** Yovits, Steven <SYovits@KelleyDrye.com>
**Date:** Wednesday, July 23, 2025 at 2:40 PM
**To:** Andrew Russell <arussell@shawkeller.com>, Lewis, Douglas <DLewis@KelleyDrye.com>, Greenhut, Jason P. <JGreenhut@KelleyDrye.com>, Moore, David E. <dmoore@potteranderson.com>, Palapura, Bindu A. <bpalapura@potteranderson.com>, Moshos, Andrew M. <amoshos@potteranderson.com>
**Cc:** Jason Xu <jason.xu@rimonlaw.com>, Eric C. Cohen <eric.cohen@rimonlaw.com>, SKTVision <SKTVision@shawkeller.com>, Yovits, Steven <SYovits@KelleyDrye.com>
**Subject:** RE: Nielsen v. TVision, C.A. No. 22-057 - Motion to Strike Opening Reports


Andrew,

We are not available at the time you suggested.  Are you available on Tuesday morning?

Thanks,
Steve

---

**From:** Andrew Russell <arussell@shawkeller.com>
**Sent:** Tuesday, July 22, 2025 3:10 PM
**To:** Yovits, Steven <SYovits@KelleyDrye.com>; Lewis, Douglas <DLewis@KelleyDrye.com>; Greenhut, Jason P. <JGreenhut@KelleyDrye.com>; Moore, David E. <dmoore@potteranderson.com>; Palapura, Bindu A. <bpalapura@potteranderson.com>; Moshos, Andrew M. <amoshos@potteranderson.com>
**Cc:** Jason Xu <jason.xu@rimonlaw.com>; Eric C. Cohen <eric.cohen@rimonlaw.com>; SKTVision <SKTVision@shawkeller.com>
**Subject:** Nielsen v. TVision, C.A. No. 22-057 - Motion to Strike Opening Reports


| CAUTION: This message originated outside of Kelley Drye and was sent by: arussell@shawkeller.com |
| --- |

---

Counsel for Nielsen,

TVision believes certain paragraphs of Nielsen's opening expert reports exceed the scope permitted by the Court's order, including because they make changes beyond what "absolutely has to be altered in light of Plaintiff's new infringement position regarding the single frame limitation." D.I. 283. These changes include, for example, the following portions of the reports:

- Dr. Kyriakakis: ¶¶ 84-87, 163-167, 214-215, 228, 230, and 470
- Dr. Keeley: ¶¶ 10, 12, 17, 25, 27, 33, 51, 52, 54, 55. 56, 59, 83. 96, 97, 104, and 105

TVision intends to move to strike these paragraphs or the portions thereof that exceed the permissible scope, and we request a meet and confer including Delaware counsel. We are available Friday afternoon. Please let us know your availability. Thanks,

Andrew E. Russell

Shaw Keller LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0704

Visit ipde.com for updates about IP litigation and the District of Delaware.

This message is subject to Kelley Drye & Warren LLP's email communication policy.
KDW-Disclaimer