# PDX007-3

# Elements of Claim 8 Missing From Haitsma




**US 2002/0178410 (Haitsma)**

## Two Missing Elements

- Does not create descriptors by comparing spectral powers of frequency components from the same frame (missing elements 8.e & 8.f)
- Does not generate signatures from descriptors because there are no descriptors (missing element 8.g)

DTX037 at 1, Haitsma Rebuttal ¶¶ 40, 41