**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| THE NIELSEN COMPANY (US), LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 22-57-CJB |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| TVISION INSIGHTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE REGARDING D.I. 539 AND D.I. 569

In response to the Court's August 10, 2026 Oral Order (D.I. 569), Plaintiff The Nielsen Company (US), LLC ("Plaintiff") hereby respectfully notifies the Court that it does not intend to renew its Unopposed Motion to Redact Portions of the Transcript from the May 29, 2026 Pretrial Conference (D.I. 539).

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By: */s/ Bindu A. Palapura*

David E. Moore (#3983)
Bindu A. Palapura (#5370)
Peter T. Sabini (#7655)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
psabini@potteranderson.com

*Attorneys for Plaintiff The Nielsen Company (US), LLC*

OF COUNSEL:

Steven Yovits
Douglas Lewis
Jason P. Greenhut
Andrew Wood
Kevin Oliver
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Chicago, IL 60606
Tel: (312) 857-7070

Clifford Katz
Elizabeth N. Krasnow
David I. Zalman
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel: (212) 808-7800

Dated: August 11, 2026
13093543 / 14944.00004