# Exhibit A

**From:** Greenhut, Jason P.
**To:** Eric Cohen; Andrew Russell; Jason Xu; SKTVision
**Cc:** Lewis, Douglas; Greenhut, Jason P.; Wood, Andrew; Oliver, Kevin R.; Palapura, Bindu A.; Moore, David E.; Krasnow, Elizabeth N.; Yovits, Steven
**Subject:** Nielsen v. TVision (C.A. 22-57-CJB) - Nielsen"s Proposed Jury Materials
**Date:** Friday, April 17, 2026 4:47:49 PM
**Attachments:** Nielsen"s Proposed Voir Dire v4.docx
Nielsen"s Proposed Preliminary Jury Instructions v4.docx
Nielsen"s Proposed Verdict Form v2.docx
Nielsen"s Proposed Final Jury Instructions v3.docx

---

Counsel,

Pursuant to the parties' agreed exchange schedule, please find attached Nielsen's Proposed Jury Materials, including *voir dire*, preliminary jury instructions, final jury instructions, and verdict form.

Best regards,
Jason

**JASON GREENHUT**

**Kelley Drye & Warren LLP**
Tel: (312) 857-7096

This message is subject to Kelley Drye & Warren LLP's email communication policy.
KDW-Disclaimer