# Exhibit A.1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| THE NIELSEN COMPANY (US), LLC<br><br>Plaintiff,<br><br>v.<br><br>TVISION INSIGHTS, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 22-57-CJB<br><br>**JURY TRIAL DEMANDED** |

**PROPOSED VERDICT FORM**

**Instructions:** When answering the following questions and completing this Verdict Form, please follow the directions provided and follow the Jury Instructions that you have been given. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning of usage of any legal term that appears in the questions below.

As used herein:

1. "Nielsen" refers to Plaintiff The Nielsen Company (US), LLC
2. "TVision" refers to Defendant TVision Insights, Inc.
3. The "'889 Patent" refers to U.S. Patent No. 7,783,889

We, the jury, unanimously find as follows.

**DIRECT INFRINGEMENT**

1. Has Nielsen proven by a preponderance of the evidence that TVision directly infringed claim 8 of the ’889 Patent? (a “YES” answer is a finding for Nielsen; a “NO” answer is a finding for TVision):

YES ________________ NO________________

## INVALIDITY

2. Has TVision proven by clear and convincing evidence that claim 8 of the ’889 Patent is invalid? (a “YES” answer is a finding for TVision; a “NO” answer is a finding for Nielsen):

YES ________________ NO________________

**WILLFUL INFRINGEMENT**

3. If you answered "YES" to Question No. 1 above, has Nielsen proven by a preponderance of the evidence that TVision's infringement of claim 8 of the '889 Patent was willful? (a "YES" answer is a finding for Nielsen; a "NO" answer is a finding for TVision):

YES ____________________ NO____________________

## DAMAGES

You are only to answer Question No. 4 below if you have found claim 8 of the ’889 Patent to be infringed *and* not invalid.

4. What is the total amount of damages Nielsen has proven by a preponderance of evidence that it is entitled to be paid as a reasonable royalty for TVision’s infringement of the ’889 Patent from the date of first infringement to the expiration of the ‘889 patent (March 5, 2026)?

Damages: $ _______________

*Continue to next page.*

## UNANIMOUS VERDICT

UPON REACHING A UNANIMOUS VERDICT ON EACH QUESTION ABOVE, EACH JUROR MUST SIGN BELOW.

We, the jury, unanimously agree to the answers to the above questions and return the under the instructions of this Court as our verdict in this case.

| | |
|---|---|
| ______________________ Jury Foreperson | ______________________ Juror |
| ______________________ Juror | ______________________ Juror |
| ______________________ Juror | ______________________ Juror |
| ______________________ Juror | ______________________ Juror |

Dated: